JAMES PATRICK SHEA
Nevada Bar No. 405
BART K. LARSEN
Nevada Bar No. 8538
KYLE M. WYANT
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email: jshea@shea.law
blarsen@shea.law
kwyant@shea.law

-and-

JENNIFER E. HOEKEL
Nevada Bar No. 12775
jennifer.hoekel@huschblackwell.com
**HUSCH BLACKWELL LLP**
**8001 Forsyth Boulevard,** Suite 1500
St. Louis, Missouri 63105
Telephone: 314.480.1500
Facsimile: 314.480.1505
*Attorney for Plaintiff*
*James V. Deppoleto Jr.*

## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAMES V. DEPPOLETO JR., | CASE NO. 2:22-cv-2013 |
| Plaintiff, | |
| v. | **PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED VERIFIED COMPLAINT** |
| TAKEOVER INDUSTRIES INCORPORATED, | |
| Defendant. | |

Pursuant to 15-1(a) of the Local Rules of Practice for the United States District Court for the District of Nevada, and the deadlines upon which the parties agreed during their Rule 26(f) conference, Plaintiff, James V. Deppoleto Jr. ("Mr. Deppoleto" or "Plaintiff"), hereby seeks the Court's leave to file a First Amended Verified Complaint, which is attached hereto as **Exhibit 1**.

Plaintiff submits that good cause exists to grant this Motion requesting leave to file a First Amended Verified Complaint because, since Mr. Deppoleto filed the Complaint on December 2, 2022, Defendant, Takeover Industries Incorporated ("Takeover") and its Officers and Directors have taken actions causing further damage to Mr. Deppoleto.  These actions have given rise to additional causes of action against Takeover and five new Defendants, as described in the First Amended Verified Complaint.  The Court should also grant Mr. Deppoleto leave to amend pursuant to Federal Rule of Civil Procedure 15(a)(2), because Mr. Deppoleto and Takeover stipulated that all Motions to amend the pleadings should be submitted on or before August 30, 2023, and justice so requires.

WHEREFORE, Plaintiff respectfully submits that good cause exists to file a First Amended Verified Complaint, and respectfully requests that the Court enter an Order granting Plaintiff leave to file a First Amended Verified Complaint, and for such other relief as the Court deems necessary and appropriate.

///

///

///

1

## INDEX OF EXHIBITS

| Exhibit | Description |
|---------|-------------|
| 1 | Plaintiff's Proposed First Amended Verified Complaint |

DATED this 30th day of August, 2023.

**HUSCH BLACKWELL LLP**

By:  /s/ *Jennifer E. Hoekel*

JENNIFER E. HOEKEL
Nevada Bar No. 12775
jennifer.hoekel@huschblackwell.com
**HUSCH BLACKWELL LLP**
**8001 Forsyth Boulevard, Suite 1500**
St. Louis, Missouri 63105 Telephone:
314.480.1500

-and –

JAMES PATRICK SHEA
Nevada Bar No. 405
BART K. LARSEN
Nevada Bar No. 8538
KYLE M. WYANT
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134 Telephone:
(702) 471-7432
Fax: (702) 926-9683
Email: jshea@shea.law
blarsen@shea.law
kwyant@shea.law

*Attorney for Plaintiff*
*James V. Deppoleto Jr*

**CERTIFICATE OF SERVICE**

1.   On August 30, 2023, I served the following document(s): **PLAINTIFF'S MOTION FOR LEAVE TO FILE A FIRST AMENDED COMPLAINT.**

2.   I served the above document(s) by the following means to the persons as listed below:

☒   a.   ECF System:

☐   b.   United States mail, postage fully prepaid:

☐   c.   Personal Service:

I personally delivered the document(s) to the persons at these addresses:

☐   For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐   For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐   d.   By direct email (as opposed to through the ECF System):
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐   e.   By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐   f.   By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: August 30, 2023.

By: /s/ *Jennifer E. Hoekel*