**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| JAMES V. DEPPOLETO JR.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TAKEOVER INDUSTRIES INCORPORATED,<br><br>　　　　　Defendant(s). | 2:22-cv-02013-GMN-VCF<br>**ORDER** |

　　　Before the court is *James V. Deppoleto Jr. v. Takeover Industries Incorporated*, case number 2:22-cv-02013-GMN-VCF.

　　　A discovery plan and scheduling order has not been filed pursuant to LR 26-1.

　　　Accordingly,

　　　IT IS HEREBY ORDERED that the parties must a proposed discovery plan and scheduling order on or before September 27, 2023.

　　　DATED this 13th day of September 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　CAM FERENBACH
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE