JAMES PATRICK SHEA
Nevada Bar No. 405
BART K. LARSEN
Nevada Bar No. 8538
KYLE M. WYANT
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email: jshea@shea.law
blarsen@shea.law
kwyant@shea.law

-and-

JENNIFER E. HOEKEL
Nevada Bar No. 12775
jennifer.hoekel@huschblackwell.com
**HUSCH BLACKWELL LLP**
**8001 Forsyth Blvd.,** Suite 1500
St. Louis, Missouri 63105
Telephone: 314.480.1500 Facsimile: 314.480.1505
*Attorney for Plaintiff*
*James V. Deppoleto Jr.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES V. DEPPOLETO JR., <br><br> Plaintiff, <br><br> v. <br><br> TAKEOVER INDUSTRIES INCORPORATED, <br><br> Defendant. | CASE NO. 2:22-cv-2013 <br><br> **DISCOVERY PLAN AND SCHEDULING ORDER** |

# DISCOVERY PLAN AND SCHEDULING ORDER

Plaintiff, James V. Deppoleto Jr. ("Mr. Deppoleto" or "Plaintiff"), by and through his undersigned counsel, and Defendant, Takeover Industries Incorporated ("Takeover" or "Defendant"),[1] by and through its undersigned counsel, hereby submit the following Joint Discovery Plan and Scheduling Order for the Court's review:

1. **Discovery Plan:**

   \_\_\_\_\_ **Request for waiver of requirement to prepare and file a formal discovery plan.**

   The parties certify that all discovery can be completed informally, without the need of court intervention and in conformance with the Standard Discovery Plan, and that the matter will be ready for trial within 120 days, or

   \_\_X\_\_ **A discovery plan is needed or useful in this case.**

   \_\_\_\_\_ The parties agree to the standard discovery plan. Defendant answered or otherwise appeared on December 27, 2022. Discovery shall be completed within 180 days, measured from the date the Defendants answered or otherwise appeared.

   \_\_X\_\_ The parties jointly propose to the Court the attached discovery plan and scheduling order.

   \_\_\_\_\_ The parties cannot agree on a discovery plan and scheduling order.

2. **Nature of the Case:** Brief description of the nature of the case.

   Plaintiff brought this lawsuit to recover over $2 million that Plaintiff alleges that he loaned to Defendant, and that Defendant has wrongfully refused to repay. Plaintiff seeks a declaratory judgment and money judgment. Defendant denies liability.

3. **Jury Trials:** Check one:

   \_\_\_\_\_ A demand for a jury trial has not been made.

   \_\_X\_\_ A demand for a jury trial has been made.

   \_\_\_\_\_ It is expressly understood by the undersigned parties they have demanded a jury trial pursuant to Fed. R. Civ. P. 38(b), and in conformity with LR 9015, and have consented to a jury trial

---

[1] Defendant and Plaintiff may be referred to as the "Parties."

pursuant to 28 U.S.C. § 157(e).

An original and two (2) copies of all instructions requested by either party shall be submitted to the clerk for filing on or before <u>60 days before the start of trial</u>.

An original and two (2) copies of all suggested questions of the parties to be asked of the jury panel by the court on voir dire shall be submitted to the clerk for filing on or before: <u>60 days before the start of trial.</u>

4. **Additional Pleadings:** Are there any counterclaims, cross claims or amendments to pleadings expected to be filed?

   <u> X </u>  Yes

   <u>    </u>  No

5. **Settlement Conference:** Check One:

   <u>    </u>  A settlement conference is requested.

   <u> X </u>  Settlement cannot be evaluated prior to additional discovery, the Parties may later request a settlement conference.

6. **Trial:** The Parties agree that the case should be ready for trial by June 3, 2024, and should take no more than two days.

7.   <u> X </u>  All Parties consent to this court entering final judgment.

DATED this 22nd day of September, 2023.      DATED this 22nd day of September, 2023.

**HUSCH BLACKWELL LLP**      **ALVERSON TAYLOR & SANDERS**

<u>/s/ Jennifer E. Hoekel</u>      <u>/s/ Kurt R. Bonds</u>
JAMES PATRICK SHEA      KURT R. BONDS, ESQ.
Nevada Bar No. 405      Nevada Bar No. 6228
BART K. LARSEN      1160 North Town Center Drive, Suite 330
Nevada Bar No. 8538      Las Vegas, NV 89144
KYLE M. WYANT      *Attorneys for Defendant Takeover Industries*
Nevada Bar No. 14652      *Incorporated*
SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432

Fax: (702) 926-9683
Email: jshea@shea.law
blarsen@shea.law
kwyant@shea.law

and

JENNIFER E. HOEKEL
Nevada Bar No. 12775
jennifer.hoekel@huschblackwell.com
HUSCH BLACKWELL LLP
8001 Forsyth Blvd., Suite 1500
St. Louis, Missouri 63105
Telephone: 314.480.1500 Facsimile: 314.480.1505
*Attorneys for Plaintiff James V. Deppoleto Jr.*

## CERTIFICATE OF SERVICE

1. On September 22, 2023, I served the following document(s): **DISCOVERY PLAN AND SCHEDULING ORDER**

2. I served the above document(s) by the following means to the persons as listed below:

   X  a.  ECF System:

   KURT R. BONDS on behalf of Defendant Takeover Industries Incorporated
   efile@alversontaylor.com

   ☐  b.  United States mail, postage fully prepaid:

   ☐  c.  Personal Service:

   I personally delivered the document(s) to the persons at these addresses:

   ☐  For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

   ☐  For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

   ☐  d.  By direct email (as opposed to through the ECF System):
   Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

   ☐  e.  By fax transmission:

   Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

   ☐  f.  By messenger:

   I served the document(s) by placing them in an envelope or package addressed to

the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 22, 2023.

By: /s/ *Jennifer E. Hoekel*