# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

**\*\*\***

James V. Deppoleto Jr.,

        Plaintiff(s),

v.

Takeover Industries Incorporated,

        Defendant(s).

2:22-cv-02013-GMN-VCF

**ORDER**

Before the court are the stipulated discovery plan and scheduling order (ECF No. 28) and report of the parties' planning meeting (ECF No. 29).

Accordingly,

IT IS HEREBY ORDERED that an in-person hearing on the stipulated discovery plan and scheduling order (ECF No. 28) and report of the parties' planning meeting (ECF No. 29), is scheduled for **2:00 PM, October 10, 2023**, before Judge Cam Ferenbach.

DATED this 25th day of September 2023.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE