# EXHIBIT A

| | |
|---|---|
| **From:** | Sexton, David M. |
| **To:** | Harvey, Patrick; Bonds, Kurt R. |
| **Cc:** | Kyle Wyant; James Patrick Shea; Hoekel, Jennifer; Brandess, Michael |
| **Subject:** | RE: Activity in Case 2:22-cv-02013-GMN-VCF Deppoleto v. Takeover Industries Incorporated Order |
| **Date:** | Wednesday, December 6, 2023 6:04:09 PM |
| **Attachments:** | image004.png<br>HELogo-600_1647bba9-82b6-4878-b39e-e05e65e25e7e.png |

**[EXTERNAL EMAIL]**

Thank you for clarifying. I have calendared responses and production for December 20, 2023—two weeks from today. I understand your reservation of your rights on the waiver issue and your distinction between an extension and an agreement not to file a motion to compel before the end of the two weeks.

Sincerely,

**David M. Sexton** | Senior Associate

sextond@hallevans.com

Tel: 702-982-6344

**Hall & Evans, LLC**

1160 North Town Center Drive, Suite 330

Las Vegas, NV 89144



COLORADO | ILLINOIS | MISSOURI | MONTANA | NEVADA | NEW MEXICO | UTAH | WYOMING

website | bio | LinkedIn

---

**From:** Harvey, Patrick <Patrick.Harvey@huschblackwell.com>
**Sent:** Wednesday, December 6, 2023 3:58 PM
**To:** Sexton, David M. <sextond@hallevans.com>; Bonds, Kurt R. <bondsk@hallevans.com>
**Cc:** Kyle Wyant <kwyant@shea.law>; James Patrick Shea <jshea@shea.law>; Hoekel, Jennifer <Jennifer.Hoekel@huschblackwell.com>; Brandess, Michael <Michael.Brandess@huschblackwell.com>
**Subject:** RE: Activity in Case 2:22-cv-02013-GMN-VCF Deppoleto v. Takeover Industries Incorporated Order

David,

Your email is mostly correct, but to clarify, I said that, provided that you produced everything by two weeks from today, we would not file a motion to compel before the end of that time. We did not agree to an additional two week extension. I mention that because, by not providing timely objections, both Takeover and Mr. Zarro have waived their respective rights to object to Plaintiff's Interrogatories and to Plaintiff's Subpoena and, if necessary, we are reserving our right to move forward with a motion or motions to compel as to that waiver issue.

Patrick

**Patrick M. Harvey**
**Partner**

**HUSCH BLACKWELL LLP**
511 North Broadway
Suite 1100
Milwaukee, WI 53202
Direct:  414.978.5321
Fax:  414.223.5000
patrick.harvey@huschblackwell.com
huschblackwell.com
View Bio | View VCard

---

**From:** Sexton, David M. <sextond@hallevans.com>
**Sent:** Wednesday, December 6, 2023 5:46 PM
**To:** Harvey, Patrick <Patrick.Harvey@huschblackwell.com>; Bonds, Kurt R. <bondsk@hallevans.com>
**Cc:** Kyle Wyant <kwyant@shea.law>; James Patrick Shea <jshea@shea.law>; Hoekel, Jennifer <Jennifer.Hoekel@huschblackwell.com>; Brandess, Michael <Michael.Brandess@huschblackwell.com>
**Subject:** RE: Activity in Case 2:22-cv-02013-GMN-VCF Deppoleto v. Takeover Industries Incorporated Order

**[EXTERNAL EMAIL]**

Hi Patrick,

Pursuant to our conversation yesterday, this email will confirm that Takeover will produce responses and responsive document to the Interrogatories and Requests for Production of Documents previously served on them within two weeks of today. Likewise, this email will confirm that Tom Zarro will produce documents responsive to the subpoena served on him prior to him becoming a party to this litigation within two weeks of today. This email will confirm that you have agreed to grant this extension (as we discussed yesterday during our telephonic meet-and-confer). We also agreed that Takeover would make its initial disclosures by the end of the week.

If you disagree with the contents of this email and the extension as outlined above, please let me know as I would like to ensure everyone is clear on the extension(s) granted. If I don't hear from you by the end of the day tomorrow (12/7), I will understand that to mean that you agree with the extensions and deadlines as outlined above. If you have any questions, please let me know.

Thank you,

**David M. Sexton** | Senior Associate
sextond@hallevans.com
Tel: 702-982-6344

**Hall & Evans, LLC**
1160 North Town Center Drive, Suite 330