JAMES PATRICK SHEA
Nevada Bar No. 405
BART K. LARSEN
Nevada Bar No. 8538
KYLE M. WYANT
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email: jshea@shea.law
blarsen@shea.law
kwyant@shea.law

JENNIFER E. HOEKEL
Nevada Bar No. 12775
jennifer.hoekel@huschblackwell.com
**HUSCH BLACKWELL LLP**
8001 Forsyth Boulevard, Suite 1500
St. Louis, Missouri 63105
Telephone: 314.480.1500
Facsimile: 314.480.1505

-and-

PATRICK M. HARVEY
*Admitted Pro Hac Vice*
Patrick.Harvey@huschblackwell.com
**HUSCH BLACKWELL LLP**
511 North Broadway, Suite 1100
Milwaukee, WI 53202
Telephone: 414.273.2100
Facsimile: 414.223.5000
*Attorney for Plaintiff*
*James V. Deppoleto Jr.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES V. DEPPOLETO JR., | CASE NO. 2:22-CV-2013 |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME** |
| v. | |
| TAKEOVER INDUSTRIES INCORPORATED, *et al.* | **SPECIAL SCHEDULING REVIEW REQUESTED** |
| Defendant. | |

**STIPULATION FOR EXTENSION OF TIME**

Plaintiff, James V. Deppoleto Jr. ("Mr. Deppoleto" or "Plaintiff"), by and through his undersigned counsel, and Defendants, Takeover Industries Incorporated ("Takeover"), Tom Zarro ("Zarro"), Michael Holley ("Holley"), Toby McBride ("McBride"), Joseph Pavlik ("Pavlik") and NextGen Beverages, LLC ("NextGen") (collectively, the "Takeover Defendants"),[1] by and through their undersigned counsel, hereby submit the following Stipulation for Extension of Time for the Court's review:

WHEREAS, on November 9, 2023, the Court entered a Scheduling Order (ECF No. 37) setting, among other deadlines: (a) May 7, 2024, as the deadline by which parties must complete discovery; (b) June 6, 2024, as the date for filing of dispositive motions;

WHEREAS, in light of the continued settlement negotiations among the parties, the parties have met and conferred and agree to extend the discovery and case dispositive motion deadlines by 14 days each, such that;

    (a)    Pursuant to LR 26-1(b), discovery in this action shall be completed on or before May 21, 2024;

---

[1] Plaintiff and the Takeover Defendants may be referred to as the "Parties."

  (b)  Dispositive Motions shall be filed and served no later than June 20, 2024.

WHEREAS, pursuant to LR 26-3, the parties state as follows:

  (a)  After and in light of the Court's two recent decisions regarding the parties' discovery disputes, the parties have exchanged initial written discovery, followed by some supplemental responses having been produced. The parties each have some discovery responses outstanding, with responsive deadlines approaching in the near future. The parties have also discussed a deposition schedule for the various fact witnesses, and were planning to begin depositions soon.

  (b)  The parties need to complete responses to each other's respective discovery requests, and depositions need to occur;

  (c)  The parties have been negotiating over a potential resolution, and are in agreement that a short, two-week pause on discovery would be beneficial in that it would allow the parties to allocate and focus resources on negotiations over a potential resolution which, given the claims at issue, will likely need to be a very complicated resolution that goes beyond a simple exchange of money for a settlement agreement and release; and

  (d)  All discovery shall be completed no later than May 21, 2024.

WHEREAS, undersigned counsel certifies that this is the first stipulation for extension of time to file motions pursuant to LR IA 6-1.

IT IS HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that all discovery shall be completed no later than May 21, 2024.

IT IS FURTHER HEREBY STIPULATED AND AGREED by and between the parties, through their undersigned counsel and subject to the approval of the Court, that all case dispositive motions, along with supporting briefs and other papers, if any, shall be served and filed on or before June 20, 2024.  Briefing will be presented pursuant to the Court's Local Rules.

1
2
3                                                              **IT IS SO ORDERED**.
4
5                                                              _____
                                                               UNITED STATES MAGISTRATE JUDGE
6                                                              DATED: _____
7
8
9    DATED this 5th day of April, 2024.                        DATED this 5th day of April, 2024.

10   **HUSCH BLACKWELL LLP**                                   **HALL & EVANS LLC**

11   /s/ *Patrick M. Harvey*                                   /s/ *Kurt R. Bonds*
     JAMES PATRICK SHEA                                        KURT R. BONDS, ESQ.
12   Nevada Bar No. 405                                        Nevada Bar No. 6228
     BART K. LARSEN                                            DAVID SEXTON
13   Nevada Bar No. 8538                                       Nevada Bar No. 14951
     KYLE M. WYANT                                             1160 North Town Center Drive, Suite 330
14   Nevada Bar No. 14652                                      Las Vegas, NV 89144
     SHEA LARSEN                                               *Attorneys for Defendants Takeover Industries*
15   1731 Village Center Circle, Suite 150                     *Incorporated, Tom Zarro, Michael Holley, Toby*
     Las Vegas, Nevada 89134                                   *McBride, Joseph Pavlik and NextGen Beverages,*
16   Telephone: (702) 471-7432                                 *LLC*
17   Fax: (702) 926-9683
     Email: jshea@shea.law
18   blarsen@shea.law
     kwyant@shea.law
19
20   JENNIFER E. HOEKEL
     Nevada Bar No. 12775
21   jennifer.hoekel@huschblackwell.com
     HUSCH BLACKWELL LLP
22   8001 Forsyth Boulevard, Suite 1500
     St. Louis, Missouri 63105
23   Telephone: 314.480.1500
     Facsimile: 314.480.1505
24
25   And
26
27
28

5

PATRICK M. HARVEY
*Admitted Pro Hac Vice*
Patrick.Harvey@huschblackwell.com
**HUSCH BLACKWELL LLP**
511 North Broadway, Suite 1100
Milwaukee, WI 53202
Telephone: 414.273.2100
Facsimile: 414.223.5000
*Attorney for Plaintiff
James V. Deppoleto Jr.*

## CERTIFICATE OF SERVICE

1. On April 5, 2024, I served the following document(s): **STIPULATION FOR EXTENSION OF TIME**

2. I served the above document(s) by the following means to the persons as listed below:

   X   a.   ECF System:

   KURT R. BONDS on behalf of Defendants Takeover Industries Incorporated, Tom Zarro, Michael Holley, Toby McBride, Joseph Pavlik and NextGen Beverages, LLC
   nvefile@hallevans.com; bondsk@hallevans.com

   DAVID SEXTON on behalf of Defendants Takeover Industries Incorporated, Tom Zarro, Michael Holley, Toby McBride, Joseph Pavlik and NextGen Beverages, LLC
   sextond@hallevans.com

   And all other parties requesting notice.

   ☐   b.   United States mail, postage fully prepaid:

   ☐   c.   Personal Service:

   I personally delivered the document(s) to the persons at these addresses:

   ☐   For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

   ☐   For a party, delivery was made by handling the document(s)

to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐   d.   By direct email (as opposed to through the ECF System):
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐   e.   By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐   f.   By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 5, 2024.
                                By: /s/ *Patrick M. Harvey*