# EXHIBIT B

EXHIBIT B

S. Don Bennion, Esq.
Nevada Bar No. 4530
Law Office of S. Don Bennion
6980 O'Bannon Drive #400
Las Vegas, Nevada 89117
Tel: (702) 333-0777  Fax: (702) 333-0577
email: don@bennionlaw.com

Jeffrey J. Whitehead, Esq.
Nevada Bar No. 3183
Whitehead & Burnett
6980 O'Bannon Drive
Las Vegas, Nevada 89117
Tel: (702)267-6500 Fax: (702)267-6262
Email: jeff@whiteheadburnett.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAMES V. DEPPOLETO JR., <br><br> Plaintiff, <br><br> v. <br><br> TAKEOVER INDUSTRIES, INCORPORATED, *et al.* <br> Defendant. | Case NO. 2:22-cv-02013-GMN-BNW <br><br> **DEFENDANTS' SEVENTH SUPPLEMENT TO INITIAL FRCP 26(A) DISCLOSURES** |

Defendants, TAKEOVER INDUSTRIES INCORPORATED, MICHAEL HOLLEY, TOM ZARRO, JOE PAVLIK, TOBY MCBRIDE and NEXTGEN BEVERAGES, LLC (collectively "Defendants"), by and through their counsel of record, the law office of S. Don Bennion, hereby provide their Seventh Supplement to Initial Disclosures pursuant to Rule

26(a) of the Federal Rules of Civil Procedure in this matter as follows: **(supplemental material in bold)**

## I.

## WITNESSES

Defendant discloses the following witnesses who may have discoverable information, with their address and telephone, if known, that Defendant may use to supports its claims and defenses:

1. James V. Deppoleto, Plaintiff
c/o SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, NV 89134

    and

    c/o HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO 63105

Mr. Deppoleto is the Plaintiff in this matter. It is expected that Mr. Deppoleto will testify as to the allegations in the complaint and the facts and circumstances related to those allegations and the claims he is making.

2. FRCP 30(b)(6) Representative for
Takeover Industries Incorporated
c/o Kurt R. Bonds, Esq.
Hall & Evans, LLC
1160 North Town Center Drive, Suite 330
Las Vegas, Nevada 89144
(702) 998-1022

Takeover Industries Incorporated is a Defendant in this matter. It is expected that a corporate representative for Takeover Industries Incorporated will be designated and testify as to the facts and circumstances alleged in the complaint and any affirmative defenses asserted by Defendants.

    3.      Michael Holley
          c/o Kurt R. Bonds, Esq.
          Hall & Evans, LLC
          1160 North Town Center Drive, Suite 330
          Las Vegas, Nevada 89144

Mr. Holley is a Defendant in this matter. It is expected that he will testify as to the facts and circumstances alleged in the complaint and any affirmative defenses asserted by Defendants.

    4.      Tom Zarro
          c/o Kurt R. Bonds, Esq.
          Hall & Evans, LLC
          1160 North Town Center Drive, Suite 330
          Las Vegas, Nevada 89144
          (702) 998-1022

Mr. Zarro is a Defendant in this matter. It is expected that he will testify as to the facts and circumstances alleged in the complaint and any affirmative defenses asserted by Defendants.

    5.      FRCP 30(b)(6) Representative for
          NextGen Beverages, LLC
          c/o Kurt R. Bonds, Esq.
          Hall & Evans, LLC
          1160 North Town Center Drive, Suite 330
          Las Vegas, Nevada 89144
          (702) 998-1022

NextGen Beverages, LLC is a Defendant in this matter. It is expected that a corporate representative for NextGen Beverages, LLC will be designated and testify as to the facts and circumstances alleged in the complaint and any affirmative defenses asserted by Defendants.

    6.      Toby McBride
          c/o Kurt R. Bonds, Esq.
          Hall & Evans, LLC
          1160 North Town Center Drive, Suite 330
          Las Vegas, Nevada 89144
          (702) 998-1022

Mr. McBride is a Defendant in this matter. It is expected that he will testify as to the facts and circumstances alleged in the complaint and any affirmative defenses asserted by Defendants.

7. Joseph Pavlik
   c/o Kurt R. Bonds, Esq.
   Hall & Evans, LLC
   1160 North Town Center Drive, Suite 330
   Las Vegas, Nevada 89144
   (702) 998-1022

Mr. Pavlik is a Defendant in this matter. It is expected that he will testify as to the facts and circumstances alleged in the complaint and any affirmative defenses asserted by Defendants.

