# EXHIBIT D

# EXHIBIT D

## Don Bennion

**From:** Planet Depos Production Department <transcripts@planetdepos.com>
**Sent:** Friday, December 27, 2024 4:17 PM
**To:** Don Bennion
**Subject:** Deppoleto -v- Takeover Industries Incorporated, et al.; Tom Zarro, Volume 2 - 12/13/2024
**Attachments:** Zarro, Tom 121324 Errata Sheet.pdf

**Caution**: External (transcripts@planetdepos.com)

Sensitive Content  Details

Report This Email  FAQ  GoDaddy Advanced Email Security. Powered by INKY

Dear Counsel,

The transcript in the above-referenced matter has been finalized and is ready for distribution.

The price of the electronic deposition transcript and exhibits (if applicable) *only* is **$360.00**. This does not include the cost for any services utilized during the deposition, such as Realtime feeds. An additional fee is added for printing and shipping if you request a hard copy of the transcript.

Please visit https://planetdepos.com/invoice-payment-form to make your payment **(3% convenience fee applies)**. Enter the Job Number **564880** within the "Invoice No." field.

**Upon receipt of payment in the full amount, we will email you the transcript files.**

It is our understanding that you have agreed to arrange for the reading and signing. Attached is the errata sheet.

***Referenced Job Number: 564880***

Thank you,

**Cate Neuhauser | Planet Depos**
Transcript Production Specialist
t 888.433.3767
clientservices@planetdepos.com
planetdepos.com



*Confidentiality Notice: The information contained in this e-mail transmission and any attachments hereto constitutes confidential and/or privileged information. This information is intended for the sole use of the individual or entity to whom it is addressed. If you are not the intended recipient of this e-mail, you are hereby notified that any disclosure, copying, forwarding, distribution, or the taking of any action in reliance on this information, is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone 888.433.3767 or by mail at 451 Hungerford Drive Suite 400, Rockville, MD 20850, to arrange for the return of this e-mail and contents.*

1



Don Bennion, Jr., Esquire
Law Office of S. Don Bennion
6980 O'Bannon Drive Suite 400
Las Vegas, NV 89117

Re: Deposition of **Tom Zarro, Volume 2**
    Date: 12/13/2024
    Case: Deppoleto -v- Takeover Industries Incorporated, et al.


Dear Sir/Madam,

Attached please find the above-referenced deposition transcript. If applicable, signature is required within 30 days from the date of receipt of this letter.

In accordance with the disposition of signature at the deposition or the pertinent jurisdictional rules, the deponent should follow these instructions to complete the Errata Sheet:

(1) Read the transcript and indicate any corrections or changes in ink on the enclosed Errata Sheet. Please include page and line numbers. If more space is needed for corrections, please use a blank sheet of paper. If no corrections or changes are necessary, please indicate "no corrections" or "no changes" on the Errata Sheet.

(2) Sign and date the Errata Sheet and Acknowledgement of Deponent/Affiant pages.

(3) Please return the executed Errata Sheet and Acknowledgement pages to the address indicated below, submit via fax (888-503-3767) or email (transcripts@planetdepos.com).

A copy of this letter and the returned signature pages, if any, will be distributed to counsel.


Sincerely,


Production Department
Planet Depos, LLC
451 Hungerford Drive
Suite 400
Rockville, Maryland 20850


No. 564880

No. 564880

Re:    Deposition of **Tom Zarro, Volume 2**
       Date: 12/13/2024
       Case: Deppoleto -v- Takeover Industries Incorporated, et al.
       Return to: transcripts@planetdepos.com

| Page | Line | Correction/Change and Reason |
|------|------|------------------------------|
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |
|      |      |                              |

_____      _____
    (Date)                                    (Signature)

No. 564880

Re:     Deposition of **Tom Zarro, Volume 2**
        Date: 12/13/2024
        Case: Deppoleto -v- Takeover Industries Incorporated, et al.
        Return to: transcripts@planetdepos.com

| | | |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

_____          _____
        (Date)                              (Signature)

No. 564880

Re:     Deposition of **Tom Zarro, Volume 2**
        Date: 12/13/2024
        Case: Deppoleto -v- Takeover Industries Incorporated, et al.
        Return to: transcripts@planetdepos.com

ACKNOWLEDGMENT OF DEPONENT

I, Tom Zarro, Volume 2, do hereby acknowledge that I have read and examined the foregoing testimony, and the same is a true, correct and complete transcription of the testimony given by me and any corrections appear on the attached Errata sheet signed by me.

