JAMES PATRICK SHEA
Nevada Bar No. 405
BART K. LARSEN
Nevada Bar No. 8538
KYLE M. WYANT
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email: jshea@shea.law
blarsen@shea.law
kwyant@shea.law

JENNIFER E. HOEKEL
Nevada Bar No. 12775
jennifer.hoekel@huschblackwell.com
**HUSCH BLACKWELL LLP**
8001 Forsyth Boulevard Suite 1500
St. Louis, Missouri 63105
Telephone: 314.480.1500
Facsimile: 314.480.1505

-and-

PATRICK M. HARVEY
*Admitted Pro Hac Vice*
Patrick.Harvey@huschblackwell.com
**HUSCH BLACKWELL LLP**
511 North Broadway, Suite 1100
Milwaukee, WI 53202
Telephone: 414.273.2100
Facsimile: 414.223.5000

*Attorneys for Plaintiff,*
*James V. Deppoleto Jr.*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

1

1    JAMES V. DEPPOLETO JR.,
2    Individually and Derivatively on Behalf of       CASE NO. 2:22-cv-02013-GMN-MDC
     Nominal Defendant Takeover Industries
3    Incorporated                                     **DECLARATION OF PATRICK M. HARVEY**
                                                       **IN SUPPORT OF PLAINTIFF'S MOTION**
4                                    Plaintiff,        **FOR PARTIAL SUMMARY JUDGMENT**
                                                       **PURSUANT TO FED. R. CIV. P. 56(a)**
5    v.

6    TAKEOVER INDUSTRIES
     INCORPORATED,
7    Defendant and Nominal Defendant

8    MICHAEL HOLLEY,

9    TOBY MCBRIDE,

10   JOSEPH PAVLIK,

11
     TOM ZARRO,
12
13   and

14   NEXTGEN BEVERAGES, LLC

15                                   Defendants.

16
             Under penalty of perjury and pursuant to 28 U.S.C. § 1746, I, Patrick M. Harvey, declare
17
     as follows:
18
19           1.      I am one of the attorneys for Plaintiff, James V. Deppoleto Jr. ("<u>Plaintiff</u>" or

20   "<u>Deppoleto</u>"), in the above captioned matter, and I am admitted to practice *pro hac vice* before

21   this Court.   I submit this Declaration in support of Plaintiff's Motion for Patrial Summary

22   Judgment Pursuant to Fed. R. Civ. P. 56(a).

23           2.      A true and correct copy of the transcript of the October 4, 2024, deposition of
24
     Michael Holley is attached hereto as **Exhibit 1.**
25
26           3.      A true and correct copy of the transcript of the November 19 and 22, 2024,

27   depositions of Michael Holley as Corporate Representative of Takeover Industries, Incorporated

28

HB: 4937-8784-1037.1

is attached hereto as **Exhibit 2**.

4.    A true and correct copy of the transcript of the November 15 and 22, 2024, depositions of Toby McBride is attached hereto as **Exhibit 3**.

5.    A true and correct copy of the transcript of the August 20, 2024, deposition of Joe Pavlik is attached hereto as **Exhibit 4.**

6.    A true and correct copy of the May 25, 2022, Convertible Note Purchase Agreement, Holley Corp. Rep. Dep. Ex. 2 is attached hereto as **Exhibit 5.**

7.    A true and correct copy of the May 20, 2022, Joint Written Consent of the Board of Directors and Shareholders of Takeover Industries, Inc., Michael Holley Corp. Rep. Dep. Ex. 4, is attached hereto as **Exhibit 6.**

8.    A true and correct copy of the May 25, 2022, Secured Convertible Promissory Note, Michael Holley Corp. Rep. Dep. Ex. 3 is attached hereto as **Exhibit 7.**

9.    A true and correct copy of the July 6, 2022, First Amendment to Convertible Note Purchase Agreement, Michael Holley Corp. Rep. Dep. Ex. 5 is attached hereto as **Exhibit 8.**

