# EXHIBIT 4

Joseph F. Pavlik
August 20, 2024

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA


JAMES DEPPOLETO,

        Plaintiff,

        vs.                Case No. 2:22-cv-02013

TAKEOVER INDUSTRIES
INCORPORATED, et al.


        Defendants.
_____/




VIRTUAL REMOTE VIDEO-RECORDED

DEPOSITION OF JOSEPH F. PAVLIK

TUESDAY, AUGUST 20, 2024

LAS VEGAS, NEVADA






Reported by:  KENDALL KING-HEATH, NV CCR No. 475
               CA. CSR No. 11861

Page 2

```
 1          UNITED STATES DISTRICT COURT
 2             DISTRICT OF NEVADA
 3
 4   JAMES DEPPOLETO,
 5          Plaintiff,
 6          vs.              Case No. 2:22-cv-02013
 7   TAKEOVER INDUSTRIES
     INCORPORATED, et al.
 8
 9          Defendants.
     _____/
10
11
12
13       VIRTUAL REMOTE VIDEO-RECORDED DEPOSITION
14       of JOSEPH F. PAVLIK, taken on behalf of
15       Plaintiff, commencing on Tuesday, August
16       20, 2024, at 1:02 p.m.  The witness
17       appeared remotely from Las Vegas,
18       Nevada, taken before Kendall King-Heath,
19       Certified Court Reporter, No. 475, for
20       the State of Nevada, No. 11861, for the
21       State of California.
22
23
24
25
```

Page 3

```
 1   ZOOM/TELECONFERENCE APPEARANCE:
 2   For the Plaintiff:
 3          PATRICK HARVEY, ESQ.
            HUSCH BLACKWELL
 4          511 North Broadway
            Suite 1100
 5          Milwaukee, WI 53202
            (414) 273-2100
 6          patrick.harvey@buschblackwell.com
 7
 8
     For the Defendants:
 9
            DAVID SEXTON, ESQ.
10          HALL & EVANS
            1160 North Town Center Drive
11          Suite 330
            Las Vegas, NV 89144
12          sextond@hallevans.com
13
14
15
16   ALSO PRESENT:
17          Mary Kate Metzger, Court Videographer
18
19
20
21
22
23
24
25
```

Page 4

```
 1              INDEX
 2
             EXAMINATION
 3
     WITNESS                            PAGE
 4
     JOSEPH F. PAVLIK
 5
        By Mr. Harvey ..................... 6
 6
 7
 8
 9              EXHIBITS
10
11          (None Marked.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1          TUESDAY, AUGUST 20, 2024
 2               1:02 p.m.
 3               -o0o-
 4          THE VIDEOGRAPHER:  We are now on the
 5   record at 1:02 p.m. Pacific Daylight Time on
 6   Tuesday, August 20th, 2024.  Audio and video
 7   recording will continue to take place until a
 8   parties agree to go off the record.  Please note
 9   that the microphones are sensitive and may pick
10   up whispering and private conversations.
11          For the purpose of creating a
12   witness-only video recording, the witness is
13   being spotlighted or locked on all video screens
14   while in speaker view.  We ask that the witness
15   not remove the spotlight setting during the
16   deposition, as it may cause other participants to
17   appear on the final video rather than just the
18   witness.  For anyone who doesn't want the
19   witness' video to take up the large part of your
20   screen, you may chick the gallery view button in
21   the upper right corner of remote depo interface.
22          This is the video-recorded proceeding
23   of Joseph Pavlik taken by counsel for the
24   Plaintiff in the matter of James V. Deppoleto,
25   Jr., versus Takeover Industries, Incorporated.
```

Joseph F. Pavlik
August 20, 2024

Page 6

1          My name is Mary Kate Metzger, remote
2    videographer on behalf of U.S. Legal Support.  I
3    am not related to any party in this action, nor
4    am I financially interested in the outcome.  The
5    court reporter is Kendall Heath on behalf of U.S.
6    Legal Support.
7          Counsel, could you please state your
8    appearances for the record, after which the court
9    reporter will swear in the witness.
10         MR. HARVEY:  Patrick Harvey for the
11   Plaintiff.
12         MR. SEXTON:  David Sexton for
13   Defendants.
14         (Witness sworn.)
15   Thereupon,
16              JOSEPH F. PAVLIK,
17       called as a witness by the Plaintiff
18       having been duly sworn, testified as
19       follows:
20              EXAMINATION
21   BY MR. HARVEY:
22       Q    Could you state and spell your full
23   name for us, please.
24       A    Joseph Pavlik.  J-o-s-e-p-h,
25   P-a-v-l-i-k.

Page 7

1       Q    Middle name?
2       A    Francis.
3       Q    With an "I"?
4       A    F-r-a-n-c-i-s; correct.
5       Q    And what's your address, sir?
6       A    Currently I am at 17047 Racoon Trail in
7    Strongsville, Ohio.
8       Q    Any plans to move in the next couple of
9    months?
10      A    I would like to.
11      Q    And are you going to stay in Ohio or
12   some other state?
13      A    Depends what I can afford.  I've been
14   working without pay.  So I'm -- this whole deal's
15   kind of disrupted my life, so I'm just trying to
16   get through it.
17      Q    Can you walk me through your education,
18   just high school on?
19      A    Yeah.  High school.  Do you want to
20   know the institutions or --
21      Q    Yes, please.
22      A    Went to Cleveland Saint Ignatius.
23   Mount Union college, Baldwin Wallace college,
24   Kent State and focused on exercise physiology,
25   nutrition science, business and marketing.

Page 8

1       Q    You said you went to Kent State.  Did
2    you get a degree from there?
3       A    Did not get a final degree.  Pursued
4    master's studies.
5       Q    And what were the other colleges you
6    mentioned?
7       A    Mount Union college and Baldwin Wallace
8    college.
9       Q    Did you get degrees from Mount Union?
10      A    Baldwin Wallace.  I transferred for my
11   undergrad.
12      Q    Bachelor of science?
13      A    Yes.
14      Q    In what?
15      A    Business and exercise science.
16      Q    Any degrees other than the one from
17   Baldwin Wallace that you have?
18      A    No.
19      Q    Any other education other than what you
20   just told me?
21      A    Formally, no.
22      Q    Okay.  Have you ever had your
23   deposition taken before?
24      A    Once before.
25      Q    And what was the context for that?

Page 9

1       A    That was in maybe April of 2021, when
2    the Takeover company was launched.  It was done
3    by the SEC to confirm that it actually was a real
4    company.
5       Q    So an SEC lawyer was the one asking you
6    questions?
7       A    That's correct.  I don't know -- I'm
8    not sure if it was a lawyer, but it was someone
9    from the SEC.  And it was -- after it was done,
10   it was written off because it proved that we did
11   have a company.
12         At the time, it was -- you know,
13   this -- the Twitter world sort of had some things
14   going on out there that we had to substantiate
15   that the company was real, which we did.
16      Q    Was there a formal lawsuit that was
17   instigated by the SEC that you're aware of?
18      A    No.
19      Q    Was there a formal SEC investigation?
20      A    I believe it was maybe an informal
21   investigation, but I'm not sure what the exact
22   title was.  They just wanted to ask a few
23   questions, that they did to a few people within
24   the company.  And --
25      Q    Who else -- I'm sorry.  Go ahead.  Who

Joseph F. Pavlik
August 20, 2024

Page 10

1 else did the SEC interview?
2     A    I think just Toby McBride.
3     Q    Was your interview or deposition, was
4 it recorded, to your knowledge?
5     A    I believe it was.
6     Q    Was it in person or was it via video?
7     A    It was video.
8     Q    Was it similar to what we're doing
9 here, where you were in one location and they
10 were in a totally different location?
11     A    Yes.
12     Q    Okay.  Other than that, have you been
13 deposed at all?
14     A    No, sir.
15     Q    Ever given trial testimony?
16     A    No, sir.
17     Q    And I assume you had a chance to speak
18 with your lawyer.  I don't want to go into the
19 substance of it, other just want to confirm he
20 had a chance to go over the deposition rules,
21 things like make sure you answer out loud and
22 things of that nature.
23         Do I need to go over those again or can
24 we skip past that?
25     A    Yes, sir.  We discussed that.  We can

Page 11

1 skip past it, but I will --
2     Q    Okay.
3     A    -- say that I did have a neck -- a
4 cervical epidural in my neck last Friday, which
5 I've been having some side effects from that.  So
6 I've just been feeling off, but I didn't want to
7 cancel the deposition, so I'm going to do my best
8 to complete it.
9     Q    Are you unable to answer questions
10 truthfully today because of that condition or any
11 other condition?
12     A    I'm sorry, could you repeat that?
13     Q    Because of the medical condition that
14 you just mentioned or any other medical
15 condition, is there a reason that you can't
16 answer fully and truthfully today?
17     A    Of course not, no.  I was just making
18 that statement because I've been feeling a little
19 off and I might not be at the full speed that I
20 would normally speak at.  That's all, sir.
21     Q    Okay.  I'm not going to go over all the
22 deposition rules since you had a chance to go
23 over them with your counsel.  The only one I am
24 going to reiterate is, if you don't understand
25 any of my questions today, feel free to let me

Page 12

1 know.  I'm happy to rephrase them to make sure
2 that we're on the same page before you give any
3 answers; okay?
4     A    Okay.
5     Q    By the same token, though, if you
6 answer one of my questions, I'm going to assume
7 that you understood; it that fair?
8     A    Okay.
9     Q    Okay.  Did you review any documents to
10 prepare for your deposition today?
11     A    Just a few of the documents that were
12 submitted prior that were completed.
13     Q    And what documents were those?
14     A    Just the questions and answers from the
15 last round of questions that was asked to us from
16 you guys, I believe.
17     Q    You're referring to interrogatory
18 questions and written answers to those
19 interrogatory questions?
20     A    Yes.
21     Q    Okay.  Other than those, did review any
22 other documents?
23     A    No.
24     Q    Other than your lawyer, did you speak
25 to anyone else about your deposition today?

Page 13

1     A    No.
2     Q    None of the other Defendants?
3     A    Correct.
4     Q    Can you walk me through your employment
5 history for the last 10 years, please.
6     A    I've been self-employed through my
7 company, which is Flexus, LLC.
8     Q    Can you spell that?
9     A    F-l-e-x-u-s, LLC.
10     Q    Okay.  For that entire 10 years?
11     A    Yes, sir.
12     Q    What type of company is Flexus, LLC?
13     A    It's a consulting company.
14     Q    Consulting with respect to what?
15     A    To the health and fitness industry.
16     Q    How long have you owned that company?
17     A    Since 2005.
18     Q    Are you the sole owner?
19     A    Sole owner.
20     Q    And what state is that incorporated
21 in?
22     A    Ohio.
23     Q    How many employees do you have now?
24     A    Just myself.
25     Q    Has that been the case since 2005?

Joseph F. Pavlik
August 20, 2024

Page 14

1    A    Correct.
2    Q    Okay.  So you've been self-employed
3  since 2005, through Flexus, LLC.
4        What other employment have you had in
5  the last 10 years?
6    A    No real direct employment.  I'm
7  primarily -- I'm usually contracted for different
8  types of work, sometimes sales marketing
9  formulations, but no direct employment.
10   Q    And when you say "contracted," are they
11 contracting with Flexus, LLC, or are they
12 contracting with you directly?
13   A    With either -- usually with me directly
14 or with Flexus.  I mean, it's one and the same.
15   Q    And how many companies approximately
16 have you contracted with in the last 10 years?
17   A    Oh, maybe half a dozen or so.  Tough to
18 say.
19   Q    How about in the last four?
20   A    Maybe one or two.
21   Q    Which companies were those?
22   A    Takeover and LOCK'DIN or Next Gen
23 Beverage.
24   Q    And Next Gen's all one word; correct?
25 N-e-x-t, capital G, e-n, all one word?

Page 15

1    A    I believe it's two words.
2    Q    When did you first start working for
3  Takeover?
4    A    I would probably say January of --
5  well, I was never really working for them.  I was
6  just contracted.  I'd say January 2021 --
7    Q    And when you say "contracted," what --
8  what specifically was the arrangement?
9    A    Well, I provided work to the company.
10 So I wasn't really an employee.  I was just, I
11 guess, a -- sort of an 1099 consultant.
12   Q    Were you billing by the hour or how
13 were you getting paid?
14   A    Nope.  I was -- usually, it'd be a
15 monthly stipend.
16   Q    And say a little more about that.  What
17 would the monthly stipend consist of?
18   A    Anywhere from usually $5,000 a month up
19 to $10,000 a month.
20   Q    Depending on what?
21   A    Depending on the scope of work.
22   Q    Did you keep time sheets or anything
23 like that to keep track of the scope of work?
24   A    No.  I don't do that type of work with
25 time sheets.

Page 16

1    Q    So how did you keep track of the scope
2  of your work?
3    A    Well, the scope of my work primarily
4  consists of creating formulas, intellectual
5  property and then assisting with education, sales
6  distribution, kind of -- pretty much everything
7  that would be required to help a company get
8  started in marketing and sell a product.
9    Q    Who decided how much you were going to
10 get paid per month?
11   A    At the time, we collectively decided to
12 each take $5,000 a month back in January of 2021,
13 I believe.
14   Q    Who is the "we" in that sentence?
15   A    Toby McBride and Mike Holley.
16   Q    Was there some sort of formal
17 resolution that said we're going to each take
18 $5,000 per month?
19   A    I can't recall if there was a formal
20 resolution.
21   Q    But you said sometimes you got paid
22 10,000 a month; correct?
23   A    Further down the road, once the company
24 was up and moving.  But, again, that was all
25 prior to any of the matters at hand.

Page 17

1    Q    And you said in order to get the
2  stipend, you were creating formulas, creating IP
3  and doing education with regard to sales and
4  marketing; is that right?
5    A    For the most part.
6    Q    What else did you do?
7    A    No, that pretty much encompassed it.  I
8  mean, I'd do whatever it takes, like anything
9  with a start-up company.
10   Q    And then you said you also either
11 worked for or contracted -- or were contracted by
12 Next Gen Beverages; is that correct?
13   A    You were breaking up.  Could you repeat
14 that?
15   Q    Yeah.  You said you were also either
16 employed by or contracted by Next Gen Beverages;
17 correct?
18   A    I'm sorry, you're still breaking up.
19   Q    You said you were also employed by or
20 contracted by Next Gen Beverages; correct?
21       You seem to have -- you were frozen
22 there for a second.  Are you able to hear us now?
23 Mr. Pavlik.
24       MR. HARVEY:  Is anyone else able to
25 hear me?

Joseph F. Pavlik
August 20, 2024

Page 18

1    MR. SEXTON:  I can hear you.
2    THE REPORTER:  I can hear you fine.
3    MR. HARVEY:  He looked like he was
4  frozen on my screen.  I don't know --
5    THE WITNESS:  All right.  Now I can
6  hear you.
7    MR. HARVEY:  Okay.  Are we all set now?
8    All right.  He looks like frozen
9  again.
10    THE VIDEOGRAPHER:  Counsel, it appears
11  our witness is having internet issues.
12    THE WITNESS:  Now I can -- can you hear
13  me now?
14    MR. HARVEY:  I can now.
15    THE WITNESS:  Okay.
16    MR. HARVEY:  All right.  Are we all
17  set?
18    THE WITNESS:  Yeah -- now I can hear
19  you.
20    MR. HARVEY:  Okay.  And for the record,
21  do we have somebody else on?  It looks like we've
22  got another person.
23    MR. SEXTON:  I believe we have --
24    MR. ZARRO:  Tom's here.  Tom's here.
25    MR. SEXTON:  Mike Holley and Tom, two

Page 19

1  of the parties --
2    MR. ZARRO:  Hey, everybody.
3    MR. HARVEY:  Tom who?
4    MR. ZARRO:  Tom Zarro.
5    MR. HARVEY:  Okay.
6  BY MR. HARVEY:
7    Q    All right.  So I was asking you,
8  Mr. Pavlik, you said you also were employed by or
9  contracted by Next Gen Beverages; correct?
10    A    That's correct.
11    Q    And when did that -- were you employed
12  by or were you contracted by Next Gen
13  Beverages?
14    A    It was really a volunteer position.  I
15  don't even -- so there was really -- everybody
16  worked as volunteers, so there was really no --
17  nothing official.
18    Q    Did you receive any compensation from
19  Next Gen Beverages?
20    A    I did receive compensation in shares.
21    Q    How much compensation did you
22  receive?
23    A    300 million shares.
24    Q    When did you receive those?
25    A    June of 2023.

Page 20

1    Q    And when you say "Next Gen Beverages,"
2  is that the Next Gen Beverages that's the
3  defendant in this lawsuit, which is Next Gen
4  Beverages, LLC, or is it a different Next Gen
5  Beverages?
6    A    I'm assuming that's the same one.
7    Q    And how did you go about receiving
8  these shares?
9    A    Could you explain?  I'm not quite sure.
10  How do -- how did I receive them?
11    Q    Yeah.  What led you to getting these
12  shares from Next Gen Beverages?  What was the
13  series of --
14    A    Oh.
15    Q    -- events that led to you getting
16  them?
17    A    It was for all of -- again, going back
18  to what I do, it was for the new creation and
19  development and formulation of all of the new
20  products for the new company after the other
21  former company was left for dead.
22    Q    So you said a lot there.  Let me try
23  and unpack it.
24    So you received 300 million shares in
25  Next Gen Beverages because you created new

Page 21

1  products, new formulas, new IP for Next Gen
2  Beverages after Takeover was left for dead; is
3  that correct?
4    A    That's correct.
5    Q    And when was Takeover left for dead?
6    A    After -- I would probably say October
7  of 2022, after the series of events between
8  Mr. Deppoleto and Justin Tucker, the company was
9  left with nothing but lawsuits.  So that's why
10  the company was left for dead.  It was set up to
11  fail.
12    Q    And who set it up to fail?
13    A    Mr. Deppoleto and Jason Tucker.
14    Q    And what do you mean by they set it up
15  to fail?
16    A    Well, investments were made, to my
17  understanding, and I -- again, I wasn't involved
18  in all the financial dealings.  However,
19  initially, an investment was made.  There was a
20  commitment made.  It wasn't followed through.
21  And then after that, I was, you know, pretty much
22  not involved in any of the correspondence with
23  the additional investments, but I do know that
24  the primary factor of their decision to, you
25  know, do a deal with Dollar General, which was

Joseph F. Pavlik
August 20, 2024

Page 22

1  advised against, was, you know, the primary
2  reason for what we're talking about today, I
3  believe with that investment. And that was a
4  decision that was made by Mr. Deppoleto, acting
5  as a director, Justin Tucker, which, you know, I
6  had no real involvement with other than saying
7  that it was not a good deal, and then that's what
8  essentially led to the demise of the company.
9      Q    So you said a lot there. Let me unpack
10 it a little bit.
11          So, initially, you said that there were
12 investments that were made. What did you mean by
13 that? Mr. Deppoleto's investments?
14     A    Correct.
15     Q    So you were aware Mr. Deppoleto made
16 investments into Takeover; correct?
17     A    I was aware of the first investment.
18     Q    And how much was that investment for?
19     A    I'm not sure. May have been around
20 500,000.
21     Q    And when was that?
22     A    I'd probably say May of 2022.
23     Q    And you were drawing a distinction.
24 You said you were aware of the initial
25 investment. Did I hear you correctly?

Page 23

1      A    Correct.
2      Q    So that means that there were other
3  investments that Mr. Deppoleto made; correct?
4      A    I believe so.
5      Q    And how much were those?
6      A    I don't have the exact amounts.
7      Q    What's your best memory?
8      A    I would probably say -- from what was
9  reported in any of the documentation, I'd
10 probably say it was approximately 1.4 or 1.5
11 million, of which, from what I recall from the
12 review, 980,000 of that was dedicated to the
13 Dollar General deal, and the rest was paid out in
14 salaries to Jason Tucker, his wife and the sales
15 guys.
16          So that's why I was always kind of
17 confused where that investment -- you know,
18 why -- I'm getting lump -- pulled into this
19 where, you know, it was just a bad investment,
20 the money was misdirected and it's just -- you
21 know, it was advise -- everybody advised against
22 doing that deal. And that was the -- to answer
23 your question, that was the demise of the
24 company -- one of the demises.
25     Q    Who are the sales guys you were

Page 24

1  referring to?
2      A    Mike Costello and Mike Tzanetatos.
3      Q    Can you spell those last names?
4      A    I can spell Costello, C-o-s-t-e-l-l-o.
5  I can't spell Tzanetatos.
6      Q    And you said your understanding was --
7  of the initial 1.4 to 1.5 million that
8  Mr. Deppoleto invested in Takeover, your
9  understanding was that 800 to 900,000 of that was
10 earmarked for the Dollar General deal; is that
11 correct?
12     A    I believe so --
13          MR. SEXTON: Object to form.
14 BY MR. HARVEY:
15     Q    And then the rest, you said, was paid
16 to the sales guys and -- the two you just
17 referenced and then you also said to Mr. Tucker
18 and his wife; is that correct?
19     A    That's correct.
20     Q    Now, other than that 1.4 to 1.5
21 million, you were aware of an additional $500,000
22 loan, too; correct?
23     A    I don't recall that.
24     Q    Okay.
25     A    Again, I was not involved -- you know,

Page 25

1  I'm -- that was -- I was not involved in any of
2  the notes or the financials. And I was actually
3  frozen out.
4          Once Mr. Deppoleto came in with Jason
5  Tucker, I was sort of frozen out and had limited
6  knowledge of what was going on, other than what I
7  learned after the fact once all this went down,
8  so...
9      Q    Now, one of the other things you said a
10 couple of minutes ago was that -- you were
11 telling me about Takeover being left for dead,
12 and you said, "Commitments were made, but not
13 followed through."
14          What did you mean by that statement?
15     A    That commitments were made to support
16 and fund the company in a certain way, and then
17 that stopped. And from what I understand,
18 Mr. Deppoleto pulled out and decided not to move
19 forward after working a new deal with Jason. And
20 then the sales guys, they formed a new -- sort of
21 a new alliance, and they were operating
22 independently. So at that point in time, there
23 was no control over what they were doing, and I
24 wasn't involved.
25     Q    So the commitments were made by whom?

Joseph F. Pavlik
August 20, 2024

Page 26

1    A    Well, the initial commitment was made
2  by Mr. Deppoleto --
3    Q    Are you talking about an investment or
4  some other commitment?
5    A    Well, just a commitment to want to, you
6  know, be involved and fund the company and
7  support it.  And that was when I was involved.
8  But then shortly thereafter, as you're probably
9  aware, he formed an alliance with Jason Tucker.
10  And then Jason Tucker and the two sales guys
11  mentioned, Costello and Tzanetatos, along with
12  Jason's wife and Kerby, their gamer, social media
13  guy, they began to operate independently and
14  making decisions.  And at that point in time, I
15  had no transparency to what was going on until
16  after --
17    Q    This was after Mr. Deppoleto had
18  already loaned money to the company, though;
19  correct?
20    A    Could you repeat that?
21    Q    This was after Mr. Deppoleto had
22  already loaned money to the company; correct?
23    A    Yeah, shortly thereafter.
24    Q    Okay.  Let me back up.  We've been
25  talking about Takeover, and that's Takeover

Page 27

1  Industries, Incorporated; correct?
2    A    Could you repeat that?
3    Q    We've been using the name Takeover.
4  The full name of the company is Takeover
5  Industries, Incorporated; correct?
6    A    Correct.
7    Q    And can you generally describe who
8  started Takeover and when did they start it?
9    A    Did you ask who started Takeover?
10    Q    Yeah.
11    A    Takeover was started by myself, Mike
12  Holley and Toby McBride.
13    Q    And when did you start it?
14    A    I would say approximately January of
15  2021.
16    Q    And what was the genesis of this
17  company?  What led you guys to create it?
18    A    We had worked in the beverage industry
19  prior, and so we decided to create a beverage
20  company.
21    Q    And there's a brand underneath it
22  called NXT LVL; correct?  N-X-T, L-V-L?
23    A    Yeah, correct.
24    Q    What products were sold under the brand
25  name NXT LVL?

Page 28

1    A    There was a hydrogen water and then
2  also a gamer shot, which was like a two-ounce
3  energy shot.
4    Q    Did it have a specific name?
5    A    Yes, it had the name Gamer Shot.
6    Q    Anything else that was sold under the
7  brand name NXT LVL?
8    A    Those were the only two products.
9    Q    Are any products still being sold under
10  the brand name NXT LVL?
11    A    No, not to my knowledge.
12    Q    When was the last time you're aware of
13  products being sold under the brand name NXT LVL
14  having been sold?
15    A    I would estimate probably -- maybe Q4
16  2022, October 2022.
17    Q    Does Takeover have any employees
18  today?
19    A    I'm not sure.
20    Q    When was the last time you were aware
21  of Takeover having employees?
22    A    Probably around that time when -- the
23  end of 2022, when Jason Tucker was still involved
24  and the two sales guys.
25    Q    Other than Mr. Tucker and the two sales

Page 29

1  guys, were you aware of anyone else being an
2  actual employee of Takeover?
3    A    I'm not sure if they -- I don't know
4  what their official status was, but there was
5  another individual by the name of Kerby, who was
6  a social media orchestrator, and then, also, I
7  believe Jason's wife and another consultant, Joe
8  Bel Bruno, all of which were worked with and
9  managed by Jason.  I had limited involvement with
10  any of them.
11    Q    Do you know how to spell Bel Bruno?
12    A    I can try.  B-e-l, B-r-u-n-o.
13    Q    And what was Kerby's last name, the
14  social media guy?
15    A    Fortner, F-o-r-t-n-e-r.
16    Q    Other than the people you just
17  mentioned, are you aware of Takeover ever having
18  any other employees?
19    A    Not that I can recall right now.
20    Q    Are you currently an officer of
21  Takeover?
22        (Brief pause.)
23        Did you hear my question or are you
24  thinking about it?
25    A    My -- can you please repeat that?

Joseph F. Pavlik
August 20, 2024

Page 30

1    You're breaking up a little bit.
2        Q    Are you an officer of Takeover today?
3        A    No.
4        Q    Are you a director of Takeover today?
5        A    I do not believe -- I may still be.  I
6    don't know what the status is officially.
7        Q    Do you know anyone who is an officer or
8    director of Takeover today?
9        A    I'm not sure of the official status.
10       Q    You were at one point an officer or
11   director of Takeover; correct?
12       A    At one point, yes.
13       Q    When?
14       A    During 2021.  From the beginning -- say
15   from March of 2021, until -- I'd say September
16   2021, when I resigned.
17       Q    After September 2021, were you ever an
18   officer or director again?
19       A    I was not an officer.  May have still
20   been a director, but, again, I was frozen out of
21   a lot of all that communication.
22       Q    What was your position in September of
23   2021, before you resigned it?
24       A    I was the CEO of LTNC.
25       Q    CEO of LTNC?

Page 31

1        A    Correct.  Or let's say chief science
2    officer of Takeover.
3        Q    What's LTNC?
4        A    It's the parent company.  But if you're
5    referring to Takeover, my title, I guess, was
6    chief science officer.
7        Q    All right.  So you said you resigned
8    your position from Takeover in September of 2021;
9    correct?
10       A    Correct.
11       Q    So as of, let's say, August 2021, what
12   titles did you hold at Takeover?
13       A    Chief science officer.
14       Q    And were you a board member at that
15   time?
16       A    I was a board member at that time.
17       Q    Did you hold any particular position on
18   the board?
19       A    No.  I think I was just on the board.
20       Q    And why did you resign in September
21   2021, from Takeover?
22       A    Because of the harassment that I was
23   receiving from Jason Tucker.  And --
24       Q    What do you mean by "harassment"?
25       A    Pardon?

Page 32

1        Q    What do you mean by "harassment"?
2        A    Just general being forced to do things
3    that I didn't want to do, sign documents and
4    agreements, and just -- it was just a -- not a
5    good situation.  Conflict of business ethics.
6        Q    When you say "forced," was he
7    physically forcing you?
8        A    No.  Verbally forcing, verbally
9    harassing, making threats.
10       Q    Was he in the same room when he made
11   these threats?
12       A    No.  He was typically hiding out in
13   Mexico.
14       Q    So you resigned because of harassment
15   and threats over the internet from Mr. Tucker?
16       A    Correct.
17       Q    When --
18       A    And I just --
19       Q    Go ahead.  Go ahead.
20       A    No, I just -- I -- it just was a
21   situation I just -- the energy of -- and the
22   overall, you know, demeanor and, you know,
23   attitude was just not something that I wanted to
24   be part of.
25       Q    But you maintained an officer position

Page 33

1    after September 2021, at Takeover; correct?
2        A    Yes.
3        Q    When did you stop being an officer of
4    Takeover?
5        A    I would probably say -- probably around
6    the time that -- maybe summer of 2022.
7        Q    Were you compensated for your position
8    as an officer of Takeover?
9        A    For a period of time, yes.
10       Q    How much?
11       A    It would range from -- I think at the
12   time when Mr. Deppoleto came in, my compensation
13   was minimal.  It was around 3,750 a month.
14       Q    And what time frame is this?
15       A    May, June, July -- I would say May,
16   June, July, August, September of 2022.  And then
17   --
18       Q    So this is after you resigned your
19   position because of the harassment; correct?
20       A    Yeah.  But that was the year prior, in
21   2021.
22       Q    Right.  You -- I'm saying you were
23   compensated the 3,750 a month even after you
24   resigned because of the harassment you were
25   describing; correct?

Joseph F. Pavlik
August 20, 2024

Page 34

```
1        A    No.  That's not correct.  I was --
2    they -- Jason Tucker reached back out to me in
3    January of 2023 [sic], after there was a
4    situation where he made the attempt to sideline
5    Mike Holley.  He asked me to come back in and
6    help the company because the company needed help
7    at that time, and that was in January of 2022.
8        Q    So you said a lot of different dates
9    here.  I want to make sure we get the record
10   straight.
11            You told me that you resigned in
12   September 2021 because of the harassment over the
13   internet from Mr. Tucker; correct?
14       A    Well, not over the internet.  It was --
15   you know, directly with phone calls and
16   communication.  But that was in September of
17   2021.  And then I was asked to rejoin the company
18   after Mike Holley had been taken out in January
19   of 2022.
20       Q    Okay.  And then after you rejoined, you
21   were compensated at that 3,750 a month in the May
22   through September 2022 time frame; correct?
23       A    Correct.
24       Q    Okay.  What other compensation did you
25   receive for being an officer or director of
```

Page 35

```
1    Takeover?
2        A    No other compensation.
3        Q    Who was on the board of Takeover from
4    September 2021 through December 2021 -- December
5    31, 2021, I'll say?
6        A    During that year, I'd -- I would say,
7    to my understanding, and I'm not sure if this
8    is accurate.  I know myself, Toby McBride, Mike
9    Holley.  I believe we were the three on the
10   board.  Can't -- Jason may have been on the
11   board.  I'm not sure what happened there.
12       Q    You sound like you're having a little
13   bit of trouble remembering, and I'm not faulting
14   you for it, but would you defer to the corporate
15   record book to say who exactly was on the board
16   at what time --
17       A    Yeah, that -- that would probably give
18   the most accurate reading.  And the reason I
19   can't exactly recall is because there was so many
20   people coming on and off.  I really wasn't, you
21   know, keeping track.
22       Q    Okay.
23       A    But I'm sure the --
24       Q    Now, you mentioned --
25       A    -- accurate.
```

Page 36

```
1        Q    I'm sorry, what?
2        A    I said I'm sure the corporate record
3    book would be the best reference versus my
4    recollection.
5        Q    Okay.  Now, you mentioned LTNC, which
6    you said was the parent company for Takeover;
7    correct?
8        A    Correct.
9        Q    And that's -- stands for Labor SMART?
10   That's the name of LTNC?
11       A    Right.
12       Q    And generally speaking, what is Labor
13   SMART?
14       A    It's a labor contraction -- contracting
15   company.
16       Q    Can you say little more about that?
17       A    That's about all I can really say.
18       Q    You were the CEO of Labor SMART at some
19   point, weren't you?
20       A    Correct.
21       Q    How long did you hold the CEO position
22   of Labor SMART?
23       A    From what I had mentioned earlier,
24   probably six months, March through September.
25       Q    Of what year?
```

Page 37

```
1        A    2021.
2        Q    Why did you hold the CEO position in
3    March through September of 2021 of Labor SMART?
4        A    Because at the time I was -- felt --
5    everybody involved felt that it was best that I
6    took that position until someone else could step
7    in to handle that role.
8        Q    To your knowledge, who started Labor
9    SMART?
10       A    Ryan Schadel.
11       Q    Schadel is S-c-h-a-d-e-l; is that
12   right?
13       A    I believe so.
14       Q    And when did he start it?  Do you
15   know?
16       A    That, I don't know.  I could estimate
17   maybe 2013, 2014 time frame, but I'm not sure.
18       Q    Where was Mr. Schadel in this March
19   through September 2021 time frame that you were
20   the CEO?
21       A    Where was he physically?
22       Q    No.  Where was he in relation with the
23   company?
24       A    He had stepped down.
25       Q    Why did he step down?
```

Joseph F. Pavlik
August 20, 2024

Page 38

1    A    Because we were essentially taken over
2  by -- we were taken over by the -- you know, we
3  essentially took over the company, so he really
4  didn't have -- I think he continued to manage the
5  labor business, but wasn't really involved with
6  our side of the business.
7    Q    And what do you mean by "we" took it
8  over? When you say "we" took over Labor SMART,
9  what do you mean by that?
10    A    Well, the Takeover company, the
11  beverage company, essentially, was the first --
12  you know, the company that was involved with
13  Labor SMART. So I guess it was like a
14  subsidiary.
15    Q    I'm not sure I'm tracking here. So my
16  understanding from what you said before was that
17  Labor SMART was the parent; Takeover was a
18  subsidiary. Is that what you told me earlier?
19    A    I believe so.
20    Q    Okay. And usually the subsidiary is
21  subservient to the parent company. So why --
22  what did you mean by Takeover took over Labor
23  SMART?
24    A    I'm not sure. I'm not quite sure I'm
25  understanding what you're asking me.

