# EXHIBIT 13

# RECEIPT

10/13/2022

## Great Northern Corp

395 Stroebe Road
Appleton, WI 54912
US
920-831-2229
lengel@greatnortherncorp.com

## Return Codes

| | |
|---|---|
| Request ID | 6656767604476468604041 |
| Result Code | SOK - Request was processed successfully. |
| Authorization Code | 176676 |

## Order Information

| | |
|---|---|
| Order Number | 7999 |
| Transaction Type | Sale |
| Transaction Source | MOTO - Mail/Phone Order |

## Merchant Defined Data

| | |
|---|---|
| [1] Invoice # | PI-1156, 1157 Partials |
| [2] GNC Location | Racine |

**Total Amount : 386773.86 USD**

## Customer Information

| | |
|---|---|
| Name | James Deppoleto |
| Credit Card Type | American Express |
| Credit Card Number | XXXX XXXX XXXX 1302 |
| Billing Address | James Deppoleto<br>1600 Paramount Drive<br>Waukesha , WI 53186<br>us |

