# EXHIBIT 14

# RECEIPT

11/04/2022

## Great Northern Corp

395 Stroebe Road
Appleton, WI 54912
US
920-831-2229
lengel@greatnortherncorp.com

## Return Codes

| | |
|---|---|
| **Request ID** | 66756777751336120304230 |
| **Result Code** | SOK - Request was processed successfully. |
| **Authorization Code** | 153363 |

## Order Information

| | |
|---|---|
| Order Number | 7999 |
| Transaction Type | Sale |
| Transaction Source | MOTO - Mail/Phone Order |

## Merchant Defined Data

| | |
|---|---|
| [1] Invoice # | Partial PI-1156-57 |
| [2] GNC Location | RACINE |

| **Total Amount  : 128924.62 USD** |
|---|

## Customer Information

| | |
|---|---|
| Name | James Deppoleto |
| Credit Card Type | American Express |
| Credit Card Number | XXXX XXXX XXXX 1302 |
| | James Deppoleto |
| Billing Address | 1600 Paramount Drive |
| | Waukesha , WI 53186 |
| | us |

