# EXHIBIT 20

**Resolution of the Board of Directors**
**of**
**Takeover Industries, Inc.**

**WHEREAS**, a special meeting of the Board of Directors of Takeover Industries, Inc. (the "Company") was held on April 17, 2023, and the following Directors appeared by conference call: Toby McBride, Michael Holley, and Joseph Pavlik.  All Directors waived notice requirements for this meeting.  McBride abstained and did not participate from the actions below that pertain to his resignation and agreements to which he would be a party.

**WHEREAS**, Toby McBride ("McBride") has indicated his wish to resign as a Director and Officer of the Company;

**WHEREAS**, the Board wishes to accept the resignation of McBride upon those terms and conditions as set forth in that certain CEO Separation Agreement that has been drafted;

**WHEREAS**, the Board authorizes and instructs the Company to execute the CEO Separation Agreement with McBride;

**WHEREAS**, upon the resignation of McBride from the Board of the Company, the Board shall appoint Tom Zarro ("Zarro") as a Director of the Company, and Zarro has indicated his willingness to serve as a Director of the Company;

After discussion, the following resolutions were adopted.

**RESOLVED**, it is agreed that the Company shall execute the CEO Separation Agreement with McBride;

**RESOLVED,** accepting McBride's resignation from the Board of the Company, effective at 11:59 pm on April 17, 2023.  Zarro is hereby appointed as a member of the Board of the Company effective immediately upon the resignation of McBride.

**RESOLVED,** that McBride has also resigned as CEO of the Company, effective immediately.



DEF00421

DocuSign Envelope ID: 4E7E872C-1BB4-4AC8-A630-1C6BF78F9C59

**IN WITNESS WHEREOF**, the undersigned, being all of the Directors of the Company **Agree, Approve and Adopt** the foregoing resolutions as of April 17, 2023.

DocuSigned by:

*Mike Holley*

61BA515072B5410...

Michael Holley, Director

DocuSigned by:

*Toby McBride*

1437272984DD465...

Toby McBride, Director

DocuSigned by:

F8B9A0C884414B1...

Joseph Pavlik, Director

DEF00422