# EXHIBIT 21

# BANK OF AMERICA

**Your checking account**

TAKEOVER INDUSTRIES INC | Account # ███████ | January 1, 2022 to January 31, 2022

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 01/06/22 | TRANSFER TAKEOVER INDUSTRIES :Faith Springs, LLC d Confirmation# 1449972358 | -9,943.83 |
| 01/06/22 | TRANSFER TAKEOVER INDUSTRIES :Team Saverino Confirmation# 0150567428 | -6,000.00 |
| 01/06/22 | Scrubbed    DES:Bill.com  ID███████  INDN:Takeover Industries In  CO ID:1204895317 CCD  PMT INFO:Scrubbed - Inv #15210, 15370 | -7,500.00 |
| 01/10/22 | TRANSFER TAKEOVER INDUSTRIES :cBride McBride Confirmation# 0182671813 | -10,000.00 |
| 01/10/22 | TRANSFER TAKEOVER INDUSTRIES :CFP Ventures, LLC Confirmation# 0184475668 | -10,000.00 |
| 01/10/22 | TRANSFER TAKEOVER INDUSTRIES :Professional Fighter Confirmation# 0184714711 | -108,500.00 |
| 01/10/22 | IL DEPT OF REVEN DES:EDI PYMNTS ID:███████ INDN:TAKEOVER INDUSTRIES IN  CO ID ███████ CCD  PMT INFO:TXP1███████ | -844.59 |
| 01/11/22 | TRANSFER TAKEOVER INDUSTRIES :N.V.E., Inc. Confirmation# 0193538174 | -19,221.60 |
| 01/11/22 | East Coast News  DES:Takeover  ID:139354  INDN:Takeover Industries    CO ID:XXXXXXXXX CCD PMT INFO:ADS - Takeover acc# ███ | -4,750.38 |
| 01/11/22 | East Coast News  DES:Takeover I ID:139354  INDN:Takeover Industries    CO ID:XXXXXXXXX CCD PMT INFO:ADS - Takeover acc# ███ | -3,959.35 |
| 01/12/22 | AVALARA ACT 6022 DES:FUNDING    ID:FEID:817096  INDN:Takeover Industries In  CO ID:███ CCD  PMT INFO:Avalara - Sales Tax Funding 202112\ | -1,636.67 |
| 01/14/22 | Zelle Transfer Conf# wst4x204a; Elevate Nutraceuticals LLC | -1,500.00 |
| 01/14/22 | JBB MEDIA GROUP  DES:SALE    ID:  INDN:TAKEOVER INDUSTRIES    CO ID:███ CCD | -7,500.00 |
| 01/14/22 | PAYROLL     DES:PAYROLL    ID:1███  INDN:TAKEOVER INDUSTRIES IN  CO ID:4███ | -3,811.21 |
| 01/14/22 | PAYROLL     DES:PAYROLL    ID:1███  INDN:TAKEOVER INDUSTRIES IN  CO ID:███ | -3,266.96 |
| 01/14/22 | PAYROLL     DES:PAYROLL    ID:1███  INDN:TAKEOVER INDUSTRIES IN  CO ID:███ CCD | -3,132.46 |
| 01/14/22 | PAYROLL     DES:PAYROLL    ID:███  INDN:TAKEOVER INDUSTRIES IN  CO ID:███ CCD | -1,275.61 |
| 01/19/22 | PAYROLL     DES:TAX    ID:███  INDN:TAKEOVER INDUSTRIES IN  CO ID:███ CCD | -365.34 |
| 01/19/22 | IRS       DES:USATAXPYMT ID:███ 4  INDN:TAKEOVER INDUSTRIES IN  CO ID:███ CCD | -168.00 |
| 01/20/22 | Zelle Transfer Conf# t1mkwcdtb; Elevate Nutraceuticals LLC | -3,750.00 |
| 01/20/22 | Zelle Transfer Conf# zhceookie; Elevate Nutraceuticals LLC | -1,500.00 |
| 01/20/22 | East Coast News  DES:Takeover I ID:1███  INDN:Takeover Industries    CO ID:XXXXXXXXX CCD PMT INFO:ADS - Takeover acc# ███ | -6,541.17 |
| 01/20/22 | IRS       DES:USATAXPYMT ID:███  INDN:TAKEOVER INDUSTRIES IN  CO ID:███ CCD | -3,807.66 |
| 01/20/22 | East Coast News  DES:Takeover I ID:1███  INDN:Takeover Industries    CO ID:XXXXXXXXX CCD PMT INFO:ADS - Takeover acc# ███ | -1,028.92 |
| 01/24/22 | WIRE TYPE:WIRE OUT DATE:220124 TIME:1058 ET TRN███  SERVICE REF:008144 BNF:TOM ZARRO ID:███ BNF BK:WELLS FARGO BANK, N.A. ID ███ PMT DET ███ PAYMENT CON VERTABLE NOTE AGREEMENT | -26,096.53 |
| 01/25/22 | Zelle Transfer Conf# qjdow2jgj; Nixon, Trevor | -683.93 |
| 01/25/22 | KARISH & BJORGUM DES:SALE    ID:  INDN:TAKEOVER INDUSTRIES    CO ID ███ CCD | -4,384.50 |
| 01/25/22 | KARISH & BJORGUM DES:SALE    ID:  INDN:TAKEOVER INDUSTRIES    CO ID ███ WEB | -2,330.50 |
| 01/26/22 | TRANSFER TAKEOVER INDUSTRIES :Fuse Creative Group Confirmation# 0121531500 | -6,155.00 |

continued on the next page

TAKEOVER INDUSTRIES INC | Account # | March 1, 2022 to March 31, 2022

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 03/25/22 | PAYROLL DES:PAYROLL ID: NDN:TAKEOVER INDUSTRIES IN CO ID | -1,275.61 |
| 03/28/22 | TRANSFER TAKEOVER INDUSTRIES :Tom Zarro Confirmation# 0149999268 | -52,193.06 |
| 03/29/22 | Zelle Transfer Conf# q1wvdgvb2; McBride, Toby | -5,000.00 |
| 03/29/22 | WIRE TYPE:BOOK OUT DATE:220329 TIME:1627 ET TRN RELATED REF BNF:IMBERA, S.A DE C.V. ID PMT DET:IN VOICE FAC 525647 | -1,098.00 |
| 03/29/22 | Zelle Transfer Conf# r642r9bva; Fortner, Kerby | -354.41 |
| 03/29/22 | PAYROLL DES:TAX ID:15688523 INDN:TAKEOVER INDUSTRIES IN CO ID CCD | -233.49 |
| 03/30/22 | TRANSFER TAKEOVER INDUSTRIES :Faith Springs, LLC d Confirmation# 0166860268 | -32,320.50 |
| 03/30/22 | IRS DES:USATAXPYMT ID INDN:TAKEOVER INDUSTRIES IN CO ID CD | -3,066.09 |
| 03/31/22 | TRANSFER TAKEOVER INDUSTRIES :Karish & Bjorgum, PC Confirmation# 1775000466 | -13,570.15 |
| 03/31/22 | WIRE TYPE:INTL OUT DATE:220331 TIME:1414 ET TRN 143 SERVICE REF: BNF:JEAN FRANCOIS LAVERDIERE ID: BNF BK:NATIONAL BANK OF CANADA ID PMT DET 064 INVOICE 031 AFF MARKETING BIZ DEV POP SERVICES | -2,157.02 |
| 03/31/22 | WIRE TYPE:WIRE OUT DATE:220331 TIME:1427 ET TRN SERVICE REF BNF:CFP VENTURES, LLC ID BNF BK:WELLS FARGO BANK NA ID PMT DET INVOICE 253865 | -20,000.00 |