8. Jason Tucker
   Condominio defines department 30 302 Retorno Veracruz SN Nayarit

This witness is a past president of Takeover and is expected to testify as to facts and circumstances related to the allegations in the complaint, Plaintiff's alleged loans to Takeover, and facts and circumstances relevant to Defendants' affirmative defenses.

9. Melissa Tucker

This witness was formerly on Takeover's payroll and is expected to testify as to facts and circumstances related to the allegations in the complaint, Plaintiff's alleged loans to Takeover, and facts and circumstances relevant to Defendants' affirmative defenses.

10. Mike Tzanetatos
    c/o Takeover Industries
    25177 Cypress Bluff Drive
    Santa Clarita, CA 91387

This witness is a former sales rep of Takeover and is expected to testify as to facts and circumstances related to the allegations in the complaint, Plaintiff's alleged loans to Takeover, and facts and circumstances relevant to Defendants' affirmative defenses.

    11.    Mike Costello
               c/o Takeover Industries
               431 Traube Ave.
               Clarendon Hills, IL 60514

This witness is a former sales rep of Takeover and is expected to testify as to facts and circumstances related to the allegations in the complaint, Plaintiff's alleged loans to Takeover, and facts and circumstances relevant to Defendants' affirmative defenses.

    12.    FRCP 30(b)(6) Representative for
               Quintec Integration, Inc.
               1600 paramount Drive Waukesha, WI 53186
               262-200-1678
               Quintecconveyor.com

This witness is expected to testify as to facts and circumstances related to the allegations in the complaint, Plaintiff's alleged loans to Takeover, the source of those funds, and facts and circumstances relevant to Defendants' affirmative defenses.

    13. Amy Allen c/o Quintec Integration, Inc.
            1600 paramount Drive Waukesha, WI 53186
            262-200-1678
            Quintecconveyor.com

This witness is a former employee of Quintec Integration, Inc., who worked with Plaintiff and witness Jason Tucker. Ms. Allen is expected to testify as to facts and circumstances related to the allegations in the complaint, Plaintiff's alleged loans to Takeover, and facts and circumstances relevant to Defendants' affirmative defenses.

Defendants reserve the right to call any and all other witnesses identified by any other party to this litigation in their FRCP 26(a) disclosures and all supplements thereto. Furthermore, discovery is ongoing in this matter and Defendants reserve the right to supplement and amend this list of witnesses as additional information is discovered.

## II.

## DOCUMENTS

Defendants identify the following documents that may be relevant to the allegations in this litigation and that Defendants may use to supports their claims and defenses:

1. Resolution of the Board of Directors of Labor Smart Inc., dated November 7, 2022 [DEF00001-DEF00005];

2. Written Consent – Board of Directors of Takeover Industries, Inc, dated November 7, 2022 [DEF00006-DEF00008];

3. Written Consent – Board of Directors of Takeover Industries, Inc, dated November 7, 2022 [DEF00009-DEF00011];

4. Bank Statements 2022-2023 [DEF00012-DEF00335];

5. Takeover Balance Sheet 2021 [DEF00336];

6. Takeover Profit and Loss 2021 [DEF00337];

7. Takeover Balance Sheet 2022 [DEF00338];

8. Takeover Profit and Loss 2022 [DEF00339];

9. General Ledger 2023 [DEF00340-DEF00419];

10. Resolution of the Board of Directors 1.24.23 [DEF00420];

11. Resolution of the Takeover Board 4.17.23 [DEF00421-DEF00422];

12. LTNC Demand Letter 1-22-2023 [DEF00423-DEF00445];

13. Tom Zarro LTNC Subscription Agreement 3-23-23 [DEF00446-DEF00461];

14. Tom Zarro Wells Fargo Bank Statement December 31, 2022 [DEF00462];

15. Term Sheet Takeover & Boost [DEF00463];

16. Correspondence from Jeff Whitehead to Michael Brandess [DEF00464-DEF00465];

17. Convertible Note Purchase Agreement [DEF00466-DEF00481];

18. Correspondence with Bryan Calka re: PFL [DEF00482-DEF00486];

19. Various Wire Statements [DEF00487-DEF00492];

20. PPM Labor Smart and Zarro [DEF00493-DEF00508];

21. Zarro-NextGen Investment Transaction Details Receipt [DEF00509];

22. Bank statements 2024 [DEF00510-DEF00521];

23. Jason Tucker-Battleship Invoice [DEF00522];

24. Melissa Tucker-Blue Butterfly Digital Invoice [DEF00523];

25. JBB Media Group LLC Invoice [DEF00524];

26. Payroll Payments [DEF00525-DEF00526];

27. Minutes of Special Meet of Directors 12.8.21 [DEF00527];

28. Email correspondence between Tom Zarro and Jason Tucker re: Zarro Note [DEF00528-DEF00533];

29. Various Email Correspondence between Tom Zarro, Jason Tucker, Michael Brandess and James Deppoleto, Jr. [DEF00534-DEF00546];