_____          _____
        (Date)                              (Signature)

## Don Bennion

| | |
|---|---|
| **From:** | Planet Depos Production Department <transcripts@planetdepos.com> |
| **Sent:** | Friday, December 27, 2024 4:17 PM |
| **To:** | Don Bennion |
| **Subject:** | Deppoleto -v- Takeover Industries Incorporated, et al.; Tom Zarro, Volume 2 - 12/13/2024 |
| **Attachments:** | Zarro, Tom 121324 Errata Sheet.pdf |

**Caution**: External (transcripts@planetdepos.com)

Sensitive Content  Details

Report This Email  FAQ  GoDaddy Advanced Email Security, Powered by INKY

Dear Counsel,

The transcript in the above-referenced matter has been finalized and is ready for distribution.

The price of the electronic deposition transcript and exhibits (if applicable) *only* is **$360.00**. This does not include the cost for any services utilized during the deposition, such as Realtime feeds. An additional fee is added for printing and shipping if you request a hard copy of the transcript.

Please visit https://planetdepos.com/invoice-payment-form to make your payment **(3% convenience fee applies)**. Enter the Job Number **564880** within the "Invoice No." field.

**Upon receipt of payment in the full amount, we will email you the transcript files.**

It is our understanding that you have agreed to arrange for the reading and signing. Attached is the errata sheet.

***Referenced Job Number: 564880***

Thank you,

**Cate Neuhauser | Planet Depos**
Transcript Production Specialist
**t** 888.433.3767
clientservices@planetdepos.com
planetdepos.com



*Confidentiality Notice: The information contained in this e-mail transmission and any attachments hereto constitutes confidential and/or privileged information. This information is intended for the sole use of the individual or entity to whom it is addressed. If you are not the intended recipient of this e-mail, you are hereby notified that any disclosure, copying, forwarding, distribution, or the taking of any action in reliance on this information, is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone 888.433.3767 or by mail at 451 Hungerford Drive Suite 400, Rockville, MD 20850, to arrange for the return of this e-mail and contents.*

**Don Bennion**

| | |
|---|---|
| **From:** | Don Bennion |
| **Sent:** | Monday, December 30, 2024 8:46 PM |
| **To:** | Planet Depos Accounts Receivable Department; Planet Depos Client Services |
| **Subject:** | RE: Deppoleto -v- Takeover Industries Incorporated, et al.; Mike Holley corporate representative deposition transcript |
| **Attachments:** | 20241230203851036.pdf |

Rahela,

As requested, attached are copies of the check in the amount of $938.95 (check #1928) sent to Planet Depos via US Mail December 10 payable for the transcript of the deposition of Michael Holley, corporate representative, taken in November 2024, and the emails to and from Planet Depos and my office regarding Mr. Holley's deposition. Apparently, Planet Depos initially sent the invoice for this deposition referring to "job number 561276" and then the job number was changed to "559922" for reference on the invoice for this deposition. Perhaps this is part of the confusion. While I did reference a check sent to Planet Depos in the amount of $960, the correct amount as set forth above is $938.95. We trust you have received this check by now.

Please advise if you have any questions. Thank you.

S. Don Bennion
Attorney & Counselor at Law
Law Office of S. Don Bennion
6980 O'Bannon Drive Suite 400
Las Vegas, Nevada 89117
702.333.0777
702.333.0577*f*
don@bennionlaw.com

**From:** Planet Depos Accounts Receivable Department <ar@planetdepos.com>
**Sent:** Monday, December 30, 2024 5:37 AM
**To:** Don Bennion <don@bennionlaw.com>; Planet Depos Client Services <ClientServices@planetdepos.com>
**Subject:** Re: Deppoleto -v- Takeover Industries Incorporated, et al.; Tom Zarro, Volume 2 - 12/13/2024

**Caution**: External (ar@planetdepos.com)

First-Time Sender   Details

Report This Email  FAQ  GoDaddy Advanced Email Security, Powered by INKY

Good morning,

Thanks for your e-mail. Could you please provide a check number and you advised the exact amount is $960.00?

As of this morning, we don't show anything that came in for $960.00. The delay could be due to the holidays.

As a one time professional courtesy, my client service team will release the transcript prior to our office receiving the payment.

Someone will get back to you shortly.

Best,
Rahela




**Rahela Islam| Planet Depos**
Accounts Receivable Manager
**t** 888.433.3767
ar@planetdepos.com
planetdepos.com

On December 27, 2024 at 7:44 PM EST clientservices@planetdepos.com wrote:

Good evening, Counsel,

Thank you so much for bringing this to our attention. I have looped in our billing team to check on the payment that was sent. Please allow them a moment to check for you.