10.    A true and correct copy of the July 1, 2022, Joint Written Consent of the Board of Directors and Shareholders of Takeover Industries, Inc., Michael Holley Corp. Rep. Dep. Ex. 7 is attached hereto as **Exhibit 9.**

11.    A true and correct copy of the July 6, 2022, Second Secured Convertible Promissory Note, Michael Holley Corp. Rep. Dep. Ex. 6 is attached hereto as **Exhibit 10.**

12.    A true and correct copy of the August 19, 2022, Second Amendment to Convertible Note Purchase Agreement, Michael Holley Corp. Rep. Dep. Ex. 8 is attached hereto as **Exhibit 11.**

13.    A true and correct copy of the August 18, 2022, Joint Written Consent of the

HB: 4937-8784-1037.1

Board of Directors and Shareholders of Takeover Industries, Inc, Michael Holley Corp. Rep. Dep. Ex. 10 is attached hereto as **Exhibit 12.**

14.     A true and correct copy of the First Supplemental Loan, Michael Holley Corp. Rep. Dep. Ex. 17 is attached hereto as **Exhibit 13.**

15.     A true and correct copy of the Second Supplemental Loan, Michael Holley Corp. Rep. Dep. Ex. 18 is attached hereto as **Exhibit 14.**

16.     A true and correct copy of the transcript of the December 5, 2024, deposition of James Deppoleto is attached hereto as **Exhibit 15.**

17.     A true and correct copy of the November 4, 2022, Resolution of the Board of Directors of Labor Smart, Inc., Michael Holley Corp. Rep. Dep. Ex. 12 is attached hereto as **Exhibit 16.**

18.     A true and correct copy of the November 8, 2022, First Notice of Default, Michael Holley Corp. Rep. Dep. Ex. 14 is attached hereto as **Exhibit 17.**

19.     A true and correct copy of the November 22, 2022, Second Notice of Default, Michael Holley Corp. Rep. Dep. Ex. 15 is attached hereto as **Exhibit 18.**

20.     A true and correct copy of the August 19, 2022, Third Secured Convertible Promissory Note, Michael Holley Corp. Rep. Dep. Ex. 9 is attached hereto as **Exhibit 19.**

21.     A true and correct copy of the April 17, 2023, Resolution of the Board of Directors of Takeover Industries, Inc., Michael Holley Corp. Rep. Dep. Ex. 13 is attached hereto as **Exhibit 20.**

22.     A true and correct copy of the Bank of America Bank Statements, Tom Zarro Dep. Ex. 15, is attached hereto as **Exhibit 21.**  Personal Dep. Ex. 15 at DEF00210 and 00234**.**

23.     A true and correct copy of the transcript of the November 21, 2024 deposition of

Tom Zarro is attached hereto as **Exhibit 22.**

24.    A true and correct copy of the transcript of the November 21, 2024, deposition of Tom Zarro as Corporate Representative of Next Gen Beverages is attached hereto as **Exhibit 23.**

25.    A true and correct copy of the December 31, 2022, Takeover Industries Inc. Balance Sheet, Tom Zarro Corp. Rep. Dep. Ex. 11 is attached hereto as **Exhibit 24.**

26.    A true and correct copy of Great Northern Corporation invoices issued to Takeover Industries and subsequent correspondence, Bates-numbered DEF01375-01383, is attached hereto as **Exhibit 25.**

Executed on this 10th day of January, 2025.

    */s/ Patrick M. Harvey*
    Patrick M. Harvey

HB: 4937-8784-1037.1

**CERTIFICATE OF SERVICE**

1.  On January 10, 2025, I served the following document(s): **DECLARATION IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT PURSUANT TO FED. R. CIV. P. 56(a)**

2.  I served the above document(s) by the following means to the persons as listed below:

☒  a.  ECF System:

☐  b.  United States mail, postage fully prepaid:

☐  c.  Personal Service:

I personally delivered the document(s) to the persons at these addresses:

☐  For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐  For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐  d.  By direct email (as opposed to through the ECF System): Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐  e.  By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐  f.  By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: January 10, 2025.

By: */s/ Patrick M. Harvey*

HB: 4937-8784-1037.1