Page 39

1    Q    Well, let's try this way: So you
2  said -- I asked you where Mr. Schadel was with
3  regard to Labor SMART in the March through
4  September 2021 time frame when you were the CEO
5  of Labor SMART. And you told me there wasn't
6  really anything for him to do.
7        Do you remember telling me that two
8  minutes ago?
9    A    Yeah.
10    Q    Okay. So why was there nothing for him
11  to do with regard to Labor SMART, which was the
12  parent company?
13    A    Well, I meant -- you were referencing
14  Takeover, so I thought you were talking about
15  Takeover. So there was really nothing much for
16  him to do there, but he was still, I believe,
17  running the labor division.
18    Q    So I want to make sure I understand.
19  You were the CEO of Labor SMART, not Takeover;
20  correct?
21    A    Correct.
22    Q    Okay. And so as the CEO of Labor
23  SMART, you were overseeing the whole company of
24  Labor SMART; correct?
25    A    Very high level.

Page 40

1    Q    Okay. Why was Mr. Schadel not the CEO
2  in March through September of 2021 of Labor
3  SMART?
4        MR. SEXTON: Object to form.
5    A    I believe Ryan resigned. I mean, I --
6  you'd have to check the actual records. I'm not
7  sure.
8  BY MR. HARVEY:
9    Q    Did Mr. Schadel have anything to do
10  with Takeover?
11    A    In what capacity?
12    Q    Any capacity.
13    A    I'd say no.
14    Q    When did Takeover and Labor SMART start
15  doing business together? You told me you started
16  Takeover in around January 2021; correct?
17    A    Correct.
18    Q    When and how did Labor SMART and
19  Takeover come to be involved with each other at
20  all after that?
21    A    Takeover was introduced to Labor SMART,
22  Ryan Schadel, by another colleague by the name of
23  Jim Janis, and then that's how the relationship
24  started.
25    Q    And did Labor SMART purchase

Page 41

1  Takeover?
2    A    Yes, I believe Labor SMART purchased
3  Takeover.
4    Q    When was that?
5    A    I believe it was around March of
6  2021.
7    Q    How much did it pay?
8    A    I believe it was 6 billion shares.
9    Q    Of Labor SMART?
10    A    Of Labor SMART, I believe.
11    Q    And you and Mr. McBride and Mr. Holley
12  were the owners of Takeover at that time;
13  correct?
14    A    Correct.
15    Q    So did you each get 2 million -- or 2
16  billion shares?
17    A    We did.
18    Q    Do you still have those shares?
19    A    No, I don't.
20    Q    When did you get rid of them?
21    A    Well, unfortunately, they were extorted
22  from me by Jason Tucker.
23    Q    What do you mean by "extorted"?
24    A    I was harassed continually. There was
25  a period of time when he was supposedly supposed

Joseph F. Pavlik
August 20, 2024

Page 42

1  to be getting the financials of the company done.
2  He said that he had oversold shares to investors.
3  He needed me to loan the shares back to the
4  company, and they would then be returned to me,
5  which they never were.  And he had never been
6  even working on the financials, so I was extorted
7  and conned out of 1.85 billion shares.
8      Q    When was this?
9      A    That was in May of 2022.
10     Q    And you said 1.85 billion, but you
11  initially got 2 billion.  What happened to the
12  rest of them?
13     A    I retained those.
14     Q    So you still have those today?
15     A    Yes.
16          And that was also partially the reason
17  why I resigned in September of 2021 because of
18  just continual harassments like that.  And then
19  that actual incident happened right before
20  Mr. Deppoleto came involved with the company.
21     Q    And you said you "resigned."  Are you
22  talking about resigning from Labor SMART?
23     A    Correct.
24     Q    Who introduced you to Labor SMART?  Was
25  it Jim Janis introduced you or did he introduce

Page 43

1  Mr. Schadel with somebody else?
2      A    Jim Janis introduced -- he introduced
3  us to Ryan Schadel.
4      Q    All three of you?
5      A    Yes --
6      Q    Mr. McBride, Mr. Holley and yourself?
7      A    Correct.
8      Q    And how was that introduction made?
9  Was it in person, via the internet?
10     A    Probably through -- I think through a
11  conference call.
12     Q    What was your compensation as CEO of
13  Labor SMART?
14     A    I want to say like $5,000 a month.
15     Q    Have you worked for Labor SMART in any
16  capacity since September 2022?
17     A    No.
18     Q    Other than CEO of Labor SMART, did you
19  hold any other positions at Labor SMART?
20     A    No.
21     Q    And Mr. Tucker, this whole time you
22  were talking about him in relation to Labor
23  SMART, did he have a position at Labor SMART?
24     A    No.  I don't believe so.
25     Q    And so when you were talking about him

Page 44

1  doing the books for Labor SMART, he was doing
2  that as an unaffiliated party with Labor SMART?
3      A    He -- I believe he was doing that as
4  the president of -- he may have been the
5  president of Labor SMART; he may have been the
6  president of Takeover, but he was doing it.
7      Q    You don't know one way or another?
8      A    He was always changing titles and
9  names, and everything was always just a -- kind
10  of a blur, so, yeah, I really don't know exactly.
11  I mean, he -- I think he was a director and
12  president of Takeover Industries.  That was the
13  title that he gave himself.
14          So at that time, he was assisting or
15  trying to assist or complete the financials that
16  the company needed and was operating, you know,
17  on his own with that.
18     Q    Is Labor SMART the majority shareholder
19  of Takeover?
20     A    I'm not sure.
21     Q    Who would be the best person to answer
22  that question?
23     A    Maybe Mike Holley.
24     Q    Does Takeover still hold board of
25  director meetings?

Page 45

1      A    No.  All -- all of the Takeover
2  meetings, to my understanding, were stopped in
3  May of -- May and June of 2022, when
4  Mr. Deppoleto became involved with the company
5  and began communicating with Jason Tucker.
6  That's when everything went dark, went silent and
7  everything got frozen out.
8          So I don't have any knowledge of
9  anything that had happened after that, until near
10  the end of the year when we found out there was
11  all these private meetings being held without,
12  you know, no other knowledge.  And at that time,
13  there was no -- everything was being done top
14  secret, and that was when all those other
15  decisions were made to do Dollar General and so
16  on and so forth.
17     Q    Now, you were telling me a little bit
18  about your role with Next Gen Beverages, and you
19  said you created formulas and helped with
20  marketing, things of that nature; correct?
21     A    Correct.
22     Q    Did you have a formal title of any sort
23  with Next Gen Beverages?
24     A    No.  I never took a formal title.
25     Q    Were you ever an officer, director,

Joseph F. Pavlik
August 20, 2024

Page 46

1  member of Next Gen Beverages?
2      A    No, not to my knowledge.  Like many
3  volunteers, I was just helping out.
4      Q    And you told me you received 300
5  million shares of Next Gen Beverages; correct?
6      A    Correct.
7      Q    Other than those shares, have you
8  received any compensation in any form whatsoever
9  from Next Gen Beverages?
10     A    No compensation.
11     Q    Do you still have the 300 million
12  dollar -- or 300 million shares?
13     A    Yes.
14     Q    To your knowledge, how many shares are
15  outstanding in Next Gen Beverages?
16     A    I don't know.
17     Q    Who are the current officers of Next
18  Gen Beverages?
19     A    I believe we have Tom Zarro as the
20  interim CEO, Mike Holley as the COO.
21     Q    Any other officers you're aware of?
22     A    Not that I'm aware of.
23     Q    How about directors, who are Next Gen
24  Beverages directors?
25     A    I believe probably Tom and Mike, but

Page 47

1  I'm not sure who exactly are all the directors at
2  this point.
3      Q    And you're certain you've never been a
4  director for Next Gen Beverages?
5      A    Yeah, never been a director.
6      Q    How long has Tom Zarro been the interim
7  CEO of Next Gen Beverages?
8      A    Since the inception.
9      Q    Which was when?
10     A    I'm not sure the exact date.
11     Q    Ballpark's fine.
12     A    Say May or June of 2023.
13     Q    So Next Gen Beverages was created while
14  this lawsuit was pending; correct?
15     A    Which lawsuit?
16     Q    The Nevada that we're here --
17     A    I know there's been -- there's been a
18  number of lawsuits.  Unfortunately, that's what
19  Jason Tucker did.  He just -- he lived in
20  creating litigation and all these lawsuits.  So
21  which lawsuit are we talking about?
22     Q    The Nevada lawsuit that we're here
23  taking your deposition in today.
24     A    Oh, okay.  I believe so.
25     Q    And it was after the Arizona lawsuit

Page 48

1  was pending, too; correct?
2      A    I'm not sure.
3      Q    You're aware the Arizona lawsuit was
4  started before the Nevada lawsuit; correct?
5      A    Correct.
6      Q    What's Next Gen Beverages relationship
7  to Takeover?
8      A    Completely new, separate company that
9  had to be formed because there was nothing left
10  of Takeover.  So it's a completely new, separate
11  company.
12     Q    But Mike Holley is the COO; correct?
13     A    I believe so.
14     Q    And you created formulas for Takeover;
15  correct?
16     A    I created formulas for Takeover.  And
17  then I also created formulas for the new company
18  being Next Gen.
19     Q    Are they the same formulas?
20     A    No.  Totally different formulas.
21     Q    What's different about them?
22     A    Ingredients, ratios of ingredients,
23  flavor systems and different types of products.
24     Q    What products does Next Gen make?
25     A    Next Gen makes a hydrogen water and --

Page 49

1      Q    Takeover makes a hydrogen water, too;
2  correct?
3      A    Yes, they did.
4          (Reporter clarification.)
5          MR. HARVEY:  Takeover makes a hydrogen
6  water, too; correct?  And he said, "Yes, they
7  did."
8      A    Well, yeah.  Takeover had made a
9  hydrogen water, but then that was terminated
10  because Jason, as I had mentioned, through
11  litigation and -- and basically destroyed the
12  relationship with that manufacturer, where they
13  no longer wanted to work with Takeover.
14  BY MR. HARVEY:
15     Q    So other than hydrogen water, what
16  other products does Next Gen make?
17     A    Next Gen makes Nootropic drink, an
18  alkaline water --
19     Q    Well --
20     A    I'm sorry, what was that?
21     Q    How do you spell Nootropic?
22     A    N, double o, t-r-o-p-i-c.
23     Q    And what was the other one you said?
24     A    A Nootropic coffee.
25     Q    Any other products?

Joseph F. Pavlik
August 20, 2024

Page 50

1    A    And an alkaline water.
2    Q    Does it make Gamer Shots?
3    A    It does not make Gamer Shots.
4    Q    Anything that resembles a Gamer Shot?
5    A    Nothing that resembles a Gamer Shot.
6    Q    Any two-ounce energy drinks?
7    A    No two-ounce energy drinks.
8    Q    How did Next Gen Beverages obtain its
9  startup capital?
10   A    That, I'm not sure.  But I know it
11 was -- there was new capital that came into the
12 company.
13   Q    How do you know that?
14   A    Because from what I recall, there was
15 either -- it was either self -- it was either
16 funded by someone -- somebody new that came in.
17 I'm not sure exactly where it came from, but it
18 was new products, new company, new money,
19 everything was new.
20        And to mention Gamer Shot, it's kind of
21 important.  That was a formula that I did for
22 Takeover, the original Takeover company, and that
23 was sort of the demise of the company because the
24 product did so well, and there was so much greed
25 from Jason Tucker with how well that product was

Page 51

1  doing.
2        That is where he then formed a
3  coalition with James Deppoleto.  They separated
4  the company.  And then I come to find out in late
5  November, December of 2022, that they had a
6  private meeting representing Takeover without my
7  knowledge or consent and was trying to cut a deal
8  with 5-Hour Energy to license Gamer Shot to them.
9        So this is the type of stuff that was
10 going on without my knowledge and why I was
11 frozen out during that time.  And so with that, I
12 said -- you know, at one point when we were going
13 dealing with this negotiation, I said, let them
14 have the Gamer Shot, like we just need to move on
15 and save the new company for all the
16 shareholders.
17       So, you know, they had the Gamer Shot,
18 and, you know, I don't know -- to my
19 understanding, they are still trying to do
20 something with it.
21   Q    The new money for Next Gen Beverages,
22 who did it come from?
23   A    That, I don't know --
24       MR. SEXTON:  Object to form.
25       (Reporter clarification.)

Page 52

1  BY MR. HARVEY:
2    Q    You don't have any idea?
3    A    No, I don't, but I know it -- I can't
4  answer exactly where it came from.  I don't know.
5    Q    What's your best guess?
6    A    Probably from a private investor, if I
7  had to guess.
8    Q    Who is that?
9    A    I don't --
10       MR. SEXTON:  Object to form.
11 BY MR. HARVEY:
12   Q    I didn't hear you.  I'm sorry, what?
13   A    I don't know.
14   Q    You never had any discussions with
15 Mr. Holley, Mr. Zarro, anyone about where the
16 money was coming from for this new company?
17   A    No.  I was just focused on what I had
18 to do to create new formulas to get the new
19 company up and running, to save the investment
20 for the 50,000 shareholders that were, you know,
21 done wrong by the actions of Jason Tucker and
22 Mr. Deppoleto with what they did with Takeover,
23 the first company, and NXT LVL.
24       Not to mention, NXT LVL trademark was
25 set up for failure as well because Jason didn't

Page 53

1  do that -- those filings properly.  So I know
2  it's -- these are just the things that it's just
3  a shame of what happened and what they did to
4  that company because it could have been a great
5  company.
6    Q    You said for the investors.  What
7  investors are you talking about?
8    A    The shareholders, let's say.
9    Q    What shareholders?
10   A    The shareholders of the public company.
11   Q    Which public company?
12   A    The one that we're in discussion of.
13   Q    Well, we talked about three separate
14 companies.  Which one are you talking about?
15   A    Well, we're talking about LTNC.
16   Q    Okay.  So you thought you had some sort
17 of obligation within the Next Gen Beverages
18 company to make good on the investments that
19 investors made in Labor SMART?
20   A    I'm not quite sure I'm understanding
21 what you're asking.
22   Q    Well, that's why I'm asking.  I'm not
23 following you either.
24       You said -- I asked where the money
25 came from for Next Gen Beverages, and you said

Joseph F. Pavlik
August 20, 2024

Page 54

1  for the investors.  And I said which investors,
2  and you said Labor SMART.
3      A    Oh, okay.  I -- maybe -- I meant to say
4  shareholders, but I don't know where the
5  investment came from.
6      Q    So why would shareholders in Labor
7  SMART, why would you owe them an obligation
8  within Next Gen?
9      A    Because they put faith in the company,
10  and people did the company wrong.
11      Q    Put faith in Labor SMART; correct?
12      A    Yes.
13      Q    Does Labor SMART own Next Gen?
14      A    Labor SMART does own Next Gen, I
15  believe.
16      Q    And there's no functional difference
17  between Next Gen and Takeover because both are
18  owned by Labor SMART; correct?
19          MR. SEXTON:  Object as to form.
20      A    It's wholly-owned by Labor SMART, but
21  the functional difference would be that Takeover
22  was essentially run into the background and left
23  for dead, as I had said.  There was nothing left.
24  The trademark was gone.  They stole the Gamer
25  Shot.  They destroyed the relationship with

Page 55

1  H2ForLife, which was making our hydrogen water,
2  so they literally destroyed the company.
3          And the reason that starting the new
4  company to save the investment for the 50,000
5  shareholders was because the intention of Jason
6  and James Deppoleto was to take the company
7  private and run this deal that they were going to
8  do with 5-Hour Energy, which we found out about.
9          And so that was where it was like --
10  all 50,000 shares, if they would have taken that
11  company private, all those people would have been
12  left stranded.  So it was just a terrible thing.
13  So I felt an obligation, like many of the
14  volunteers, to put forth the effort to save the
15  company for the shareholders.
16          And that has been, you know, the mantra
17  and the consensus because after all this
18  information has come out, you can't deny the --
19  you know, the facts and the truth of it.
20          And I was really appalled when I saw
21  the correspondence between Jason and Deppoleto
22  and 5-Hour Energy, Living Essentials.  It was
23  hurtful because I thought I had, you know, a
24  great relationship.  You know, I thought I did a
25  great job with that product, and, you know, they

Page 56

1  tried to hijack it and essentially take the
2  company in private.
3          So that was really the reason why the
4  new company was formed to then save it for the
5  shareholders.
6  BY MR. HARVEY:
7      Q    So you and others stopped using your
8  best efforts for Takeover and, instead, applied
9  those best efforts to Next Gen; correct?
10          MR. SEXTON:  Object to form.
11      A    Well, that's -- that's not correct
12  because all efforts were put forth to save
13  Takeover, but it could not be saved after --
14  BY MR. HARVEY:
15      Q    Well, you stopped working for Takeover,
16  though, didn't you?
17      A    I was essentially let go.  I was told I
18  was no longer needed.
19      Q    And in the middle of this lawsuit, you
20  started, along with others, Next Gen and applied
21  all your best efforts to Next Gen; correct?
22      A    No.  That's not the case.  There was --
23      Q    I just asked about it --
24      A    -- we tried -- everything was tried to
25  save Takeover, but it -- between Jason Tucker and

Page 57

1  what was happening, the -- there was nothing
2  left.  The trademarks were gone.  The
3  relationship with Faith Springs and the hydrogen
4  water was gone.  They had stolen the Gamer Shot.
5  They raped and pillaged the company.  There was
6  nothing left that could be saved.  There was
7  nothing there.
8      Q    You said Next Gen was started in May or
9  June of 2023; correct?
10      A    I believe so.  That's correct.
11      Q    In July of 2023, while this lawsuit was
12  pending, how many hours did you put forth trying
13  to save Takeover?
14      A    In July of 2023?  I --
15      Q    Yes.
16      A    I was on countless hours of phones
17  calls with these negotiations, but, you know,
18  prior to that, there was -- all efforts were put
19  forth.  There was nothing that could be done, you
20  know, between, you know, the damage that Jason
21  had done, you know, with the --
22      Q    That's not my question.
23          My question was, in July 2023, you put
24  forth no effort to try and save Takeover;
25  correct?

Joseph F. Pavlik
August 20, 2024

Page 58

1    A    Well, the company was already done at
2    that point.  The company was completely trashed.
3    I mean, I'd say probably at the end of 2022.
4    Q    So the answer to my question is yes;
5    true?
6    A    The answer is yes to what?
7    Q    In July 2023, you put forth no effort
8    to try and save Takeover; correct?
9    A    Because it couldn't be saved.  That
10   would be correct.  It was already -- it was done.
11   It was done by the end of 2022.  So it would have
12   been -- there was nothing that could be done at
13   that point.  It was already --
14   Q    Next Gen operates under the brand name
15   of LOCK'DIN; correct?
16   A    Could you repeat -- I missed that first
17   part.
18   Q    Next Gen operates under the brand name
19   LOCK'DIN, L-O-C-K, apostrophe, D-I-N; correct?
20   A    Correct.
21        And also, one other point to mention,
22   just to close out the prior question, is that I
23   believe Jason and Melissa, they stole the website
24   and they shut it down.  So they essentially --
25   the company was shut down -- literally.

Page 59

1        And I -- you know, to me, when I create
2    a product, I treat it like a child.  You know, I
3    always want to see it, you know, grow to its full
4    potential, but this was like child molestation,
5    rape.  I mean, everything that happened.  It was
6    just a tragedy --
7    Q    Takeover transferred assets to Next
8    Gen, didn't they?
9    A    No, I don't believe so.
10   Q    Why do you say you don't believe so?
11   A    Because there was no assets to be
12   transferred.  Everything was destroyed.  The only
13   assets were the trademark, which was destroyed,
14   the Amazon store, which was shut down and stolen
15   by Melissa Tucker, the Gamer Shot they stole, and
16   the hydrogen water, they destroyed the
17   relationship with the manufacturer by putting a
18   lawsuit on them.  So there was literally no
19   assets.
20   Q    Takeover transferred trade secrets to
21   Next Gen, didn't they?
22   A    No.  There was no trade secrets to be
23   transferred.  What trade secrets were
24   transferred?
25   Q    Formulas, for instance.

Page 60

1    A    No.  There was no formulas transferred.
2    Every -- they stole the Gamer Shot formula, and I
3    said they could have it.  And I may have not been
4    on a lot of those legal calls that you were on,
5    but I had given my blessing to say, look, if they
6    want to steal the Gamer Shot and take it.  They
7    want to go start Gamer Shots, they could go and
8    do it.  Let us just move on and -- and build a
9    company.
10   Q    Did Next Gen enter an agreement with
11   Manny Pacquaio?
12   A    I'm not sure what the agreement was.
13   Q    You're aware of an agreement; you just
14   don't know the specifics?
15   A    Correct.  I think -- if I'm not -- I'm
16   not sure what exactly the exact arrangement
17   was.
18   Q    Was it a written agreement?
19   A    That, I don't know.
20   Q    Do you know the length of the
21   agreement?
22   A    No, I do not.  But I do know that he
23   was a creditor to Takeover and that Jason Tucker
24   signed a 1 million dollar agreement with him and
25   then refused to pay him, which caused the demise

Page 61

1    of that relationship as well.  So that was
2    another destroyed contact and resource and asset
3    that Takeover ruined -- or Jason Tucker ruined.
4    Q    And the purpose of the agreement with
5    Next Gen was so that Mr. Pacquaio would serve as
6    a brand ambassador for LOCK'DIN; correct?
7    A    I'm not sure exactly the nature of the
8    agreement.  The only agreement that I knew of
9    was, with Takeover, that he was, you know,
10   contracted to endorse the company at a million
11   dollars, and then he was not paid and that was
12   another lawsuit that came on Takeover to
13   basically shut the company down.
14        In addition to -- that's where -- I'm
15   sorry.  My cat's jumping up here.  Hang on one
16   second.
17        But, no, in addition to the Manny
18   lawsuit, there was the PFL lawsuit that Jason
19   signed a deal.  So there was like -- he committed
20   a multi-year agreement to the PFL, a multi-year
21   agreement to Manny and then refused to pay
22   anybody.
23        And that was where some of those
24   commitments that were made in the early going to
25   support the company were -- with Mr. Deppoleto

Joseph F. Pavlik
August 20, 2024

Page 62

1  were not followed through.  And that's, you know,
2  most likely why they went the direction that they
3  went with 5-Hour and the Gamer Shot.  So that was
4  in addition to losing the assets.  There was more
5  debt and more lawsuits and more litigation that
6  the Takeover company was buried with thanks to
7  Jason Tucker.
8        And whether or not Mr. Deppoleto knew
9  that Jason Tucker was doing this, I don't know,
10 but, I mean, if there's anybody to point the
11 finger at, it's him.  He did the most damage.
12 Q    Is Manny Pacquaio featured on LOCK'DIN
13 products?
14 A    Yes.  He is right now.
15 Q    Give me one second.  I'm going to share
16 my screen with you here in a minute.
17       Well, actually, before I do that.
18 LOCK'DIN sold NXT LVL products on LOCK'DIN's
19 website; correct?
20 A    I don't believe so.  I don't think
21 there was any product sold.
22 Q    Okay.  I'm going to share my screen
23 with you here real quick.  Let me know if you can
24 see it.
25       Are you able to see it?  This is a June

Page 63

1  14, 2023, letter.  Do you see that?
2  A    Okay.  Yep.  I see it.
3  Q    I'm going to scroll down.
4        Well, actually, have you ever seen this
5  letter before today?
6  A    I'm not sure --
7  Q    This letter dated June 14, 2023?
8  A    I can't recall if I've seen it before.
9  Q    Okay.  Here's the LOCK'DIN website.
10 You recognize the LOCK'DIN website?
11 A    Yeah.
12 Q    And this a NXT LVL product; correct?
13 A    Yes, it is.
14 Q    And here's another one.  T-Pain's NXT
15 LVL Gamer Shot; correct?
16 A    Yes, it is.  Yeah, I believe -- when I
17 see that now, I think that may have been up there
18 for like a day or two, and then it was taken
19 down.  And I think records were pulled, but there
20 was no sales even done of those products.
21 Because those were actually the inferior products
22 that Jason and Mike T. and Mike Z. decided to do
23 this with a downgraded formula that didn't sell.
24 And that's part of the reason why the product
25 didn't do well.  And then it tanked.

Page 64

1        But, yeah, I do recall that now.  That
2  was on the website for a day or two, but it
3  did -- I don't think there was even one unit
4  sold.  And you could probably pull that data.
5  Q    Okay.  So I asked you before if
6  Takeover transferred any assets to Next Gen, and
7  you said no.  This changes your answer, though;
8  correct?
9  A    No.  Because I don't really think it's
10 an asset.  It might have been a liquidation sale.
11 I mean, I -- that, I don't know officially, but
12 it...
13 Q    Well, liquidation sale is still an
14 asset; correct?
15 A    Perhaps.
16 Q    Well, what's perhaps about it?
17 A    They were discontinued products.  I
18 don't -- I mean, I don't know exactly what was
19 done and what was sold, but I just -- I wouldn't
20 consider it an asset.  I'd consider that more of
21 a liability and a failed product.
22 Q    Okay.  And we see on there that
23 LOCK'DIN was trying to sell the NXT LVL Gamer
24 Shots at a discount, too; correct?
25 A    Well, you know what?  Nobody wanted

Page 65

1  those shots.  That's why they were returned from
2  Dollar General.  And so -- and I -- now that I'm
3  looking at that, I don't even think -- even when
4  those were being sold on the Takeover site, they
5  weren't selling.  I would -- it'd probably -- I'd
6  like to see the sales report of that myself
7  because I bet you there was not one unit sold.
8  Q    Okay.  But just looking at it, we see
9  the price is listed as 41.99; true?
10 A    Yeah.
11 Q    And it's listed --
12 A    And -- and couldn't give --
13 Q    -- $21; correct?
14       (Reporter clarification.)
15 A    Couldn't -- you couldn't give it away.
16 And I have to defend my formula because that was
17 not my formula.  Those guys went and made it a
18 cheaper formula to do that deal, which I advised
19 against, and that's why the whole thing tanked,
20 so...
21       (Reporter clarification.)
22       MR. HARVEY:  Sure.  I said we see
23 listed on the website the list price is 41.99.
24 BY MR. HARVEY:
25 Q    True, Mr. Pavlik?

Joseph F. Pavlik
August 20, 2024

Page 66

1   A    That's what it says there, yes.
2   Q    But it's actually being sold on the
3   LOCK'DIN website for $21; correct?
4   A    That's right.  Because I think at the
5   time there's still probably a warehouse filled
6   with all of those products because they did not
7   sell.  None of them sold because they made an
8   ineffective product.
9        Again, part of the reason why the
10  product failed, they decided to downgrade the
11  formula.  They didn't work.  It was like watered
12  down B vitamins with a little caffeine, so --
13  Q    And, sir, I'm trying to get you out of
14  here as quickly as possible today.  We'll go a
15  little bit better if we stick with my questions;
16  okay?
17  A    Oh, no problem.  Sure thing.  I'm just
18  trying to be helpful.
19  Q    Now, did LOCK'DIN pay Takeover for
20  these products?
21  A    I do not believe so.  I'm not sure.
22  That, I don't know.
23  Q    And you've promoted LOCK'DIN products
24  on your personal social media channels;
25  correct?

Page 67

1   A    Sure.  Yes, I have.
2   Q    When did you first meet Michael
3   Holley?
4   A    I met Michael Holley back in 2009.
5   Q    What were the circumstances?
6   A    We were working for -- they were
7   distributing a product for a company that I had
8   developed a Nootropic drink for back in 2009.
9   Q    Who is the "they" in that sentence?
10  A    It was a company called Body Well.
11  Q    Where were they based out of?
12  A    Sunrise, Florida.
13  Q    And you were selling or developing
14  product for Body Well?
15  A    Correct.
16  Q    When did you first -- well, did you
17  keep up with him through that entire 2009 through
18  2021 time frame?
19  A    No.
20  Q    When did you reconnect with him before
21  starting Takeover?
22  A    Probably, say, in 2018, 2019.
23  Q    When did you first meet Toby McBride?
24  A    At the same time.
25  Q    2018, 2019, or back when --

Page 68

1   A    No.  In 2009.  Same time as Mike
2   Holley.
3   Q    He was working for Body Well also?
4   A    Correct.
5   Q    Did you keep up with him the whole time
6   between 20 -- or 2009 and 2021?
7   A    No.  We reconnected around the same
8   time.
9   Q    What were the circumstances under which
10  you reconnected with those two?
11  A    I can't recall specifically.  I think
12  we met at a trade show.  And then there was
13  another opportunity for a company that I was
14  going to formulate a product for.  And since they
15  had the background in beverage distribution, we
16  connected on that, and that company was Ignite.
17  And so that's how we reconnected on that deal.
18  Q    When did you meet Tom Zarro for the
19  first time?
20  A    I met Tom Zarro for the first time -- I
21  would say maybe in March of 2023, maybe.
22  Q    What were the circumstances under which
23  you met Mr. Zarro in March 2023?
24  A    I met him while I was visit -- I was in
25  Vegas for a trade show.