Card account #

| Date | Description | Amount |
|---|---|---|
| 03/02/22 | CHECKCARD 0301 INSURANCE* COVERWALLET HTTPSWWW.COVENY RECURRING CKCD | -88.96 |
| 03/02/22 | CHECKCARD 0301 INSURANCE* COVERWALLET HTTPSWWW.COVENY RECURRING CKCD | -196.09 |
| 03/02/22 | CHECKCARD 0301 GOOGLE*ADS9457598433 SUPPORT.GOOGLCA | -499.81 |
| 03/03/22 | CHECKCARD 0302 ADOBE *800-833-6687 ADOBE.LY/ENUSCA | -20.99 |
| 03/03/22 | CHECKCARD 0302 Twitter Online Ads 415-2229670 CA RECURRING CKCD | -75.00 |
| 03/04/22 | CHECKCARD 0303 FEDEX 443223315 800-4633339 TN CKCD | -1,293.36 |
| 03/04/22 | CHECKCARD 0303 FACEBK B7A7TA7Q62 650-5434800 CA CKCD | -500.00 |
| 03/04/22 | CHECKCARD 0303 NV SECRETARY OF STATE 775-684-5780 NV CKCD | -11,150.00 |
| 03/07/22 | CHECKCARD 0304 FREEDOM VOICE SYSTEMS 800-4771477 AZ RECURRING CKCD | -10.56 |
| 03/07/22 | CHECKCARD 0306 AVALARA, INC 206-641-2303 WA RECURRING CKCD | -500.00 |
| 03/07/22 | CHECKCARD 0306 KLAVIYO INC. SOFTWARE KLAVIYO.COM MA RECURRING CKCD | -155.00 |
| 03/07/22 | CHECKCARD 0306 INTUIT *QuickBooks Payr CL.INTUIT.COMCA RECURRING CKCD | -161.00 |
| 03/07/22 | CHECKCARD 0306 TRUE COMMERCE INC 800-576-1020 CO CKCD | -359.29 |
| 03/07/22 | CHECKCARD 0306 TRUE COMMERCE INC 800-576-1020 CO CKCD | -160.77 |

continued on the next page



**Your checking account**

TAKEOVER INDUSTRIES INC | Account # ▇▇▇▇▇▇ | June 1, 2022 to June 30, 2022

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 06/02/22 | Zelle Transfer Conf# mbnw4oeie; Elevate Nutraceuticals LLC | -300.00 |
| 06/02/22 | TRANSFER TAKEOVER INDUSTRIES : Nutra-Rox LLC Confirmation# 1718697306 | -2,000.00 |
| 06/02/22 | WIRE TYPE:BOOK OUT DATE:220602 TIME:1324 ET TRN ▇▇▇ RELATED REF ▇▇▇ BNF:KRAZE LEPRECHAUN LLC ID:▇ PMT DET:P ARTIAL FOR INVOICE 0010 | -10,000.00 |
| 06/02/22 | Scrubbed DES:Bill.com ID ▇▇▇ INDN:Takeover Industries In CO ID ▇▇ CCD PMT INFO:Scrubbed - Inv #17150 | -4,000.00 |
| 06/03/22 | TRANSFER TAKEOVER INDUSTRIES :Martin Scott CFO Con Confirmation# 0628186297 | -8,417.50 |
| 06/03/22 | PAYROLL DES:PAYROLL ID:15688523 INDN:TAKEOVER INDUSTRIES IN CO ID ▇▇ CCD | -3,811.21 |
| 06/03/22 | PAYROLL DES:PAYROLL ID:15688523 INDN:TAKEOVER INDUSTRIES IN CO ID ▇▇ CCD | -3,132.46 |
| 06/03/22 | PAYROLL DES:PAYROLL ID:15688523 INDN:TAKEOVER INDUSTRIES IN CO ID ▇▇ CCD | -1,275.61 |
| 06/06/22 | TRANSFER TAKEOVER INDUSTRIES :John Abraham Confirmation# 1752867196 | -10,000.00 |
| 06/06/22 | TRANSFER TAKEOVER INDUSTRIES :Tom Zarro Confirmation# 0654397929 | -26,096.53 |
| 06/07/22 | WIRE TYPE:WIRE OUT DATE:220607 TIME:1054 ET TRN ▇▇ SERVICE REF:▇▇ BNF:OAK CREEK WELLNESS, INC. ID:▇▇ BNF BK: WELLS FARGO BANK NA ID:▇▇ PMT DET:▇▇ INVOICE 12573 2ND ATTEMPT | -7,500.00 |
| 06/07/22 | Zelle Transfer Conf# g6x5t3tyg; Nixon, Trevor | -500.00 |
| 06/07/22 | TRANSFER TAKEOVER INDUSTRIES :Manolio and Fireston Confirmation# 0662331126 | -4,129.72 |
| 06/07/22 | PAYROLL DES:TAX ID:▇▇ INDN:TAKEOVER INDUSTRIES IN CO ID:▇▇ CCD | -233.49 |
| 06/07/22 | eBay IncCTUGIHTU DES:PAYMENTS ID:▇▇ INDN:TAKEOVER INDUSTRIES, I CO ID ▇▇ | -27.95 |
| 06/08/22 | WIRE TYPE:INTL OUT DATE:220608 TIME:1159 ET TRN ▇▇ SERVICE REF ▇▇ BNF:JEAN FRANCOIS LAVERDIERE ID:▇ BNF BK:NATIONAL BANK OF CANADA ID:C▇ PMT DET:▇ INVOICE 5 POP SERVICES | -2,140.00 |
| 06/08/22 | IRS DES:USATAXPYMT ID:▇▇ INDN:TAKEOVER INDUSTRIES IN CO ID:▇ CCD | -3,066.09 |
| 06/08/22 | IL DEPT OF REVEN DES:EDI PYMNTS ID:▇▇ INDN:TAKEOVER INDUSTRIES IN CO ID ▇ CCD PMT INFO:TXP*▇ | -562.50 |
| 06/13/22 | AVALARA ACT 6022 DES:FUNDING ID:FEID▇ INDN:Takeover Industries In CO ID:▇ CCD PMT INFO:Avalara - Sales Tax Funding 202205\ | -852.35 |
| 06/14/22 | TRANSFER TAKEOVER INDUSTRIES :Oak Creek Wellness, Confirmation# 0622607113 | -4,825.27 |
| 06/15/22 | Zelle Transfer Conf# gfs4yzzkg; Fortner, Kerby | -699.71 |
| 06/15/22 | TRANSFER TAKEOVER INDUSTRIES :N.V.E., Inc. Confirmation# 1732972744 | -93,136.64 |
| 06/17/22 | PAYROLL DES:PAYROLL ID:▇ INDN:TAKEOVER INDUSTRIES IN CO ID ▇ CCD | -3,811.21 |
| 06/17/22 | PAYROLL DES:PAYROLL ID:▇ INDN:TAKEOVER INDUSTRIES IN CO ID:▇ CCD | -3,132.48 |
| 06/17/22 | PAYROLL DES:PAYROLL ID:▇ INDN:TAKEOVER INDUSTRIES IN CO ID:▇ CCD | -1,275.63 |
| 06/21/22 | Zelle Transfer Conf# grnsyuuax; McBride, Toby | -1,500.00 |
| 06/22/22 | PAYROLL DES:TAX ID:▇ INDN:TAKEOVER INDUSTRIES IN CO ID ▇ CCD | -233.49 |