30. Email correspondence between Tom Zarro and Jason Tucker re: Note Payments and Deppoleto [DEF00547-DEF00548];

31. Email Correspondence between Tom Zarro, Jason Tucker and Toby McBride re: Payments on Note [DEF00549-DEF00550];

32. DocuSign Email Correspondence from Jason Tucker to Tom Zarro [DEF00551-DEF00559];

33. Email Correspondence between Tom Zarro and Jason Tucker re: Payments on Note [DEF00560-DEF00561];

34. Email Correspondence between Tom Zarro and Jason Tucker re: Payments on Note [DEF00562-DEF564];

35. Email Correspondence between Jason Tucker and Kerby Fortner re: Deppoleto Note [DEF00565-DEF00566]

36. Email Correspondence from Toby McBride to Mike Tzanetatos re: Termination of Employment [DEF00567];

37. Email Correspondence between Mike Holley and Tom Zarro re: PPM with Attachment [DEF00568-DEF00584];

38. Email Correspondence between Jason Tucker and Amy Allen re: Takeover Payroll [DEF00585-DEF00588];

39. Email Correspondence between Toby McBride, Joe Pavlik and Jason Tucker e: Takeover Social Media Login Information [DEF00589-DEF00590];

40. NextGen Beverage Insurance Documents [DEF00591-DEF00688];

41. NextGen Beverage Bank Records June 2023-October 2024 [DEF00689-DEF00803];

42. NXT LVL Brand Partnership Investor Funding Pitchdeck [DEF00804-DEF00824];

43. Family Dollar Invoice [DEF00825];

44. Settlement Agreement [DEF00826-DEF00835];

45. Bylaws re: Takeover Industries, Inc. [DEF00836-DEF00869];

46. License Agreement between Toby McBride and Tom Zarro [DEF00870-DEF00872];

47. NXT LVL/ 5 Hr. Energy Accelerator Partnership [DEF00873];

48. Emails between Amy Allen, Jason Tucker and James Deppoleto, Jr. [DEF00874-DEF00882];

49. Email between Jason Tucker, Eric Bjorgum, Melissa Tucker and James Deppoleto, Jr. [DEF00883-DEF00884];

50. Email correspondence documents [DEF00885-DEF00898];

51. Convertible Note Purchase Agreement [DEF00899-DEF00918]

52. Bylaws of Takeover Industries, Inc. [DEF00919- DEF 01080]

53. James L. Deppoleto, Jr. social media post July 12, 2022 [DEF01081]

54. JBB Media Group LLC receipts dated July 15, 2022 and September 14, 2022 [DEF01082-DEF01087]

55. **NXT LVL Gamer Shots** Stipulation [DEF01088 to DEF01006]
 **( subject to pending Motion For Protective Order)**

56. **Email correspondence** [DEF01107 to DEF01112]
 **(subject to pending Stipulation and Order for Protective Order)**

57. **Partner Presentation** [DEF01113 to DEF01135]
 **(subject to pending Stipulation and Order for Protective Order)**

58. Private Placement Agreement Tom Zarro [DEF01136 to DEF01263]

59. **Bill Invoices** [DEF01264 to DEF01268]

| | | |
|---|---|---|
| 60. | Monthly Salary and Outside Contractor Expenses | [DEF01269] |
| 61. | Abomb99 post re: J. Deppoleto | [DEF01270] |
| 62. | Loan Agreements re: Takeover and NextGen | [DEF01271-DEF01280] |
| 63. | NextGen Balance Sheets | [DEF01281-DEF01290] |
| 64. | Nootropics documents | [DEF01291-DEF01293] |
| 65. | T-Pain Agreement | [DEF01294-DEF01300] |
| 66. | TKO Inventory Value 12-5-22 | [DEF01301] |
| 67. | Tom Zarro Mutual Non-Disclosure Agreement (subject to pending Stipulation and Order for Protective order) | [DEF01302-DEF01303] |

Defendants reserve the right to use any and all other documents identified by any other party to this litigation in their FRCP 26(a) disclosures and all supplements thereto. Furthermore, discovery is ongoing in this matter and Defendants reserve the right to supplement and amend this list of documents as additional information is discovered.