Job: 559922

Warm regards,

**Connie Rowell | Planet Depos**
Client Services Specialist
**t** 888.433.3767
clientservices@planetdepos.com
planetdepos.com

On December 27, 2024 at 7:35 PM EST don@bennionlaw.com wrote:

**[EXTERNAL]**

Dear Planet Depos,

Thank you for this information regarding the deposition of Tom Zarro. We will submit payment for Mr. Zarro's electronic deposition transcript.

We previously requested copies of the deposition transcript of Michael Holley taken in November 2024. However, to date we have not received a copy of the deposition transcript of Michael Holley in electronic format or otherwise. My office sent you/Planet Depos a check in the amount of $960 as required to receive a copy of Mr. Holley's deposition transcript more than three weeks ago but we have not yet received said deposition transcript. Please advise when we can expect to receive the deposition transcript of Mr. Holley's deposition taken in November 2024. Thank you.

S. Don Bennion
Attorney & Counselor at Law
Law Office of S. Don Bennion
6980 O'Bannon Drive Suite 400
Las Vegas, Nevada 89117
702.333.0777
702.333.0577f
don@bennionlaw.com

**From:** Planet Depos Production Department <transcripts@planetdepos.com>
**Sent:** Friday, December 27, 2024 4:17 PM
**To:** Don Bennion <don@bennionlaw.com>
**Subject:** Deppoleto -v- Takeover Industries Incorporated, et al.; Tom Zarro, Volume 2 - 12/13/2024

Dear Counsel,

The transcript in the above-referenced matter has been finalized and is ready for distribution.

The price of the electronic deposition transcript and exhibits (if applicable) *only* is **$360.00**. This does not include the cost for any services utilized during the deposition, such as Realtime feeds. An additional fee is added for printing and shipping if you request a hard copy of the transcript.

Please visit https://planetdepos.com/invoice-payment-form to make your payment **(3% convenience fee applies)**. Enter the Job Number **564880** within the "Invoice No." field.

3

**Upon receipt of payment in the full amount, we will email you the transcript files.**

It is our understanding that you have agreed to arrange for the reading and signing. Attached is the errata sheet.

_**Referenced Job Number: 564880**_

Thank you,

**Cate Neuhauser | Planet Depos**
Transcript Production Specialist
t 888.433.3767
clientservices@planetdepos.com
planetdepos.com

_Confidentiality Notice: The information contained in this e-mail transmission and any attachments hereto constitutes confidential and/or privileged information. This information is intended for the sole use of the individual or entity to whom it is addressed. If you are not the intended recipient of this e-mail, you are hereby notified that any disclosure, copying, forwarding, distribution, or the taking of any action in reliance on this information, is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone 888.433.3767 or by mail at 451 Hungerford Drive Suite 400, Rockville, MD 20850, to arrange for the return of this e-mail and contents._

_Confidentiality Notice: The information contained in this e-mail transmission and any attachments hereto constitutes confidential and/or privileged information. This information is intended for the sole use of the individual or entity to whom it is addressed. If you are not the intended recipient of this e-mail, you are hereby notified that any disclosure, copying, forwarding, distribution, or the taking of any action in reliance on this information, is strictly prohibited. If you have received this e-mail in error, please immediately notify us by telephone 888.433.3767 or by mail at 451 Hungerford Drive Suite 400, Rockville, MD 20850, to arrange for the return of this e-mail and contents._

## jennifer bennion

| | |
|---|---|
| **From:** | Don Bennion |
| **Sent:** | Tuesday, December 10, 2024 6:27 PM |
| **To:** | Planet Depos Production Department |
| **Cc:** | jennifer bennion |
| **Subject:** | RE: Deppoleto -v- Takeover Industries Incorporated, et al.; Mike Holley, Corporate Representative - 11/19/2024 |

Ms. Innello,

In order to eliminate the 3% convenience fee, please provide us with your mailing address so we can mail Planet Depos a check to pay for the deposition transcript of Mike Holley, corporate representative in the amount of $938.95. Thank you.

S. Don Bennion
Attorney & Counselor at Law
Law Office of S. Don Bennion
6980 O'Bannon Drive Suite 400
Las Vegas, Nevada 89117
702.333.0777
702.333.0577f
don@bennionlaw.com

**From:** Planet Depos Production Department <transcripts@planetdepos.com>
**Sent:** Thursday, December 5, 2024 9:21 PM
**To:** Don Bennion <don@bennionlaw.com>
**Subject:** Re: Deppoleto -v- Takeover Industries Incorporated, et al.; Mike Holley, Corporate Representative - 11/19/2024

Dear Counsel,

Please disregard the job number in my previous email, as it was sent in error.   Below, is how it was intended to read.