Page 69

1   Q    And what was your understanding of his
2   background?
3   A    I knew that he was involved in sober
4   living homes out in Vegas, helping addicts in
5   recovery, which has been an area I've been
6   passionate about because I've had a number of
7   friends and family that have suffered from that,
8   so...
9   Q    And you said Mr. Schadel, your
10  understanding was, he started Labor SMART in
11  2013, thereabouts?
12  A    I'm not exactly sure the exact date.
13  Q    Mr. Janis introduced you to him,
14  though?
15  A    That's -- yes.  Correct.
16  Q    Was Mr. Schadel ever an employee,
17  agent, officer, director of Takeover?
18  A    I do not believe so.
19  Q    Was he ever an officer, agent,
20  employee, director of Next Gen?
21  A    I don't believe so.
22  Q    The Mike Tzanetatos -- is that how you
23  pronounce his name?
24  A    Something like that.
25  Q    Is it T-z-a-n-e-t-a-t-o-s?  Does that

Joseph F. Pavlik
August 20, 2024

Page 70

1  sound right?
2      A    That sounds right.
3      Q    Okay.  And you said he was an employee
4  of Takeover; correct?
5      A    I believe so.
6      Q    And, to your knowledge, was he just a
7  sales rep or did he hold other roles?
8      A    He originally was hired as the sales
9  rep, but then I believe he gravitated to other
10 roles under Jason Tucker, which involved product
11 development and formulation, which led to his
12 revision of my Gamer Shot formula to a reduced
13 version, which was one of the reasons why the
14 product failed miserably.
15          And he also was probably part of the
16 team that supported doing the Dollar General
17 deal, which also failed miserably.
18     Q    You've referenced the Dollar General
19 deal a couple times.  Can you explain a little
20 more about what happened there?
21     A    Yes.  There was an opportunity that I
22 believe Jason Tucker had, along with Mike
23 Costello and Mike Tzanetatos, that they wanted to
24 do a Gamer Shot for Dollar General.  And with
25 Takeover at the time being a premium brand, it

Page 71

1  did not make sense to go into a closeout store.
2          This discussion started in June of
3  2023, which once I expressed my, you know,
4  feeling that it was a horrible idea, I then was
5  frozen out of communication.  They continued to
6  move forward with the deal.  I believe they put
7  out close to a million dollars for the
8  reduced-cost version Gamer Shot product.
9          I believe that they -- and I found this
10 out after the fact, that Mr. Deppoleto was told
11 by Mike Costello and Tzanetatos to do these
12 displays for Dollar General, which was another,
13 you know, investment there, and also they spent
14 excessive amounts shipping product to Dollar
15 General, I believe 150,000.
16          And then there was still another 3
17 million that was due to Dollar General over the
18 course of 2 to 3 years based on the contract.  So
19 had that thing still went forward, Mr. Deppoleto
20 would have probably been in 5 to 7 million into
21 this deal because of what they decided to do with
22 the Dollar General deal.
23          So in reality, you know, I understand,
24 you know, the reason we're on this deposition now
25 is because Mr. Deppoleto is concerned about his

Page 72

1  investment.  But the truth is his investment was
2  poorly appropriated and allocated towards the
3  Dollar General deal, which, you know, if it was
4  1.5 or 2 million, I would say 90 percent of that
5  went to that deal and went to the people that
6  coerced that deal.
7          That's why I just -- it blows my mind
8  that I'm here on this deposition today when I --
9  this all could have been stopped, and truly,
10 those that are responsible for that debt are
11 those individuals:  Jason, Mike Costello, Mike
12 Tzanetatos and, for that matter, Mr. Deppoleto,
13 as a director having invested in the company and
14 then further allowing that to happen.  It was
15 just bad business, bad decision.
16     Q    What year did you say this was or what
17 time frame, this Dollar General deal --
18     A    This was -- this was between, I would
19 say, May 2022 and October 2022.
20          I recall meeting Mr. Deppoleto in May
21 of 2022, at a PFL event; had a great
22 conversation.  Told him who I am, what I did.
23 Got along great.  Shortly thereafter, he went
24 to -- he flew to Mexico to meet Jason Tucker, and
25 that was probably in end of May, June of 2022.

Page 73

1  And that's when Jason started whatever he started
2  with him, you know.  And then the next thing, you
3  know, they separated the company.  They brought
4  in Mike Tzanetatos, Mike Costello.
5          They started operating independently.
6  They wanted to do this Gamer Shot for Dollar
7  General.  Mike Tzanetatos thought he was going to
8  save the company money by doing a cheaper shot,
9  which they did, which we -- of course, as I
10 mentioned, backfired.  And --
11     Q    I think I got it.  Like I said, I'm
12 trying to get you out of here, so --
13     A    Oh, yeah.  No, I -- but I want to give
14 you the right information, too, so that you
15 understand really what happened.  Because, you
16 know, I -- these --
17     Q    Yeah, I --
18     A    -- are the facts where the investment
19 went.  So I just want to make sure I give you all
20 the information I have, you know.
21     Q    I got it.
22          So Mike Costello, he also worked at
23 Takeover; correct?
24     A    That's correct.
25     Q    Was his formal role there sales rep or

Joseph F. Pavlik
August 20, 2024

Page 74

1  did he have other roles?
2      A    Well, he was -- at first, he was just a
3  sales rep, but then I later found out that he
4  moved as -- he moved in as CEO.  And I believe,
5  if I'm not mistaken, he and Jason were the ones
6  that signed the latter notes from Mr. Deppoleto
7  that I was unaware of that were done until after
8  the fact.  So, again, further implicating Jason
9  Tucker and Costello for the misappropriation of
10 those funds towards Dollar General.
11     Q    When was he the CEO of Takeover?
12     A    I would want to say probably summer of
13 2022.
14     Q    And, again, you'd defer to the
15 corporate record books on that?
16     A    That would be best.
17     Q    Was Mr. Tzanetatos, was he ever an
18 employee, agent, officer or director of Next
19 Gen?
20     A    No.  After what he did to Takeover --
21     Q    No, that's fine.
22          Was Mr. Costello --
23     A    -- I -- I would have been -- I would
24 not have volunteered my services had he been
25 involved.

Page 75

1      Q    Was Mr. Costello ever an employee,
2  agent, officer or director of Next Gen?
3      A    No, sir.  Same thing:  I would not have
4  been involved or volunteered my services had
5  those individuals --
6      Q    Who is Maurice Salem?
7      A    What's that?
8      Q    Who is Maurice Salem?
9      A    I'm not sure.  I believe he's a -- is a
10 shareholder.
11     Q    Of?
12     A    Of LTNC.
13     Q    Labor SMART?
14     A    Correct.
15     Q    Have you ever met Mr. Salem?
16     A    Never met him.
17     Q    Ever spoken to him, even if you didn't
18 meet him face-to-face?
19     A    I may have been on a conference call
20 that he was on, but can't recall if I've actually
21 spoken directly to him.
22     Q    To your knowledge, was he ever an
23 employee, agent, officer or director of
24 Takeover?
25     A    Not to my knowledge.

Page 76

1      Q    Was he ever an employee, agent, officer
2  or director of Next Gen?
3      A    Not to my knowledge.
4      Q    And you said Kerby, and that's
5  K-e-r-b-y, not K-i-r-b-y; correct?
6      A    Correct.
7      Q    Kerby Fortner?
8      A    That's correct.
9      Q    And what was his role again at
10 Takeover?
11     A    He was like the gaming director, social
12 media manager.
13     Q    And he was paid in part with
14 investments that Mr. Deppoleto made; correct?
15     A    That, I'm not sure where his pay came
16 from.
17     Q    Was he ever an employee, agent, officer
18 or director of Next Gen?
19     A    No.  And he would go with the same
20 group as Costello and Tzanetatos because they all
21 conspired together.
22     Q    Well, there's been reference throughout
23 the lawsuit to a June 10, 2021, special meeting
24 of Takeovers board of directors.  Do you recall
25 attending that meeting?

Page 77

1      A    June 10th, 2021, can't recall.  It's
2  quite a while ago.
3      Q    Okay.  Do you remember being elected as
4  a director of Takeover at that meeting?
5      A    I don't recall, but if the records
6  state that that happened, then it happened.
7      Q    Okay.  And you'd defer to the records
8  in terms of what resolutions were passed at that
9  meeting; correct?
10     A    I would say so, correct.
11     Q    Did you have any involvement in
12 soliciting celebrity endorsements for Takeover?
13     A    No, not to my --
14     Q    So -- you had no communications with
15 T-Pain?
16     A    No.  That was a relationship that Jason
17 Tucker managed exclusively.
18     Q    How about Manny Pacquaio, did you have
19 communications with him?
20     A    No.  That was another one that Jason
21 Tucker did that.  I think it was a million
22 dollars, the Manny and like 900,000 to T-Pain
23 that he committed to for the company.
24     Q    Have you ever reviewed either T-Pain's
25 contract or Manny Pacquaio's contract with

Joseph F. Pavlik
August 20, 2024

Page 78

1  Takeover?
2      A    No.  I have not reviewed it.  And,
3  truthfully, with all of the contracts always
4  being changed and manipulated by Jason Tucker, I
5  don't -- I mean, it -- he tried to falsify
6  documents a number of times.  Company --
7      Q    Did you --
8      A    -- I wouldn't trust anything that he
9  did.
10     Q    Did you ever sign those contracts on
11 behalf of Takeover?
12     A    I don't believe so.
13     Q    Do you know when Manny Pacquaio's
14 contract was executed with Takeover?
15     A    I don't believe so.  I don't know.
16     Q    If I said April 27, 2021, does that
17 sound correct?
18     A    It could be within that time frame.
19 That was right after Jason came in.
20     Q    And you understood that the Manny
21 Pacquaio contract was an exclusive contract;
22 correct?
23     A    I'm not sure --
24     Q    Meaning --
25     A    -- what the details were.

Page 79

1      Q    Meaning you understood that
2  Mr. Pacquaio was agreeing to refrain from
3  promoting products that would compete with NXT
4  LVL; correct?
5      A    I don't have the contract in front of
6  me, but if it states that.
7      Q    Okay.  You're aware that McBride spent
8  Takeover money on personal expenses; correct?
9          MR. SEXTON:  Object to form.
10     A    No, I -- I have no problem answering
11 that.  Because I was on the phone calls with
12 Jason Tucker, and I'm not here to defend anyone's
13 spending habits, but I do know that he was given
14 authorization from Jason to use his company card
15 for his personal expenses.  And I just heard that
16 --
17 BY MR. HARVEY:
18     Q    So you --
19     A    -- I heard that side line from one of
20 their conversations.
21     Q    So you're aware that Mr. McBride used
22 Takeover funds for personal expenses; true?
23     A    Yeah.  I'm aware of that, just because
24 it was being discussed.
25     Q    And you're aware that Mr. McBride

Page 80

1  charged Takeover for shopping; correct?
2          MR. SEXTON:  Object to form.
3      A    I don't know exactly what he purchased,
4  but I know that was brought up at some point.
5  BY MR. HARVEY:
6      Q    You're aware that Mr. McBride used
7  Takeover money for personal travel; correct?
8      A    I'm not aware of that.  I mean, to my
9  understanding, it was Jason had told them to use
10 the company card, as long as he pays it back.
11 Whether he paid it back or not, I don't know.
12     Q    You're aware that Mr. McBride spent
13 over $250,000 of Takeover's funds for personal
14 expenses; correct?
15         MR. SEXTON:  Object to form.
16     A    Yeah.  That, I don't know.
17 BY MR. HARVEY:
18     Q    Okay.
19     A    Sounds excessive.
20     Q    I thought so too.
21         When did Mr. McBride use Takeover funds
22 for personal expenses?  When was the first
23 instance that you're aware of?
24     A    I don't know.
25     Q    When was the last time you're aware of

Page 81

1  Mr. McBride using Takeover funds for personal
2  expenses?
3      A    I don't know.  I really wasn't keeping
4  tabs on what he was doing, you know.
5      Q    You're aware that Takeover reprimanded
6  Mr. McBride for his use of Takeover funds for
7  personal expenses; correct?
8      A    Yes, I was aware of that.
9      Q    You were aware that Takeover placed
10 Mr. McBride on a leave of absence; correct?
11     A    Correct.
12     Q    For what time period was he placed on a
13 leave of absence?
14     A    To the best of my recollection, I would
15 say it was probably from maybe September of 2022,
16 until October or November of 2022.
17         And I believe the reason for that was
18 to keep him out from going to the NACS show
19 because that's when they had the meeting set with
20 5-Hour Energy, and they didn't want Toby at the
21 NACS show, so they could have that private
22 meeting.
23     Q    Mr. McBride voluntarily stepped down
24 from his position as a director at Takeover;
25 correct?

Joseph F. Pavlik
August 20, 2024

Page 82

1    A    I believe so.
2    Q    What time period?
3    A    I want to say that was maybe around the
4    same time frame.  September of 2022, maybe.  I
5    don't know exactly.  I don't know.
6    Q    And you're aware that Mr. Holley made
7    unauthorized distributions from Takeover, meaning
8    distributions without approval from Takeover's
9    board of directors; correct?
10    A    That, I don't know.  I was never on a
11    bank account.  Never had a company credit card.
12    I never was involved with the financials.
13    Q    Even if you didn't see the financials
14    directly, you're aware that Mr. Holley allowed
15    unauthorized distributions of over $750,000;
16    correct?
17    MR. SEXTON:  Object to form.
18    A    That's what's said, but I don't know if
19    that was what was proven.
20    THE REPORTER:  Sir, can we take a
21    few-minute break?  Been going about an hour and a
22    half now.
23    MR. HARVEY:  Oh, sure.  It's 4:35.
24    Come back at, what, 4:40?  Well, 4:35 my time,
25    I'm sorry.

Page 83

1    THE REPORTER:  Okay.  2 --
2    MR. HARVEY:  40 for you.
3    THE REPORTER:  Yeah.  Come back at --
4    yeah.  2:50?
5    MR. HARVEY:  Sure.
6    THE REPORTER:  Yeah, 10 minutes.
7    MR. HARVEY:  Okay.
8    THE VIDEOGRAPHER:  Counsel, are we
9    prepared to go off the record?
10    MR. HARVEY:  Yeah.
11    THE VIDEOGRAPHER:  Okay.  We are off
12    the record at 2:36 p.m.
13    (Break taken.)
14    THE VIDEOGRAPHER:  We're back on the
15    record at 2:51 p.m.
16    BY MR. HARVEY:
17    Q    Mr. Pavlik, you're aware Michael Holley
18    charged personal expenses to Takeover; correct?
19    MR. SEXTON:  Object to form.
20    A    I'm not aware of all of that, but what
21    I do know or recall is that those were dismissed
22    in the court case.  There was another court case,
23    I believe, I wasn't involved in, but I think that
24    was dismissed.
25    BY MR. HARVEY:

Page 84

1    Q    When did you become aware that
2    Mr. Holley charged personal expenses to
3    Takeover?
4    A    I don't know exactly when, but I just
5    know the result of the court case was that it
6    was -- it was dismissed.
7    Q    Okay.  What was the dollar amount of
8    Mr. Holley's personal expenses that were charged
9    to Takeover?
10    A    That I don't know.
11    Q    I asked you before when you became
12    aware of.  Do you know the dates when Mr. Holley
13    actually charged personal expenses to Takeover?
14    A    I don't know the dates, but I was told
15    that that was all dismissed, I think, in one of
16    the court cases.
17    Q    Did Mr. Holley's family members make
18    personal purchases and charge them to Takeover?
19    A    Not that I'm aware of.
20    Q    What was the dollar amount that you
21    heard were charged for personal expenses?
22    A    I really don't know exactly.
23    Q    There was a December 21, 2021, Takeover
24    board meeting; correct?
25    A    December '21, correct.

Page 85

1    Q    And you attended it; correct?
2    A    This may have been -- it may have been
3    a phone call board meeting at that time.  So I
4    believe I would have attended.
5    Q    Attended via phone?
6    A    Correct.
7    Q    And you were a board member in December
8    of 2021; correct?
9    A    I believe so.
10    Q    What was the purpose of that meeting?
11    A    I believe Jason Tucker called a meeting
12    to state that he had found some expenses that had
13    to be reported by Mike Holley --
14    Q    Did -- did the board vote to remove
15    Mr. Holley from the Takeover board of directors
16    at that meeting?
17    A    The board did vote to do that, although
18    I originally said I wanted to speak to Mr. Holley
19    about this because it sounded excessive.  And at
20    that time -- it may have been around 5 minutes to
21    5:00 -- he said, no, there's no time for that;
22    you got to sign the DocuSign in your inbox and
23    take my word on this.  So that was what I did.
24    So I did agree to do it, but then after
25    finding out the facts, it turned out that that

Joseph F. Pavlik
August 20, 2024

Page 86

1    was not true.
2        Q    You did ultimately vote in favor of
3    removing Mr. Holley from the Takeover board of
4    directors; correct?
5        A    I was forced to do it -- even though I
6    was -- would have liked to have done some due
7    diligence prior.
8        Q    You did ultimately vote to remove
9    Mr. Holley from the Takeover board of directors;
10   correct?
11       A    Correct.
12       Q    And was it a permanent removal or was
13   it temporary?
14       A    I believe --
15       Q    At that time, when you voted for it.
16       A    I believe at that time -- I can't
17   recall if it was permanent or -- I think it may
18   have been temporary.
19       Q    Okay.  I'm going to share my screen
20   with you again, Mr. Pavlik.
21            Are you able to see, "Resolution board
22   of directors of Labor SMART, Inc."?
23       A    What was the date of this?
24       Q    If -- it was a couple dates on, but it
25   looks like it's a November 7, 2022, meeting.

Page 87

1        A    Okay.  So --
2        Q    Via conference call.
3        A    -- it isn't the December meeting you
4    were just referring to.
5        Q    No.  This is a different one.
6            Do you recognize this resolution of the
7    board of directors of Labor SMART?
8        A    I mean, I -- it looks familiar.  I
9    mean, I've seen so many documents.  I -- I mean,
10   it's tough.  But, yeah, I mean, I'm looking at
11   it.
12       Q    Okay.  And if we go to the last page,
13   is that your signature on the last page there?
14       A    Doesn't look like my signature.
15       Q    Does not look like your signature.  You
16   want me to --
17       A    No.
18       Q    -- zoom in a little?  You look like
19   you're --
20       A    Sure.
21       Q    -- straining.
22       A    Yeah.  No, zoom it in a little bit.
23            Yeah, that doesn't look like my
24   signature.
25       Q    Okay.

Page 88

1        A    Jason forged a lot of signatures.
2        Q    Okay.  Are you saying that you believe
3    Jason forged your signature on this?
4        A    I'm not saying that.  I'm just saying
5    that it doesn't look like my signature.
6        Q    Okay.  Now, in November 2022, this was
7    still in the COVID time frame, and I'm seeing a
8    reference, in fact, to COVID in this here.
9            Were you signing documents physically
10   in November 2022, or would this have been a time
11   you would have been signing electronically.
12       A    Probably -- at that time, probably
13   electronically.
14       Q    Okay.  Now, going back to this
15   signature page, does that like look that could
16   have been your electronic signature?
17       A    Possibly, sure.
18       Q    Okay.  And then next to your name, it
19   says, "Observer."  What does that mean?
20       A    Not sure.  Maybe that I was -- that's a
21   good question.  I don't know.
22       Q    Okay.  Right above it, it says, "In
23   witness whereof, the undersigned being two of the
24   three directors of company," and then it goes on.
25   Do you see that?

Page 89

1        A    Okay.  Yeah.
2        Q    So is it your understanding that --
3        A    I do see it.
4        Q    Was it your understanding that
5    Mr. McBride and Mr. Holley were both directors of
6    Labor SMART as of December 7, 2022?
7        A    I -- if the records show that, then
8    yes.
9        Q    Okay.  Well, it doesn't have "director"
10   next to your name.
11            Was it your understanding you were a
12   director of Labor SMART as of November 7, 2022 --
13       A    I -- I had been resigned at that time,
14   I believe.
15       Q    Okay.  Do you remember who called this
16   meeting?
17       A    Had to be Jason Tucker.
18       Q    Now, up in the top, it says on November
19   7, 2022, at 9:00 a.m. Mountain time you,
20   Mr. McBride and Mr. Holley appeared by conference
21   call.  Do you see any reference to Mr. Tucker in
22   that attendee of the meeting?
23       A    No.  I -- you know, I don't.  May --
24   this -- you know, I'm confusing the one meeting
25   you just said that was December 2021.  Now, we're

Joseph F. Pavlik
August 20, 2024

Page 90

1  talking November 2nd, 2022.  So, no, this -- he
2  would not have called this meeting, no.  That --
3  the December 2021 meeting, Tucker would have
4  called.  This one, no.
5      Q    Okay.  Did Mr. Holley call this
6  meeting?
7      A    Probably, most likely, Mr. Holley
8  called it.
9      Q    Okay.  Did it surprise you that
10 Mr. Holley was calling the meeting since he was
11 no longer on Takeover's board of directors at
12 this point?
13     A    No.  It didn't surprise me, especially
14 after what was -- what transpired in October of
15 2022, at the NACS show with all of the fraudulent
16 activity with 5-Hour.
17     Q    Okay.  So you attended a board meeting
18 that Mr. Holley called; correct?
19     A    I believe so.  I --
20     Q    Did you --
21     A    -- can't recall exactly who called it,
22 but it would -- had to be either Toby or Mike.
23     Q    Did you express concern to anyone about
24 Mr. Holley calling a board of directors
25 meeting?

Page 91

1      A    I don't believe so.  I felt there was
2  probably more concern with Jason Tucker, which I
3  don't know why he's not involved in these
4  discussions.  That would be -- he's really the
5  one that we need to have in here, you know.
6      Q    And at this meeting, did -- here, I'll
7  scroll down so you can see it.
8           At this meeting, did you purport to
9  vote to suspend Michael Costello from his role as
10 CEO of Labor SMART?
11     A    I may have, yes.  And I think it was
12 because of what was happening with the NACS deal
13 and them hijacking and trying to do the 5-Hour
14 deal.
15     Q    Going down further, we see there's a
16 provision that says, "Resolved, the planned
17 spinoff of Takeover, suspended for 90 days."  Do
18 you see that?
19     A    I do see it.
20     Q    What does "planned spinoff" refer to?
21     A    I'm not sure.
22     Q    Do you recall there being a planned
23 spinoff of Takeover being in the works as of
24 November 2022?
25     A    I'm not sure.  I wasn't involved in lot

Page 92

1  of those discussions.  As you know, I was kind of
2  not involved in all those activities.
3      Q    But you did sign this document at the
4  end as one of the three people to sign it;
5  correct?
6      A    I believe I did.
7      Q    And you wouldn't have signed it if
8  there was something in here that you disagreed
9  with; correct?
10     A    Could you repeat that?
11     Q    You would not have signed a document
12 where there was something in it where you didn't
13 agree with it; correct?
14     A    That'd be correct.
15     Q    Okay.  And this same provision that's
16 highlighted says that the company was going to
17 undertake a review of documents and information
18 concerning the transaction which has been
19 withheld by Jason Tucker; correct?
20     A    Correct.
21     Q    Did Labor SMART conduct a review of
22 documents and information concerning the
23 transaction?
24     A    I'm not sure.
25     Q    You're not sure if it happened?

Page 93

1      A    Yeah.  I'm not sure if that was done.
2      Q    It was a resolution, though, that was
3  supposed to happen; correct?
4      A    If it says so.
5      Q    Okay.
6      A    But I'm not -- wasn't sure if you were
7  asking if it was proposed or if it was done.
8      Q    I was asking if it was done initially,
9  and you said you weren't sure.  And I said but it
10 was resolved as something that was supposed to be
11 done; correct?
12     A    Could you repeat that?  I'm not
13 connect --
14     Q    Yeah.  It was on -- we were just -- I
15 can put it back up if you want.
16          That was in the provision that said
17 "Resolved."  The company was going to undertake a
18 review of documents and information concerning
19 the transaction.  That was something that was
20 supposed to happen; correct?
21     A    Which transaction?
22     Q    The planned spinoff of Takeover that
23 was resolved -- or discussed in that same
24 paragraph.
25     A    Okay.  Yeah.  I'm not sure.

Joseph F. Pavlik
August 20, 2024

Page 94

1    Q    Okay.  I'm going to share my screen
2  with you again.  Give me one moment.
3    A    I mean, I wasn't a director, so I
4  wasn't really involved in a lot of these
5  conversations, you know.
6    Q    But you did sign it; correct?
7    A    I did sign it.
8    Q    Okay.  Got another document up.  Are
9  you able to see it?
10    A    Not that good.
11    Q    It says, "Written consent board of
12  directors of Takeover Industries;" correct?
13    A    Yeah.  Correct --
14    Q    Do you recognize this document?
15    A    Not -- no.  But, I mean, again, a lot
16  of the documents all do look the same, as I'm
17  sure you know.
18    Q    Let's go to the last page here, which
19  is page 3.
20        There's a signature line for you;
21  correct?
22    A    Correct.
23    Q    Is that your signature on the last
24  page?
25    A    It looks like my digital signature.

Page 95

1    Q    Okay.  And it says -- you signed it as
2  a director of Takeover; correct?
3    A    It looks that way.  I may have been put
4  back on as a director at that time.
5    Q    Okay.  And if we go up a little bit.
6        At the same meeting, which is also
7  November 7, 2022.
8    A    I mean, I thought it said "observer" in
9  the other one, didn't it, or?
10    Q    Yes.  Yes.  Paragraph 6 says, "Resolved
11  Joseph Pavlik is appointed interim president of
12  the company until the board makes a determination
13  with respect to Jason -- or with respect" -- I
14  think that means to Jason Tucker; correct?
15    A    That's what it says.
16    Q    So as of November 7, 2022, you were
17  appointed as the interim president of Takeover?
18    A    I -- I never -- I don't think I ever
19  acted as the president.
20    Q    Okay.  So --
21    A    I mean, it -- I mean, that says yes,
22  but I think it eventually got transitioned pretty
23  quickly.
24    Q    Okay.  So in terms of the -- how long
25  the interim period lasted, your testimony is not

Page 96

1  very long, if at all; correct?
2    A    I believe so.
3    Q    And the board never voted to appoint
4  you as a permanent president; correct?
5    A    I don't believe so.
6    Q    And why not?
7    A    I don't think I wanted that role or
8  responsibility.
9    Q    Mr. Deppoleto never provided written
10  consent for your appointment as president;
11  correct?
12    A    I'm not sure.
13    Q    Did you ever ask Mr. Deppoleto for
14  written consent to have you appointed as
15  president?
16    A    No.  I mean, I did try to -- on other
17  occasions, I did try to contact Mr. Deppoleto,
18  but then I was reprimanded by Jason Tucker as to
19  not contact him.  So, therefore, I -- from that
20  point forth, I did not attempt to contact him.
21    Q    Are you aware of any other officer or
22  director of Takeover seeking Mr. Deppoleto's
23  consent to have you appointed as president?
24    A    I'm not sure.  Not aware.
25    Q    As you sit here today, you can't name

Page 97

1  another officer or director of Takeover who
2  actually sought Mr. Deppoleto's consent;
3  correct?
4    A    I don't believe so.
5    Q    Okay.
6    A    Although I can't say, you know -- I
7  mean, I -- any time I tried to -- attempt -- like
8  I said, I tried to contact Mr. Deppoleto a number
9  of times, and it got reported back to Jason.
10  Jason said don't contact anybody.  He said don't
11  contact the CFO, don't contact Mr. Deppoleto.  So
12  that was, you know, kind of the general mantra.
13    Q    I'm going to show you another document
14  here.  Are you able to see this document?
15    A    I can see it.
16    Q    And on the top, it says, "Convertible
17  note purchase agreement"; correct?
18    A    Correct.
19    Q    And we see it's dated May 25, 2022;
20  correct?
21    A    Correct.  Can you make it a little
22  bigger?
23    Q    Sure.  Do you recognize this
24  document?
25    A    I don't recognize it, but, again, a lot

Joseph F. Pavlik
August 20, 2024

Page 98

1  of these documents look the same.  But I do
2  remember this date --
3      Q    Go ahead and read the first paragraph
4  to yourself, just to orient yourself.
5      A    Okay.
6      Q    So this is a May 25, 2022, convertible
7  note purchase agreement between Takeover,
8  Mr. Deppoleto, and then Labor SMART is also
9  signing on for limited purposes; correct?
10     A    Correct.
11     Q    When did you first review this
12 document?
13     A    Probably around that time, I would
14 guess.
15     Q    Did you provide any feedback on this
16 document before it was executed?
17     A    I can't recall.  Typically, with these
18 documents, Jason Tucker accelerated it and tried
19 to do everything on his own.
20     Q    Okay.  We see in paragraph 1, the
21 purpose of this document was to memorialize
22 Mr. Deppoleto's $500,000 loan to Takeover;
23 correct?
24     A    Correct.  That's what it says.
25     Q    Okay.  Did you discuss this document

Page 99

1  before it was -- or did you discuss this document
2  with anyone before it was executed?
3      A    Probably the other parties involved,
4  which I think were Jason and Toby at the time.
5      Q    Okay.  And what did you discuss?
6      A    I really can't recall.  It's been a
7  couple years ago.
8      Q    And you think it was within a short
9  amount of time around this May 25, 2022,
10 effective date?
11     A    Yeah.  It was probably around that date
12 because that was shortly after when Jason -- or
13 Mr. Deppoleto went to visit Jason in Mexico.  And
14 they had a two-day meeting there.  So it probably
15 was around that time.  Because earlier in May was
16 when I met Mr. Deppoleto at the PFL event.  So,
17 yeah, that probably was the date of the first
18 note.
19     Q    Okay.  Who solicited Mr. Deppoleto's
20 loan to Takeover?
21     A    Could you repeat that?
22     Q    Who solicited Mr. Deppoleto's loan to
23 Takeover?  Who asked Mr. Deppoleto to loan this
24 money to Takeover?
25     A    Probably Jason Tucker when they were in

Page 100

1  Mexico.
2      Q    Why did Takeover solicit
3  Mr. Deppoleto's loan?
4      A    I believe Anthony Pettis, who was
5  Mr. Deppoleto's nephew, was invested in the
6  company through Toby McBride.  Then that
7  introduction was made at the PFL event, where
8  Toby McBride met Mr. Deppoleto.  And then after
9  that introduction, Toby wanted him -- he said,
10 you know, you should go meet Jason Tucker.  And
11 that's when he flew to Mexico to meet Jason
12 Tucker.
13          So those two -- I don't know who
14 exactly asked for the loan, but the relationship
15 came from Toby and Pettis to Deppoleto, and then
16 Jason formed the relationship thereafter.
17          My communication was very limited other
18 than one conversation at the PFL event.
19     Q    Did you personally discuss the loan
20 with Mr. Deppoleto before this document was
21 executed?
22     A    What was that?
23     Q    Did you personally have any discussions
24 with Mr. Deppoleto about this loan before the
25 document was executed?

Page 101

1      A    Yeah, I was not involved in any of
2  those discussions.
3      Q    As of May 2022, Takeover intended to
4  repay Mr. Deppoleto in accordance with the terms
5  of this note purchase agreement; correct?
6      A    If that's what the note says, then
7  correct.  I mean, I can't see it, but if that's
8  what the note says, then yes.
9      Q    Well, your understanding before the
10 company took this money, you were intending --
11 Takeover was intending to repay it; correct?
12     A    Correct --
13          MR. SEXTON:  Object as to form.
14 BY MR. HARVEY:
15     Q    You said correct?
16     A    I don't know if on this note if it
17 was -- he was putting the money in for shares or
18 if it was to be repaid.  I don't know.  Again,
19 I'm -- my expertise has always been in product
20 development, sales, marketing.  All this
21 financial stuff, I really never got heavily
22 involved in.
23     Q    Well, Takeover wasn't planning to steal
24 the money from Mr. Deppoleto; correct?  They were
25 going to give him something in return, either

Joseph F. Pavlik
August 20, 2024

Page 102

1   repayment, shares or something --
2        A    It -- it was either shares or
3   repayment, I'm assuming, of course.
4        Q    And what was -- in May 2022, what was
5   Takeover going to use Mr. Deppoleto's loan for?
6        A    At that time, probably product
7   inventory, marketing.  Maybe PFL.  I mean, I'm
8   not sure what the funds were allocated for.
9        Q    You keep saying "PFL."  What's that
10  stand for?
11       A    The Professional Fighters League.
12  That's where Anthony Pettis came through and how
13  the -- I guess the first meeting with Mr.
14  Deppoleto started at the PFL event.
15       Q    Okay.  Showing another one.
16            Are you able to see this document?
17       A    You can enlarge it a little bit,
18  please.
19       Q    Sure.  You able to see it now?
20       A    Yes.
21       Q    And this one says, "Secure convertible
22  promissory note," at the top; correct?
23       A    Correct.
24       Q    And this is dated May 25, 2022;
25  correct?