*continued on the next page*



**Your checking account**

TAKEOVER INDUSTRIES INC | Account ■■■■ | July 1, 2022 to July 31, 2022

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 07/05/22 | Scrubbed DES:Bill.com ID:■ INDN:Takeover Industries In CO ID:■ CCD PMT INFO:Scrubbed - Inv #17466 | -4,000.00 |
| 07/06/22 | PAYROLL DES:TAX ID:■ INDN:TAKEOVER INDUSTRIES IN CO ID:■ CCD | -233.49 |
| 07/07/22 | IRS DES:USATAXPYMT ID:■ INDN:TAKEOVER INDUSTRIES IN CO ID:■ CCD | -3,066.09 |
| 07/07/22 | Paymode-X DES:MNTHLY FEE ID:FXXXXXXXXX INDN:Takeover Industries In CO ID:■ CCD | -59.57 |
| 07/08/22 | WIRE TYPE:BOOK OUT DATE:220708 TIME:1230 ET TRN:■ RELATED REF:■ BNF:STEPHEN GOULD CORPORATION ID:■ PMT DET:INVOICE ■ | -32,998.00 |
| 07/08/22 | TRANSFER TAKEOVER INDUSTRIES :Oak Creek Wellness, Confirmation# 0429872077 | -7,569.03 |
| 07/08/22 | TRANSFER TAKEOVER INDUSTRIES :Fuse Creative Group Confirmation# 0430011288 | -3,000.00 |
| 07/08/22 | Zelle Transfer Conf# gjlhg9ue2; McBride, Toby | -5,000.00 |
| 07/08/22 | eBay Com8OKBNURD DES:PAYMENTS ID:■ INDN:TAKEOVER INDUSTRIES, I CO ID:■ | -27.95 |
| 07/11/22 | WIRE TYPE:WIRE OUT DATE:220711 TIME:0405 ET TRN:■ SERVICE REF:■ BNF:BF BORGERS CPA PC I■ BNF BK:JPMORGAN CHASE BANK, NA ID:■ PMT DET:■ INVOICE 2022 656 | -28,600.00 |
| 07/11/22 | TRANSFER TAKEOVER INDUSTRIES :Martin Scott CFO Con Confirmation# 1456199520 | -7,723.75 |
| 07/11/22 | WIRE TYPE:INTL OUT DATE:220711 TIME:1515 ET TRN:■ SERVICE REF:■ BNF:JEAN-FRANCOIS LAVERDIERE ID:00-011-67 BNF BK:B ANQUE NATIONALE DU CAN ID:BNDCCAMMINT PMT DE■ INVOICE7 AFFILIATE ONLINE MARKETINGPOP SERVI | -2,081.00 |
| 07/11/22 | IL DEPT OF REVEN DES:EDI PYMNTS ID:■ INDN:TAKEOVER INDUSTRIES IN CO ID:■ CCD PMT INFO:TXP■ | -562.50 |
| 07/11/22 | KARISH & BJORGUM DES:SALE ID:■ INDN:TAKEOVER INDUSTRIES CO ID:■ | -492.00 |
| 07/12/22 | WIRE TYPE:BOOK OUT DATE:220712 TIME:0455 ET TRN:■ RELATED REF:■ BNF:ELEVATE NUTRACEUTICS LLC ID:229056925716 PMT DET:INVOICE 3271 | -5,000.00 |
| 07/12/22 | TRANSFER TAKEOVER INDUSTRIES :Tom Zarro Confirmation# 1465084674 | -26,096.53 |
| 07/12/22 | WIRE TYPE:BOOK OUT DATE:220712 TIME:1459 ET TRN:■ RELATED REF:■ NF:KRAZE LEPRECHAUN LLC ID:■ PMT DET:I NVOICE 0011 | -8,648.44 |
| 07/12/22 | AVALARA ACT 6022 DES:FUNDING ID:FEID■ INDN:Takeover Industries In CO ID:■ CCD PMT INFO:Avalara - Sales Tax Funding 202206\ | -896.36 |
| 07/13/22 | Scrubbed DES:Bill.com ID:■ INDN:Takeover Industries In CO ID■ CCD PMT INFO:Scrubbed - Inv #17662 | -1,035.00 |
| 07/14/22 | TRANSFER TAKEOVER INDUSTRIES :Husch Blackwell LLP Confirmation# 0481567571 | -15,000.00 |
| 07/14/22 | TRANSFER TAKEOVER INDUSTRIES :Winsight Confirmation# 1481853382 | -6,250.00 |
| 07/14/22 | TRANSFER TAKEOVER INDUSTRIES :Team Saverino Confirmation# 0481870465 | -2,500.00 |
| 07/15/22 | PAYROLL DES:PAYROLL ID:■ INDN:TAKEOVER INDUSTRIES IN CO ID■ CCD | -3,811.21 |
| 07/15/22 | PAYROLL DES:PAYROLL ID:■ INDN:TAKEOVER INDUSTRIES IN CO ID■ CCD | -3,132.46 |
| 07/15/22 | PAYROLL DES:PAYROLL ID:■ INDN:TAKEOVER INDUSTRIES IN CO ID■ CCD | -1,275.61 |