III.

TANGIBLE ITEMS

Defendants hereby describe and identify the tangible items or things in their possession which are relevant to this lawsuit as follows:

See documents identified as DEF00001-DEF01080.

Defendants reserve the right to (1) supplement this list of tangible items as discovery continues, and (2) use any tangible items disclosed by any other party to this litigation.

## IV.

## INSURANCE AGREEMENTS

Defendants hereby identifies the following insurance agreements for possible coverage:

See DEF00591-DEF00688 produced December 6, 2024.

Defendants reserve the right to supplement this list as discovery continues.

## V.

## COMPUTATION OF DAMAGES

Defendants have been damaged by attorney's fees and costs in an amount to be determined.

## VI.

## PRIVILEGE LOG

**Following is a list identifying documents withheld from production, by virtue of privilege, that may have been responsive to certain documents requests from Plaintiff, as more fully stated therein:**

| DOCUMENT REQUEST NO. | DESCRIPTION | PRIVILEGE/PROTECTION CLAIMED |
|---|---|---|
| See privilege log provided | | |
| | | |

DATED this 31st day of December 2024.

Law Office of S. Don Bennion

/s/ *S. Don Bennion, Esq.*
S. Don Bennion, Esq.
Nevada Bar No. 4530
6980 O'Bannon Drive #400
Las Vegas, Nevada 89117

11

Tel: (702) 333-0777
Fax: (702)333-0577
Email: don@bennionlaw.com
*Attorneys for Defendants*

Whitehead & Burnett

/s/ *Jeffrey J. Whitehead, Esq.*
Jeffrey J. Whitehead, Esq.
Nevada Bar No. 3183
Whitehead & Burnett
6980 O'Bannon Drive
Las Vegas, Nevada 89117
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On December 31, 2024 I served the following document(s):

1. The document(s) were served by the following means to the person(s) as listed below:

**DEFENDANTS' SEVENTH SUPPLEMENT TO INITIAL FRCP 26(A) DISCLOSURES**

☐ a. ECF System

And all other parties requesting notice.

☐ b. US mail, postage prepaid

☐ c. Personal Service:

☑ d. By direct email (as opposed to the ECF system): Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the person(s) at the email addresses listed below. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

| | |
|---|---|
| **James Patrick Shea, Esq.**<br>Nevada Bar No. 405<br>**Bart K. Larsen, Esq.**<br>Nevada Bar NO. 8538<br>**Kyle M. Wyant, Esq.**<br>Nevada Bar No. 14652<br>SHEA LARSEN<br>1731 Village Center Circle, Suite 150<br>Las Vegas, Nevada 89134<br>T: 702-471-7432 F: 702-926-9683<br>blarsen@shea.law<br>kwyant@shea.law<br>*Attorneys for Plaintiff*<br>**Jennifer Hoekel, Esq.**<br>Nevada Bar No. 12775<br>Husch Blackwell LLP<br>8001 Forsyth Boulevard Suite 1500<br>St. Louis, Missouri 63105 | **Kurt R. Bonds, Esq.**<br>Nevada Bar No. 6228<br>**David M. Sexton, Esq.**<br>Nevada Bar No. 14951<br>HALL & EVANS, LLC<br>1160 North Town Center Drive<br>Suite 330<br>Las Vegas, Nevada 89144<br>T: 702-998-1022<br>nvefile@hallevans.com<br>bondsk@hallevans.com<br>sextond@hallevans.com<br>*Attorneys for Defendants*<br>**Patrick M. Harvey, Esq.**<br>Admitted Pro-Hac Vice<br>Husch Blackwell LLP<br>511 North Broadway, Suite 1100<br>Milwaukee, WI 53202 |

T: 314-480-1500
Jennifer.hoekel@huschblackwell.com
*Attorney for Plaintiff*

T: 414-273-2100
Patrick.Harvey@huschblackwell.com
*Attorney for Plaintiff*

☐     e. By fax transmission

      Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the person(s) at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐     f. By messenger

      I served the document(s) by placing them in an envelope or package addressed to the person(s) at the addresses listed below and providing them to a messenger for service.

      I declare under penalty of perjury that the foregoing is true and correct.

                  /s/ *S. Don Bennion, Esq*
                  Law Office of S. Don Bennion