The price of the electronic deposition transcript with the exhibits attached  for the deposition of Mike Holley, Corporate Representative is $938.95. An additional fee is added for printing and shipping if you request a hard copy of the transcript.

Please visit https://planetdepos.com/invoice-payment-form to make your payment **(3% convenience fee applies)**. Enter the Job Number 559922 within the "Invoice No." field.

**Upon receipt of payment in the full amount, we will email you the transcript files.**

*__Referenced Job Number: 559922__*

**Monica Innello | Planet Depos**
Operations Specialist

t 888.433.3767
monica.innello@planetdepos.com
planetdepos.com

On December 6, 2024 at 12:14 AM EST transcripts@planetdepos.com wrote:

Dear Counsel,

The price of the electronic deposition transcript with the exhibits attached is $938.95. An additional fee is added for printing and shipping if you request a hard copy of the transcript.

Please visit https://planetdepos.com/invoice-payment-form to make your payment (**3% convenience fee applies**). Enter the Job Number **561276** within the "Invoice No." field.

**Upon receipt of payment in the full amount, we will email you the transcript files.**

*Referenced Job Number: 561276*

Thank you,


**Monica Innello | Planet Depos**
Operations Specialist
t 888.433.3767
monica.innello@planetdepos.com
planetdepos.com


On December 5, 2024 at 11:40 PM EST don@bennionlaw.com wrote:

[EXTERNAL]


Yes, please provide us with the cost to purchase the deposition transcript. I request you provide a copy of the above-referenced deposition transcript. The video recording of the deposition is not requested. Thank you.

S. Don Bennion
Attorney & Counselor at Law
Law Office of S. Don Bennion
6980 O'Bannon Drive Suite 400
Las Vegas, Nevada 89117
702.333.0777
702.333.0577f

## jennifer bennion

| | |
|---|---|
| **From:** | Don Bennion |
| **Sent:** | Tuesday, December 10, 2024 6:35 PM |
| **To:** | Planet Depos Client Services |
| **Cc:** | jennifer bennion |
| **Subject:** | RE: Deppoleto -v- Takeover Industries Incorporated, et al.; Mike Holley, Corporate Representative - 11/19/2024 |

Thank you.

S. Don Bennion
Attorney & Counselor at Law
Law Office of S. Don Bennion
6980 O'Bannon Drive Suite 400
Las Vegas, Nevada 89117
702.333.0777
702.333.0577f
don@bennionlaw.com

**From:** Planet Depos Client Services <ClientServices@planetdepos.com>
**Sent:** Tuesday, December 10, 2024 6:30 PM
**To:** Don Bennion <don@bennionlaw.com>
**Cc:** jennifer bennion <jen@bennionlaw.com>
**Subject:** Re: Deppoleto -v- Takeover Industries Incorporated, et al.; Mike Holley, Corporate Representative - 11/19/2024

Dear Counsel,

Thank you for your email. If you would like to avoid the 3% convenience fee, you may send a check to us at:

**P.O. Box (our remittance address)**
***DO NOT FEDEX TO P.O.BOX.  CHECKS SENT VIA FEDEX TO P.O.BOX. WILL NOT BE PROCESSED***
PLANET DEPOS, LLC
P.O.BOX 791571
Baltimore, MD 21279-1571

**Or, for a Wire/ACH payment option, please contact ar@planetdepos.com.**

*\*\*Please note that service is only rendered when the payment is successfully received and processed by our office. Mail may take up to 3 weeks to be received.*

**Job Reference Number: *561276***

Thank you,

**Sam Kirby | Planet Depos**

1928
94-177/1224

Law Office of S. Don Bennion
6980 O'Bannon Drive #400
Las Vegas, NV 89117

DATE Dec. 10, 2024

PAY
TO THE
ORDER OF _____ Planet Depos LLC _____ | 938.95/XX

Nine Hundred and thirty eight dollars + 95/100 _____ DOLLARS

Bank of Nevada

Job #559922  or  561276

NOT NEGOTIABLE

⑈00⑆928⑈ ⑆122401778⑈



Law Office of S. Don Bennion
6980 O'Bannon Drive #400
Las Vegas, Nevada 89117




Planet Depos, LLC
P.O. Box 791571
Baltimore, MD 21279-1571