Page 103

1        A    Correct.
2        Q    And there's a $500,000 amount listed in
3   the top left; correct?
4        A    Correct.
5        Q    You recognize this document?
6        A    As good as I've recognized the others.
7        Q    Okay.  So you've seen it before;
8   correct?
9        A    Well, maybe once.  But, again, with all
10  of the financial negotiations that was lead by
11  Jason and, secondarily Toby, I was not really
12  involved.
13       Q    Okay.  Takeover actually received
14  Mr. Deppoleto's $500,000 payment in accordance
15  with this promissory note; correct?
16       A    I believe.
17       Q    And Takeover promised to repay
18  Mr. Deppoleto his $500,000 loan; correct?
19       A    According to the document, correct.
20       Q    Okay.  Take that one down.
21       Okay.  I've got another document up.
22  It says, "Joint written consent to the board of
23  directors and shareholders of Takeover
24  Industries, Inc., May 2022"; correct?
25       A    Correct.

Page 104

1        Q    You recognize this document?
2        A    As good as I recognize the others.
3        Q    Okay.  Generally speaking, what is
4   this?
5        A    It's a joint written consent form.
6        Q    Of the board of directors and
7   shareholders as constituted on May 2022, of
8   Takeover; correct?
9        A    Correct.
10       Q    If we go to the last page, that's your
11  electronic signature on the last page?
12       A    Correct.
13       Q    And you signed it on behalf -- or you
14  signed it in your capacity as a director of
15  Takeover; correct?
16       A    Correct.
17       Q    And generally speaking, what's the
18  purpose of this joint written consent?
19       A    The purpose, to formalize the
20  agreement.
21       Q    Okay.  And in this paragraph that I'm
22  highlighting at the bottom of page 1, it also
23  authorizes Takeover's president, Jason Tucker, to
24  take all necessary actions to effect
25  Mr. Deppoleto's note purchase agreement;

Page 105

1   correct?
2        A    Correct.
3        Q    And if we go down little further, we
4   see that Jason Tucker, Toby McBride and Michael
5   Costello all also signed it; correct?
6        A    Correct.
7        Q    And there's no other members of
8   Takeover's board of directors who did not sign
9   this agreement; correct?
10       A    I believe that's correct.
11       Q    Okay.  Take that one down.  Show you
12  another document here.
13       Are you able to see this document,
14  Mr. Pavlik?  It says, "First amendment to
15  convertible note purchase agreement"?
16       A    If you could enlarge it.
17       Q    Sure.  Are you able to see it now?
18       A    Yes.
19       Q    And this one is dated May 25, 2022.
20  It's referring to May 25, 2022, but then goes
21  down and it says, "Made and entered into as of
22  July 6, 2022"; correct?
23       A    That's correct.
24       Q    And you've seen this document before;
25  correct?

Joseph F. Pavlik
August 20, 2024

Page 106

1    A    That, I'm not sure.  I believe I only
2  saw the first one.
3    Q    Okay.  It's referring back to the May
4  25, 2022, convertible note purchase agreement;
5  correct?
6    A    Correct.
7    Q    And with this document, Mr. Deppoleto
8  is loaning Takeover an additional $500,000;
9  correct?
10    A    Correct.
11    Q    So as of July 20 -- July 6, 2022,
12  Mr. Deppoleto has loaned Takeover a total amount
13  of $1 million; correct?
14    A    Correct.
15    Q    Take that one down.
16    A    Could you go back to the bottom of that
17  agreement, please?
18    Q    Sure.
19    A    Because I know on those second notes
20  that was when Jason was doing that on his own,
21  and I really -- and that's when things started
22  getting shaky during that time.  Because that was
23  when we began the discussions about Dollar
24  General, and I was not agreeing to have any of
25  those funds go to that.  So I want to see if I

Page 107

1  signed this because I don't think I did.
2    Yeah.  See, that's -- I don't think I
3  signed this one.
4    Q    Okay.
5    A    Because that was at the time, like I
6  mentioned earlier, they were wanting to put this
7  money towards Dollar General, and I didn't think
8  it was a good idea.  And then at that point in
9  time, I was excluded from all communication.
10    Q    Okay.  It was signed by Jason Tucker,
11  as the president of Takeover Industries;
12  correct?
13    A    Correct.
14    Q    And it was also signed by Michael
15  Costello, the chief executive officer; correct?
16    A    Correct.  So they should be the ones
17  liable for that note because then they went and
18  misappropriated the funds.  I was not involved in
19  this, with all due respect.
20    Q    Okay.  And then we've got another one
21  to show you here.
22    Are you able to see this?
23    A    Can you make it a little larger,
24  please?
25    Q    Sure.  This one is the second secured

Page 108

1  convertible promissory note; correct?
2    A    Correct.
3    Q    Dated July 6, 2022?
4    A    Correct.
5    Q    And Takeover received Mr. Deppoleto's
6  $500,000 loan in accordance with this second
7  promissory note; correct?
8    A    It appears so.
9    Q    And the plain terms of the document say
10  that Takeover is promising to repay Mr. Deppoleto
11  his $500,000 loan; correct?
12    A    Correct.
13    Q    Okay.
14    A    Can you please go to the bottom of that
15  page again, sir?  That document.
16    Q    Sure.
17    A    Because I remember this was in that
18  June time frame where every -- they split the
19  company, and they started just kind of running in
20  their own direction.
21    So who signed this agreement?  Jason
22  Tucker.  Who else?
23    Q    Jason Tucker, as president.
24    A    Yeah.  And that was at the time -- see,
25  that's -- this is too shady.  This guy is shady.

Page 109

1  This Jason Tucker, man, we got to get him on
2  these depositions.  Let the truth be told here.
3    Because that's when they began coercing
4  to then take the company private, and they wanted
5  to bankrupt it.  I mean, this Jason Tucker is
6  really the guy we need to get, I'll tell you.
7    Q    Yeah, okay.
8    So then I'm going to show you another
9  document here.
10    So this is joint written -- oh, sorry.
11  Are you able to see this?
12    A    Yep.  If you can make it a little bit
13  bigger, that'd be great.
14    Q    All right.
15    A    That's good.
16    Q    Joint written consent of the board of
17  directors and shareholders of Takeover
18  Industries, Inc., dated July 1, 2022; correct?
19    A    Correct.
20    Q    And so this is just a couple days
21  before the July 6 document we were just talking
22  about; correct?  Documents --
23    A    Correct.
24    Q    And on the last page, the board of
25  directors, you signed it; correct?

Joseph F. Pavlik
August 20, 2024

Page 110

1    A    Looks like a digital signature.
2    Q    Yes.
3    A    But I don't think --
4    Q    That's your signature; correct?
5    A    Correct. But I don't think -- I
6 remembered at that time I would -- that was when
7 Jason is starting to autopopulate my signature.
8 Because I know after that first round -- once the
9 discussion with Dollar General came in, I was
10 like -- was not agreeing to it.
11    Q    Okay. So your testimony is that this
12 is not your DocuSign signature with the code
13 underneath?
14    A    I mean, it is a DocuSign signature, but
15 I can't -- I don't recall signing that.
16    Q    Okay. Well, is it your testimony that
17 you did or did not sign this?
18    A    Under those terms and at that time, I
19 don't believe I signed it. I don't recall
20 signing it.
21    Q    You don't recall signing it. So you
22 could have signed it; you just don't remember one
23 way or another?
24    A    But Jason was known to autopopulate
25 these documents.

Page 111

1    Q    Through DocuSign?
2    A    Or I was harassed to sign it. But I
3 remember I disagreed in signing it, and he was
4 like, well, if you don't sign it, then, you know,
5 we're going to put you on -- there was always
6 some threat. So it was always a threatening
7 situation.
8    Q    Did he have access to your DocuSign?
9    A    Unfortunately. But, obviously, you can
10 see that I was correct in that those investments
11 to Dollar General was not a good investment.
12    Q    Okay. So is it your --
13    A    But --
14    Q    -- testimony that he did forge your
15 signature here or is it possible you were just
16 coerced --
17    A    I -- I really can't recall. I just
18 know that, based on the context of what was
19 happening at that time, I would have most likely
20 not signed that. But I may have been forced into
21 signing it.
22    Q    And by "forced," again, not physical
23 force; correct?
24    A    No, verbal harassment, threats.
25    Q    Okay. And this document also

Page 112

1 authorizes the company's president in this bottom
2 of page 1. It's the exact same as the other
3 paragraph. It authorizes Takeover's president,
4 Jason Tucker, to take all necessary actions to
5 effect Mr. Deppoleto's first amendment to the
6 note purchase agreement; correct?
7    A    Hold on. You just cut out there for a
8 minute.
9    Q    I'll say it again. This consent at the
10 bottom of page 1 authorizes Takeover's president,
11 Jason Tucker, to take all necessary actions to
12 effect Mr. Deppoleto's first amendment to the
13 note purchase agreement; correct?
14    A    Yeah, it does, and that was a bad
15 move.
16    Q    Okay. And then if we go to the bottom,
17 not only do we have electronic signature from
18 you, we have an electronic signature from
19 Mr. McBride, Mr. Tucker and Mr. Costello;
20 correct?
21    A    Correct.
22    Q    And you're not aware of any board of
23 directors for Takeover who did not sign this
24 document; correct?
25         Did you hear my question or are you

Page 113

1 thinking?
2    A    No. You were cutting out there.
3    Q    As of the date this document's signed,
4 July 1, you're not aware of any board of
5 directors of Takeover who did not sign this
6 document; correct?
7    A    You're cutting out again.
8    Q    As of July 1, when this written consent
9 to the board of directors?
10    A    Yep.
11    Q    Everyone who signed it is all the board
12 of directors from Takeover that you're aware of
13 as of that date; correct?
14         I'm sorry, are you thinking or did you
15 not hear my question again?
16    A    No, I'm not -- I'm not getting audio
17 right now. Now I just heard you right now.
18    Q    How about now? Can you hear me?
19    A    Now I can hear you.
20    Q    Okay. So this document is dated July
21 1, 2022, and it's --
22    A    Okay.
23    Q    -- called, "Joint written consent to
24 the board of directors"; correct?
25    A    Correct.

Joseph F. Pavlik
August 20, 2024

Page 114

1     Q     And as of that date, as far as you
2   knew, the board of directors of Takeover
3   consisted of Mr. McBride, Mr. Tucker and
4   yourself; correct?
5     A     Correct.  And I believe that it was
6   announced that Mr. Deppoleto was a director as
7   well, that Jason announced it on Twitter.  So I
8   don't know why he wouldn't be on there.
9     Q     Okay.  Other than perhaps
10  Mr. Deppoleto, you're not aware of any other
11  Takeover board of director who didn't sign this
12  document; correct?
13    A     Not that I can recall right now.
14    Q     Okay.  Show you another document.
15          This document is called, "Second
16  amendment to convertible note purchase
17  agreement"; correct?
18    A     Correct.
19    Q     And this one is made and entered into
20  as of August 19, 2022; correct?
21    A     Correct.
22    Q     And it amends the convertible note
23  purchase agreement dated May 25, 2022; correct?
24    A     Correct.
25    Q     And with this second amendment,

Page 115

1   Mr. Deppoleto is loaning Takeover an additional
2   $500,000; correct?
3     A     Correct.
4     Q     As of August 19, 2022, Mr. Deppoleto
5   has loaned Takeover a total amount of $1.5
6   million; correct?
7     A     Correct.
8           Could you go to the bottom of that
9   document, please?
10    A     You know, I can do that, but I think
11  it's not going to have your signature, but we're
12  going to find the written consent where you did
13  sign it.  So to save you some time...
14    A     Okay.  Well, I just -- I just know at
15  that time that was the 1.5 that got blown on
16  Dollar General that I advised not to do, but
17  Costello and Jason wanted to do it, and they all
18  went and did it, so...
19    Q     So now I'm going to show you another
20  document.
21          This is a document dated August 19,
22  2022, and it says, "Third secured convertible
23  promissory note"; correct?
24    A     Correct.
25    Q     And, again, we've got the $500 --

Page 116

1   $500,000 amount; correct?
2     A     Correct.
3     Q     And Takeover actually received
4   Mr. Deppoleto's additional $500,000 loan in
5   accordance with this third promissory note;
6   correct?
7     A     Correct.
8     Q     And Takeover promised to repay
9   Mr. Deppoleto his $500,000 loan; correct?
10    A     Correct.
11          Can you go to the bottom of that
12  agreement, please?
13    Q     Sure.
14    A     Yeah.  See, all these were done by
15  Jason, and that's where he -- the guy's known for
16  manipulating and falsifying these documents.  And
17  was like -- this was all done -- this is so
18  inappropriate.  I'm -- you know, this has taken
19  three years of my life, and now it's taken three
20  hours of our time here today, which I appreciate,
21  but this Jason Tucker, as you can see, if you
22  read between the lines -- I know you're doing
23  your job -- but this is just -- this is insanity.
24          I can't even believe this.  That this
25  guy is doing this and getting away with that, you

Page 117

1   know.  I mean, but, you know -- the truth and the
2   facts are there.  That's what he does, and
3   obviously, he set this up for that, so -- it's a
4   shame.
5     Q     All right.  So the next document I'm
6   showing you is a joint written consent of the
7   board of directors and shareholders of Takeover
8   Industries, Inc.; correct?
9     A     Correct.
10    Q     Dated August 18, 2022; correct?
11    A     Correct.
12    Q     And if we go down to the last page,
13  again, we've got your DocuSign --
14    A     Now that one looks a little bit
15  different, if you notice.
16          You know, Jason didn't like me.  He
17  just -- he excluded me from a lot of stuff and
18  would just go and do things.  So, I mean, all
19  these documents, truthfully, like, they could
20  have all been falsified and manipulated by Jason.
21  I don't trust that guy.
22    Q     Is it your testimony that that's not
23  your DocuSign signature?
24    A     I can't say it is.  I don't know --
25    Q     Okay.

Joseph F. Pavlik
August 20, 2024

Page 118

1    A    -- I mean, it looks like --
2    Q    So it's possible that you signed it?
3    A    What's that?
4    Q    It's possible that you signed it;
5    correct?
6    A    I mean, it's possible, but, you know, a
7    lot of these things were done -- he would just be
8    like, hey, there's a DocuSign in your box, this
9    has to be signed; hey, if you can't do it, I'll
10   get it done for you, so just -- you know, let me
11   go and get this handled.  And that's like the
12   way -- things were always a rush.
13        It was always a fire drill.  It was
14   always like two minutes to the hour.  He'll get
15   it handled, don't worry, I'm protecting us all.
16   And as we can see, he didn't protect anybody
17   other than himself.
18   Q    So you either signed it yourself or he
19   signed it for you with your consent because he
20   was rushing you; is that what you're telling
21   me?
22   A    Most of the time, yeah, I would not
23   have signed it myself.  Like, because it was
24   always last minute; it was always a fire drill.
25   Q    Okay.  And, again, at the bottom of

Page 119

1    page 1 of this document, this consent authorizes
2    Takeover's president, Jason Tucker, to take all
3    necessary actions to effect Mr. Deppoleto's
4    second amendment to the note purchase agreement;
5    correct?
6    A    Correct.
7    Q    And, again, we've got DocuSigns from
8    Mr. McBride, Mr. Tucker, Mr. Pavlik and
9    Mr. Costello; correct?
10   A    Correct.
11   Q    And as of your knowledge, as of August
12   18, 2022, this list of people that we're looking
13   at, that was all of the directors for Takeover;
14   correct?
15   A    I -- other than Mr. Deppoleto.  I mean,
16   he was -- I always thought he was a director.  He
17   was announced as a director.
18   Q    Okay.  Setting aside perhaps
19   Mr. Deppoleto, you're not aware of anyone else
20   who's not listed on that page who is a board of
21   director of Takeover; true?
22   A    Yeah.  To the best of my knowledge, no.
23        And, also, for the record, with Jason,
24   he -- I -- that was why we had a fallout and I
25   resigned originally, because he was always

Page 120

1    wanting to force me to sign these things and
2    he -- and I -- because I wouldn't want to give
3    him my consent to sign, he then would start, you
4    know, various threats.
5        So it was -- many of these -- like I
6    said, I was frozen out as of June and July.  So
7    when all this was going on with Costello and
8    Jason and Toby, I wasn't even in the
9    conversation.  Like, I wasn't even involved.
10       I had no -- ever since I voiced my
11   opinion on the Dollar General thing, Jason froze
12   me out.  He -- his wife was handling marketing.
13   I really had no involvement, so, you know --
14   Q    How much of Mr. Deppoleto's money was
15   used for salaries?
16   A    That, I'm not sure.  But I know for
17   myself, it probably wasn't much.  I think the
18   largest salaries were from Costello, Tzanetatos,
19   Jason, his wife, Kerby, Joe Bel Bruno.  They were
20   probably getting the majority of it.  So if you
21   were to find --
22   Q    How much did Mr. Tucker get paid?
23   A    I believe, after reviewing the
24   information, he -- him and his wife would take
25   $20,000 withdrawals after each deposit

Page 121

1    Mr. Deppoleto made.
2    Q    So by this point in time, there's been
3    three deposits for $1.5 million.  You're saying
4    Mr. Tucker had taken three draws of $20,000, so
5    $60,000 --
6    A    I don't -- you'd have to ask Mr. Tucker
7    what he took, but I just remember after reviewing
8    the transactions once, I recall that every time
9    there was a deposit made by Mr. Deppoleto, there
10   was two $20,000 withdrawals.  And you'd have to
11   check with him on that, but that's not for me to
12   answer.
13   Q    Okay.  In any event, your understanding
14   was that his wife -- Mr. Tucker's wife also took
15   a $20,000 draw -- withdrawal?
16   A    I believe between him, his wife, Mike
17   Costello, Mike Tzanetatos, Kerby, Joe Bel Bruno,
18   that's where the salaries went.  I was paid 3,750
19   for like June, July and maybe August.  Then pay
20   was suspended in September, when Toby got
21   suspended.  So I maybe got three payments of
22   3,750 out of the 1.5 or 2 million, where the
23   remainder went to Dollar General and the
24   remainder went to all these people.  So the fact
25   that I'm being sucked into this is not fair.

Joseph F. Pavlik
August 20, 2024

Page 122

1  Q   How much did Kerby Fortner get paid?
2  A   He probably got paid more than -- he
3  probably got paid, you know, maybe three, four,
4  five grand a month.  I'm not sure.  Again, I
5  wasn't doing payroll.  I just saw at the end
6  where all the allocations of funds went.  And
7  they were appropriated to Dollar General and to
8  all these peoples' salaries.
9  Q   What about Mr. Tzanetatos, how much was
10  he paid?
11  A   He was -- to my understanding, he was
12  probably getting 10 or 12 grand a month.  Same
13  with Costello.  So that's where a lot -- all that
14  salaries went.  Certainly not to me.
15  Q   Well, I thought you said you were paid
16  3,750 a month?
17  A   That's a nominal token fee that doesn't
18  cover much, and that was for three months.
19  Q   You did receive it, though; correct?
20  A   I did receive it.
21  Q   Okay.
22  A   But we're talking less than 10 grand
23  when these guys are taking, you know, a lot more
24  than that.
25  Q   And you're not claiming that

Page 123

1  Mr. Deppoleto, out of all the money that he's
2  looking for in this lawsuit, you're not claiming
3  that he didn't pay Takeover any of that money;
4  correct?
5  A   No, I'm not claiming he didn't --
6  rephrase that because I -- that might --
7  Q   Sure.  You understood Mr. Deppoleto's
8  claim in this lawsuit is that he's entitled to a
9  little over $2 million that he loaned to
10  Takeover; correct?
11  A   Yes, I understand that.
12  Q   And you're not claiming that he didn't
13  pay all of that to Takeover, are you?  In other
14  words, you're admitting that he paid all of that
15  to Takeover --
16  A   Well --
17  Q   -- you just dispute what Takeover did
18  with it after --
19  A   Sure.  Yeah.  I wouldn't -- I don't --
20  I wouldn't use the term "admit."  I mean,
21  obviously, based on the notes, he did invest that
22  money into Takeover.  And, you know, what I had
23  advised was not to invest that money into the
24  Dollar General deal --
25  Q   Sure.

Page 124

1  A   -- I also said that until the company
2  was profitable, you know, these guys shouldn't be
3  taking 10 and $12,000 salaries --
4  Q   Sure, sure, sure.  We're on the same
5  page.
6  A   -- but unfortunately, that's kind of
7  where the whole thing went, where all that money
8  got sucked up, you know --
9  Q   Sure.  I get it.  And we're on the same
10  page.
11  I just --
12  A   Okay.
13  Q   -- your complaint is what Takeover did
14  with the money once it received it from
15  Mr. Deppoleto; correct?
16  A   That would be correct because it was --
17  you know, they were in charge --
18  Q   Yeah.  And I get that you got all kinds
19  of complaint.  I'm not here to argue --
20  A   Sure.
21  Q   -- my only point is, you're not
22  claim -- you -- you had -- you're conceding that
23  Mr. Deppoleto paid all of the money that he's
24  claiming he paid.  You just don't like what
25  Takeover did with that money once it got it;

Page 125

1  true?
2  A   According to what you presented, it
3  appears that those funds went into the company.
4  I can't say for certain because I wasn't on the
5  bank accounts, and I didn't have access to that
6  information.  But what I can say is that of that
7  money that was invested, it was misappropriated
8  into deals and salaries that had nothing to do
9  with me nor -- you know, the Dollar General.
10  It was -- it was just a bad investment,
11  you know, and allowing Jason to control it was
12  another bad move.  So, again, just talking man to
13  man, I just don't see how -- like, it's pretty
14  obvious what happened here, you know.
15  Q   You're aware that -- just so we close
16  the loop on the amounts, we've already gone over
17  the 1.5 million that he loaned up through this
18  August 2022 time frame; correct?
19  A   Yeah, correct --
20  Q   That's what we've been talking about
21  the last 15, 20 minutes.
22  You're aware that Mr. Deppoleto loaned
23  Takeover an additional $386,700 and -- well,
24  we'll just say $386,000 in October of 2022;
25  correct?

Joseph F. Pavlik
August 20, 2024

Page 126

1       A      In October 2022?  Then that had to be
2   right around the time when they had the private
3   meeting with Living Essentials, the makers of
4   5-Hour Energy, and they were trying to cut that
5   side deal without my knowledge with my formula
6   that was stolen from me --
7       Q      And my question's a lot simpler.  I'm
8   just asking you --
9       A      No, no, I understand.  But with that
10  385 -- I'm trying to answer the question.  With
11  that 385, I believe that was used for the display
12  stands for the Dollar General deal, if I'm not
13  mistaken.  So, again, more money thrown into
14  Dollar --
15      Q      And, Mr. Pavlik, I'm trying to get you
16  out of here as quickly as possible, and we'll do
17  that --
18      A      Well, I -- listen, I'm -- let me tell
19  you right now.  I'm here to have justice served,
20  and I'm in no rush.  I mean, I've got -- I've
21  allocated all night so we can cover all of this
22  because I'm sure there's probably information
23  that you need.  So I'm here to provide that for
24  you, but we can --
25      Q      Right.

Page 127

1       A      -- we can accelerate the process.
2       Q      And for purposes of the rest of my
3   questions, whether you agree or disagree with
4   what Takeover did with the money, unless I'm
5   specifically asking you that, I only want to know
6   if you're disputing that Takeover got the money.
7          So that I have a clean record, we agree
8   that Mr. Deppoleto loaned Takeover an additional
9   $386,000 and change in October of 2022;
10  correct?
11      A      I -- if I'm not mistaken, that last
12  amount, I believe, went directly to the display
13  company for the Dollar General displays.  So I
14  don't think he loaned it to the company.  I think
15  he paid it to whatever the display company was
16  that did the Dollar General displays.
17      Q      For Takeover; correct?
18      A      For Takeover against what was advised.
19      Q      And then Mr. Deppoleto loaned Takeover
20  an additional $128,924 in November of 2022;
21  correct?
22      A      That, I'm not aware of.  And what that
23  was used for, I -- again, I was not involved with
24  the financial transactions.  And if I'm not
25  mistaken, that may have been an additional

Page 128

1   payment for the displays --
2       Q      Who from Takeover would have negotiated
3   those supplement loans with Mr. Deppoleto?
4       A      Pardon?
5       Q      Who from Takeover would have negotiated
6   the supplement loans with Mr. Deppoleto?
7       A      Probably Jason Tucker.
8       Q      And what were the terms of those
9   loans?
10      A      That, I don't know.  I don't even know
11  if there was an agreement made, truthfully.  I
12  don't know.
13      Q      Show you another document here.
14          All right.  So this is a letter on
15  Husch Blackwell letterhead dated November 8,
16  2022.  Do you recognize this document?
17      A      Let's see.
18      Q      You are a recipient via e-mail --
19      A      Okay.  I do -- I recall the document.
20      Q      It's titled, "Notice of default, demand
21  for payment, and cease and desist"; correct?
22      A      Correct.
23      Q      What was your reaction on receiving
24  this notice?
25      A      Can't recall specifically.

Page 129

1       Q      Did you discuss it with anyone after
2   you received it?
3       A      Can you scroll down, please.
4       Q      Sure.
5       A      Yeah.  I think at that time -- now that
6   I'm looking at this, I believe I discussed it
7   with the lawyers.
8       Q      Okay.  And I don't want to know about
9   the substance of your discussion with the
10  lawyers, but other than -- well, when you say
11  "the lawyers," which lawyers?
12      A      The company --
13      Q      I don't want to know what you talked
14  about with them.  I just want to know who.
15      A      The company's counsel.
16      Q      Which was?
17      A      Jennifer Reiter.
18          (Reporter clarification.)
19          MR. HARVEY:  R-e-i-t-e-r.
20  BY MR. HARVEY:
21      Q      And it was your understanding that she
22  was Takeover's counsel as of November 8, 2022?
23  Is that --
24      A      Right.
25      Q      -- why you were calling her the

Joseph F. Pavlik
August 20, 2024

Page 130

1    company's counsel?
2        A    Correct.  I believe so.
3        Q    Did you discuss it with anyone other
4    than Ms. Reiter?
5        A    Not that I can recall.
6        Q    Not Mr. Holley, not Mr. McBride, no
7    one?
8        A    I believe we probably all were on a
9    call to discuss it.
10       Q    Any time you were on a call outside of
11   the presence of counsel?
12       A    Not that I can recall.
13       Q    Okay.  And just generally speaking, you
14   understood that in this letter Mr. Deppoleto was
15   providing notice to Takeover that it defaulted on
16   Mr. Deppoleto's loans; correct?
17       A    Correct.
18       Q    Did you agree that Takeover defaulted
19   on its obligations to Mr. Deppoleto?
20       A    I don't believe so.
21       Q    You don't believe Takeover defaulted on
22   its obligations to Mr. Deppoleto; is that what
23   you're telling me?
24       A    I'm not quite sure.
25       Q    Had Mr. -- or had Takeover repaid

Page 131

1    Mr. Deppoleto any money by this point?
2        A    I wasn't -- I have no clue what was
3    paid or what wasn't paid or what was sent out --
4        Q    I don't think it's in dispute that he
5    wasn't paid anything by this point, so just
6    assume that that's true.
7            You would agree with me that that means
8    Takeover was in default in its obligations as of
9    this point; correct?
10       A    Like I said, I don't know.  I mean, if
11   that was the case, but like I said, I was never
12   on any bank account.  Never made any payments.
13   Never saw transactions.  So I really don't know
14   what was paid out or what was done.
15       Q    As far as you're aware, after receiving
16   this notice, did Takeover begin a process to
17   repay Mr. Deppoleto's loans?
18       A    I'm not sure.
19       Q    Are you aware of after receiving this
20   notice whether Takeover began a process to cure
21   the default?
22       A    I'm not sure.
23       Q    To your knowledge, to date, has
24   Takeover paid any amount of the funds that
25   Mr. Deppoleto loaned to Takeover?

Page 132

1        A    That, I'm not sure.
2        Q    Should Takeover repay Mr. Deppoleto?
3        A    I believe he has been issued shares.
4    And I believe that we have been trying to settle.
5    I believe that Mr. Deppoleto is, as an investor,
6    deserving of something, but the full amount of in
7    discussion, the way that it went down, I think
8    it's -- that's not appropriate.
9        Q    And that's because you disagree with
10   the way that Takeover spent the money once it
11   received it from Mr. Deppoleto, as you've
12   explained several times; correct?
13       A    Yes.
14       Q    And it's not because you're claiming
15   that Mr. Deppoleto didn't provide over $2
16   million; true?
17       A    No, I'm not saying that.
18       Q    Take this one down.
19           Okay.  I've got another document up
20   here.  This one, again, is on Husch Blackwell
21   letterhead.  It's dated November 22, 2022.  Do
22   you see that?
23       A    Yes.
24       Q    And, again, you're copied via e-mail
25   only; correct?

Page 133

1        A    Correct.
2        Q    You've seen this before?
3        A    I --
4        Q    Second notice of default and demand for
5    payment.  I can scroll down through it, if you'd
6    like.
7        A    Correct.
8        Q    Now, as of this date, your e-mail
9    address was joe@takeoverind.com; correct?
10       A    Correct.
11       Q    And that's a Takeover Industries e-mail
12   address?
13       A    Correct.
14       Q    So the company was still operating as
15   of that date; true?
16       A    I'm not sure.  I don't believe -- I
17   just -- I mean, the e-mail was still active, but
18   I'm not sure the company was operating.
19       Q    Okay.  After you received this
20   document, did you discuss it with anyone?
21       A    Discussed it with the attorney.
22       Q    Ms. Reiter again?
23       A    Correct.
24       Q    Did you discuss it with anyone outside
25   of the presence of Ms. Reiter?

Joseph F. Pavlik
August 20, 2024

Page 134

1    A    I don't believe so.
2    Q    After receiving this notice, did
3  Takeover begin a process to repay Mr. Deppoleto's
4  loans?
5    A    I'm not sure.
6    Q    Why not?
7    A    Because I was not really involved in
8  the financial transactions.  I don't know what
9  was paid or wasn't.
10    Q    Has Takeover ever considered a spinout
11  or a spinoff?
12    A    I believe that was in the discussion.
13    Q    When was that?
14    A    That, I don't know.
15    Q    Even ballpark's fine if you don't
16  remember the exact date.
17    A    I mean, the term was thrown out, you
18  know, here and there.  I really -- be hard to
19  pinpoint a date.
20    Q    2021?  2022?  2023?
21    A    I mean, probably maybe mentioned
22  many times, but I really can't recall when.
23    Q    At any point after the lawsuit was
24  commenced?
25    A    I don't believe so.

Page 135

1    Q    Did Takeover --
2    A    I probably -- I mean, the only time it
3  was first brought up was when we did the deal.
4  Like, in early 2021, we talked about doing the
5  spinoff, but then, like I think after that it
6  wasn't really -- it may have just been brought
7  up, like, oh, are you going to do the spinoff,
8  but I think the main, initial focus was like
9  probably early 2021.
10    Q    It -- say a little more about that.
11  What were you -- why in early 2021?  What spinoff
12  were you talking about then?
13    A    Well, that was just when we first did
14  the deal --
15    Q    Deal with whom or what?
16    A    When Labor SMART acquired Takeover, at
17  that point in time there was, you know, some
18  shareholders, people on Twitter were talking
19  about is there going to be a spinoff, but that
20  was like the only time it was really like brought
21  up and mentioned.
22    Q    And the concept was even though Labor
23  SMART had just purchased Takeover, you were
24  talking about doing a spinoff shortly
25  thereafter --

Page 136

1    A    I wasn't talking about anything.  I was
2  just -- you were asking me when I heard that term
3  being mentioned, and so I want to say it was
4  early 2021.
5    Q    Was there ever consideration about
6  taking Takeover public?
7    A    Well, Takeover was -- in a public
8  company, so it was public --
9    Q    From when to when?  I'm asking for your
10  understanding.  From when to when was Takeover
11  public?
12    A    Well, that's -- I mean, it was -- I
13  mean, that's -- I mean, if you're saying that
14  would have been what the spinoff would have been,
15  so that would have been in early 2021, like
16  March, April 2021.
17    Q    And so are you saying it was taken
18  public then or it was not?
19    A    Well, it wasn't spun off.  It was just
20  as it was.
21    Q    Why hasn't Takeover ever gone public?
22    A    I don't know.
23    Q    Did you seek Mr. Deppoleto's consent to
24  spinoff Takeover?
25    A    I did not.