continued on the next page



**Your checking account**

TAKEOVER INDUSTRIES INC | Account # | September 1, 2022 to September 30, 2022

## Withdrawals and other debits - continued

| Date | Description | Amount |
|---|---|---|
| 09/02/22 | Scrubbed   DES:Bill.com  ID:   INDN:Takeover Industries In  CO ID   CCD  PMT INFO:Scrubbed - Inv #18242 | -4,000.00 |
| 09/02/22 | L.A. Libations L DES:ACCTVERIFY ID:0   INDN:NXT LVL Gamer Shots   CO ID:   CCD | -0.78 |
| 09/06/22 | WIRE TYPE:INTL OUT DATE:220906 TIME:1148 ET TRN:   SERVICE REF   BNF:JEAN-FRANCOIS LAVERDIERE ID   BNF BK:B ANQUE NATIONALE DU CAN ID   NVOICE 11 POP SERVICES | -2,086.00 |
| 09/07/22 | Zelle Transfer Conf# muya9dojk; McBride, Toby | -10,000.00 |
| 09/07/22 | Bank of America Business Card Bill Payment | -1,000.00 |
| 09/07/22 | Paymode-X   DES:MNTHLY FEE ID:FXXXXXXXXX  INDN:Takeover Industries In  CO ID:   CCD | -407.28 |
| 09/07/22 | CLEARTRUST, LLC DES:SALE    ID: INDN:TAKEOVER INDUSTRIES IN  CO ID | -350.00 |
| 09/07/22 | CLEARTRUST, LLC DES:SALE    ID: INDN:TAKEOVER INDUSTRIES IN  CO ID | -150.00 |
| 09/08/22 | WIRE TYPE:BOOK OUT DATE:220908 TIME:1125 ET TRN   RELATED REF:   BNF:ELEVATE NUTRACEUTICS LLC ID   PMT DET:INVOICE | -5,000.00 |
| 09/08/22 | eBay Com7F4L9T3R DES:PAYMENTS  ID:E   INDN:TAKEOVER INDUSTRIES, I  CO ID: | -27.95 |
| 09/09/22 | Zelle Transfer Conf# nph1udzvg; Fortner, Kerby | -75.00 |
| 09/09/22 | PAYROLL     DES:PAYROLL    ID:   INDN:TAKEOVER INDUSTRIES IN  CO ID:   CCD | -3,811.21 |
| 09/09/22 | PAYROLL     DES:PAYROLL    ID:   INDN:TAKEOVER INDUSTRIES IN  CO ID:   CCD | -3,132.46 |
| 09/09/22 | PAYROLL     DES:PAYROLL    ID:   INDN:TAKEOVER INDUSTRIES IN  CO ID:   CCD | -1,275.61 |
| 09/09/22 | IL DEPT OF REVEN DES:EDI PYMNTS ID   INDN:TAKEOVER INDUSTRIES IN  CO ID:   CD PMT INFO:TXP* | -562.50 |
| 09/12/22 | TRANSFER TAKEOVER INDUSTRIES :Oak Creek Wellness, Confirmation# 0100340289 | -7,500.00 |
| 09/12/22 | Reiter Law PLC  DES:OP PAYMENT ID:N   INDN:PantherPayments    CO ID:XXXXXXXXXA CCD  PMT INFO:Reiter Law PLC OP PAYMENT N1193143 Panth erPayments | -1,982.50 |
| 09/13/22 | TRANSFER TAKEOVER INDUSTRIES :Vast LLC Confirmation# 1510454097 | -2,500.00 |
| 09/13/22 | PAYROLL    DES:TAX    ID:   INDN:TAKEOVER INDUSTRIES IN  CO ID   CCD | -233.49 |
| 09/13/22 | AVALARA ACT 6022 DES:CASH CONC  ID:   NDN:Takeover Industries In  CO ID:   CD  PMT INFO:Avalara Sales Tax Funding 202208\ | -176.45 |
| 09/14/22 | TRANSFER TAKEOVER INDUSTRIES :Tom Zarro Confirmation# 1518511001 | -26,096.53 |
| 09/14/22 | IRS      DES:USATAXPYMT ID:   NDN:TAKEOVER INDUSTRIES IN  CO ID   CCD | -3,066.09 |
| 09/15/22 | TEN32 MEDIA LLC DES:SALE    ID: INDN:TAKEOVER INDUSTRIES IN  CO ID   CD | -5,500.00 |
| 09/16/22 | Bank of America Credit Card Bill Payment | -7,500.00 |
| 09/20/22 | KARISH & BJORGUM DES:SALE    ID: INDN:TAKEOVER INDUSTRIES IN  CO I   CCD | -592.50 |
| 09/20/22 | KARISH & BJORGUM DES:SALE    ID: INDN:TAKEOVER INDUSTRIES IN  CO I   CCD | -158.00 |
| 09/22/22 | TRANSFER TAKEOVER INDUSTRIES :Fuse Creative Group Confirmation# 0188220249 | -3,000.00 |
| 09/23/22 | WIRE TYPE:INTL OUT DATE:220923 TIME:1159 ET TRN   SERVICE REF:   NF:JEAN-FRANCOIS LAVERDIERE ID:00-011-67 BNF BK:B ANQUE NATIONALE DU CAN ID:   PMT DET:   INVOICE 12 POP SERVICES | -2,053.00 |