Page 137

1    Q    Are you aware of anyone else at
2  Takeover seeking Mr. Deppoleto's consent to
3  spinout Takeover?
4    A    No, I'm not.
5      I think that whole thing got squashed
6  when all the lawsuits were involved, and it was
7  just a -- kind of a debacle.
8    Q    We talked about it a little bit
9  earlier, but you're aware of a lawsuit that
10  Takeover filed against Michael Holley in the
11  District of Arizona?
12    A    Correct.
13    Q    And I'm not going to ask you to look
14  through the whole thing, but I'll just pull it up
15  so you got some context.
16      This is the verified complaint from the
17  District of Arizona case with Takeover Industries
18  listed as the plaintiff, and then Michael Holley
19  and Chirine Holley -- I don't know if I'm
20  pronouncing that right -- C-h-i-r-i-n-e, Holley
21  and then a couple of other people; correct?
22    A    Correct.
23    Q    And if we move it down, we can see that
24  it was filed on March 8, 2022; correct?
25    A    Correct.

Joseph F. Pavlik
August 20, 2024

Page 138

1    Q    Now, you were still a member of
2  Takeover when this lawsuit was filed; correct?
3    A    I believe -- March 8, 2022, I was just
4  maybe coming back in.
5    Q    Okay.  Did you review the complaint
6  before it was filed?
7    A    I can't recall.
8    Q    Did you provide any information for use
9  in the complaint?
10    A    Can't recall.
11    Q    Who approved the filing of the
12  complaint?
13    A    Most -- I can't recall.  Could have
14  been Jason.  I'm not sure.
15    Q    To your knowledge, is that lawsuit
16  still ongoing?
17    A    I believe it was dismissed.
18    Q    Did you ever tell Mr. Deppoleto about
19  the Arizona litigation?
20    A    I never spoke to Mr. Deppoleto about
21  that.
22    Q    Are you aware of anyone else from
23  Takeover notifying Mr. Deppoleto about the
24  Arizona litigation?
25    A    I'm not sure.

Page 139

1    Q    Are you aware of anyone disclosing the
2  Arizona litigation to Mr. Deppoleto before May
3  25, 2022?
4    A    Not sure.  I think maybe Jason did.  If
5  anybody did, he probably did.
6    Q    Are you aware of whether Takeover filed
7  the stipulation to dismiss all claims against
8  Michael and Chirine Holley in February 2023?
9    A    I believe so.
10    Q    Who at Takeover made the decision to
11  dismiss all the claims against the Holleys?
12    A    I'm not sure.
13    Q    Why did Takeover decide to dismiss all
14  the claims against the Holleys?
15    A    I believe because it was found to be
16  false.  I'm not sure.
17    Q    Did Mr. Deppoleto ever give his consent
18  to dismiss or to have Takeover dismiss all of the
19  claims against the Holleys?
20    A    I'm not sure.
21    Q    Let me show you another document here.
22        This document is dated March 25, 2022,
23  and it says, "Related party receivable
24  confirmation."  Do you see that?
25    A    Yes.

Page 140

1    Q    And you see Toby McBride signed it;
2  correct?
3    A    Correct.
4    Q    And go ahead and read it to yourself,
5  and let me know when you're done reading.
6        (Witness reviewing document.)
7    A    Okay.  Done reading.
8    Q    Okay.  So you'd agree with me that as
9  of March 25, 2022, Toby McBride owed Takeover
10  $243,253.84; correct?
11    A    I mean, according to this document.
12    Q    Okay.  And you never told Mr. Deppoleto
13  about the money that Mr. McBride owed Takeover;
14  correct?
15    A    I was instructed not to -- I mean, I
16  never -- I communicated with Mr. Deppoleto when I
17  met him, and that was it.  So, I mean, I never
18  really engaged in much conversation.
19    Q    Okay.  So you never told Mr. Deppoleto
20  about the money that Mr. McBride owed Takeover;
21  correct?
22    A    I don't believe so.
23    Q    We might have had a double-negative
24  there.  Maybe that was my fault.
25        Did you ever tell Mr. Deppoleto about

Page 141

1  the money that Mr. McBride owed Takeover?
2    A    No, I did not.  I --
3    Q    And you --
4    A    -- again, I was not involved in the
5  financial dealings with this.
6    Q    And are you aware of any other officers
7  or directors of Takeover notifying Mr. Deppoleto
8  about the money that Mr. McBride owed Takeover?
9    A    I'm not sure.  I mean, maybe Jason.
10  That's -- that would be it.
11    Q    As far as you have personal knowledge
12  of, you're not -- you don't have any personal
13  knowledge of anyone -- any officer or director of
14  Takeover notifying Mr. Deppoleto about the money
15  that Mr. McBride owed Takeover; correct?
16    A    I'm -- that, I'm not sure.  I don't
17  know.  I mean, I didn't, but I don't know.
18    Q    Yeah.  That's -- you don't have
19  personal knowledge of anyone else doing it
20  either; correct?
21    A    If I'm understanding the question,
22  correct.
23    Q    Has Takeover ever maintained directors
24  and officers liability insurance?
25    A    I'm not sure.

Joseph F. Pavlik
August 20, 2024

Page 142

1    Q    Who would know that?
2    A    I'm not sure.
3    Q    Who was responsible for purchasing
4 insurance for the company?
5    A    Probably -- Mike Holley would be the
6 administrative.
7    Q    As we sit here today, are Takeover's
8 liabilities worth more than its assets?
9    A    Are Takeover's liabilities worth more
10 than its assets?
11    Q    Do its liabilities outweigh its
12 assets?
13    A    Well, there are no assets, so I would
14 have to say that the liabilities would outweigh
15 the assets.
16    Q    And for how long has that been the
17 case?
18    A    Since the company was run into the
19 ground after the Dollar General deal and after
20 the trademark expired in probably October of
21 2022.
22    Q    So at least since October of 2022,
23 Takeover's liabilities have outweighed its
24 assets; correct?
25    A    No.  Probably after that.  Because

Page 143

1 until all that happened, then there was nothing
2 left.  But prior to that, there were -- there
3 would have been assets before everything was
4 destroyed.
5    Q    But for how long have the liabilities
6 been outweighing the assets?  Since before
7 October 2022?  Because it sounds like you're
8 saying they had some assets, but they weren't
9 worth a whole heck of a lot.
10    A    I --
11        MR. SEXTON:  Object to form.
12    A    Yeah.  I'm not sure I'm understanding
13 what -- the question.
14 BY MR. HARVEY:
15    Q    Sure.  I asked you for how long have
16 Takeover's liabilities outweighed its assets.
17 And I thought initially you were saying October
18 2022, because you said that was when the
19 trademark expired and the Dollar General deal
20 fell through.
21        But then it sounded like you thought
22 about it a little more, and you said, well,
23 actually -- it sounded like you thought the
24 assets weren't worth a lot even before October
25 2022.  So the date could have been even earlier

Page 144

1 than October 2022, where the liabilities
2 outweighed the assets.  That's what I'm getting
3 at.  Do you understand?
4    A    Okay.  Yeah, no, it was -- I wasn't
5 quite sure how you were phrasing that.  I think
6 the major liabilities that came into play, now
7 that I'm understanding what you're asking, would
8 be the PFL debt and the Manny debt that Jason
9 signed on, which were major liabilities.  And so
10 those were, you know, again, on Jason Tucker for
11 that.
12        So, I mean, however -- I mean, I don't
13 have those contracts in front of me, but I know
14 they were multi-year contracts that he committed
15 to.  So there was --
16    Q    I understand --
17    A    -- there was -- there was liabilities
18 and debt brought on by Jason prior with those
19 commitments, so...
20    Q    So whatever the date of those
21 agreements were -- and by the PFL debt, you're
22 distinguishing that from the Manny Pacquaio debt;
23 correct?  Or is that the same thing?
24    A    No, they're two separate agreements,
25 two separate debts.

Page 145

1    Q    Okay.  And so you're saying whatever
2 the date on those agreements was, as of the date
3 of those agreements, Takeover's liability
4 outweighed its assets; is that correct?
5    A    I would probably say that's correct.
6    Q    Okay.  Let me show you another document
7 here.
8        So this is a multi-page document that I
9 will tell you your lawyers produced in discovery.
10 You can see at the top it's a Bank of America
11 statement.  I'm not going to ask you about every
12 single thing on here.
13        But what I did want to ask you about
14 is, we go down, see, there's these Bates numbers
15 in the bottom right corner.  We look at DEF 78,
16 and we've got some highlighted.  You see these
17 highlighted right here?
18    A    Yep.
19    Q    And this particular thing that I'm
20 highlighting is an airline ticket with a
21 departure date of April 26, 2022; correct?
22    A    Correct.
23    Q    And it says you're going to airport
24 code Cleveland; correct?
25    A    Correct.

Joseph F. Pavlik
August 20, 2024

Page 146

```
1    Q    What was the purpose of this flight?
2    A    That was probably a flight to --
3  probably to an event.
4    Q    Do you remember the event?
5    A    Actually -- yeah.  It was the PFL --
6  there was a PFL event because airport code DFW.
7  Yeah.  So I was probably going from Cleveland to
8  DFW for the PFL event.
9         There was a couple events that -- in
10 Dallas-Fort Worth, one of which we met Deppoleto
11 at in May.
12   Q    Okay.  And your testimony that these
13 were legitimate business expenses for Takeover?
14   A    Correct.  Yeah.  They would have -- I
15 never -- I mean, they would have been booked by
16 the company, so, yeah, they would have had to
17 have been business expenses.
18   Q    Okay.  And then we've got some
19 highlighted on the next page, too.  These are May
20 3rd?
21   A    Yep.  That was right when I was
22 boarding the plane when Jason was forcing me to
23 sign over my shares with the extortion.  And that
24 was when I was going in to DFW for the PFL
25 event.
```

Page 147

```
1    Q    Okay.  Take that one down.  And we've
2  got another document.  It's basically the same
3  layout.  Show you right now.
4         This one starts off Bates DEF 000110.
5  This is June to July 2022 expenses; correct?
6    A    Correct.
7    Q    And then if we go down, we've got an
8  airline ticket for -- the flight's going to be
9  June 21, '22?
10   A    Yep.  That's when we went to meet James
11 Deppoleto and Jason in Atlanta for the PFL in
12 Atlanta.  And that's when they had the private
13 meeting with T-Pain that we were unaware of.
14 But, yeah, that was business travel.
15   Q    Okay.  You were there; you just didn't
16 go to the meeting?
17   A    No.  We actually -- we went there to
18 meet with James and Jason, and then they ended up
19 canceling the meeting.  And that's -- later we
20 found out they went to meet with T-Pain
21 independently.  But, yeah, that was a PFL
22 event.
23   Q    Okay.  And it's your testimony this was
24 a legitimate business expense?
25   A    Absolutely.
```

Page 148

```
1    Q    Okay.  Next one, we've got another
2  business expense.  Starts off with DEF 124.  You
3  go down a little bit.  We've got another flight
4  with a departure date of August 3rd, 2022;
5  correct?
6    A    Yep.  That was going to New York,
7  LaGuardia, for the -- another PFL event.  That
8  was the PFL finale, I believe, late July in New
9  York.
10   Q    And it's your testimony this was a
11 legitimate business expense?
12   A    Correct.
13   Q    Have you heard of a company called
14 Illumination Holdings, Inc.?
15   A    I have.
16   Q    What is Illumination Holdings, Inc.?
17   A    I'm not sure exactly what they do.
18   Q    What have you heard about them --
19   A    I believe -- I believe they're a brand.
20 They're like a distribution company or brand
21 incubator.
22   Q    Is Illumination Holdings, Inc.,
23 affiliated with Takeover?
24   A    I don't believe so.
25   Q    Is Illumination Holdings, Inc.,
```

Page 149

```
1  affiliated with Next Gen?
2    A    Yes, I believe so.
3    Q    How so?
4    A    I believe they are affiliated via a
5  merger or acquisition.
6    Q    When was this?
7    A    According to Twitter and the news, I
8  don't know the exact date, but within the last
9  few weeks.
10   Q    Did you have anything to do with
11 negotiations over that merger or acquisition?
12   A    I was not involved in any negotiations.
13 And I believe it was with LTNC, not Next Gen.
14   Q    How about a company called -- that
15 was -- and just to clarify, that was Illumination
16 Holdings, Inc.
17        Now, I'm asking about a different
18 company, Illumination Brands, Inc.  Have you ever
19 heard of Illumination Brands, Inc.?
20   A    I have.  And they're probably
21 affiliated with those two entities.
22   Q    Is Illumination Brands, Inc.,
23 affiliated with Takeover?
24   A    No, not that I believe.
25   Q    Is it affiliated with Next Gen?
```

Joseph F. Pavlik
August 20, 2024

Page 150

1    A    No.  I believe it's affiliated with
2  LTNC.
3    Q    And is your understanding the same as
4  basically the other one we were talking about?
5  It was either a merger or an acquisition?
6    A    Correct.  That's my understanding.
7    Q    Do you know a gentleman name Brad
8  Wyatt, W-y-a-t-t?
9    A    I don't know him personally, but I know
10  the name.
11    Q    Who is he?
12    A    I'm not sure his exact role, but he is
13  involved with the Illumination company at some
14  level.
15    Q    Does Brad Wyatt have any affiliation
16  whatsoever with Takeover?
17    A    No, not that I'm aware of.
18    Q    Does he have any affiliation with Next
19  Gen?
20    A    I believe he has affiliations with
21  LTNC.
22    Q    How about a gentleman named Mike Ghini?
23  Do you know a Mike Ghini?
24    A    No, I don't.
25    Q    Might be spelled G-h-i-n-i.

Page 151

1    A    Mike Ghini?  Doesn't sound familiar.
2    Q    So you don't know one way or another
3  whether he has any affiliation with Next Gen?
4    A    Mike Ghini, no.  Name doesn't sound
5  familiar.
6    Q    To your knowledge, what's the
7  distinction between Next Gen Beverages, LLC, and
8  Next Gen Holdings?
9    A    Next -- one would be an IP.  I believe,
10  if I'm not mistaken, one's the IP holding
11  company, and the other is the operational,
12  actually company.
13    Q    Which one do you believe is the IP
14  holding company?
15    A    Probably the one called Next Gen
16  Holdings.
17    Q    And to your knowledge, what's the point
18  of separating those out?
19    A    I'm not sure.  Probably to hold IP.
20    Q    Did you have any -- well, do you know
21  when Next Gen Holdings came into existence?
22    A    I'm not sure.
23    Q    Do you know who set it up?
24    A    I'm not sure.
25    Q    Do you know who's on the board of Next

Page 152

1  Gen Holdings?
2    A    I'm not sure who all is on the board.
3  I would maybe guess Tom Zarro and Mike Holley,
4  but I don't know if there's anybody else.  I
5  haven't reviewed any of that paperwork.
6    Q    Other than the entities that we've
7  talked about -- and I can go through a list if
8  you want -- are you aware of any other LTNC
9  affiliates other than the ones we've just talked
10  about, that we talked about at the beginning?  So
11  you want me to go through it or?
12    A    No.  Not that I'm aware of.
13    Q    Have any of Labor SMART or any of the
14  other affiliates that we've talked about received
15  any payments or any form of compensation from
16  Takeover?
17    A    Not that I'm aware of.
18    Q    Have any of them received any assets
19  from Takeover?
20    A    Not that I'm aware of.
21    Q    Have any of them received any payments
22  or any other form of compensation from Next
23  Gen?
24    A    Not that I'm aware of.
25    Q    Have any of them received any assets

Page 153

1  from Next Gen?
2    A    Not that I'm aware of.
3    Q    When Takeover got the payments from
4  Mr. Deppoleto, how did Takeover book them in its
5  accounting books?
6    A    That would be a Jason Tucker question.
7  I don't know.
8    Q    Okay.  After the payments came in
9  from --
10    A    Or that -- or that actually would be a
11  Marty question, but there was another individual
12  that I was told not to contact.  He --
13    Q    Who's Marty?
14    A    He was the company CFO.
15    Q    What's his last name?
16    A    I don't know.
17    Q    You're talking about Marty was the CFO.
18    A    I believe he was the one doing the
19  bookings.
20    Q    And then you said there was another
21  individual who you were told not to contact?
22    A    That's the same guy.  Jason Tucker at
23  the time -- you were asking me when the Deppoleto
24  transactions were going.  That would probably be
25  at that time.

Joseph F. Pavlik
August 20, 2024

Page 154

```
1      Q    When the payments came in, who did you
2  discuss them with in terms of what to do with
3  this money?
4      A    No one.  Because I was unaware when
5  they were coming in.  That was not my -- I was
6  not involved in anything to do with the money or
7  the payments.  I was just products and
8  formulation.
9      Q    Who all was involved in the decision to
10 establish Next Gen and the other entities that
11 were created after we filed this lawsuit in
12 December 2022?
13     A    I believe Mike Holley and Tom Zarro, if
14 I'm not mistaken.
15     Q    Anyone else?
16     A    I don't know if there's anyone else.
17     Q    And do you know how soon after this
18 lawsuit was filed, December of 2022, how soon
19 after it was that Mr. Holley and Mr. Zarro began
20 establishing Next Gen and the other entities?
21     A    I'm not sure.
22     Q    As we sit here today, is Takeover still
23 selling any products whatsoever?
24     A    I don't believe so.  I haven't been
25 involved since, you know, the demise of the
```

Page 155

```
1  company.
2      Q    To your knowledge, when was the last
3  time that Takeover was selling products?
4      A    I would probably -- I'm not quite sure.
5  Maybe late 2022.
6      Q    Next Gen is still selling products
7  today; correct?
8      A    Is Next Gen selling Next Gen products
9  today?
10     Q    Yes.
11     A    I -- yes.  I believe so --
12     Q    And it has been selling products since
13 shortly after it opened in 2023; correct?
14     A    To the best of my knowledge, yes.
15     Q    And to your knowledge, Next Gen
16 Holdings doesn't sell any products, then; it just
17 holds IP?
18     A    I believe so.
19     Q    Show you another document.
20          Are you able to see this document?
21     A    If you could please enlarge it.
22     Q    It says at the top, "Declaration of
23 Joseph Pavlik"; correct?
24     A    Correct.
25     Q    And this is a document that you
```

Page 156

```
1  reviewed and signed; correct?
2      A    Correct.
3      Q    On November 14th, 2022?
4      A    Correct.
5      Q    Now, in paragraph 4, the first sentence
6  says, "Some information has been uncovered this
7  week by Mike Holley, which hopefully can help the
8  Court approve the efforts to have Jason removed
9  and the truth revealed"; correct?
10     A    Correct.
11     Q    And, again, this is dated November 14,
12 2022.  So the week you're referring to must have
13 been right around then; true?
14     A    Correct.
15     Q    What information are you referring to
16 there?
17     A    I believe that there were e-mails that
18 were found that he was communicating with 5-Hour
19 Energy to conspire to take the Gamer Shot to
20 5-Hour.  There was evidence that after June of
21 2022, when he said that we are no longer having
22 company meetings and he's going to communicate
23 with everyone individually, we stopped having all
24 company meetings, all weekly conference calls.
25          And here it turns out they still -- we
```

Page 157

```
1  were getting records because Mike Holley found
2  all the e-mail records of Jason that there still
3  were being weekly calls being held with
4  Mr. Deppoleto, with Mike Costello.  There was
5  extensive communication between them and Living
6  Essentials or the 5-Hour Energy company.  So it
7  showed that there was definitely, you know,
8  inappropriate behavior and, you know, potential
9  criminal activity going on.
10     Q    And the information --
11     A    And then what I mentioned right there
12 about, he also informed our company CPA -- that
13 was when at that time I reached out to them, and
14 I was -- wasn't able to get a hold of them.  But
15 that was pretty much essentially the gist of
16 that.
17     Q    And the information you're talking
18 about Mr. Holley uncovering, how did Mr. Holley
19 uncover it?
20     A    I believe they were e-mails.
21     Q    Okay.
22     A    E-mail records.
23          And also, there was some evidence that
24 there was an attempt to change the bylaws of the
25 company by Jason.  So all of that was dug through
```

Joseph F. Pavlik
August 20, 2024

Page 158

1    in going through his e-mails.
2        Q    Then in paragraph 7 you say, "Since
3    June of 2022, he's isolated James Deppoleto,
4    developed his trust over several private
5    meetings, potentially gave him select
6    information, which then led James and
7    Jason strategically -- led to James and Jason
8    strategically collaborating without sharing their
9    intent or motives with the other partners and
10   executives"; correct?
11       A    Correct.  And that had to do with
12   the -- you know, saying there was no more company
13   meetings, but yet, there was still company
14   correspondence going on.  And they were still
15   collaborating to do the Dollar General deal.  And
16   they were also, without my knowledge,
17   collaborating and trying to do a deal with 5-Hour
18   Energy, so -- that's correct.
19       Q    But you don't have any personal
20   knowledge about this; correct?  Because if you
21   look at, for instance, the next paragraph, 7, you
22   say, "I've been at a distance for some time with
23   all that's been going on."
24       A    Right.  I was at a distance in terms of
25   communication with Jason and Deppoleto, but the

Page 159

1    e-mails that were reviewed were very factual.
2    And I even had a call with 5-Hour to confirm that
3    they did have that meeting at NACS in Las Vegas.
4    And, coincidentally, I volunteered on my own dime
5    to fly out to NACS for that trade show because I
6    felt it was important --
7        And I was -- that was when I was still
8    not being invited to the show.  Jason Tucker told
9    me, no, James and I aren't going to the show;
10   we're just going to leave it for Mike T. and Mike
11   Z. to go, let it be the Mike show.  And then the
12   day after the first day of the NACS show, there's
13   a picture of James, Jason, Mike and Mike
14   receiving the Gamer Shot product of the year
15   award, and they had just told me two days prior
16   that James and Jason weren't going.
17       So, again, I didn't know this at the
18   time, but then once I found -- we found the
19   e-mails later on, it was evident that they did
20   not want me there because they were having that
21   private deal to take my Gamer Shot to 5-Hour
22   Energy to then work a deal, some type of a
23   licensing agreement.
24       And then also in those e-mails we
25   uncovered that there was another presentation

Page 160

1    that was done without my name on it.  It was just
2    James, Jason, Mike and Mike to be presented to
3    5-Hour about that deal that they were trying to
4    collaborate, form another company and raise some
5    additional money.  So that was the reason why I
6    put that information in there -- in that
7    document.
8        MR. HARVEY:  All right.  Let's go off
9    the record for two seconds.  I just want to go
10   over my notes and make sure I didn't miss
11   anything.  We might be done.
12       THE VIDEOGRAPHER:  We're off the record
13   at 4:24 p.m.
14       (Break taken.)
15       THE VIDEOGRAPHER:  We're back on the
16   record at 4:26 p.m.
17       MR. HARVEY:  Subject to -- we're
18   reserving the right to call Mr. Pavlik back
19   because we don't have some documents that were
20   missing from the Defendants, but other than that,
21   I have nothing further at this time.
22       MR. SEXTON:  And I don't have any
23   questions at this time.
24       THE VIDEOGRAPHER:  Counsel, are we
25   prepared to go off the record?

Page 161

1        MR. HARVEY:  Yes.
2        MR. SEXTON:  Yeah.
3        THE VIDEOGRAPHER:  Okay.  And does our
4    court reporter need anything before we do go off
5    the record?
6        THE REPORTER:  Mr. Sexton, do you need
7    a copy for your side?
8        MR. SEXTON:  We'll read and sign.  I
9    don't need a copy right now, but we'll read and
10   sign.
11       THE VIDEOGRAPHER:  All right.  We are
12   off the record at 4:26 p.m.
13       (Whereupon the deposition was
14   concluded at 4:26 p.m.)
15
16
17
18
19
20
21
22
23
24
25

Joseph F. Pavlik
August 20, 2024

Page 162

1    RE:  JAMES DEPPOLETO v TAKEOVER INDUSTRIES, INC.

2              CERTIFICATE OF DEPONENT

3    PAGE    LINE    CHANGE              REASON

4    _____

5    _____

6    _____

7    _____

8    _____

9    _____

10   _____

11   _____

12   _____

13   _____

14   _____

15

16                   * * * * *

17         I,            , deponent herein, do hereby
     certify and declare under penalty of perjury the
18   within and foregoing transcription to be my
     deposition in said action; that I have read,
19   corrected, and do hereby affix my signature to
     said deposition.

20

21

22         _____

23                   JOSEPH F. PAVLIK
                         Deponent

24

25

Page 163

1              REPORTER'S CERTIFICATE.

2         I, the undersigned, a Certified

3    Shorthand Reporter of the states of California

4    and Nevada, do hereby certify:

5         That the foregoing proceedings were

6    taken before me at the time and place herein set

7    forth; that any witnesses in the foregoing

8    prcoeedings, prior to testifying, were placed

9    under oath; that a verbatim record of the

10   proceedings was made by me using machine

11   shorthand which was thereafter transcribed under

12   my direction; further, that the foregoing is an

13   accurate transcription thereof.

14         I further certify that I am neither

15   financially interested in the action nor a

16   relative or employee of any attorney of any of

17   the parties.

18         IN WITNESS WHEREOF, I have this date

19   subscribed my name.

20   Dated:  September 4, 2024

21

22

23   _____
          Kendall King-Heath

     KENDALL KING-HEATH

24   CA CSR NO. 11861, NV CCR NO. 475

25

Joseph F. Pavlik
August 20, 2024

**$**

**$1**
106:13
**$1.5**
115:5 121:3
**$10,000**
15:19
**$12,000**
124:3
**$128,924**
127:20
**$2**
123:9 132:15
**$20,000**
120:25
121:4,10,15
**$21**
65:13 66:3
**$243,253.84**
140:10
**$250,000**
80:13
**$386,000**
125:24 127:9
**$386,700**
125:23
**$5,000**
15:18 16:12,
18 43:14
**$500**
115:25
**$500,000**
24:21 98:22
103:2,14,18
106:8 108:6,
11 115:2
116:1,4,9
**$60,000**
121:5
**$750,000**
82:15

**-**

**-o0o-**
5:3

**0**

**000110**
147:4

**1**

**1**
60:24 98:20
104:22
109:18
112:2,10
113:4,8,21
119:1
**1.4**
23:10 24:7,
20
**1.5**
23:10 24:7,
20 72:4
115:15
121:22
125:17
**1.85**
42:7,10
**10**
13:5,10
14:5,16
76:23 83:6
122:12,22
124:3
**10,000**
16:22
**1099**
15:11
**10th**
77:1
**12**
122:12
**124**
148:2

**14**
63:1,7
156:11
**14th**
156:3
**15**
125:21
**150,000**
71:15
**17047**
7:6
**18**
117:10
119:12
**19**
114:20
115:4,21
**1:02**
5:2,5

**2**

**2**
41:15 42:11
71:18 72:4
83:1 121:22
**20**
5:1 68:6
106:11
125:21
**2005**
13:17,25
14:3
**2009**
67:4,8,17
68:1,6
**2013**
37:17 69:11
**2014**
37:17
**2018**
67:22,25
**2019**
67:22,25
**2021**
9:1 15:6
16:12 27:15

30:14,15,16,
17,23 31:8,
11,21 33:1,
21 34:12,17
35:4,5 37:1,
3,19 39:4
40:2,16 41:6
42:17 67:18
68:6 76:23
77:1 78:16
84:23 85:8
89:25 90:3
134:20
135:4,9,11
136:4,15,16
**2022**
21:7 22:22
28:16,23
33:6,16
34:7,19,22
42:9 43:16
45:3 51:5
58:3,11
72:19,21,25
74:13 81:15,
16 82:4
86:25 88:6,
10 89:6,12,
19 90:1,15
91:24 95:7,
16 97:19
98:6 99:9
101:3 102:4,
24 103:24
104:7
105:19,20,22
106:4,11
108:3 109:18
113:21
114:20,23
115:4,22
117:10
119:12
125:18,24
126:1 127:9,
20 128:16
129:22
132:21
134:20

Joseph F. Pavlik
August 20, 2024

137:24 138:3
139:3,22
140:9
142:21,22
143:7,18,25
144:1 145:21
147:5 148:4
154:12,18
155:5 156:3,
12,21 158:3
**2023**
19:25 34:3
47:12 57:9,
11,14,23
58:7 63:1,7
68:21,23
71:3 134:20
139:8 155:13
**2024**
5:1,6
**20th**
5:6
**21**
84:23,25
147:9
**22**
132:21 147:9
**25**
97:19 98:6
99:9 102:24
105:19,20
106:4 114:23
139:3,22
140:9
**26**
145:21
**27**
78:16
**2:36**
83:12
**2:50**
83:4
**2:51**
83:15
**2nd**
90:1

---

**3**

**3**
71:16,18
94:19
**3,750**
33:13,23
34:21
121:18,22
122:16
**300**
19:23 20:24
46:4,11,12
**31**
35:5
**385**
126:10,11
**3rd**
146:20 148:4

---

**4**

**4**
156:5
**40**
83:2
**41.99**
65:9,23
**4:24**
160:13
**4:26**
160:16
161:12,14
**4:35**
82:23,24
**4:40**
82:24

---

**5**

**5**
71:20 85:20
**5-hour**
51:8 55:8,22
62:3 81:20

90:16 91:13
126:4
156:18,20
157:6 158:17
159:2,21
160:3
**50,000**
52:20 55:4,
10
**500,000**
22:20
**5:00**
85:21

---

**6**

**6**
41:8 95:10
105:22
106:11 108:3
109:21

---

**7**

**7**
71:20 86:25
89:6,12,19
95:7,16
158:2,21
**78**
145:15

---

**8**

**8**
128:15
129:22
137:24 138:3
**800**
24:9

---

**9**

**90**
72:4 91:17
**900,000**

24:9 77:22
**980,000**
23:12
**9:00**
89:19

---

**A**

**a.m.**
89:19
**able**
17:22,24
62:25 86:21
94:9 97:14
102:16,19
105:13,17
107:22
109:11
155:20
157:14
**above**
88:22
**absence**
81:10,13
**Absolutely**
147:25
**accelerate**
127:1
**accelerated**
98:18
**access**
111:8 125:5
**accordance**
101:4 103:14
108:6 116:5
**account**
82:11 131:12
**accounting**
153:5
**accounts**
125:5
**accurate**
35:8,18,25
**acquired**
135:16
**acquisition**
149:5,11

Joseph F. Pavlik
August 20, 2024

150:5
**acted**
  95:19
**acting**
  22:4
**action**
  6:3
**actions**
  52:21 104:24
  112:4,11
  119:3
**active**
  133:17
**activities**
  92:2
**activity**
  90:16 157:9
**actual**
  29:2 40:6
  42:19
**addicts**
  69:4
**addition**
  61:14,17
  62:4
**additional**
  21:23 24:21
  106:8 115:1
  116:4 125:23
  127:8,20,25
  160:5
**address**
  7:5 133:9,12
**administrativ
e**
  142:6
**admit**
  123:20
**admitting**
  123:14
**advise**
  23:21
**advised**
  22:1 23:21
  65:18 115:16
  123:23
  127:18

**affiliated**
  148:23
  149:1,4,21,
  23,25 150:1
**affiliates**
  152:9,14
**affiliation**
  150:15,18
  151:3
**affiliations**
  150:20
**afford**
  7:13
**agent**
  69:17,19
  74:18 75:2,
  23 76:1,17
**ago**
  25:10 39:8
  77:2 99:7
**agree**
  5:8 85:24
  92:13 127:3,
  7 130:18
  131:7 140:8
**agreeing**
  79:2 106:24
  110:10
**agreement**
  60:10,12,13,
  18,21,24
  61:4,8,20,21
  97:17 98:7
  101:5
  104:20,25
  105:9,15
  106:4,17
  108:21
  112:6,13
  114:17,23
  116:12 119:4
  128:11
  159:23
**agreements**
  32:4 144:21,
  24 145:2,3
**ahead**

9:25 32:19
  98:3 140:4
**airline**
  145:20 147:8
**airport**
  145:23 146:6
**alkaline**
  49:18 50:1
**alliance**
  25:21 26:9
**allocated**
  72:2 102:8
  126:21
**allocations**
  122:6
**allowed**
  82:14
**allowing**
  72:14 125:11
**Amazon**
  59:14
**ambassador**
  61:6
**amendment**
  105:14
  112:5,12
  114:16,25
  119:4
**amends**
  114:22
**America**
  145:10
**amount**
  84:7,20 99:9
  103:2 106:12
  115:5 116:1
  127:12
  131:24 132:6
**amounts**
  23:6 71:14
  125:16
**announced**
  114:6,7
  119:17
**answer**
  10:21 11:9,
  16 12:6