*continued on the next page*

# BANK OF AMERICA

**Your checking account**

TAKEOVER INDUSTRIES INC | Account    December 1, 2022 to December 31, 2022

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 12/05/22 | RETURN OF POSTED CHECK / ITEM (RECEIVED ON 12-02) | 4,000.00 |
| 12/08/22 | CORE-MARK    DES:PAYMENTS   ID:              INDN:TAKEOVER INDUSTR    CO ID          CTX  ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 4,960.00 |
| 12/09/22 | CORE-MARK    DES:PAYMENTS   ID:              NDN:TAKEOVER INDUSTR    CO ID          CTX  ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 3,000.00 |
| 12/09/22 | AMAZON.C6JZGUSTF DES:PAYMENTS   ID:              INDN:Takeover Industries In  CO ID:          CCD | 393.70 |
| 12/14/22 | Shopify     DES:TRANSFER  ID:              INDN:TAKEOVER INDUSTRIES IN  CO ID:          CCD | 31.31 |
| 12/15/22 | Shopify     DES:TRANSFER  ID:ST-              NDN:TAKEOVER INDUSTRIES IN  CO ID          CCD | 31.31 |
| 12/16/22 | WIRE TYPE:WIRE IN DATE: 221216 TIME:1555 ET TRN: SEQ:               ORIG:T & K ZARRO LLC ID:            SND BK:WEL LS FARGO BANK NA ID:0407 PMT DET:              PURCHASE OF NXT LVL WATER | 20,000.00 |
| 12/16/22 | TRANSFER RELATED FUNDS | 2,818.76 |
| 12/19/22 | WIRE TYPE:WIRE IN DATE: 221219 TIME:1710 ET TRN: SEQ:               ORIG:T & K ZARRO LLC ID          SND BK:WEL LS FARGO BANK NA ID:0407 PMT DET:              ALANCE OF TL ORDER FROM TO | 32,416.00 |
| 12/20/22 | Shopify     DES:TRANSFER  ID:              NDN:TAKEOVER INDUSTRIES IN  CO ID:          CCD | 69.92 |
| 12/22/22 | Shopify     DES:TRANSFER  ID:              NDN:TAKEOVER INDUSTRIES IN  CO ID:1         CCD | 69.92 |
| 12/28/22 | Shopify     DES:TRANSFER  ID:              NDN:TAKEOVER INDUSTRIES IN  CO ID:          CCD | 357.19 |
| 12/30/22 | CORE-MARK    DES:PAYMENTS   ID              NDN:TAKEOVER INDUSTR    CO ID:          CTX  ADDITIONAL INFORMATION IS AVAILABLE FOR THIS PMT. CONTACT A TREASURY SALES OFFICER FOR ASSISTANCE. | 1,320.00 |
| **Total deposits and other credits** | | **$69,468.11** |

---

SMALL BUSINESS RESOURCES

## Get valuable information on a wide range of business topics

Learn about the latest industry trends, consumer behavior, taxes, retirement and much more.



Scan this code or visit **bankofamerica.com/SBR** today.

When you use the QRC feature certain information is collected from your mobile device for business purposes.

SSM-09-22-0050.B | 4925153

# BANK OF AMERICA

**Your checking account**

TAKEOVER INDUSTRIES INC  |  Account #  |  January 1, 2023 to January 31, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 01/03/23 | Prfd Rwds for Bus-ATM Oper Rebate Refund of $3.75 | 3.75 |
| 01/10/23 | WIRE TYPE:WIRE IN DATE: 230110 TIME:1510 ET TRN: SEQ: ORIG:T & K ZARRO LLC ID SND BK:WEL LS FARGO BANK NA ID:0407 PMT DET ALF COST FOR PURCHASE OF TL OF SHOTS 011023 | 33,692.00 |
| 01/10/23 | Shopify   DES:TRANSFER   ID:ST-J   INDN:TAKEOVER INDUSTRIES IN  CO ID: CCD | 36.79 |
| 01/17/23 | WALMART INC.   DES:TRANSFER   ID:AUTOCASHOUT   INDN:TAKEOVER INDUSTRIES IN  CO ID CCD | 60.82 |
| 01/18/23 | Shopify   DES:TRANSFER   ID   INDN:TAKEOVER INDUSTRIES IN  CO ID: CCD | 34.81 |
| 01/20/23 | Shopify   DES:TRANSFER   ID   INDN:TAKEOVER INDUSTRIES IN  CO ID: CCD | 69.92 |
| 01/24/23 | WIRE TYPE:WIRE IN DATE: 230124 TIME:1751 ET TRN: SEQ ORIG:T & K ZARRO LLC ID: SND BK:WEL LS FARGO BANK NA ID:0407 PMT DET: INAL PAYMENT ON PURCHASE OF SHOTS TEMP INV 002 | 33,692.00 |
| 01/26/23 | Shopify   DES:TRANSFER   ID:ST-   INDN:TAKEOVER INDUSTRIES IN  CO ID: CD | 34.54 |
| 01/30/23 | MCLANE PMD   DES:PAYMENT   I   INDN:TakeoverIndu.Receivabl  CO ID: CCD | 691.20 |

**Total deposits and other credits**  **$68,315.83**

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 01/03/23 | Zelle Transfer Conf# d7gi0l293; David Anderson | -1,000.00 |
| 01/03/23 | PAYPAL   DES:TRANSFER   ID:WAL-MART.COM US   INDN:TAKEOVER INDUSTRIES I  CO ID:PAYPALMTCU WEB | -0.86 |
| 01/04/23 | Scrubbed   DES:Bill.com   ID:   INDN:Takeover Industries In  CO ID:   CCD PMT INFO:Scrubbed - Inv #19598 | -4,000.00 |
| 01/06/23 | Zelle Transfer Conf# f1e7ztdbm; McBride, Toby | -2,000.00 |

continued on the next page



## Happy New Year!

May the new year bring you happiness, peace and prosperity. Wishing you a joyous 2023!

SSM-10-22-0070.C  |  4968844

DEF00210

# BANK OF AMERICA

**Your checking account**

TAKEOVER INDUSTRIES INC | Account # | March 1, 2023 to March 31, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 03/02/23 | WIRE TYPE:WIRE IN DATE: 230302 TIME:1434 ET TRN: SEQ ORIG:THOMAS L ZARRO ID SND BK:WELL S FARGO BANK NA ID:0407 PMT DET:O R IVATE PLACEMENT 03022023 | 33,000.00 |
| 03/13/23 | CHECKCARD 0311 SONESTA IRVINE ORANGE IRVINE CA 7 | 278.19 |
| 03/22/23 | WIRE TYPE:WIRE IN DATE: 230322 TIME:0517 ET TRN SEQ ORIG:LUIS ALBERTO AHLBORN SEQU ID SND BK: WELLS FARGO BANK, NA ID:1 PMT DET:A | 33,000.00 |
| 03/22/23 | WIRE TYPE:WIRE IN DATE: 230322 TIME:1749 ET TRN SEQ: ORIG:THOMAS M FITZGERALD ID: SND BK:TD BANK , NA ID | 33,000.00 |