23:22 44:21
  52:4 58:4,6
  64:7 121:12
  126:10
**answering**
  79:10
**answers**
  12:3,14,18
**Anthony**
  100:4 102:12
**anybody**
  61:22 62:10
  97:10 118:16
  139:5 152:4
**anyone**
  5:18 12:25
  17:24 29:1
  30:7 52:15
  90:23 99:2
  119:19 129:1
  130:3
  133:20,24
  137:1 138:22
  139:1
  141:13,19
  154:15,16
**anyone's**
  79:12
**apostrophe**
  58:19
**appalled**
  55:20
**appearances**
  6:8
**appeared**
  89:20
**appears**
  18:10 108:8
  125:3
**applied**
  56:8,20
**appoint**
  96:3
**appointed**
  95:11,17
  96:14,23

Joseph F. Pavlik
August 20, 2024

appointment
  96:10
appreciate
  116:20
appropriate
  132:8
appropriated
  72:2 122:7
approval
  82:8
approve
  156:8
approved
  138:11
approximately
  14:15 23:10
  27:14
April
  9:1 78:16
  136:16
  145:21
area
  69:5
argue
  124:19
Arizona
  47:25 48:3
  137:11,17
  138:19,24
  139:2
around
  22:19 28:22
  33:5,13
  40:16 41:5
  68:7 82:3
  85:20 98:13
  99:9,11,15
  126:2 156:13
arrangement
  15:8 60:16
asked
  12:15 34:5,
  17 39:2
  53:23 56:23
  64:5 84:11
  99:23 100:14
  143:15

asking
  9:5 19:7
  38:25 53:21,
  22 93:7,8
  126:8 127:5
  136:2,9
  144:7 149:17
  153:23
asset
  61:2 64:10,
  14,20
assets
  59:7,11,13,
  19 62:4 64:6
  142:8,10,12,
  13,15,24
  143:3,6,8,
  16,24 144:2
  145:4
  152:18,25
assist
  44:15
assisting
  16:5 44:14
assume
  10:17 12:6
  131:6
assuming
  20:6 102:3
Atlanta
  147:11,12
attempt
  34:4 96:20
  97:7 157:24
attended
  85:1,4,5
  90:17
attendee
  89:22
attending
  76:25
attitude
  32:23
attorney
  133:21
audio
  5:6 113:16

August
  5:1,6 31:11
  33:16 114:20
  115:4,21
  117:10
  119:11
  121:19
  125:18 148:4
authorization
  79:14
authorizes
  104:23
  112:1,3,10
  119:1
autopopulate
  110:7,24
award
  159:15
aware
  9:17 22:15,
  17,24 24:21
  26:9 28:12,
  20 29:1,17
  46:21,22
  48:3 60:13
  79:7,21,23,
  25 80:6,8,
  12,23,25
  81:5,8,9
  82:6,14
  83:17,20
  84:1,12,19
  96:21,24
  112:22
  113:4,12
  114:10
  119:19
  125:15,22
  127:22
  131:15,19
  137:1,9
  138:22
  139:1,6
  141:6 150:17
  152:8,12,17,
  20,24 153:2

B

B-E-L
  29:12
B-R-U-N-O
  29:12
Bachelor
  8:12
back
  16:12 20:17
  26:24 34:2,5
  42:3 67:4,8,
  25 80:10,11
  82:24 83:3,
  14 88:14
  93:15 95:4
  97:9 106:3,
  16 138:4
  160:15,18
backfired
  73:10
background
  54:22 68:15
  69:2
bad
  23:19 72:15
  112:14
  125:10,12
Baldwin
  7:23 8:7,10,
  17
ballpark's
  47:11 134:15
bank
  82:11 125:5
  131:12
  145:10
bankrupt
  109:5
based
  67:11 71:18
  111:18
  123:21
basically
  49:11 61:13
  147:2 150:4

```
Bates                96:2,5  97:4        18,24  47:4,         117:7  119:20
  145:14  147:4      100:4  103:16        7,13  48:6          151:25  152:2
began                105:10  106:1        50:8  51:21        boarding
  26:13  45:5        110:19  114:5        53:17,25             146:22
  106:23  109:3      116:24               151:7              Body
  131:20             120:23             bigger                67:10,14
  154:19             121:16               97:22  109:13        68:3
begin                126:11             billing             book
  131:16  134:3      127:12  129:6        15:12               35:15  36:3
beginning            130:2,8,20,        billion                153:4
  30:14  152:10      21  132:3,4,5        41:8,16            booked
behalf               133:16              42:7,10,11           146:15
  6:2,5  78:11       134:1,12,25        bit                 bookings
  104:13             138:3,17             22:10  30:1          153:19
behavior             139:9,15            35:13  45:17        books
  157:8              140:22              66:15  87:22          44:1  74:15
Bel                  148:8,19,24        95:5  102:17          153:5
  29:8,11            149:2,4,13,        109:12              bottom
  120:19             24  150:1,20        117:14  137:8         104:22
  121:17             151:9,13            148:3                106:16
believe              153:18             Blackwell             108:14
  9:20  10:5         154:13,24           128:15               112:1,10,16
  12:16  15:1        155:11,18           132:20               115:8  116:11
  16:13  18:23       156:17             blessing              118:25
  22:3  23:4         157:20               60:5                145:15
  24:12  29:7      best                 blown               box
  30:5  35:9         11:7  23:7           115:15              118:8
  37:13  38:19       36:3  37:5         blows               Brad
  39:16  40:5        44:21  52:5          72:7                150:7,15
  41:2,5,8,10        56:8,9,21         blur                 brand
  43:24  44:3        74:16  81:14         44:10               27:21,24
  46:19,25           119:22             board                28:7,10,13
  47:24  48:13     bet                    31:14,16,18,        58:14,18
  54:15  57:10       65:7                19  35:3,10,         61:6  70:25
  58:23  59:9,     better                11,15  44:24         148:19,20
  10  62:20          66:15              76:24  82:9         Brands
  63:16  66:21     beverage             84:24  85:3,          149:18,19,22
  69:18,21           14:23  27:18,        7,14,15,17        break
  70:5,9,22          19  38:11           86:3,9,21            82:21  83:13
  71:6,9,15          68:15               87:7  90:11,          160:14
  74:4  75:9       Beverages            17,24  94:11        breaking
  78:12,15           17:12,16,20         95:12  96:3           17:13,18
  81:17  82:1        19:9,13,19          103:22  104:6        30:1
  83:23  85:4,       20:1,2,4,5,        105:8               brief
  9,11  86:14,       12,25  21:2        109:16,24             29:22
  16  88:2           45:18,23            112:22             brought
  89:14  90:19       46:1,5,9,15,        113:4,9,11,          73:3  80:4
  91:1  92:6                             24  114:2,11
```

Joseph F. Pavlik
August 20, 2024

135:3,6,20
144:18
**Bruno**
29:8,11
120:19
121:17
**build**
60:8
**buried**
62:6
**business**
7:25 8:15
32:5 38:5,6
40:15 72:15
146:13,17
147:14,24
148:2,11
**button**
5:20
**bylaws**
157:24

---

**C**

**C-H-I-R-I-N-E**
137:20
**C-O-S-T-E-L-L-O**
24:4
**caffeine**
66:12
**call**
43:11 75:19
85:3 87:2
89:21 90:5
130:9,10
159:2 160:18
**called**
6:17 27:22
67:10 85:11
89:15 90:2,
4,8,18,21
113:23
114:15
148:13
149:14
151:15

**calling**
90:10,24
129:25
**calls**
34:15 57:17
60:4 79:11
156:24 157:3
**cancel**
11:7
**canceling**
147:19
**capacity**
40:11,12
43:16 104:14
**capital**
14:25 50:9,
11
**card**
79:14 80:10
82:11
**case**
13:25 56:22
83:22 84:5
131:11
137:17
142:17
**cases**
84:16
**cat's**
61:15
**caused**
60:25
**cease**
128:21
**celebrity**
77:12
**CEO**
30:24,25
36:18,21
37:2,20
39:4,19,22
40:1 43:12,
18 46:20
47:7 74:4,11
91:10
**certain**
25:16 47:3

125:4
**Certainly**
122:14
**cervical**
11:4
**CFO**
97:11
153:14,17
**chance**
10:17,20
11:22
**change**
127:9 157:24
**changed**
78:4
**changes**
64:7
**changing**
44:8
**channels**
66:24
**charge**
84:18 124:17
**charged**
80:1 83:18
84:2,8,13,21
**cheaper**
65:18 73:8
**check**
40:6 121:11
**chick**
5:20
**chief**
31:1,6,13
107:15
**child**
59:2,4
**Chirine**
137:19 139:8
**circumstances**
67:5 68:9,22
**claim**
123:8 124:22
**claiming**
122:25
123:2,5,12
124:24

132:14
**claims**
139:7,11,14,
19
**clarification**
49:4 51:25
65:14,21
129:18
**clarify**
149:15
**clean**
127:7
**Cleveland**
7:22 145:24
146:7
**close**
58:22 71:7
125:15
**closeout**
71:1
**clue**
131:2
**coalition**
51:3
**code**
110:12
145:24 146:6
**coerced**
72:6 111:16
**coercing**
109:3
**coffee**
49:24
**coincidentally**
159:4
**collaborate**
160:4
**collaborating**
158:8,15,17
**colleague**
40:22
**collectively**
16:11
**college**
7:23 8:7,8

Joseph F. Pavlik
August 20, 2024

colleges
  8:5
come
  34:5 40:19
  51:4,22
  55:18 82:24
  83:3
commenced
  134:24
commitment
  21:20 26:1,
  4,5
commitments
  25:12,15,25
  61:24 144:19
committed
  61:19 77:23
  144:14
communicate
  156:22
communicated
  140:16
communicating
  45:5 156:18
communication
  30:21 34:16
  71:5 100:17
  107:9 157:5
  158:25
communication
s
  77:14,19
companies
  14:15,21
  53:14
company
  9:2,4,11,15,
  24 13:7,12,
  13,16 15:9
  16:7,23 17:9
  20:20,21
  21:8,10 22:8
  23:24 25:16
  26:6,18,22
  27:4,17,20
  31:4 34:6,17
  36:6,15

37:23 38:3,
10,11,12,21
39:12,23
42:1,4,20
44:16 45:4
48:8,11,17
50:12,18,22,
23 51:4,15
52:16,19,23
53:4,5,10,
11,18 54:9,
10 55:2,4,6,
11,15 56:2,4
57:5 58:1,2,
25 60:9
61:10,13,25
62:6 67:7,10
68:13,16
72:13 73:3,8
77:23 78:6
79:14 80:10
82:11 88:24
92:16 93:17
95:12 100:6
101:10
108:19 109:4
124:1 125:3
127:13,14,15
129:12
133:14,18
136:8 142:4,
18 146:16
148:13,20
149:14,18
150:13
151:11,12,14
153:14 155:1
156:22,24
157:6,12,25
158:12,13
160:4
company's
  112:1 129:15
  130:1
compensated
  33:7,23
  34:21

compensation
  19:18,20,21
  33:12 34:24
  35:2 43:12
  46:8,10
  152:15,22
compete
  79:3
complaint
  124:13,19
  137:16
  138:5,9,12
complete
  11:8 44:15
completed
  12:12
completely
  48:8,10 58:2
conceding
  124:22
concept
  135:22
concern
  90:23 91:2
concerned
  71:25
concluded
  161:14
condition
  11:10,11,13,
  15
conduct
  92:21
conference
  43:11 75:19
  87:2 89:20
  156:24
confirm
  9:3 10:19
  159:2
confirmation
  139:24
Conflict
  32:5
confused
  23:17

confusing
  89:24
connect
  93:13
connected
  68:16
conned
  42:7
consensus
  55:17
consent
  51:7 94:11
  96:10,14,23
  97:2 103:22
  104:5,18
  109:16 112:9
  113:8,23
  115:12 117:6
  118:19 119:1
  120:3 136:23
  137:2 139:17
consider
  64:20
consideration
  136:5
considered
  134:10
consist
  15:17
consisted
  114:3
consists
  16:4
conspire
  156:19
conspired
  76:21
constituted
  104:7
consultant
  15:11 29:7
consulting
  13:13,14
contact
  61:2 96:17,
  19,20 97:8,
  10,11

Joseph F. Pavlik
August 20, 2024

153:12,21

**context**
8:25 111:18
137:15

**continual**
42:18

**continually**
41:24

**continue**
5:7

**continued**
38:4 71:5

**contract**
71:18 77:25
78:14,21
79:5

**contracted**
14:7,10,16
15:6,7
17:11,16,20
19:9,12
61:10

**contracting**
14:11,12
36:14

**contraction**
36:14

**contracts**
78:3,10
144:13,14

**control**
25:23 125:11

**conversation**
72:22 100:18
120:9 140:18

**conversations**
5:10 79:20
94:5

**convertible**
97:16 98:6
102:21
105:15 106:4
108:1
114:16,22
115:22

**COO**
46:20 48:12

**copied**
132:24

**copy**
161:7,9

**corner**
5:21 145:15

**corporate**
35:14 36:2
74:15

**correct**
7:4 9:7 13:3
14:1,24
16:22 17:12,
17,20 19:9,
10 21:3,4
22:14,16
23:1,3
24:11,18,19,
22 26:19,22
27:1,5,6,22,
23 30:11
31:1,9,10
32:16 33:1,
19,25 34:1,
13,22,23
36:7,8,20
39:20,21,24
40:16,17
41:13,14
42:23 43:7
45:20,21
46:5,6 47:14
48:1,4,5,12,
15 49:2,6
54:11,18
56:9,11,21
57:9,10,25
58:8,10,15,
19,20 60:15
61:6 62:19
63:12,15
64:8,14,24
65:13 66:3,
25 67:15
68:4 69:15
70:4 73:23,
24 75:14
76:5,6,8,14

77:9,10
78:17,22
79:4,8 80:1,
7,14 81:7,
10,11,25
82:9,16
83:18 84:24,
25 85:1,6,8
86:4,10,11
90:18 92:5,
9,13,14,19,
20 93:3,11,
20 94:6,12,
13,21,22
95:2,14
96:1,4,11
97:3,17,18,
20,21 98:9,
10,23,24
101:5,7,11,
12,15,24
102:22,23,25
103:1,3,4,8,
15,18,19,24,
25 104:8,9,
12,15,16
105:1,2,5,6,
9,10,22,23,
25 106:5,6,
9,10,13,14
107:12,13,
15,16 108:1,
2,4,7,11,12
109:18,19,
22,23,25
110:4,5
111:10,23
112:6,13,20,
21,24 113:6,
13,24,25
114:4,5,12,
17,18,20,21,
23,24 115:2,
3,6,7,23,24
116:1,2,6,7,
9,10 117:8,
9,10,11
118:5 119:5,
6,9,10,14

122:19
123:4,10
124:15,16
125:18,19,25
127:10,17,21
128:21,22
130:2,16,17
131:9
132:12,25
133:1,7,9,
10,13,23
137:12,21,
22,24,25
138:2 140:2,
3,10,14,21
141:15,20,22
142:24
144:23
145:4,5,21,
22,24,25
146:14
147:5,6
148:5,12
150:6 155:7,
13,23,24
156:1,2,4,9,
10,14
158:10,11,
18,20

**correctly**
22:25

**correspondenc
e**
21:22 55:21
158:14

**Costello**
24:2,4 26:11
70:23 71:11
72:11 73:4,
22 74:9,22
75:1 76:20
91:9 105:5
107:15
112:19
115:17 119:9
120:7,18
121:17
122:13 157:4

Joseph F. Pavlik
August 20, 2024

counsel
    5:23 6:7
    11:23 18:10
    83:8 129:15,
    22 130:1,11
    160:24
countless
    57:16
couple
    7:8 25:10
    70:19 86:24
    99:7 109:20
    137:21 146:9
course
    11:17 71:18
    73:9 102:3
court
    6:5,8 83:22
    84:5,16
    156:8 161:4
cover
    122:18
    126:21
COVID
    88:7,8
CPA
    157:12
create
    27:17,19
    52:18 59:1
created
    20:25 45:19
    47:13 48:14,
    16,17 154:11
creating
    5:11 16:4
    17:2 47:20
creation
    20:18
credit
    82:11
creditor
    60:23
criminal
    157:9
cure
    131:20

current
    46:17
cut
    51:7 112:7
    126:4
cutting
    113:2,7

_____

            D

D-I-N
    58:19
Dallas-fort
    146:10
damage
    57:20 62:11
dark
    45:6
data
    64:4
date
    47:10 69:12
    86:23 98:2
    99:10,11,17
    113:3,13
    114:1 131:23
    133:8,15
    134:16,19
    143:25
    144:20
    145:2,21
    148:4 149:8
dated
    63:7 97:19
    102:24
    105:19 108:3
    109:18
    113:20
    114:23
    115:21
    117:10
    128:15
    132:21
    139:22
    156:11
dates
    34:8 84:12,

14 86:24
David
    6:12
day
    63:18 64:2
    159:12
Daylight
    5:5
days
    91:17 109:20
    159:15
dead
    20:21 21:2,
    5,10 25:11
    54:23
deal
    21:25 22:7
    23:13,22
    24:10 25:19
    51:7 55:7
    61:19 65:18
    68:17 70:17,
    19 71:6,21,
    22 72:3,5,6,
    17 91:12,14
    123:24
    126:5,12
    135:3,14,15
    142:19
    143:19
    158:15,17
    159:21,22
    160:3
deal's
    7:14
dealing
    51:13
dealings
    21:18 141:5
deals
    125:8
debacle
    137:7
debt
    62:5 72:10
    144:8,18,21,
    22

debts
    144:25
December
    35:4 51:5
    84:23,25
    85:7 87:3
    89:6,25 90:3
    154:12,18
decide
    139:13
decided
    16:9,11
    25:18 27:19
    63:22 66:10
    71:21
decision
    21:24 22:4
    72:15 139:10
    154:9
decisions
    26:14 45:15
Declaration
    155:22
dedicated
    23:12
DEF
    145:15 147:4
    148:2
default
    128:20
    131:8,21
    133:4
defaulted
    130:15,18,21
defend
    65:16 79:12
defendant
    20:3
Defendants
    6:13 13:2
    160:20
defer
    35:14 74:14
    77:7
definitely
    157:7

Joseph F. Pavlik
August 20, 2024

degree
 8:2,3
degrees
 8:9,16
demand
 128:20 133:4
demeanor
 32:22
demise
 22:8 23:23
 50:23 60:25
 154:25
demises
 23:24
deny
 55:18
departure
 145:21 148:4
Depending
 15:20,21
Depends
 7:13
depo
 5:21
deposed
 10:13
deposit
 120:25 121:9
deposition
 5:16 8:23
 10:3,20
 11:7,22
 12:10,25
 47:23 71:24
 72:8 161:13
depositions
 109:2
deposits
 121:3
Deppoleto
 5:24 21:8,13
 22:4,15 23:3
 24:8 25:4,18
 26:2,17,21
 33:12 42:20
 45:4 51:3
 52:22 55:6,

21 61:25
62:8 71:10,
19,25 72:12,
20 74:6
76:14 96:9,
13,17 97:8,
11 98:8
99:13,16,23
100:8,15,20,
24 101:4,24
102:14
103:18
106:7,12
108:10
114:6,10
115:1,4
116:9
119:15,19
121:1,9
123:1
124:15,23
125:22
127:8,19
128:3,6
130:14,19,22
131:1,25
132:2,5,11,
15 138:18,
20,23 139:2,
17 140:12,
16,19,25
141:7,14
146:10
147:11
153:4,23
157:4 158:3,
25
Deppoleto's
 22:13 96:22
 97:2 98:22
 99:19,22
 100:3,5
 102:5 103:14
 104:25 108:5
 112:5,12
 116:4 119:3
 120:14 123:7
 130:16
 131:17 134:3

136:23 137:2
describe
 27:7
describing
 33:25
deserving
 132:6
desist
 128:21
destroyed
 49:11 54:25
 55:2 59:12,
 13,16 61:2
 143:4
details
 78:25
determination
 95:12
developed
 67:8 158:4
developing
 67:13
development
 20:19 70:11
 101:20
DFW
 146:6,8,24
difference
 54:16,21
different
 10:10 14:7
 20:4 34:8
 48:20,21,23
 87:5 117:15
 149:17
digital
 94:25 110:1
diligence
 86:7
dime
 159:4
direct
 14:6,9
direction
 62:2 108:20
directly
 14:12,13

34:15 75:21
82:14 127:12
director
 22:5 30:4,8,
 11,18,20
 34:25 44:11,
 25 45:25
 47:4,5
 69:17,20
 72:13 74:18
 75:2,23
 76:2,11,18
 77:4 81:24
 89:9,12 94:3
 95:2,4 96:22
 97:1 104:14
 114:6,11
 119:16,17,21
 141:13
directors
 46:23,24
 47:1 76:24
 82:9 85:15
 86:4,9,22
 87:7 88:24
 89:5 90:11,
 24 94:12
 103:23 104:6
 105:8
 109:17,25
 112:23
 113:5,9,12,
 24 114:2
 117:7 119:13
 141:7,23
disagree
 127:3 132:9
disagreed
 92:8 111:3
disclosing
 139:1
discontinued
 64:17
discount
 64:24
discovery
 145:9

Joseph F. Pavlik
August 20, 2024

discuss
  98:25 99:1,5
  100:19 129:1
  130:3,9
  133:20,24
  154:2
discussed
  10:25 79:24
  93:23 129:6
  133:21
discussion
  53:12 71:2
  110:9 129:9
  132:7 134:12
discussions
  52:14 91:4
  92:1 100:23
  101:2 106:23
dismiss
  139:7,11,13,
  18
dismissed
  83:21,24
  84:6,15
  138:17
display
  126:11
  127:12,15
displays
  71:12
  127:13,16
  128:1
dispute
  123:17 131:4
disputing
  127:6
disrupted
  7:15
distance
  158:22,24
distinction
  22:23 151:7
distinguishing
  144:22
distributing
  67:7

distribution
  16:6 68:15
  148:20
distributions
  82:7,8,15
District
  137:11,17
division
  39:17
document
  92:3,11
  94:8,14
  97:13,14,24
  98:12,16,21,
  25 99:1
  100:20,25
  102:16
  103:5,19,21
  104:1
  105:12,13,24
  106:7 108:9,
  15 109:9,21
  111:25
  112:24
  113:6,20
  114:12,14,15
  115:9,20,21
  117:5 119:1
  128:13,16,19
  132:19
  133:20
  139:21,22
  140:6,11
  145:6,8
  147:2
  155:19,20,25
  160:7
document's
  113:3
documentation
  23:9
documents
  12:9,11,13,
  22 32:3 78:6
  87:9 88:9
  92:17,22
  93:18 94:16
  98:1,18

109:22
  110:25
  116:16
  117:19
  160:19
Docusign
  85:22
  110:12,14
  111:1,8
  117:13,23
  118:8
Docusigns
  119:7
doing
  10:8 17:3
  23:22 25:23
  40:15 44:1,
  3,6 51:1
  62:9 70:16
  73:8 81:4
  106:20
  116:22,25
  122:5 135:4,
  24 141:19
  153:18
dollar
  21:25 23:13
  24:10 45:15
  46:12 60:24
  65:2 70:16,
  18,24 71:12,
  14,17,22
  72:3,17 73:6
  74:10 84:7,
  20 106:23
  107:7 110:9
  111:11
  115:16
  120:11
  121:23 122:7
  123:24 125:9
  126:12,14
  127:13,16
  142:19
  143:19
  158:15
dollars
  61:11 71:7

77:22
double
  49:22
double-
negative
  140:23
downgrade
  66:10
downgraded
  63:23
dozen
  14:17
draw
  121:15
drawing
  22:23
draws
  121:4
drill
  118:13,24
drink
  49:17 67:8
drinks
  50:6,7
due
  71:17 86:6
  107:19
dug
  157:25
duly
  6:18

_____

E

e-mail
  128:18
  132:24
  133:8,11,17
  157:2,22
e-mails
  156:17
  157:20 158:1
  159:1,19,24
e-n
  14:25
earlier

Joseph F. Pavlik
August 20, 2024

36:23 38:18
99:15 107:6
137:9 143:25

**early**
61:24 135:4,
9,11 136:4,
15

**earmarked**
24:10

**education**
7:17 8:19
16:5 17:3

**effect**
104:24
112:5,12
119:3

**effective**
99:10

**effects**
11:5

**effort**
55:14 57:24
58:7

**efforts**
56:8,9,12,21
57:18 156:8

**either**
14:13 17:10,
15 50:15
53:23 77:24
90:22 101:25
102:2 118:18
141:20 150:5

**elected**
77:3

**electronic**
88:16 104:11
112:17,18

**electronically**
88:11,13

**employed**
17:16,19
19:8,11

**employee**
15:10 29:2
69:16,20

70:3 74:18
75:1,23
76:1,17

**employees**
13:23 28:17,
21 29:18

**employment**
13:4 14:4,6,
9

**encompassed**
17:7

**end**
28:23 45:10
58:3,11
72:25 92:4
122:5

**ended**
147:18

**endorse**
61:10

**endorsements**
77:12

**energy**
28:3 32:21
50:6,7 51:8
55:8,22
81:20 126:4
156:19 157:6
158:18
159:22

**engaged**
140:18

**enlarge**
102:17
105:16
155:21

**enter**
60:10

**entered**
105:21
114:19

**entire**
13:10 67:17

**entities**
149:21 152:6
154:10,20

**entitled**
123:8

**epidural**
11:4

**essentially**
22:8 38:1,3,
11 54:22
56:1,17
58:24 157:15

**Essentials**
55:22 126:3
157:6

**establish**
154:10

**establishing**
154:20

**estimate**
28:15 37:16

**ethics**
32:5

**event**
72:21 99:16
100:7,18
102:14
121:13
146:3,4,6,8,
25 147:22
148:7

**events**
20:15 21:7
146:9

**eventually**
95:22

**everybody**
19:2,15
23:21 37:5

**everyone**
113:11
156:23

**evidence**
156:20
157:23

**evident**
159:19

**exact**
9:21 23:6
47:10 60:16

69:12 112:2
134:16 149:8
150:12

**exactly**
35:15,19
44:10 47:1
50:17 52:4
60:16 61:7
64:18 69:12
80:3 82:5
84:4,22
90:21 100:14
148:17

**EXAMINATION**
6:20

**excessive**
71:14 80:19
85:19

**excluded**
107:9 117:17

**exclusive**
78:21

**exclusively**
77:17

**executed**
78:14 98:16
99:2 100:21,
25

**executive**
107:15

**executives**
158:10

**exercise**
7:24 8:15

**existence**
151:21

**expense**
147:24
148:2,11

**expenses**
79:8,15,22
80:14,22
81:2,7 83:18
84:2,8,13,21
85:12
146:13,17
147:5

Joseph F. Pavlik
August 20, 2024

expertise
  101:19
expired
  142:20
  143:19
explain
  20:9 70:19
explained
  132:12
express
  90:23
expressed
  71:3
extensive
  157:5
extorted
  41:21,23
  42:6
extortion
  146:23

_____

          F
_____

F-L-E-X-U-S
  13:9
F-O-R-T-N-E-R
  29:15
F-R-A-N-C-I-S
  7:4
face-to-face
  75:18
fact
  25:7 71:10
  74:8 88:8
  121:24
factor
  21:24
facts
  55:19 73:18
  85:25 117:2
factual
  159:1
fail
  21:11,12,15
failed
  64:21 66:10

70:14,17
failure
  52:25
fair
  12:7 121:25
faith
  54:9,11 57:3
fallout
  119:24
false
  139:16
falsified
  117:20
falsify
  78:5
falsifying
  116:16
familiar
  87:8 151:1,5
family
  69:7 84:17
far
  114:1 131:15
  141:11
fault
  140:24
faulting
  35:13
favor
  86:2
featured
  62:12
February
  139:8
fee
  122:17
feedback
  98:15
feel
  11:25
feeling
  11:6,18 71:4
fell
  143:20
felt
  37:4,5 55:13

91:1 159:6
few-minute
  82:21
Fighters
  102:11
filed
  137:10,24
  138:2,6
  139:6
  154:11,18
filing
  138:11
filings
  53:1
filled
  66:5
final
  5:17 8:3
finale
  148:8
financial
  21:18 101:21
  103:10
  127:24 134:8
  141:5
financially
  6:4
financials
  25:2 42:1,6
  44:15 82:12,
  13
find
  51:4 115:12
  120:21
finding
  85:25
fine
  18:2 47:11
  74:21 134:15
finger
  62:11
fire
  118:13,24
first
  15:2 22:17
  38:11 52:23
  58:16 67:2,

16,23 68:19,
  20 74:2
  80:22 98:3,
  11 99:17
  102:13
  105:14 106:2
  110:8 112:5,
  12 135:3,13
  156:5 159:12
fitness
  13:15
five
  122:4
flavor
  48:23
flew
  72:24 100:11
Flexus
  13:7,12
  14:3,11,14
flight
  146:1,2
  148:3
flight's
  147:8
Florida
  67:12
fly
  159:5
focus
  135:8
focused
  7:24 52:17
followed
  21:20 25:13
  62:1
following
  53:23
follows
  6:19
force
  111:23 120:1
forced
  32:2,6 86:5
  111:20,22
forcing
  32:7,8

Joseph F. Pavlik
August 20, 2024

146:22

**forge**
111:14

**forged**
88:1,3

**form**
24:13 40:4
46:8 51:24
52:10 54:19
56:10 79:9
80:2,15
82:17 83:19
101:13 104:5
143:11
152:15,22
160:4

**formal**
9:16,19
16:16,19
45:22,24
73:25

**formalize**
104:19

**Formally**
8:21

**formed**
25:20 26:9
48:9 51:2
56:4 100:16

**formula**
50:21 60:2
63:23 65:16,
17,18 66:11
70:12 126:5

**formulas**
16:4 17:2
21:1 45:19
48:14,16,17,
19,20 52:18
59:25 60:1

**formulate**
68:14

**formulation**
20:19 70:11
154:8

**formulations**
14:9

**forth**
45:16 55:14
56:12 57:12,
19,24 58:7
96:20

**Fortner**
29:15 76:7
122:1

**forward**
25:19 71:6,
19

**found**
45:10 55:8
71:9 74:3
85:12 139:15
147:20
156:18 157:1
159:18

**four**
14:19 122:3

**frame**
33:14 34:22
37:17,19
39:4 67:18
72:17 78:18
82:4 88:7
108:18
125:18

**Francis**
7:2

**fraudulent**
90:15

**free**
11:25

**Friday**
11:4

**friends**
69:7

**front**
79:5 144:13

**froze**
120:11

**frozen**
17:21 18:4,8
25:3,5 30:20
45:7 51:11
71:5 120:6

**full**
6:22 11:19
27:4 59:3
132:6

**fully**
11:16

**functional**
54:16,21

**fund**
25:16 26:6

**funded**
50:16

**funds**
74:10 79:22
80:13,21
81:1,6 102:8
106:25
107:18 122:6
125:3 131:24

---

**G**

**G-H-I-N-I**
150:25

**gallery**
5:20

**gamer**
26:12 28:2,5
50:2,3,4,5,
20 51:8,14,
17 54:24
57:4 59:15
60:2,6,7
62:3 63:15
64:23 70:12,
24 71:8 73:6
156:19
159:14,21

**gaming**
76:11

**gave**
44:13 158:5

**Gen**
14:22 17:12,
16,20 19:9,
12,19 20:1,
2,3,4,12,25

21:1 45:18,
23 46:1,5,9,
15,18,23
47:4,7,13
48:6,18,24,
25 49:16,17
50:8 51:21
53:17,25
54:8,13,14,
17 56:9,20,
21 57:8
58:14,18
59:8,21
60:10 61:5
64:6 69:20
74:19 75:2
76:2,18
149:1,13,25
150:19
151:3,7,8,
15,21 152:1,
23 153:1
154:10,20
155:6,8,15