**Total deposits and other credits** **$99,278.19**

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 03/02/23 | TRANSFER TAKEOVER INDUSTRIES :Sills Cummis & Gross Confirmation# 1679317558 | -5,000.00 |
| 03/02/23 | Zelle Transfer Conf# rwnshi7e8; McBride, Toby | -4,000.00 |
| 03/02/23 | Zelle Transfer Conf# oejs1yzy8; David Anderson | -3,000.00 |
| 03/02/23 | Online Banking Transfer Conf# qyny3y81w; holley | -5,000.00 |
| 03/02/23 | Online Banking Transfer Conf# mvjxrq39y; ELEVATE NUTRACEUTICS LLC | -5,000.00 |
| 03/03/23 | WIRE TYPE:WIRE OUT DATE:230303 TIME:1220 ET TRN:2 SERVICE REF BNF:DANIEL KUZNIAR ID BNF BK:BMO HARRIS BANK NA ID: | -4,000.00 |
| 03/07/23 | eBay ComROREVSEA DES:PAYMENTS ID INDN:TAKEOVER INDUSTRIES, I CO ID: WEB | -27.95 |
| 03/08/23 | Online Banking payment to CRD 0248 Confirmation# 0433019425 | -2,500.00 |
| 03/10/23 | Online Banking payment to CRD 4234 Confirmation# 4147105141 | -1,500.00 |
| 03/10/23 | Zelle Transfer Conf# cytwwz0ly; SF International | -1,010.00 |
| 03/10/23 | Zelle Transfer Conf# f7caefyhs; David Anderson | -1,000.00 |
| 03/13/23 | PAYPAL DES:TRANSFER ID:WAL-MART.COM US INDN:TAKEOVER INDUSTRIES I CO ID:PAYPALMTCU WEB | -0.76 |
| 03/24/23 | Zelle Transfer Conf# l22g8aa4v; otten, Patrick | -4,000.00 |

continued on the next page



### Account security you can see

Check your security meter level and watch it rise as you take action to help protect against fraud. See it in the Mobile Banking app and Online Banking.

To learn more, visit **bofa.com/SecurityCenter** or scan this code.

When you use the QRC feature, certain information is collected from your mobile device for business purposes. Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply. SSM-12-22-0030.A | 5197654



**BANK OF AMERICA**

**Your checking account**

TAKEOVER INDUSTRIES INC | Account ▮▮▮▮▮▮    April 1, 2023 to April 30, 2023

## Deposits and other credits

| Date | Description | | | | | Amount |
|---|---|---|---|---|---|---|
| 04/28/23 | Shopify ID ▮▮▮ | DES:TRANSFER ID:ST-▮ CCD | ▮▮▮ | INDN:T K ZARRO | CO | 1,143.11 |
| 04/28/23 | Shopify ID ▮▮▮ | DES:TRANSFER ID:ST-V CCD | ▮▮▮ | INDN:TAKEOVERWATER | CO | 188.97 |

**Total deposits and other credits** $1,332.08

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 04/04/23 | Online Banking payment to CRD 0248 Confirmation# 1763314389 | -2,411.90 |
| 04/04/23 | Online Banking payment to CRD 4234 Confirmation# 1763317597 | -1,480.17 |
| 04/04/23 | Zelle Transfer Conf# Iyo7slgkk; Anderson, David | -3,000.00 |
| 04/04/23 | TRANSFER TAKEOVER INDUSTRIES :Daniel Kuzniar Confirmation# 1763374171 | -4,000.00 |
| 04/04/23 | TRANSFER TAKEOVER INDUSTRIES :Martin Scott CFO Con Confirmation# 1763403858 | -2,590.00 |
| 04/04/23 | TRANSFER TAKEOVER INDUSTRIES :Sills Cummis & Gross Confirmation# 0663415310 | -5,000.00 |
| 04/07/23 | Zelle Transfer Conf# nr5sxiq7e; SF International | -1,500.00 |
| 04/10/23 | eBay ComOFHX3BER DES:PAYMENTS ID: ▮▮▮ INDN:TAKEOVER INDUSTRIES, I  CO  ID: ▮▮▮ WEB | -27.95 |
| 04/10/23 | PAYPAL  DES:TRANSFER  ID:WAL-MART.COM US  INDN:TAKEOVER INDUSTRIES I  CO  ID:PAYPALMTCU WEB | -0.76 |
| 04/14/23 | Zelle Transfer Conf# jh6y1v5a1; SF International | -345.00 |
| 04/14/23 | Zelle Transfer Conf# k5ko3zogy; Kelli Austin | -345.00 |
| 04/17/23 | TRANSFER TAKEOVER INDUSTRIES :Boost Transport Confirmation# 0475192128 | -5,000.00 |
| 04/18/23 | Zelle payment to Hartman Titus for "retainer"; Conf# rlk3nubvp | -1,000.00 |
| 04/19/23 | Zelle payment to Kraze Leprechaun Conf# qp2zon5lr | -5,000.00 |
| 04/21/23 | Zelle payment to Kraze Leprechaun Conf# n4ieznwo5 | -7,500.00 |
| 04/24/23 | PAYPAL  DES:TRANSFER  ID:WAL-MART.COM US  INDN:TAKEOVER INDUSTRIES I  CO  ID:PAYPALMTCU WEB | -0.76 |
| 04/25/23 | Zelle Transfer Conf# j2vef5see; Anderson, David | -500.00 |

*continued on the next page*

---



### Important information about a trending payment scam

- **We will never** call and ask you to send money using Zelle® to yourself or anyone else.
- **We will never** contact you via phone or text to ask for a security code.
- If anyone reaches out to you and asks you to send money or provide a code, it is likely a scam. Bank of America will not do this.

Learn more about trending scams at bofa.com/helpprotectyourself

Zelle and the Zelle related marks are wholly owned by Early Warning Services, LLC and are used herein under license.