**Gen's**
14:24

**general**
21:25 23:13
24:10 32:2
45:15 65:2
70:16,18,24
71:12,15,17,
22 72:3,17
73:7 74:10
97:12 106:24
107:7 110:9
111:11
115:16
120:11
121:23 122:7
123:24 125:9
126:12
127:13,16
142:19
143:19
158:15

**generally**
27:7 36:12

Joseph F. Pavlik
August 20, 2024

104:3,17
130:13
**genesis**
27:16
**gentleman**
150:7,22
**getting**
15:13 20:11,
15 23:18
42:1 106:22
113:16
116:25
120:20
122:12 144:2
157:1
**Ghini**
150:22,23
151:1,4
**gist**
157:15
**give**
12:2 35:17
62:15 65:12,
15 73:13,19
94:2 101:25
120:2 139:17
**given**
10:15 60:5
79:13
**goes**
88:24 105:20
**going**
7:11 9:14
11:7,21,24
12:6 16:9,17
20:17 25:6
26:15 51:10,
12 55:7
61:24 62:15,
22 63:3
68:14 73:7
81:18 82:21
86:19 88:14
91:15 92:16
93:17 94:1
97:13 101:25
102:5 109:8
111:5

115:11,12,19
120:7 135:7,
19 137:13
145:11,23
146:7,24
147:8 148:6
153:24
156:22 157:9
158:1,14,23
159:9,10,16
**good**
22:7 32:5
53:18 88:21
94:10 103:6
104:2 107:8
109:15
111:11
**grand**
122:4,12,22
**gravitated**
70:9
**great**
53:4 55:24,
25 72:21,23
109:13
**greed**
50:24
**ground**
142:19
**group**
76:20
**grow**
59:3
**guess**
15:11 31:5
38:13 52:5,7
98:14 102:13
152:3
**guy**
26:13 29:14
108:25 109:6
116:25
117:21
153:22
**guy's**
116:15

**guys**
12:16 23:15,
25 24:16
25:20 26:10
27:17 28:24
29:1 65:17
122:23 124:2

---

**H**

---

**H2forlife**
55:1
**habits**
79:13
**half**
14:17 82:22
**hand**
16:25
**handle**
37:7
**handled**
118:11,15
**handling**
120:12
**Hang**
61:15
**happen**
72:14 93:3,
20
**happened**
35:11 42:11,
19 45:9 53:3
59:5 70:20
73:15 77:6
92:25 125:14
143:1
**happening**
57:1 91:12
111:19
**happy**
12:1
**harassed**
41:24 111:2
**harassing**
32:9
**harassment**
31:22,24

32:1,14
33:19,24
34:12 111:24
**harassments**
42:18
**hard**
134:18
**Harvey**
6:10,21
17:24 18:3,
7,14,16,20
19:3,5,6
24:14 40:8
49:5,14
52:1,11
56:6,14
65:22,24
79:17 80:5,
17 82:23
83:2,5,7,10,
16,25 101:14
129:19,20
143:14
160:8,17
161:1
**He'll**
118:14
**health**
13:15
**hear**
17:22,25
18:1,2,6,12,
18 22:25
29:23 52:12
112:25
113:15,18,19
**heard**
79:15,19
84:21 113:17
136:2
148:13,18
149:19
**Heath**
6:5
**heavily**
101:21
**heck**
143:9

Joseph F. Pavlik
August 20, 2024

**held**
  45:11 157:3
**help**
  16:7 34:6
  156:7
**helped**
  45:19
**helpful**
  66:18
**helping**
  46:3 69:4
**hey**
  19:2 118:8,9
**hiding**
  32:12
**high**
  7:18,19
  39:25
**highlighted**
  92:16
  145:16,17
  146:19
**highlighting**
  104:22
  145:20
**hijack**
  56:1
**hijacking**
  91:13
**hired**
  70:8
**history**
  13:5
**hold**
  31:12,17
  36:21 37:2
  43:19 44:24
  70:7 112:7
  151:19
  157:14
**holding**
  151:10,14
**Holdings**
  148:14,16,
  22,25 149:16
  151:8,16,21
  152:1 155:16

**holds**
  155:17
**Holley**
  16:15 18:25
  27:12 34:5,
  18 35:9
  41:11 43:6
  44:23 46:20
  48:12 52:15
  67:3,4 68:2
  82:6,14
  83:17 84:2,
  12 85:13,15,
  18 86:3,9
  89:5,20
  90:5,7,10,
  18,24 130:6
  137:10,18,
  19,20 139:8
  142:5 152:3
  154:13,19
  156:7 157:1,
  18
**Holley's**
  84:8,17
**Holleys**
  139:11,14,19
**homes**
  69:4
**horrible**
  71:4
**hour**
  15:12 82:21
  118:14
**hours**
  57:12,16
  116:20
**hurtful**
  55:23
**Husch**
  128:15
  132:20
**hydrogen**
  28:1 48:25
  49:1,5,9,15
  55:1 57:3
  59:16

————————————
**I**

**idea**
  52:2 71:4
  107:8
**Ignatius**
  7:22
**Ignite**
  68:16
**Illumination**
  148:14,16,
  22,25
  149:15,18,
  19,22 150:13
**implicating**
  74:8
**important**
  50:21 159:6
**inappropriate**
  116:18 157:8
**inbox**
  85:22
**inception**
  47:8
**incident**
  42:19
**incorporated**
  5:25 13:20
  27:1,5
**incubator**
  148:21
**independently**
  25:22 26:13
  73:5 147:21
**individual**
  29:5 153:11,
  21
**individually**
  156:23
**individuals**
  72:11 75:5
**Industries**
  5:25 27:1,5
  44:12 94:12
  103:24
  107:11

  109:18 117:8
  133:11
  137:17
**industry**
  13:15 27:18
**ineffective**
  66:8
**inferior**
  63:21
**informal**
  9:20
**information**
  55:18 73:14,
  20 92:17,22
  93:18 120:24
  125:6 126:22
  138:8 156:6,
  15 157:10,17
  158:6 160:6
**informed**
  157:12
**ingredients**
  48:22
**initial**
  22:24 24:7
  26:1 135:8
**initially**
  21:19 22:11
  42:11 93:8
  143:17
**insanity**
  116:23
**instance**
  59:25 80:23
  158:21
**instigated**
  9:17
**institutions**
  7:20
**instructed**
  140:15
**insurance**
  141:24 142:4
**intellectual**
  16:4
**intended**
  101:3

intending
  101:10,11
intent
  158:9
intention
  55:5
interested
  6:4
interface
  5:21
interim
  46:20 47:6
  95:11,17,25
internet
  18:11 32:15
  34:13,14
  43:9
interrogatory
  12:17,19
interview
  10:1,3
introduce
  42:25
introduced
  40:21 42:24,
  25 43:2
  69:13
introduction
  43:8 100:7,9
inventory
  102:7
invest
  123:21,23
invested
  24:8 72:13
  100:5 125:7
investigation
  9:19,21
investment
  21:19 22:3,
  17,18,25
  23:17,19
  26:3 52:19
  54:5 55:4
  71:13 72:1
  73:18 111:11
  125:10

investments
  21:16,23
  22:12,13,16
  23:3 53:18
  76:14 111:10
investor
  52:6 132:5
investors
  42:2 53:6,7,
  19 54:1
invited
  159:8
involved
  21:17,22
  24:25 25:1,
  24 26:6,7
  28:23 37:5
  38:5,12
  40:19 42:20
  45:4 69:3
  70:10 74:25
  75:4 82:12
  83:23 91:3,
  25 92:2 94:4
  99:3 101:1,
  22 103:12
  107:18 120:9
  127:23 134:7
  137:6 141:4
  149:12
  150:13
  154:6,9,25
involvement
  22:6 29:9
  77:11 120:13
IP
  17:2 21:1
  151:9,10,13,
  19 155:17
isolated
  158:3
issued
  132:3
issues
  18:11

J

J-O-S-E-P-H
  6:24
James
  5:24 51:3
  55:6 147:10,
  18 158:3,6,7
  159:9,13,16
  160:2
Janis
  40:23 42:25
  43:2 69:13
January
  15:4,6 16:12
  27:14 34:3,
  7,18 40:16
Jason
  21:13 23:14
  25:4,19
  26:9,10
  28:23 29:9
  31:23 34:2
  35:10 41:22
  45:5 47:19
  49:10 50:25
  52:21,25
  55:5,21
  56:25 57:20
  58:23 60:23
  61:3,18
  62:7,9 63:22
  70:10,22
  72:11,24
  73:1 74:5,8
  77:16,20
  78:4,19
  79:12,14
  80:9 85:11
  88:1,3 89:17
  91:2 92:19
  95:13,14
  96:18 97:9,
  10 98:18
  99:4,12,13,
  25 100:10,
  11,16 103:11

104:23 105:4
106:20
107:10
108:21,23
109:1,5
110:7,24
112:4,11
114:7 115:17
116:15,21
117:16,20
119:2,23
120:8,11,19
125:11 128:7
138:14 139:4
141:9 144:8,
10,18 146:22
147:11,18
153:6,22
156:8 157:2,
25 158:7,25
159:8,13,16
160:2
Jason's
  26:12 29:7
Jennifer
  129:17
Jim
  40:23 42:25
  43:2
job
  55:25 116:23
Joe
  29:7 121:17
joe@
takeoverind.
com
  133:9
joint
  103:22
  104:5,18
  109:10,16
  113:23 117:6
Joseph
  5:23 6:16,24
  95:11 155:23
Jr
  5:25

Joseph F. Pavlik
August 20, 2024

**July**
33:15,16
57:11,14,23
58:7 105:22
106:11 108:3
109:18,21
113:4,8,20
120:6 121:19
147:5 148:8
**jumping**
61:15
**June**
19:25 33:15,
16 45:3
47:12 57:9
62:25 63:7
71:2 72:25
76:23 77:1
108:18 120:6
121:19
147:5,9
156:20 158:3
**justice**
126:19
**Justin**
21:8 22:5

**K**

**K-E-R-B-Y**
76:5
**K-I-R-B-Y**
76:5
**Kate**
6:1
**keep**
15:22,23
16:1 67:17
68:5 81:18
102:9
**keeping**
35:21 81:3
**Kendall**
6:5
**Kent**
7:24 8:1

**Kerby**
26:12 29:5
76:4,7
120:19
121:17 122:1
**Kerby's**
29:13
**kind**
7:15 16:6
23:16 44:9
50:20 92:1
97:12 108:19
124:6 137:7
**kinds**
124:18
**knew**
61:8 62:8
69:3 114:2
**know**
7:20 9:7,12
12:1 18:4
21:21,23,25
22:1,5
23:17,19,21
24:25 26:6
29:3,11
30:6,7 32:22
34:15 35:8,
21 37:15,16
38:2,12
44:7,10,16
45:12 46:16
47:17 50:10,
13 51:12,17,
18,23 52:3,
4,13,20 53:1
54:4 55:16,
19,23,24,25
57:17,20,21
59:1,2,3
60:14,19,20,
22 61:9
62:1,9,23
64:11,18,25
66:22 71:3,
13,23,24
72:3 73:2,3,
16,20 78:13,

15 79:13
80:3,4,11,
16,24 81:3,4
82:5,10,18
83:21 84:4,
5,10,12,14,
22 88:21
89:23,24
91:3,5 92:1
94:5,17
97:6,12
100:10,13
101:16,18
106:19 110:8
111:4,18
114:8
115:10,14
116:18,22
117:1,16,24
118:6,10
120:4,13,16
122:3,23
123:22
124:2,8,17
125:9,11,14
127:5
128:10,12
129:8,13,14
131:10,13
134:8,14,18
135:17
136:22
137:19 140:5
141:17 142:1
144:10,13
149:8 150:7,
9,23 151:2,
20,23,25
152:4 153:7,
16 154:16,
17,25 157:7,
8 158:12
159:17
**knowledge**
10:4 25:6
28:11 37:8
45:8,12
46:2,14
51:7,10 70:6

75:22,25
76:3 119:11,
22 126:5
131:23
138:15
141:11,13,19
151:6,17
155:2,14,15
158:16,20
**known**
110:24
116:15

**L**

**L-O-C-K**
58:19
**L-V-L**
27:22
**labor**
36:9,12,14,
18,22 37:3,8
38:5,8,13,
17,22 39:3,
5,11,17,19,
22,24 40:2,
14,18,21,25
41:2,9,10
42:22,24
43:13,15,18,
19,22,23
44:1,2,5,18
53:19 54:2,
6,11,13,14,
18,20 69:10
75:13 86:22
87:7 89:6,12
91:10 92:21
98:8 135:16,
22 152:13
**Laguardia**
148:7
**large**
5:19
**larger**
107:23
**largest**

Joseph F. Pavlik
August 20, 2024

120:18

Las
159:3

lasted
95:25

late
51:4 148:8
155:5

launched
9:2

lawsuit
9:16 20:3
47:14,15,21,
22,25 48:3,4
56:19 57:11
59:18 61:12,
18 76:23
123:2,8
134:23 137:9
138:2,15
154:11,18

lawsuits
21:9 47:18,
20 62:5
137:6

lawyer
9:5,8 10:18
12:24

lawyers
129:7,10,11
145:9

layout
147:3

lead
103:10

League
102:11

learned
25:7

leave
81:10,13
159:10

led
20:11,15
22:8 27:17
70:11 158:6,
7

left
20:21 21:2,
5,9,10 25:11
48:9 54:22,
23 55:12
57:2,6 103:3
143:2

legal
6:2,6 60:4

legitimate
146:13
147:24
148:11

length
60:20

letter
63:1,5,7
128:14
130:14

letterhead
128:15
132:21

level
39:25 150:14

liabilities
142:8,9,11,
14,23 143:5,
16 144:1,6,
9,17

liability
64:21 141:24
145:3

liable
107:17

license
51:8

licensing
159:23

life
7:15 116:19

limited
25:5 29:9
98:9 100:17

line
79:19 94:20

lines
116:22

liquidation
64:10,13

list
65:23 119:12
152:7

listed
65:9,11,23
103:2 119:20
137:18

listen
126:18

literally
55:2 58:25
59:18

litigation
47:20 49:11
62:5 138:19,
24 139:2

little
11:18 15:16
22:10 30:1
35:12 36:16
45:17 66:12,
15 70:19
87:18,22
95:5 97:21
102:17 105:3
107:23
109:12
117:14 123:9
135:10 137:8
143:22 148:3

lived
47:19

living
55:22 69:4
126:3 157:5

LLC
13:7,9,12
14:3,11 20:4
151:7

loan
24:22 42:3
98:22 99:20,
22,23 100:3,
14,19,24
102:5 103:18
108:6,11

116:4,9

loaned
26:18,22
106:12 115:5
123:9
125:17,22
127:8,14,19
131:25

loaning
106:8 115:1

loans
128:3,6,9
130:16
131:17 134:4

location
10:9,10

LOCK'DIN
14:22 58:15,
19 61:6
62:12,18
63:9,10
64:23 66:3,
19,23

LOCK'DIN's
62:18

locked
5:13

long
13:16 36:21
47:6 80:10
95:24 96:1
142:16
143:5,15

longer
49:13 56:18
90:11 156:21

look
60:5 87:14,
15,18,23
88:5,15
94:16 98:1
137:13
145:15
158:21

looked
18:3

Joseph F. Pavlik
August 20, 2024

looking
  65:3,8 87:10
  119:12 123:2
  129:6
looks
  18:8,21
  86:25 87:8
  94:25 95:3
  110:1 117:14
  118:1
loop
  125:16
losing
  62:4
lot
  20:22 22:9
  30:21 34:8
  60:4 88:1
  91:25 94:4,
  15 97:25
  117:17 118:7
  122:13,23
  126:7 143:9,
  24
loud
  10:21
LTNC
  30:24,25
  31:3 36:5,10
  53:15 75:12
  149:13
  150:2,21
  152:8
lump
  23:18
LVL
  27:22,25
  28:7,10,13
  52:23,24
  62:18 63:12,
  15 64:23
  79:4

_____

        M

_____

made
  21:16,19,20

22:4,12,15
23:3 25:12,
15,25 26:1
32:10 34:4
43:8 45:15
49:8 53:19
61:24 65:17
66:7 76:14
82:6 100:7
105:21
114:19
121:1,9
128:11
131:12
139:10
main
  135:8
maintained
  32:25 141:23
major
  144:6,9
majority
  44:18 120:20
make
  10:21 12:1
  34:9 39:18
  48:24 49:16
  50:2,3 53:18
  71:1 73:19
  84:17 97:21
  107:23
  109:12
  160:10
makers
  126:3
makes
  48:25 49:1,
  5,17 95:12
making
  11:17 26:14
  32:9 55:1
man
  109:1
  125:12,13
manage
  38:4
managed

29:9 77:17
manager
  76:12
manipulated
  78:4 117:20
manipulating
  116:16
Manny
  60:11 61:17,
  21 62:12
  77:18,22,25
  78:13,20
  144:8,22
mantra
  55:16 97:12
manufacturer
  49:12 59:17
March
  30:15 36:24
  37:3,18 39:3
  40:2 41:5
  68:21,23
  136:16
  137:24 138:3
  139:22 140:9
marketing
  7:25 14:8
  16:8 17:4
  45:20 101:20
  102:7 120:12
Marty
  153:11,13,17
Mary
  6:1
master's
  8:4
matter
  5:24 72:12
matters
  16:25
Maurice
  75:6,8
Mcbride
  10:2 16:15
  27:12 35:8
  41:11 43:6
  67:23 79:7,

21,25 80:6,
12,21 81:1,
6,10,23
89:5,20
100:6,8
105:4 112:19
114:3 119:8
130:6 140:1,
9,13,20
141:1,8,15
mean
  14:14 17:8
  21:14 22:12
  25:14 31:24
  32:1 38:7,9,
  22 40:5
  41:23 44:11
  58:3 59:5
  62:10 64:11,
  18 78:5 80:8
  87:8,9,10
  88:19 94:3,
  15 95:8,21
  96:16 97:7
  101:7 102:7
  109:5 110:14
  117:1,18
  118:1,6
  119:15
  123:20
  126:20
  131:10
  133:17
  134:17,21
  135:2
  136:12,13
  140:11,15,17
  141:9,17
  144:12
  146:15
meaning
  78:24 79:1
  82:7
means
  23:2 95:14
  131:7
meant
  39:13 54:3

media
  26:12 29:6,
  14 66:24
  76:12
medical
  11:13,14
meet
  67:2,23
  68:18 72:24
  75:18
  100:10,11
  147:10,18,20
meeting
  51:6 72:20
  76:23,25
  77:4,9
  81:19,22
  84:24 85:3,
  10,11,16
  86:25 87:3
  89:16,22,24
  90:2,3,6,10,
  17,25 91:6,8
  95:6 99:14
  102:13 126:3
  147:13,16,19
  159:3
meetings
  44:25 45:2,
  11 156:22,24
  158:5,13
Melissa
  58:23 59:15
member
  31:14,16
  46:1 85:7
  138:1
members
  84:17 105:7
memorialize
  98:21
memory
  23:7
mention
  50:20 52:24
  58:21
mentioned

8:6 11:14
26:11 29:17
35:24 36:5,
23 49:10
73:10 107:6
134:21
135:21 136:3
157:11
merger
  149:5,11
  150:5
met
  67:4 68:12,
  20,23,24
  75:15,16
  99:16 100:8
  140:17
  146:10
Metzger
  6:1
Mexico
  32:13 72:24
  99:13 100:1,
  11
Michael
  67:2,4 83:17
  91:9 105:4
  107:14
  137:10,18
  139:8
microphones
  5:9
middle
  7:1 56:19
Mike
  16:15 18:25
  24:2 27:11
  34:5,18 35:8
  44:23 46:20,
  25 48:12
  63:22 68:1
  69:22 70:22,
  23 71:11
  72:11 73:4,
  7,22 85:13
  90:22
  121:16,17
  142:5

150:22,23
151:1,4
152:3 154:13
156:7 157:1,
4 159:10,11,
13 160:2
million
  19:23 20:24
  23:11 24:7,
  21 41:15
  46:5,11,12
  60:24 61:10
  71:7,17,20
  72:4 77:21
  106:13 115:6
  121:3,22
  123:9 125:17
  132:16
mind
  72:7
minimal
  33:13
minute
  62:16 112:8
  118:24
minutes
  25:10 39:8
  83:6 85:20
  118:14
  125:21
misappropriat
ed
  107:18 125:7
misappropriat
ion
  74:9
misdirected
  23:20
miserably
  70:14,17
missed
  58:16
missing
  160:20
mistaken
  74:5 126:13
  127:11,25

151:10
154:14
molestation
  59:4
moment
  94:2
money
  23:20 26:18,
  22 50:18
  51:21 52:16
  53:24 73:8
  79:8 80:7
  99:24
  101:10,17,24
  107:7 120:14
  123:1,3,22,
  23 124:7,14,
  23,25 125:7
  126:13
  127:4,6
  131:1 132:10
  140:13,20
  141:1,8,14
  154:3,6
  160:5
month
  15:18,19
  16:10,12,18,
  22 33:13,23
  34:21 43:14
  122:4,12,16
monthly
  15:15,17
months
  7:9 36:24
  122:18
motives
  158:9
Mount
  7:23 8:7,9
Mountain
  89:19
move
  7:8 25:18
  51:14 60:8
  71:6 112:15
  125:12
  137:23

**moved**
  74:4
**moving**
  16:24
**multi-page**
  145:8
**multi-year**
  61:20 144:14

**N**

**N-E-X-T**
  14:25
**N-X-T**
  27:22
**NACS**
  81:18,21
  90:15 91:12
  159:3,5,12
**name**
  6:1,23 7:1
  27:3,4,25
  28:4,5,7,10,
  13 29:5,13
  36:10 40:22
  58:14,18
  69:23 88:18
  89:10 96:25
  150:7,10
  151:4 153:15
  160:1
**named**
  150:22
**names**
  24:3 44:9
**nature**
  10:22 45:20
  61:7
**necessary**
  104:24
  112:4,11
  119:3
**neck**
  11:3,4
**need**
  10:23 51:14
  91:5 109:6

  126:23
  161:4,6,9
**needed**
  34:6 42:3
  44:16 56:18
**negotiated**
  128:2,5
**negotiation**
  51:13
**negotiations**
  57:17 103:10
  149:11,12
**nephew**
  100:5
**Nevada**
  47:16,22
  48:4
**never**
  15:5 42:5
  45:24 47:3,5
  52:14 75:16
  82:10,11,12
  95:18 96:3,9
  101:21
  131:11,12,13
  138:20
  140:12,16,
  17,19 146:15
**news**
  149:7
**night**
  126:21
**nominal**
  122:17
**Nootropic**
  49:17,21,24
  67:8
**note**
  5:8 97:17
  98:7 99:18
  101:5,6,8,16
  102:22
  103:15
  104:25
  105:15 106:4
  107:17
  108:1,7

  112:6,13
  114:16,22
  115:23 116:5
  119:4
**notes**
  25:2 74:6
  106:19
  123:21
  160:10
**notice**
  117:15
  128:20,24
  130:15
  131:16,20
  133:4 134:2
**notifying**
  138:23
  141:7,14
**November**
  51:5 81:16
  86:25 88:6,
  10 89:12,18
  90:1 91:24
  95:7,16
  127:20
  128:15
  129:22
  132:21
  156:3,11
**number**
  47:18 69:6
  78:6 97:8
**numbers**
  145:14
**nutrition**
  7:25
**NXT**
  27:22,25
  28:7,10,13
  52:23,24
  62:18 63:12,
  14 64:23
  79:3

**O**

**Object**

  24:13 40:4
  51:24 52:10
  54:19 56:10
  79:9 80:2,15
  82:17 83:19
  101:13
  143:11
**obligation**
  53:17 54:7
  55:13
**obligations**
  130:19,22
  131:8
**observer**
  88:19 95:8
**obtain**
  50:8
**obvious**
  125:14
**obviously**
  111:9 117:3
  123:21
**occasions**
  96:17
**October**
  21:6 28:16
  72:19 81:16
  90:14 125:24
  126:1 127:9
  142:20,22
  143:7,17,24
  144:1
**officer**
  29:20 30:2,
  7,10,18,19
  31:2,6,13
  32:25 33:3,8
  34:25 45:25
  69:17,19
  74:18 75:2,
  23 76:1,17
  96:21 97:1
  107:15
  141:13
**officers**
  46:17,21
  141:6,24

Joseph F. Pavlik
August 20, 2024

**official**
  19:17 29:4
  30:9
**officially**
  30:6 64:11
**Ohio**
  7:7,11 13:22
**okay**
  8:22 10:12
  11:2,21
  12:3,4,8,9,
  21 13:10
  14:2 18:7,
  15,20 19:5
  24:24 26:24
  34:20,24
  35:22 36:5
  38:20 39:10,
  22 40:1
  47:24 53:16
  54:3 62:22
  63:2,9 64:5,
  22 65:8
  66:16 70:3
  77:3,7 79:7
  80:18 83:1,
  7,11 84:7
  86:19 87:1,
  12,25 88:2,
  6,14,18,22
  89:1,9,15
  90:5,9,17
  92:15 93:5,
  25 94:1,8
  95:1,5,20,24
  97:5 98:5,
  20,25 99:5,
  19 102:15
  103:7,13,20,
  21 104:3,21
  105:11 106:3
  107:4,10,20
  108:13 109:7
  110:11,16
  111:12,25
  112:16
  113:20,22
  114:9,14

  115:14
  117:25
  118:25
  119:18
  121:13
  122:21
  124:12
  128:19 129:8
  130:13
  132:19
  133:19 138:5
  140:7,8,12,
  19 144:4
  145:1,6
  146:12,18
  147:1,15,23
  148:1 153:8
  157:21 161:3
**once**
  8:24 16:23
  25:4,7 71:3
  103:9 110:8
  121:8
  124:14,25
  132:10
  159:18
**one**
  8:16 9:5
  10:9 11:23
  12:6 14:14,
  20,24,25
  20:6 23:24
  25:9 30:10,
  12 44:7
  49:23 51:12
  53:12,14
  58:21 61:15
  62:15 63:14
  64:3 65:7
  70:13 77:20
  79:19 84:15
  87:5 89:24
  90:4 91:5
  92:4 94:2
  95:9 100:18
  102:15,21
  103:20
  105:11,19

  106:2,15
  107:3,20,25
  110:22
  114:19
  117:14 130:7
  132:18,20
  146:10
  147:1,4
  148:1 150:4
  151:2,9,13,
  15 153:18
  154:4
**one's**
  151:10
**ones**
  74:5 107:16
  152:9
**ongoing**
  138:16
**opened**
  155:13
**operate**
  26:13
**operates**
  58:14,18
**operating**
  25:21 44:16
  73:5 133:14,
  18
**operational**
  151:11
**opinion**
  120:11
**opportunity**
  68:13 70:21
**orchestrator**
  29:6
**order**
  17:1
**orient**
  98:4
**original**
  50:22
**originally**
  70:8 85:18
  119:25

**outcome**
  6:4
**outside**
  130:10
  133:24
**outstanding**
  46:15
**outweigh**
  142:11,14
**outweighed**
  142:23
  143:16 144:2
  145:4
**outweighing**
  143:6
**overseeing**
  39:23
**oversold**
  42:2
**owe**
  54:7
**owed**
  140:9,13,20
  141:1,8,15
**owned**
  13:16 54:18
**owner**
  13:18,19
**owners**
  41:12

---

**P**

**P-A-V-L-I-K**
  6:25
**p.m.**
  5:2,5 83:12,
  15 160:13,16
  161:12,14
**Pacific**
  5:5
**Pacquaio**
  60:11 61:5
  62:12 77:18
  78:21 79:2
  144:22

Joseph F. Pavlik
August 20, 2024

**Pacquaio's**
77:25 78:13

**page**
12:2 87:12,
13 88:15
94:18,19,24
104:10,11,22
108:15
109:24
112:2,10
117:12
119:1,20
124:5,10
146:19

**paid**
15:13 16:10,
21 23:13
24:15 61:11
76:13 80:11
120:22
121:18
122:1,2,3,
10,15 123:14
124:23,24
127:15
131:3,5,14,
24 134:9

**paperwork**
152:5

**paragraph**
93:24 95:10
98:3,20
104:21 112:3
156:5 158:2,
21

**Pardon**
31:25 128:4

**parent**
31:4 36:6
38:17,21
39:12

**part**
5:19 17:5
32:24 58:17
63:24 66:9
70:15 76:13

**partially**
42:16

**participants**
5:16

**particular**
31:17 145:19

**parties**
5:8 19:1
99:3

**partners**
158:9

**party**
6:3 44:2
139:23

**passed**
77:8

**passionate**
69:6

**past**
10:24 11:1

**Patrick**
6:10

**pause**
29:22

**Pavlik**
5:23 6:16,24
17:23 19:8
65:25 83:17
86:20 95:11
105:14 119:8
126:15
155:23
160:18

**pay**
7:14 41:7
60:25 61:21
66:19 72:5
76:15 121:19
123:3,13

**payment**
103:14
128:1,21
133:5

**payments**
121:21
131:12
152:15,21
153:3,8
154:1,7

**payroll**
122:5

**pays**
80:10

**pending**
47:14 48:1
57:12

**people**
9:23 29:16
35:20 54:10
55:11 72:5
92:4 119:12
121:24
135:18
137:21

**peoples'**
122:8

**percent**
72:4

**period**
33:9 41:25
81:12 82:2
95:25

**permanent**
86:12,17
96:4

**person**
10:6 18:22
43:4 44:21

**personal**
66:24 79:8,
15,22 80:7,
13,22 81:1,7
83:18 84:2,
8,13,18,21
141:11,12,19
158:19

**personally**
100:19,23
150:9

**Pettis**
100:4,15
102:12

**PFL**
61:18,20
72:21 99:16
100:7,18

**102:7,9,14**
144:8,21
146:5,6,8,24
147:11,21
148:7,8

**phone**
34:15 79:11
85:3,5

**phones**
57:16

**phrasing**
144:5

**physical**
111:22

**physically**
32:7 37:21
88:9

**physiology**
7:24

**pick**
5:9

**picture**
159:13

**pillaged**
57:5

**pinpoint**
134:19

**place**
5:7

**plain**
108:9

**plaintiff**
5:24 6:11,17
137:18

**plane**
146:22

**planned**
91:16,20,22
93:22

**planning**
101:23

**plans**
7:8

**play**
144:6

**please**
5:8 6:7,23

Joseph F. Pavlik
August 20, 2024

7:21 13:5
29:25 102:18
106:17
107:24
108:14 115:9
116:12 129:3
155:21
**point**
25:22 26:14
30:10,12
36:19 47:2
51:12 58:2,
13,21 62:10
80:4 90:12
96:20 107:8
121:2 124:21
131:1,5,9
134:23
135:17
151:17
**poorly**
72:2
**position**
19:14 30:22
31:8,17
32:25 33:7,
19 36:21
37:2,6 43:23
81:24
**positions**
43:19
**possible**
66:14 111:15
118:2,4,6
126:16
**Possibly**
88:17
**potential**
59:4 157:8
**potentially**
158:5
**premium**
70:25
**prepare**
12:10
**prepared**
83:9 160:25

**presence**
130:11
133:25
**presentation**
159:25
**presented**
125:2 160:2
**president**
44:4,5,6,12
95:11,17,19
96:4,10,15,
23 104:23
107:11
108:23
112:1,3,10
119:2
**pretty**
16:6 17:7
21:21 95:22
125:13
157:15
**price**
65:9,23
**primarily**
14:7 16:3
**primary**
21:24 22:1
**prior**
12:12 16:25
27:19 33:20
57:18 58:22
86:7 143:2
144:18
159:15
**private**
5:10 45:11
51:6 52:6
55:7,11 56:2
81:21 109:4
126:2 147:12
158:4 159:21
**probably**
15:4 21:6
22:22 23:8,
10 26:8
28:15,22
33:5 35:17
36:24 43:10