SSM-08-22-0187.B  4956627

DEF00246

# BANK OF AMERICA

**Your checking account**

TAKEOVER INDUSTRIES INC | Account # ▮▮▮▮▮ | May 1, 2023 to May 31, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 05/01/23 | Shopify    DES:TRANSFER   ID:▮▮▮    INDN:TAKEOVERWATER    CO ID:▮▮▮   CCD | 480.78 |
| 05/01/23 | CHECKCARD  0428 INSURANCE* COVERWALLET HTTPSWWW.COVENY▮▮▮ | 99.00 |
| 05/02/23 | Shopify    DES:TRANSFER   ID:ST▮▮▮    INDN:TAKEOVERWATER    CO ID▮▮▮   CCD | 566.11 |
| 05/04/23 | Shopify    DES:TRANSFER   ID:ST▮▮▮    INDN:T N A K ZARRO    CO ID:1▮▮▮   CCD | 332.59 |
| 05/04/23 | Shopify    DES:TRANSFER   ID:ST▮▮▮    INDN:TAKEOVERWATER    CO ID:1▮▮▮   CD | 139.09 |
| 05/08/23 | Shopify    DES:TRANSFER   ID:ST▮▮▮    INDN:TAKEOVERWATER    CO ID:1▮▮▮ CCD | 5.10 |
| 05/09/23 | Shopify    DES:TRANSFER   ID:ST▮▮▮    INDN:TAKEOVERWATER    CO ID▮▮▮   CD | 657.31 |
| 05/12/23 | WIRE TYPE:WIRE IN DATE: 230512 TIME:1601 ET TR▮▮ SEQ:▮▮▮  ORIG:T & K ZARRO LLC ID▮▮▮  SND BK:WEL LS FARGO BANK NA ID:0407 PMT DET:▮▮▮  NVENTORY PURCHASE PER TO INVOICE | 40,950.00 |
| 05/12/23 | Shopify    DES:TRANSFER   ID:▮▮▮    INDN:T N A K ZARRO    CO ID:1▮▮▮   CCD | 514.37 |
| 05/15/23 | Shopify    DES:TRANSFER   ID:▮▮▮    INDN:T N A K ZARRO    CO ID▮▮▮   CD | 105.03 |
| 05/16/23 | Shopify    DES:TRANSFER   ID:▮▮▮    INDN:T N A K ZARRO    CO ID:1▮▮▮   CCD | 357.02 |
| 05/17/23 | CHECKCARD  0516 INSURANCE* COVERWALLET HTTPSWWW.COVENY▮▮▮ | 1,088.00 |
| 05/17/23 | Shopify    DES:TRANSFER   ID:ST▮▮▮    INDN:T N A K ZARRO    CO ID:▮▮▮  CCD | 55.37 |
| 05/18/23 | Shopify    DES:TRANSFER   ID:ST▮▮▮    INDN:T N A K ZARRO    CO ID:1▮▮▮   CCD | 116.70 |
| 05/19/23 | Shopify    DES:TRANSFER   ID:ST▮▮▮    INDN:T N A K ZARRO    CO I▮▮▮   CD | 220.53 |

continued on the next page

---

**REMEMBER**

You've got a banking partner ready to help.

As your dedicated Small Business Banker, I'm here to help with all of your business's financial needs and priorities.

**BUSINESS ADVANTAGE**

Contact me today.

Yunisleydys Nieves Robles
480.470.9497
yunisleydys.nieves@bofa.com

SSM-08-22-0105.B | 4878868

DEF00254

TAKEOVER INDUSTRIES INC   |   Account #   |   May 1, 2023 to May 31, 2023

## Deposits and other credits - continued

| Date | Description | Amount |
|---|---|---|
| 05/22/23 | Shopify  DES:TRANSFER  ID:ST  INDN:T N A K ZARRO  CO ID:  CCD | 164.00 |
| 05/23/23 | SHOPPAYINST AFRM DES:PAYMENTS  ID:  INDN:NXT LVL WATER  CO ID:  CCD | 98.50 |
| 05/24/23 | Shopify  DES:TRANSFER  ID:ST  INDN:T N A K ZARRO  CO ID:  CCD | 496.42 |
| 05/25/23 | Shopify  DES:TRANSFER  ID:ST  INDN:T N A K ZARRO  CO ID:  CCD | 210.80 |
| 05/26/23 | Shopify  DES:TRANSFER  ID:ST  INDN:T N A K ZARRO  CO ID:  CCD | 776.28 |
| 05/30/23 | WIRE TYPE:WIRE IN DATE: 230530 TIME:0939 ET TRN:  SEQ:  ORIG:LUIS ALBERTO AHLBORN SEQU ID  SND BK: WELLS FARGO BANK, NA ID:  PMT DET:AT | 50,000.00 |
| 05/30/23 | Shopify  DES:TRANSFER  ID:ST  INDN:T N A K ZARRO  CO ID:  CCD | 233.40 |
| 05/30/23 | SHOPPAYINST AFRM DES:PAYMENTS  ID:  INDN:NXT LVL WATER  CO ID  CCD | 56.45 |

**Total deposits and other credits**                                                                 **$97,722.85**

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 05/02/23 | Zelle Transfer Conf# qchxngy2s; Anderson, David | -1,000.00 |
| 05/02/23 | Shopify  DES:TRANSFER  ID:ST-  INDN:T K ZARRO  CO ID:  CCD | -123.03 |
| 05/03/23 | TRANSFER TAKEOVER INDUSTRIES :Daniel Kuzniar Confirmation# 1314882696 | -2,000.00 |
| 05/04/23 | WIRE TYPE:WIRE OUT DATE:230504 TIME:1616 ET TRN:  SERVICE REF  BNF:FAITH SPRINGS, LLC DBA H2F ID:  BNF BK:TRUIST BANK ID:  PMT DET: | -2,000.00 |
| 05/08/23 | eBay ComSQKVS7OQ DES:PAYMENTS  ID:7  NDN:TAKEOVER INDUSTRIES, I CO ID:  WEB | -27.95 |
| 05/08/23 | Shopify  DES:TRANSFER  ID:ST-  INDN:T K ZARRO  CO ID:  CCD | -14.82 |
| 05/08/23 | PAYPAL  DES:TRANSFER  ID:WAL-MART.COM US  INDN:TAKEOVER INDUSTRIES I CO ID:PAYPALMTCU WEB | -0.71 |
| 05/12/23 | TRANSFER TAKEOVER INDUSTRIES :Faith Springs, LLC d Confirmation# 0492329911 | -2,027.00 |
| 05/12/23 | Zelle Transfer Conf# mggwfee21; Anderson, David | -2,500.00 |
| 05/12/23 | Online Banking payment to CRD 0248 Confirmation# 2992364809 | -2,550.00 |
| 05/12/23 | Online Banking payment to CRD 4234 Confirmation# 2992368628 | -1,750.00 |
| 05/15/23 | Zelle payment to Kraze Leprechaun Conf# p2jojlp16 | -1,500.00 |
| 05/17/23 | Online Banking Transfer Conf# rh0snmmp5; ELEVATE NUTRACEUTICS LLC | -2,500.00 |
| 05/17/23 | Online Banking Transfer Conf# lmf95kcun; REITER LAW, PLC | -3,000.00 |
| 05/18/23 | TRANSFER TAKEOVER INDUSTRIES :Saverino & Associate Confirmation# 0644627017 | -3,302.11 |
| 05/18/23 | Zelle payment to Hartman Titus Conf# joxmpqme4 | -3,189.00 |
| 05/18/23 | TRANSFER TAKEOVER INDUSTRIES :Boost Transport Confirmation# 0644807483 | -2,718.64 |
| 05/19/23 | TRANSFER TAKEOVER INDUSTRIES :Faith Springs, LLC d Confirmation# 1752887842 | -1,022.00 |