46:25 52:6
58:3 64:4
65:5 66:5
67:22 70:15
71:20 72:25
74:12 81:15
88:12 90:7
91:2 98:13
99:3,11,14,
17,25 102:6
120:17,20
122:2,3,12
126:22 128:7
130:8 134:21
135:2,9
139:5 142:5,
20,25 145:5
146:2,3,7
149:20
151:15,19
153:24 155:4
**problem**
66:17 79:10
**proceeding**
5:22
**process**
127:1
131:16,20
134:3
**produced**
145:9
**product**
16:8 50:24,
25 55:25
59:2 62:21
63:12,24
64:21 66:8,
10 67:7,14
68:14 70:10,
14 71:8,14
101:19 102:6
159:14
**products**
20:20 21:1
27:24 28:8,
9,13 48:23,
24 49:16,25
50:18 62:13,

18 63:20,21
64:17 66:6,
20,23 79:3
154:7,23
155:3,6,8,
12,16
**Professional**
102:11
**profitable**
124:2
**promised**
103:17 116:8
**promising**
108:10
**promissory**
102:22
103:15
108:1,7
115:23 116:5
**promoted**
66:23
**promoting**
79:3
**pronounce**
69:23
**pronouncing**
137:20
**properly**
53:1
**property**
16:5
**proposed**
93:7
**protect**
118:16
**protecting**
118:15
**proved**
9:10
**proven**
82:19
**provide**
98:15 126:23
132:15 138:8
**provided**
15:9 96:9

Joseph F. Pavlik
August 20, 2024

providing
  130:15
provision
  91:16 92:15
  93:16
public
  53:10,11
  136:6,7,8,
  11,18,21
pull
  64:4 137:14
pulled
  23:18 25:18
  63:19
purchase
  40:25 97:17
  98:7 101:5
  104:25
  105:15 106:4
  112:6,13
  114:16,23
  119:4
purchased
  41:2 80:3
  135:23
purchases
  84:18
purchasing
  142:3
purport
  91:8
purpose
  5:11 61:4
  85:10 98:21
  104:18,19
  146:1
purposes
  98:9 127:2
Pursued
  8:3
put
  54:9,11
  55:14 56:12
  57:12,18,23
  58:7 71:6
  93:15 95:3
  107:6 111:5

  160:6
putting
  59:17 101:17

_____

          Q

_____

Q4
  28:15
question
  23:23 29:23
  44:22 57:22,
  23 58:4,22
  88:21 112:25
  113:15
  126:10
  141:21
  143:13
  153:6,11
question's
  126:7
questions
  9:6,23 11:9,
  25 12:6,14,
  15,18,19
  66:15 127:3
  160:23
quick
  62:23
quickly
  66:14 95:23
  126:16
quite
  20:9 38:24
  53:20 77:2
  130:24 144:5
  155:4

_____

          R

_____

R-E-I-T-E-R
  129:19
Racoon
  7:6
raise
  160:4
range
  33:11

rape
  59:5
raped
  57:5
ratios
  48:22
reached
  34:2 157:13
reaction
  128:23
read
  98:3 116:22
  140:4 161:8,
  9
reading
  35:18 140:5,
  7
real
  9:3,15 14:6
  22:6 62:23
reality
  71:23
reason
  11:15 22:2
  35:18 42:16
  55:3 56:3
  63:24 66:9
  71:24 81:17
  160:5
reasons
  70:13
recall
  16:19 23:11
  24:23 29:19
  35:19 50:14
  63:8 64:1
  68:11 72:20
  75:20 76:24
  77:1,5 83:21
  86:17 90:21
  91:22 98:17
  99:6 110:15,
  19,21 111:17
  114:13 121:8
  128:19,25
  130:5,12
  134:22

  138:7,10,13
receivable
  139:23
receive
  19:18,20,22,
  24 20:10
  34:25
  122:19,20
received
  20:24 46:4,8
  103:13 108:5
  116:3 124:14
  129:2 132:11
  133:19
  152:14,18,
  21,25
receiving
  20:7 31:23
  128:23
  131:15,19
  134:2 159:14
recipient
  128:18
recognize
  63:10 87:6
  94:14 97:23,
  25 103:5
  104:1,2
  128:16
recognized
  103:6
recollection
  36:4 81:14
reconnect
  67:20
reconnected
  68:7,10,17
record
  5:5,8 6:8
  18:20 34:9
  35:15 36:2
  74:15 83:9,
  12,15 119:23
  127:7 160:9,
  12,16,25
  161:5,12

Joseph F. Pavlik
August 20, 2024

| | | | |
|---|---|---|---|
| **recorded** | **relationship** | 26:20 27:2 | 17,23 95:10 |
| 10:4 | 40:23 48:6 | 29:25 58:16 | **resource** |
| **recording** | 49:12 54:25 | 92:10 93:12 | 61:2 |
| 5:7,12 | 55:24 57:3 | 99:21 | **respect** |
| **records** | 59:17 61:1 | **rephrase** | 13:14 95:13 |
| 40:6 63:19 | 77:16 | 12:1 123:6 | 107:19 |
| 77:5,7 89:7 | 100:14,16 | **report** | **responsibilit** |
| 157:1,2,22 | **remainder** | 65:6 | **y** |
| **recovery** | 121:23,24 | **reported** | 96:8 |
| 69:5 | **remember** | 23:9 85:13 | **responsible** |
| **reduced** | 39:7 77:3 | 97:9 | 72:10 142:3 |
| 70:12 | 89:15 98:2 | **reporter** | **rest** |
| **reduced-cost** | 108:17 | 6:5,9 18:2 | 23:13 24:15 |
| 71:8 | 110:22 111:3 | 49:4 51:25 | 42:12 127:2 |
| **refer** | 121:7 134:16 | 65:14,21 | **result** |
| 91:20 | 146:4 | 82:20 83:1, | 84:5 |
| **reference** | **remembered** | 3,6 129:18 | **retained** |
| 36:3 76:22 | 110:6 | 161:4,6 | 42:13 |
| 88:8 89:21 | **remembering** | **representing** | **return** |
| **referenced** | 35:13 | 51:6 | 101:25 |
| 24:17 70:18 | **remote** | **reprimanded** | **returned** |
| **referencing** | 5:21 6:1 | 81:5 96:18 | 42:4 65:1 |
| 39:13 | **removal** | **required** | **revealed** |
| **referring** | 86:12 | 16:7 | 156:9 |
| 12:17 24:1 | **remove** | **resembles** | **review** |
| 31:5 87:4 | 5:15 85:14 | 50:4,5 | 12:9,21 |
| 105:20 106:3 | 86:8 | **reserving** | 23:12 92:17, |
| 156:12,15 | **removed** | 160:18 | 21 93:18 |
| **refrain** | 156:8 | **resign** | 98:11 138:5 |
| 79:2 | **removing** | 31:20 | **reviewed** |
| **refused** | 86:3 | **resigned** | 77:24 78:2 |
| 60:25 61:21 | **rep** | 30:16,23 | 152:5 156:1 |
| **regard** | 70:7,9 73:25 | 31:7 32:14 | 159:1 |
| 17:3 39:3,11 | 74:3 | 33:18,24 | **reviewing** |
| **Reiter** | **repaid** | 34:11 40:5 | 120:23 121:7 |
| 129:17 130:4 | 101:18 | 42:17,21 | 140:6 |
| 133:22,25 | 130:25 | 89:13 119:25 | **revision** |
| **reiterate** | **repay** | **resigning** | 70:12 |
| 11:24 | 101:4,11 | 42:22 | **rid** |
| **rejoin** | 103:17 | **resolution** | 41:20 |
| 34:17 | 108:10 116:8 | 16:17,20 | **right** |
| **rejoined** | 131:17 132:2 | 86:21 87:6 | 5:21 17:4 |
| 34:20 | 134:3 | 93:2 | 18:5,8,16 |
| **related** | **repayment** | **resolutions** | 19:7 29:19 |
| 6:3 139:23 | 102:1,3 | 77:8 | 31:7 33:22 |
| **relation** | **repeat** | **resolved** | 36:11 37:12 |
| 37:22 43:22 | 11:12 17:13 | 91:16 93:10, | 42:19 62:14 |

66:4 70:1,2
73:14 78:19
88:22 109:14
113:17
114:13 117:5
126:2,19,25
128:14
129:24
137:20
145:15,17
146:21 147:3
156:13
157:11
158:24
160:8,18
161:9,11

**road**
16:23

**role**
37:7 45:18
73:25 76:9
91:9 96:7
150:12

**roles**
70:7,10 74:1

**room**
32:10

**round**
12:15 110:8

**ruined**
61:3

**rules**
10:20 11:22

**run**
54:22 55:7
142:18

**running**
39:17 52:19
108:19

**rush**
118:12
126:20

**rushing**
118:20

**Ryan**
37:10 40:5,
22 43:3

**S**

S-C-H-A-D-E-L
37:11

**Saint**
7:22

**salaries**
23:14
120:15,18
121:18
122:8,14
124:3 125:8

**sale**
64:10,13

**Salem**
75:6,8,15

**sales**
14:8 16:5
17:3 23:14,
25 24:16
25:20 26:10
28:24,25
63:20 65:6
70:7,8 73:25
74:3 101:20

**save**
51:15 52:19
55:4,14
56:4,12,25
57:13,24
58:8 73:8
115:13

**saved**
56:13 57:6
58:9

**saying**
22:6 33:22
88:2,4 102:9
121:3 132:17
136:13,17
143:8,17
145:1 158:12

**says**
66:1 88:19,
22 89:18
91:16 92:16

93:4 94:11
95:1,10,15,
21 97:16
98:24 101:6,
8 102:21
103:22
105:14,21
115:22
139:23
145:23
155:22 156:6

**Schadel**
37:10,11,18
39:2 40:1,9,
22 43:1,3
69:9,16

**school**
7:18,19

**science**
7:25 8:12,15
31:1,6,13

**scope**
15:21,23
16:1,3

**screen**
5:20 18:4
62:16,22
86:19 94:1

**screens**
5:13

**scroll**
63:3 91:7
129:3 133:5

**SEC**
9:3,5,9,17,
19 10:1

**second**
17:22 61:16
62:15 106:19
107:25 108:6
114:15,25
119:4 133:4

**secondarily**
103:11

**seconds**
160:9

**secret**
45:14

**secrets**
59:20,22,23

**Secure**
102:21

**secured**
107:25
115:22

**see**
59:3 62:24,
25 63:1,2,17
64:22 65:6,
8,22 82:13
86:21 88:25
89:3,21
91:7,15,18,
19 94:9
97:14,15,19
98:20 101:7
102:16,19
105:4,13,17
106:25
107:2,22
108:24
109:11
111:10
116:14,21
118:16
125:13
128:17
132:22
137:23
139:24 140:1
145:10,14,16
155:20

**seeing**
88:7

**seek**
136:23

**seeking**
96:22 137:2

**select**
158:5

**self-employed**
13:6 14:2

**sell**
16:8 63:23

Joseph F. Pavlik
August 20, 2024

64:23 66:7
155:16
**selling**
65:5 67:13
154:23
155:3,6,8,12
**sense**
71:1
**sensitive**
5:9
**sentence**
16:14 67:9
156:5
**separate**
48:8,10
53:13
144:24,25
**separated**
51:3 73:3
**separating**
151:18
**September**
30:15,17,22
31:8,20
33:1,16
34:12,16,22
35:4 36:24
37:3,19 39:4
40:2 42:17
43:16 81:15
82:4 121:20
**series**
20:13 21:7
**serve**
61:5
**served**
126:19
**services**
74:24 75:4
**set**
18:7,17
21:10,12,14
52:25 81:19
117:3 151:23
**setting**
5:15 119:18

**settle**
132:4
**several**
132:12 158:4
**Sexton**
6:12 18:1,
23,25 24:13
40:4 51:24
52:10 54:19
56:10 79:9
80:2,15
82:17 83:19
101:13
143:11
160:22
161:2,6,8
**shady**
108:25
**shaky**
106:22
**shame**
53:3 117:4
**share**
62:15,22
86:19 94:1
**shareholder**
44:18 75:10
**shareholders**
51:16 52:20
53:8,9,10
54:4,6 55:5,
15 56:5
103:23 104:7
109:17 117:7
135:18
**shares**
19:20,23
20:8,12,24
41:8,16,18
42:2,3,7
46:5,7,12,14
55:10 101:17
102:1,2
132:3 146:23
**sharing**
158:8
**sheets**

15:22,25
**shipping**
71:14
**shopping**
80:1
**short**
99:8
**shortly**
26:8,23
72:23 99:12
135:24
155:13
**shot**
28:2,3,5
50:4,5,20
51:8,14,17
54:25 57:4
59:15 60:2,6
62:3 63:15
70:12,24
71:8 73:6,8
156:19
159:14,21
**shots**
50:2,3 60:7
64:24 65:1
**show**
68:12,25
81:18,21
89:7 90:15
97:13 105:11
107:21 109:8
114:14
115:19
128:13
139:21 145:6
147:3 155:19
159:5,8,9,
11,12
**showed**
157:7
**showing**
102:15 117:6
**shut**
58:24,25
59:14 61:13
**sic**

34:3
**side**
11:5 38:6
79:19 126:5
161:7
**sideline**
34:4
**sign**
32:3 78:10
85:22 92:3,4
94:6,7 105:8
110:17
111:2,4
112:23 113:5
114:11
115:13
120:1,3
146:23
161:8,10
**signature**
87:13,14,15,
24 88:3,5,
15,16 94:20,
23,25 104:11
110:1,4,7,
12,14 111:15
112:17,18
115:11
117:23
**signatures**
88:1
**signed**
60:24 61:19
74:6 92:7,11
95:1 104:13,
14 105:5
107:1,3,10,
14 108:21
109:25
110:19,22
111:20
113:3,11
118:2,4,9,
18,19,23
140:1 144:9
156:1
**signing**
88:9,11 98:9

Joseph F. Pavlik
August 20, 2024

110:15,20,21
111:3,21
**silent**
45:6
**similar**
10:8
**simpler**
126:7
**single**
145:12
**sir**
7:5 10:14,
16,25 11:20
13:11 66:13
75:3 82:20
108:15
**sit**
96:25 142:7
154:22
**site**
65:4
**situation**
32:5,21 34:4
111:7
**skip**
10:24 11:1
**SMART**
36:9,13,18,
22 37:3,9
38:8,13,17,
23 39:3,5,
11,19,23,24
40:3,14,18,
21,25 41:2,
9,10 42:22,
24 43:13,15,
18,19,23
44:1,2,5,18
53:19 54:2,
7,11,13,14,
18,20 69:10
75:13 86:22
87:7 89:6,12
91:10 92:21
98:8 135:16,
23 152:13
**sober**

69:3
**social**
26:12 29:6,
14 66:24
76:11
**sold**
27:24 28:6,
9,13,14
62:18,21
64:4,19
65:4,7 66:2,
7
**sole**
13:18,19
**solicit**
100:2
**solicited**
99:19,22
**soliciting**
77:12
**sort**
9:13 15:11
16:16 25:5,
20 45:22
50:23 53:16
**sought**
97:2
**sound**
35:12 70:1
78:17 151:1,
4
**sounded**
85:19
143:21,23
**sounds**
70:2 80:19
143:7
**speak**
10:17 11:20
12:24 85:18
**speaker**
5:14
**speaking**
36:12 104:3,
17 130:13
**special**
76:23

**specific**
28:4
**specifically**
15:8 68:11
127:5 128:25
**specifics**
60:14
**speed**
11:19
**spell**
6:22 13:8
24:3,4,5
29:11 49:21
**spelled**
150:25
**spending**
79:13
**spent**
71:13 79:7
80:12 132:10
**spinoff**
91:17,20,23
93:22 134:11
135:5,7,11,
19,24
136:14,24
**spinout**
134:10 137:3
**split**
108:18
**spoke**
138:20
**spoken**
75:17,21
**spotlight**
5:15
**spotlighted**
5:13
**Springs**
57:3
**spun**
136:19
**squashed**
137:5
**stand**
102:10

**stands**
36:9 126:12
**start**
15:2 27:8,13
37:14 40:14
60:7 120:3
**start-up**
17:9
**started**
16:8 27:8,9,
11 37:8
40:15,24
48:4 56:20
57:8 69:10
71:2 73:1,5
102:14
106:21
108:19
**starting**
55:3 67:21
110:7
**starts**
147:4 148:2
**startup**
50:9
**state**
6:7,22 7:12,
24 8:1 13:20
77:6 85:12
**statement**
11:18 25:14
145:11
**states**
79:6
**status**
29:4 30:6,9
**stay**
7:11
**steal**
60:6 101:23
**step**
37:6,25
**stepped**
37:24 81:23
**stick**
66:15

Joseph F. Pavlik
August 20, 2024

stipend
  15:15,17
  17:2
stipulation
  139:7
stole
  54:24 58:23
  59:15 60:2
stolen
  57:4 59:14
  126:6
stop
  33:3
stopped
  25:17 45:2
  56:7,15 72:9
  156:23
store
  59:14 71:1
straight
  34:10
straining
  87:21
stranded
  55:12
strategically
  158:7,8
Strongsville
  7:7
studies
  8:4
stuff
  51:9 101:21
  117:17
Subject
  160:17
submitted
  12:12
subservient
  38:21
subsidiary
  38:14,18,20
substance
  10:19 129:9
substantiate
  9:14

sucked
  121:25 124:8
suffered
  69:7
summer
  33:6 74:12
Sunrise
  67:12
supplement
  128:3,6
support
  6:2,6 25:15
  26:7 61:25
supported
  70:16
supposed
  41:25 93:3,
  10,20
supposedly
  41:25
sure
  9:8,21 10:21
  12:1 20:9
  22:19 28:19
  29:3 30:9
  34:9 35:7,
  11,23 36:2
  37:17 38:15,
  24 39:18
  40:7 44:20
  47:1,10 48:2
  50:10,17
  53:20 60:12,
  16 61:7 63:6
  65:22 66:17,
  21 67:1
  69:12 73:19
  75:9 76:15
  78:23 82:23
  83:5 87:20
  88:17,20
  91:21,25
  92:24,25
  93:1,6,9,25
  94:17 96:12,
  24 97:23
  102:8,19
  105:17

106:1,18
107:25
108:16
116:13
120:16 122:4
123:7,19,25
124:4,9,20
126:22 129:4
130:24
131:18,22
132:1
133:16,18
134:5
138:14,25
139:4,12,16,
20 141:9,16,
25 142:2
143:12,15
144:5 148:17
150:12
151:19,22,24
152:2 154:21
155:4 160:10
surprise
  90:9,13
suspend
  91:9
suspended
  91:17
  121:20,21
swear
  6:9
sworn
  6:14,18
systems
  48:23

_____

**T**

T-PAIN
  77:15,22
  147:13,20
T-Pain's
  63:14 77:24
t-r-o-p-i-c
  49:22

T-Z-A-N-E-T-
A-T-O-S
  69:25
tabs
  81:4
take
  5:7,19
  16:12,17
  55:6 56:1
  60:6 82:20
  85:23 103:20
  104:24
  105:11
  106:15 109:4
  112:4,11
  119:2 120:24
  132:18 147:1
  156:19
  159:21
taken
  5:23 8:23
  34:18 38:1,2
  55:10 63:18
  83:13
  116:18,19
  121:4 136:17
  160:14
Takeover
  5:25 9:2
  14:22 15:3
  21:2,5 22:16
  24:8 25:11
  26:25 27:3,
  4,8,9,11
  28:17,21
  29:2,17,21
  30:2,4,8,11
  31:2,5,8,12,
  21 33:1,4,8
  35:1,3 36:6
  38:10,17,22
  39:14,15,19
  40:10,14,16,
  19,21 41:1,
  3,12 44:6,
  12,19,24
  45:1 48:7,
  10,14,16

49:1,5,8,13
50:22 51:6
52:22 54:17,
21 56:8,13,
15,25 57:13,
24 58:8
59:7,20
60:23 61:3,
9,12 62:6
64:6 65:4
66:19 67:21
69:17 70:4,
25 73:23
74:11,20
75:24 76:10
77:4,12
78:1,11,14
79:8,22
80:1,7,21
81:1,5,6,9,
24 82:7
83:18 84:3,
9,13,18,23
85:15 86:3,9
91:17,23
93:22 94:12
95:2,17
96:22 97:1
98:7,22
99:20,23,24
100:2 101:3,
11,23 102:5
103:13,17,23
104:8,15
106:8,12
107:11
108:5,10
109:17
112:23
113:5,12
114:2,11
115:1,5
116:3,8
117:7
119:13,21
123:3,10,13,
15,17,22
124:13,25
125:23

127:4,6,8,
17,18,19
128:2,5
130:15,18,
21,25 131:8,
16,20,24,25
132:2,10
133:11
134:3,10
135:1,16,23
136:6,7,10,
21,24 137:2,
3,10,17
138:2,23
139:6,10,13,
18 140:9,13,
20 141:1,7,
8,14,15,23
146:13
148:23
149:23
150:16
152:16,19
153:3,4
154:22 155:3
**Takeover's**
80:13 82:8
90:11 104:23
105:8 112:3,
10 119:2
129:22
142:7,9,23
143:16 145:3
**Takeovers**
76:24
**takes**
17:8
**taking**
47:23 122:23
124:3 136:6
**talked**
53:13 129:13
135:4 137:8
152:7,9,10,
14
**talking**
22:2 26:3,25
39:14 42:22

43:22,25
47:21 53:7,
14,15 90:1
109:21
122:22
125:12,20
135:12,18,24
136:1 150:4
153:17
157:17
**tanked**
63:25 65:19
**team**
70:16
**tell**
109:6 126:18
138:18
140:25 145:9
**telling**
25:11 39:7
45:17 118:20
130:23
**temporary**
86:13,18
**term**
123:20
134:17 136:2
**terminated**
49:9
**terms**
77:8 95:24
101:4 108:9
110:18 128:8
154:2 158:24
**terrible**
55:12
**testified**
6:18
**testimony**
10:15 95:25
110:11,16
111:14
117:22
146:12
147:23
148:10

**thanks**
62:6
**that'd**
92:14 109:13
**thereabouts**
69:11
**thing**
55:12 65:19
66:17 71:19
73:2 75:3
120:11 124:7
137:5,14
144:23
145:12,19
**things**
9:13 10:21,
22 25:9 32:2
45:20 53:2
106:21
117:18
118:7,12
120:1
**think**
10:2 31:19
33:11 38:4
43:10 44:11
60:15 62:20
63:17,19
64:3,9 65:3
66:4 68:11
73:11 77:21
83:23 84:15
86:17 91:11
95:14,18,22
96:7 99:4,8
107:1,2,7
110:3,5
115:10
120:17
127:14 129:5
131:4 132:7
135:5,8
137:5 139:4
144:5
**thinking**
29:24 113:1,
14

Joseph F. Pavlik
August 20, 2024

third
  115:22 116:5
thought
  39:14 53:16
  55:23,24
  73:7 80:20
  95:8 119:16
  122:15
  143:17,21,23
threat
  111:6
threatening
  111:6
threats
  32:9,11,15
  111:24 120:4
three
  35:9 43:4
  53:13 88:24
  92:4 116:19
  121:3,4,21
  122:3,18
thrown
  126:13
  134:17
ticket
  145:20 147:8
time
  5:5 9:12
  15:22,25
  16:11 25:22
  26:14 28:12,
  20,22 31:15,
  16 33:6,9,
  12,14 34:7,
  22 35:16
  37:4,17,19
  39:4 41:12,
  25 43:21
  44:14 45:12
  51:11 66:5
  67:18,24
  68:1,5,8,19,
  20 70:25
  72:17 78:18
  80:25 81:12
  82:2,4,24
  85:3,20,21

86:15,16
88:7,10,12
89:13,19
95:4 97:7
98:13 99:4,
9,15 102:6
106:22
107:5,9
108:18,24
110:6,18
111:19
115:13,15
116:20
118:22
121:2,8
125:18 126:2
129:5 130:10
135:2,17,20
153:23,25
155:3 157:13
158:22
159:18
160:21,23
times
  70:19 78:6
  97:9 132:12
  134:22
title
  9:22 31:5
  44:13 45:22,
  24
titled
  128:20
titles
  31:12 44:8
Toby
  10:2 16:15
  27:12 35:8
  67:23 81:20
  90:22 99:4
  100:6,8,9,15
  103:11 105:4
  120:8 121:20
  140:1,9
today
  11:10,16,25
  12:10,25
  22:2 28:18

30:2,4,8
42:14 47:23
63:5 66:14
72:8 96:25
116:20 142:7
154:22
155:7,9
token
  12:5 122:17
told
  8:20 34:11
  38:18 39:5
  40:15 46:4
  56:17 71:10
  72:22 80:9
  84:14 109:2
  140:12,19
  153:12,21
  159:8,15
Tom
  18:25 19:3,4
  46:19,25
  47:6 68:18,
  20 152:3
  154:13
Tom's
  18:24
top
  45:13 89:18
  97:16 102:22
  103:3 145:10
  155:22
total
  106:12 115:5
totally
  10:10 48:20
tough
  14:17 87:10
track
  15:23 16:1
  35:21
tracking
  38:15
trade
  59:20,22,23
  68:12,25
  159:5

trademark
  52:24 54:24
  59:13 142:20
  143:19
trademarks
  57:2
tragedy
  59:6
Trail
  7:6
transaction
  92:18,23
  93:19,21
transactions
  121:8 127:24
  131:13 134:8
  153:24
transferred
  8:10 59:7,
  12,20,23,24
  60:1 64:6
transitioned
  95:22
transparency
  26:15
transpired
  90:14
trashed
  58:2
travel
  80:7 147:14
treat
  59:2
trial
  10:15
trouble
  35:13
true
  58:5 65:9,25
  79:22 86:1
  119:21 125:1
  131:6 132:16
  133:15
  156:13
trust
  78:8 117:21
  158:4

Joseph F. Pavlik
August 20, 2024

truth
  55:19 72:1
  109:2 117:1
  156:9
truthfully
  11:10,16
  78:3 117:19
  128:11
try
  20:22 29:12
  39:1 57:24
  58:8 96:16,
  17
trying
  7:15 44:15
  51:7,19
  57:12 64:23
  66:13,18
  73:12 91:13
  126:4,10,15
  132:4 158:17
  160:3
Tucker
  21:8,13 22:5
  23:14 24:17
  25:5 26:9,10
  28:23,25
  31:23 32:15
  34:2,13
  41:22 43:21
  45:5 47:19
  50:25 52:21
  56:25 59:15
  60:23 61:3
  62:7,9
  70:10,22
  72:24 74:9
  77:17,21
  78:4 79:12
  85:11 89:17,
  21 90:3 91:2
  92:19 95:14
  96:18 98:18
  99:25
  100:10,12
  104:23 105:4
  107:10
  108:22,23

109:1,5
112:4,11,19
114:3 116:21
119:2,8
120:22
121:4,6
128:7 144:10
153:6,22
159:8
Tucker's
  121:14
Tuesday
  5:1,6
turned
  85:25
turns
  156:25
Twitter
  9:13 114:7
  135:18 149:7
two
  14:20 15:1
  18:25 24:16
  26:10 28:8,
  24,25 39:7
  63:18 64:2
  68:10 88:23
  100:13
  118:14
  121:10
  144:24,25
  149:21
  159:15 160:9
two-day
  99:14
two-ounce
  28:2 50:6,7
type
  13:12 15:24
  51:9 159:22
types
  14:8 48:23
typically
  32:12 98:17
Tzanetatos
  24:2,5 26:11
  69:22 70:23

71:11 72:12
73:4,7 74:17
76:20 120:18
121:17 122:9

---

U

U.S.
  6:2,5
ultimately
  86:2,8
unable
  11:9
unaffiliated
  44:2
unauthorized
  82:7,15
unaware
  74:7 147:13
  154:4
uncover
  157:19
uncovered
  156:6 159:25
uncovering
  157:18
undergrad
  8:11
underneath
  27:21 110:13
undersigned
  88:23
understand
  11:24 25:17
  39:18 71:23
  73:15 123:11
  126:9 144:3,
  16
understanding
  21:17 24:6,9
  35:7 38:16,
  25 45:2
  51:19 53:20
  69:1,10 80:9
  89:2,4,11
  101:9 121:13
  122:11

129:21
136:10
141:21
143:12 144:7
150:3,6
understood
  12:7 78:20
  79:1 123:7
  130:14
undertake
  92:17 93:17
Union
  7:23 8:7,9
unit
  64:3 65:7
unpack
  20:23 22:9
upper
  5:21

---

V

various
  120:4
Vegas
  68:25 69:4
  159:3
verbal
  111:24
verbally
  32:8
verified
  137:16
version
  70:13 71:8
versus
  5:25 36:3
video
  5:6,12,13,
  17,19 10:6,7
video-
recorded
  5:22
videographer
  5:4 6:2
  18:10 83:8,
  11,14

Joseph F. Pavlik
August 20, 2024

160:12,15,24
161:3,11
**view**
5:14,20
**visit**
68:24 99:13
**vitamins**
66:12
**voiced**
120:10
**voluntarily**
81:23
**volunteer**
19:14
**volunteered**
74:24 75:4
159:4
**volunteers**
19:16 46:3
55:14
**vote**
85:14,17
86:2,8 91:9
**voted**
86:15 96:3

———————

**W**

———————

**W-Y-A-T-T**
150:8
**walk**
7:17 13:4
**Wallace**
7:23 8:7,10,
17
**want**
5:18 7:19
10:18,19
11:6 26:5
32:3 34:9
39:18 43:14
59:3 60:6,7
73:13,19
74:12 81:20
82:3 87:16
93:15 106:25
120:2 127:5

129:8,13,14
136:3 145:13
152:8,11
159:20 160:9
**wanted**
9:22 32:23
49:13 64:25
70:23 73:6
85:18 96:7
100:9 109:4
115:17
**wanting**
107:6 120:1
**warehouse**
66:5
**water**
28:1 48:25
49:1,6,9,15,
18 50:1 55:1
57:4 59:16
**watered**
66:11
**way**
25:16 39:1
44:7 95:3
110:23
118:12
132:7,10
151:2
**website**
58:23 62:19
63:9,10 64:2
65:23 66:3
**week**
156:7,12
**weekly**
156:24 157:3
**weeks**
149:9
**went**
7:22 8:1
25:7 45:6
62:2,3 65:17
71:19 72:5,
23 73:19
99:13 107:17
115:18

121:18,23,24
122:6,14
124:7 125:3
127:12 132:7
147:10,17,20
**whatsoever**
46:8 150:16
154:23
**whereof**
88:23
**whispering**
5:10
**wholly-owned**
54:20
**wife**
23:14 24:18
26:12 29:7
120:12,19,24
121:14,16
**withdrawal**
121:15
**withdrawals**
120:25
121:10
**withheld**
92:19
**witness**
5:12,14,18
6:9,14,17
18:5,11,12,
15,18 88:23
140:6
**witness'**
5:19
**witness-only**
5:12
**word**
14:24,25
85:23
**words**
15:1 123:14
**work**
14:8 15:9,
21,23,24
16:2,3 49:13
66:11 159:22

**worked**
17:11 19:16
27:18 29:8
43:15 73:22
**working**
7:14 15:2,5
25:19 42:6
56:15 67:6
68:3
**works**
91:23
**world**
9:13
**worry**
118:15
**worth**
142:8,9
143:9,24
146:10
**written**
9:10 12:18
60:18 94:11
96:9,14
103:22
104:5,18
109:10,16
113:8,23
115:12 117:6
**wrong**
52:21 54:10
**Wyatt**
150:8,15

———————

**Y**

———————

**yeah**
7:19 17:15
18:18 20:11
26:23 27:10,
23 33:20
35:17 39:9
44:10 47:5
49:8 63:11,
16 64:1
65:10 73:13,
17 79:23
80:16 83:3,

Joseph F. Pavlik
August 20, 2024

4,6,10
87:10,22,23
89:1 93:1,
14,25 94:13
99:11,17
101:1 107:2
108:24 109:7
112:14
116:14
118:22
119:22
123:19
124:18
125:19 129:5
141:18
143:12 144:4
146:5,7,14,
16 147:14,21
161:2

**year**
33:20 35:6
36:25 45:10
72:16 159:14

**years**
13:5,10
14:5,16
71:18 99:7
116:19

**York**
148:6,9

---

**Z**

---

**Zarro**
18:24 19:2,4
46:19 47:6
52:15 68:18,
20,23 152:3
154:13,19

**zoom**
87:18,22