continued on the next page



# BANK OF AMERICA

**Your checking account**

TAKEOVER INDUSTRIES INC | Account # | June 1, 2023 to June 30, 2023

## Deposits and other credits

| Date | Description | Amount |
|---|---|---|
| 06/01/23 | Shopify DES:TRANSFER ID:ST- ID: CCD INDN:T N A K ZARRO CO | 72.16 |
| 06/02/23 | Shopify DES:TRANSFER ID:ST- ID: CCD INDN:T N A K ZARRO CO | 100.69 |
| 06/05/23 | Shopify DES:TRANSFER ID:ST- ID: CCD INDN:T N A K ZARRO CO | 347.24 |
| 06/07/23 | Shopify DES:TRANSFER ID:ST- ID: CCD INDN:T N A K ZARRO CO | 2,247.00 |
| 06/07/23 | WALMART INC DES:TRANSFER ID:AUTOCASHOUT INDN:TAKEOVER INDUSTRIES IN CO ID: CCD | 24.29 |
| 06/08/23 | Shopify DES:TRANSFER ID:ST- ID: CCD INDN:T N A K ZARRO CO | 4,859.11 |
| 06/09/23 | Shopify DES:TRANSFER ID:ST- ID: CCD INDN:T N A K ZARRO CO | 2,266.65 |
| 06/13/23 | Shopify DES:TRANSFER ID:ST- ID: CCD INDN:T N A K ZARRO CO | 109.40 |
| 06/14/23 | Shopify DES:TRANSFER ID:ST- ID: CCD INDN:T N A K ZARRO CO | 190.94 |
| 06/15/23 | Shopify DES:TRANSFER ID:ST- ID:1 CCD INDN:T N A K ZARRO CO | 877.44 |
| 06/15/23 | CHECKCARD 0612 OFFICE DEPOT #519 MCALLEN TX 7 | 33.11 |
| 06/16/23 | Shopify DES:TRANSFER ID:ST- ID: CCD INDN:T N A K ZARRO CO | 177.89 |
| 06/21/23 | Shopify DES:TRANSFER ID:ST- ID: CCD INDN:T N A K ZARRO CO | 188.96 |
| 06/22/23 | Shopify DES:TRANSFER ID:ST- ID: CCD INDN:T N A K ZARRO CO | 291.05 |

continued on the next page

**REMEMBER**

You've got a banking partner ready to help.

As your dedicated Small Business Banker, I'm here to help with all of your business's financial needs and priorities.

BUSINESS ADVANTAGE

Contact me today.

Yunisleydys Nieves Robles
480.470.9497
yunisleydys.nieves@bofa.com

SSM-08-22-0105.B | 4878868

DEF00268

TAKEOVER INDUSTRIES INC  |  Account #                          |  June 1, 2023 to June 30, 2023

## Deposits and other credits - continued

| Date | Description | Amount |
|---|---|---|
| 06/23/23 | Shopify  DES:TRANSFER  ID:ST-               INDN:T N A K ZARRO  CO ID:           CCD | 179.01 |
| 06/29/23 | WIRE TYPE:WIRE IN DATE: 230629 TIME:0608 ET                         ORIG:NEXT GEN BEVERAGES LLC ID:            SND BK:WELLS FARGO BANK NA ID:0407 PMT DET: | 15,000.00 |

**Total deposits and other credits**  $26,964.94

## Withdrawals and other debits

| Date | Description | Amount |
|---|---|---|
| 06/01/23 | Zelle Transfer Conf# lpr3kpi0m; Anderson, David | -2,000.00 |
| 06/02/23 | TRANSFER TAKEOVER INDUSTRIES :Faith Springs, LLC d Confirmation# 0271956751 | -1,395.00 |
| 06/02/23 | TRANSFER TAKEOVER INDUSTRIES :Boost Transport Confirmation# 1371967818 | -5,000.00 |
| 06/02/23 | TRANSFER TAKEOVER INDUSTRIES :Martin Scott CFO Con Confirmation# 0272822467 | -3,561.25 |
| 06/08/23 | Online Banking Transfer Conf# qluu3b6nf; REITER LAW, PLC | -3,000.00 |
| 06/08/23 | Online Banking Transfer Conf# krpwjzrjw; ELEVATE NUTRACEUTICS LLC | -2,500.00 |
| 06/08/23 | Bank of America Credit Card Bill Payment | -2,500.00 |
| 06/09/23 | TRANSFER TAKEOVER INDUSTRIES :Faith Springs, LLC d Confirmation# 2534259661 | -264.00 |
| 06/09/23 | eBay ComQAHSHMRT DES:PAYMENTS  ID:                    INDN:TAKEOVER INDUSTRIES, I  CO ID:1 | -27.95 |
| 06/12/23 | Zelle Transfer Conf# jv8ipy3b9; Anderson, David | -2,000.00 |
| 06/13/23 | TRANSFER TAKEOVER INDUSTRIES :Faith Springs, LLC d Confirmation# 1368921946 | -500.00 |
| 06/13/23 | Bank of America Business Card Bill Payment | -1,800.00 |
| 06/20/23 | TRANSFER TAKEOVER INDUSTRIES :Faith Springs, LLC d Confirmation# 2726010887 | -1,095.00 |
| 06/20/23 | Shopify  DES:TRANSFER  ID:              INDN:T K ZARRO  CO ID: | -100.84 |
| 06/20/23 | PAYPAL  DES:TRANSFER  ID:WAL-MART.COM US  INDN:TAKEOVER INDUSTRIES I  CO ID:PAYPALMTCU WEB | -0.74 |
| 06/23/23 | Zelle Transfer Conf# pqbka0guv; Kelli Austin | -3,000.00 |
| 06/27/23 | TRANSFER TAKEOVER INDUSTRIES :Faith Springs, LLC d Confirmation# 0390209851 | -1,000.00 |
| 06/28/23 | Legal Order, LTS P062823000279 | -394.38 |

Card account #

| Date | Description | Amount |
|---|---|---|
| 06/01/23 | CHECKCARD  0531 FACEBK H523SQKUJ2 650-5434800                         CKCD | -47.76 |
| 06/02/23 | CHECKCARD  0601 FREEDOM VOICE SYSTEMS 800-4771477 AZ            RECURRING CKCD | -10.56 |
| 06/02/23 | CHECKCARD  0601 GOOGLE*ADS2489113345 CC GOOGLE.COMCA              CKCD 7311 | -145.06 |
| 06/05/23 | CHECKCARD  0604 FEDEX575954624 800-4633339  TN                  4215 | -222.22 |
| 06/05/23 | CHECKCARD  0605 TWITTER PAID FEATURES HTTPSWWW.TWITCA             RECURRING CKCD | -84.00 |
| 06/07/23 | CHECKCARD  0606 FEDEX576151988 800-4633339                 CKCD 4215 | -182.55 |
| 06/07/23 | CHECKCARD  0606 FEDEX216566073 800-4633339  TN 241             4215 | -84.51 |
| 06/07/23 | PURCHASE  0606 INSURANCE* COVERWALLET HTTPSWWW.COVENY | -262.86 |

*continued on the next page*