# EXHIBIT 23

1

```
 1        UNITED STATES DISTRICT COURT
 2               for the
 3            District of Nevada
 4   --------------------------------x
 5   JAMES DEPPOLETO,                        :
 6        Plaintiff,          :
 7        v.            : Civil Action No.
 8   TAKEOVER INDUSTRIES INCORPORATED,: 2:22CV02013
 9   ET AL.           :
10        Defendant.         :
11   ------------------------------x
12   Deposition of THOMAS ZARRO, Corporate Representative
13           OF Next Gen Beverages
14            Las Vegas, Nevada
15         Thursday, November 21, 2024
16              3:14 p.m.
17
18
19
20
21
22
23   Job No.:  561644
24   Pages 1 - 33
25   TranscribedBy:  Jennifer Candela-Alvarez
```

2

```
 1   Deposition of THOMAS ZARRO, held at the offices of:
 2
 3        Shea Larsen
 4        1731 Village Center Circle
 5        Suite 150
 6        Las Vegas, NV  89134
 7        (702) 471-7432
 8
 9
10
11        Pursuant to agreement, before
12   Mylene Santiano, Notary Public, in and for the
13   state of Nevada.
14
15
16
17
18
19
20
21
22
23
24
25
```

3

```
 1        A P P E A R A N C E S
 2   ON BEHALF OF PLAINTIFF, JAMES DEPPOLETO:
 3        PATRICK HARVEY, ESQUIRE
 4        511 North Broadway
 5        Suite 1100
 6        Milwaukee, WI  53202
 7        (414) 273-2100
 8
 9   ON BEHALF OF DEFENDANT, TAKEOVER INDUSTRIES
10   INCORPORATED, ET AL.:
11        DON BENNION, JR., ESQUIRE
12        LAW OFFICE OF S. DON BENNION
13        6980 O'Bannon Drive
14        Suite 400
15        Las Vegas, Nevada  89117
16        (702) 333-0777
17
18   ALSO PRESENT:
19        Esteban Horta, Videographer
20
21
22
23
24
25
```

4

```
 1            C O N T E N T S
 2   EXAMINATION OF THOMAS ZARRO              PAGE
 3      By Mr. Harvey                          6
 4          E X H I B I T S
 5        (Attached to transcript.)
 6   ZARRO DEPOSITION EXHIBIT               PAGE
 7   Exhibit 1      Subpoena to Next Gen       6
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

---

**5**

1    P R O C E E D I N G S
2        THE VIDEOGRAPHER:  Here begins Media No.
3    1 in the videotaped deposition of Tom Zarro's
4    portion of the Next Gen Beverages corporate
5    representative deposition, in the matter of
6    James Deppoleto, Plaintiff v. Takeover Industries
7    Incorporated, et al., Defendants, in the United
8    States District Court for the District of Nevada,
9    Case No. 2:22CV02013.
10       Today's date is Thursday, November 21st,
11   2024.  The time on the video monitor is 3:14 p.m.
12   The videographer today is Esteban Horta,
13   representing Planet Depos.  This video deposition
14   is taking place at 1731 Village Center Circle,
15   Suite 150, Las Vegas, Nevada 89134.
16       Would counsel please voice identify
17   themselves and state whom they represent?
18       MR. HARVEY:  Patrick Harvey for the
19   Plaintiff.
20       MR. BENNION:  Don Bennion for the
21   Defendants.
22       THE VIDEOGRAPHER:  The court reporter
23   today is Mylene Santiano, representing Planet
24   Depos.  Will the reporter please swear in the
25   witness.

**6**

1        EXAMINATION BY COUNSEL FOR THE PLAINTIFF
2    BY MR. HARVEY:
3        Q   Welcome again, Mr. Zarro.
4        **A   Thank you, Mr. Harvey.**
5        Q   I've already handed you what we marked
6    as Exhibit 1 for the Next Gen corporate
7    representative deposition, which is the subpoena
8    with the topic list.
9        (Exhibit 1 was marked for identification.)
10       Have you seen that before today?
11       **A   Yes.**
12       Q   Okay.
13       Q   And I understand you're prepared to
14   offer testimony today as the corporate
15   representative on behalf of Next Gen Beverages LLC,
16   at least to some topics; correct?
17       **A   Correct.**
18       Q   And my understanding is that you are
19   going to be offering testimony as to topics one,
20   two, three, and five of the topic list; is that
21   correct?
22       **A   Correct.**
23       Q   Okay.  What, if anything, did you do to
24   prepare to offer testimony as the corporate
25   representative on behalf of Next Gen Beverages with

**7**

1    respect to those topics?
2        **A   I reviewed the case files, I've spoken**
3    **to my attorney, I've spoken to internal team**
4    **members as mentioned in the previous deposition.**
5        Q   And, again, I'm trying to laser focus on
6    what you did to prepare to be the Next Gen witness
7    today.  Did you do anything specifically to prepare
8    to talk about the four topics in the subpoena on
9    behalf of Next Gen?
10       **A   I've read the case files, and I've**
11   **spoken to my attorney.**
12       Q   So nothing specific as to Next Gen?
13   Just a general conversation?
14       **A   General.  Yeah.**
15       Q   Okay.  Did you review any Next Gen
16   specific documents to prepare for today's
17   deposition?
18       **A   Not that I can recall specifically.**
19       Q   Did you ask anyone affiliated with Next
20   Gen Beverages to provide you with information that
21   would help educate you on the topics in the topic
22   list about which you are going to testify?
23       **A   I did not.**
24       Q   Why not?
25   **A   I didn't feel they were necessary.**

**8**

1        Q   Did you meet with counsel to prepare to
2    be the Next Gen Beverages' witness today?
3        **A   I did.**
4        Q   For how long?
5        **A   Multiple hour phone call.**
6        Q   Again, specifically related to Next Gen.
7        **A   Yeah.  Of this, a quarter of the call.**
8        Q   And how long was a quarter of the call?
9        **A   Oh, an hour.**
10       Q   So 15 minutes or so?
11       **A   No.  The call went for several hours.**
12   **So I would say this was 45 minutes to an hour.**
13       Q   When was this?
14       **A   Last -- yesterday, multiple times and**
15   **then last night.**
16       Q   Was anyone else involved in that portion
17   of the meeting?
18       **A   No.**
19       Q   That was via phone?
20       **A   Correct.**
21       Q   As you were participating in that
22   meeting, did you review any documents specific to
23   Next Gen?
24       **A   All the documents -- I'm sure some had**
25   **something to do with it, but I can't recall**

9

1  anything specific.
2      Q   Other than the meeting yesterday, did
3  you have any other discussions with counsel about
4  this deposition?
5      A   No.
6      Q   Did you make any handwritten or
7  typewritten notes to assist you in testifying on
8  behalf of Next Gen today?
9      A   No.  The first topic, Topic No. 1, is
10 the nature of Next Gen Beverage's relationship with
11 Mr. Deppoleto, including any amounts of funds
12 received by Next Gen from Mr. Deppoleto.  Like we
13 did in the last one, I have a series of questions
14 about what is Next Gen, what products does it sell,
15 things of that nature.  You've already answered
16 that in your first deposition today.  If I ask you
17 those questions again, are you going to give me the
18 same answers you answered in your individual
19 capacity?
20     A   Yes.
21     Q   So I don't need to go over those again?
22     A   Yes, sir.
23     Q   Okay.  And the same question.  I asked
24 you about the current officers, members, managers
25 of Next Gen Beverages.  Your testimony as the

10

1  corporate representative -- would that be the same
2  as your individual testimony on those issues?
3      A   Yes.
4      Q   I don't think I asked you before.  I
5  think you touched on it, but I didn't specifically
6  ask you.  Do you or Mr. Holley receive any
7  compensation from Next Gen Beverages?
8      A   No.
9      Q   And be that payments or shares or
10 anything like that?
11     A   Well, we get -- we got the share
12 issuance.  I got the shares.  I don't know if Mike
13 got any.
14     Q   And those are the shares you described
15 in your individual deposition?
16     A   Yes.  Yes.
17     Q   Any other compensation other than the
18 shares you described in your individual deposition?
19     A   No.
20     Q   To your knowledge, is there -- I had
21 asked you earlier about how Next Gen obtained its
22 startup capital.  To your knowledge, is there a
23 document that -- I can't remember the name of the
24 company.  The Clear --
25 A  Clear Trust is the transfer agent.

11

1      Q   Are they the only one who would have a
2  document that breaks down who invested what and
3  when in Next Gen?
4      A   No, they wouldn't have that document.
5      Q   Who would have that document?
6      A   Mike Holley.  He handles the bank
7  accounts and corporate compliance issues.
8      Q   Do you know whether Mike Holley, in
9  fact, has a document of that nature?
10     A   No.
11     Q   You're just assuming that, if there was
12 one, he would have it?
13     A   Yeah.
14     Q   In your capacity as the Next Gen
15 corporate representative, did Next Gen Beverages
16 receive any assets from Takeover Industries
17 Incorporated?
18     A   No, not that I recall.
19     Q   Any monetary funds?
20     A   No.
21     Q   Any products?
22     A   No.
23     Q   Did Next Gen receive from Takeover any
24 assignments?
25 A Did Next Gen receive -- not that I can

12

1  recall, no.
2      Q   Did Next Gen receive from Takeover the
3  transfer of any contracts?
4      A   No.
5      Q   Manny Pacquiao had a contract with
6  Takeover; correct?
7      A   I'm not aware of a contract with
8  Takeover.  I think he had an agreement with the
9  parent company Labor Smart.
10     Q   And that was to promote Takeover
11 products; correct?
12     A   I know that he was promoting Takeover
13 products.
14     Q   Does Manny Pacquiao have a contract with
15 Next Gen?
16     A   I don't know that he -- I don't know if
17 he's got a specific contract.
18     Q   Who would know the answer to that?
19     A   Mike Holley.
20     Q   You've never seen it if there was?
21     A   I've seen the original agreement.  And,
22 again, it was with -- it was non-exclusive, and it
23 was with Labor Smart.
24     Q   So you have seen the Pacquiao Labor
25 Smart contract; correct?

**13**

1    A   Yeah.  A long time ago.  Yes.
2    Q   And your testimony is that it was not
3  exclusive?
4    A   Correct.
5    Q   Meaning he could promote a rival
6  beverage company?
7    A   Yes.
8    Q   But you have never seen a Pacquiao Next
9  Gen contract; is that correct?
10   A   I have not.  Correct.
11   Q   Has Next Gen Beverages received any
12 trade secrets from Takeover?
13   A   No.
14   Q   Has Next Gen Beverages used any product
15 formulas from Takeover?
16   A   No.
17   Q   Has Next Gen Beverages used any recipes
18 from Takeover?
19   A   When you say recipe, like, there's
20 similarities in the hydrogen water that Takeover
21 used to have but discontinued that Next Gen now
22 sells.
23   Q   What do you mean by that?
24   A   That the hydrogen water that Next Gen
25 sells is a product that shares a recipe that

**14**

1  Takeover used to have before they discontinued the
2  product and sued the manufacturer.  That would be a
3  shared recipe if you will.
4    Q   Are there any others --
5    A   No.
6    Q   -- other than what you just described?
7    A   No.
8    Q   When Takeover was using that recipe, did
9  it do anything to protect it?
10   A   No.
11   Q   Why not?
12   A   I think there was no desire for Takeover
13 to continue to sell that product.  They were laser
14 focused on their energy shots.  That's why they
15 discontinued the product and said they would never
16 sell it again.
17       MR. HARVEY:  I'm going to hand you what
18 we had marked Exhibit -- as Exhibit A at the
19 Takeover corporate representative deposition.
20 That's the bank statement.
21       (Exhibit A, previously marked, was
22 identified.)
23       THE WITNESS:  Okay.
24   Q   And I know we just looked at it, but now
25 you're sitting here wearing a different hat, which

**15**

1  is the corporate representative for Next Gen
2  Beverages.  So in that capacity, before I gave it
3  to you a couple minutes ago in the other
4  deposition, had you seen this document?
5    A   Before you handed it to me today?
6    Q   Yes.
7    A   No, not that I can recall.
8    Q   You didn't review it in preparation for
9  today's deposition?
10   A   Not this specific document.
11   Q   How -- well, I know this is a shortened
12 version of much bigger bank statements.  Did you
13 review all the bank statements?
14   A   I did not.
15   Q   Okay.  The first entry -- you probably
16 know where I'm going here.
17   A   Yes.
18   Q   Page 1, DEF269, 6/29/23.  There's a
19 $15,000 payment for Next Gen.  As the corporate
20 representative for Next Gen, why did Next Gen make
21 that payment?
22   A   My -- this was going from Next Gen to
23 Takeover?
24   Q   That's how I read it.
25 A   Okay.  Then most likely the sister

**16**

1  subsidiary of Next Gen needed funds.  There were
2  none available in the Takeover account.  So this is
3  our operating account, representing the parent
4  company.  So it met an obligation so that it would
5  not tarnish or inhibit the parent company from
6  meeting its obligations with its owners or
7  creditors.
8    Q   As of 6/29/23, you were Takeover's CEO;
9  correct?
10   A   Yes.
11   Q   And you said you were a member/manager
12 of Next Gen as of this timeframe too; correct?
13   A   Yes.
14   Q   So you authorized this transaction on
15 behalf of Next Gen and authorized the acceptance of
16 it from Takeover; is that correct?
17   A   I don't manage the day-to-day
18 operations, Mr. Harvey.
19   Q   Who would have authorized this from Next
20 Gen?
21   A   Mike Holley would have the authority to
22 make these decisions.
23   Q   Who would have had the authority to
24 accept it from Takeover?
25 A   Mike Holley.

17

1    Q   So Mr. Holley was on both sides of this
2  transaction; correct?
3    A   As well.  Yes.
4    Q   You don't know, as the corporate
5  representative for Next Gen specifically, what this
6  money was for, though; correct?
7    A   Not specifically.
8    Q   As of this time, June 2023, you did know
9  that Takeover owed Mr. Deppoleto money; correct?
10   A   Yes.  Well, I take that back.  I know
11 that Mr. Deppoleto put money into Takeover.  The
12 validity of the debt is still being argued in
13 court.
14   Q   Flipping to the next page, DEF278,
15 second page.
16   A   I'm ahead of you.
17   Q   Go forward.  Withdrawal, July 7, 2023.
18 Takeover is paying Next Gen $10,000; correct?
19   A   Correct.
20   Q   Do you remember, as the corporate
21 representative for Next Gen, the specific reason
22 Takeover transferred that money to Next Gen?
23   A   It appears that it's to pay back the
24 loan that Next Gen gave Takeover.
25 Q Do you, as you sit here, specifically

18

1  remember the specific reason?
2    A   I do not.
3    Q   Okay.  And there's another $5,000
4  transfer on July 14; correct --
5    A   Yes.
6    Q   -- from Takeover to Next General?
7    A   Mm-hmm.
8    Q   And do you remember the specific reason
9  why Takeover was transferring money to Next Gen on
10 7/14/23?
11   A   I believe it was to pay back the loan
12 that Next Gen gave it.
13   Q   You believe that, but you don't remember
14 the specific reason; correct?
15   A   The specific reason why Takeover needed
16 the money, I do not.  No.
17   Q   No.  The specific reason why Takeover
18 was paying Next Gen on July 14, 2023.
19   A   No.  I believe the specific reason was
20 to pay back the money that Next Gen gave it.
21   Q   But you keep qualifying by saying you
22 believe.  I'm saying do you know the specific
23 reason why Takeover sent $5,000 on July 14, 2023?
24   A   I don't differentiate between I believe
25 and I know it.  However, I'm not a lawyer.  So --

19

1    Q   Well --
2    A   I mean, there was money.  There was
3  money.  We -- I've spoken to Mike about this.
4  Money went and money came back.  I believe, with
5  relative certainty, that that was money in to take
6  care of an obligation and then money back once
7  Takeover had the money.
8    Q   Let me try and break it down this way:
9  Did you drive here today?
10   A   I did.
11   Q   You believe your car is still where you
12 parked it?
13   A   I hope so.  It's my wife's car.
14   Q   That's what I'm getting at.  You don't
15 know, as you sit here at this moment, that it's
16 there; correct?
17   A   Correct.
18   Q   So you understand the distinction I'm
19 drawing between believing and knowing?
20   A   Yeah.
21   Q   Okay.  So my question is you don't know,
22 as you sit here today, specifically why Takeover
23 was sending money on July 14 to Next Gen; correct?
24      MR. BENNION:  I state an objection to
25 the extent that he -- it's already been asked and

20

1  answered.
2      Go ahead.
3    A   I know it was to pay back that money.
4    Q   How do you know that?
5    A   Because I've spoken to Mike about it,
6  and I made it very clear.  If you loan money to
7  Takeover, make sure you get it back when Takeover
8  has the ability.
9    Q   When was this conversation you're
10 referring to?
11   A   General conversations over the last
12 year.
13   Q   Well, so that's adding even another --
14 you're believing that Mr. Holley followed through
15 with your orders, but you don't know that?
16   A   Correct.
17   Q   Okay.
18   A   I'll meet you there.
19   Q   So, again, you don't know specifically
20 why Takeover was transferring money to Next Gen
21 Beverages in July 2023; true?
22      MR. BENNION:  Same objection.
23   A   True.  I mean --
24   Q   Okay.  Then if we go to DEF300, which is
25 the next page, we have another instance of Takeover

21

1  transferring money to Next Gen Beverages on
2  9/21/2023 in the amount of $10,000; correct?
3      **A   Correct.**
4      Q   As the corporate representative of Next
5  Gen, you don't know why Takeover was transferring
6  that money to Next Gen; correct?
7      **A   The -- are you referring to the**
8  **transaction on 9/18/23?**
9      Q   No.  9/21/23 --
10     **A   Oh, okay.**
11     Q   -- under the withdrawals and other
12 debits.
13     **A   Oh, I believe that's to pay back the**
14 **deposit it got on 9/18.**
15     Q   Again, slightly different than my
16 question.  You don't know specifically why Takeover
17 transferred $10,000 to Next Gen on September 21,
18 2023; correct?
19     **A   I -- you're tripping me up, Mr. Harvey.**
20 **I know that was to pay back the $10,000 deposit.  I**
21 **know it.**
22     Q   How do you know that?
23     **A   Because I instructed Mr. Holley, who**
24 **controls the bank account, to execute transactions**
25 **in that way.  And I believe, based on these -- on**

22

1  **these bank statements, that that is, in fact, what**
2  **happened.**
3      Q   Again -- so I'm trying to get you out of
4  here as quickly as possible.  We just had this same
5  discussion --
6      **A   I know.**
7      Q   -- with the July payment.  You assume
8  that Mr. Holley followed your order, but you don't
9  actually know that; correct?
10     **A   Correct.  I can't see another**
11 **explanation.**
12     Q   Okay.  But you don't know specifically
13 why Takeover transferred that money to Next Gen
14 Beverages on September 1, 2023; correct?
15         MR. BENNION:  Objection.  Asked and
16 answered.
17     **A   In that narrow path you're giving me,**
18 **then the answer is, correct, I don't know.**
19     Q   Okay.  And I know I asked you these
20 questions in your individual deposition, but now,
21 again, you're the corporate representative for Next
22 Gen; so I want to make sure.  Did Next Gen/LOCK'D
23 IN sell NXTLVL products on LOCK'D IN's website?
24     **A   I don't believe it made any sales.**
25 Q   Did it -- did Next Gen/LOCK'D IN

23

1  advertise NXTLVL products on LOCK'D IN's website?
2      **A   Okay.  Ask the question again,**
3  **Mr. Harvey.**
4      Q   Sure.  Did Next Gen/LOCK'D IN advertise
5  NXTLVL products for sale on LOCK'D IN's website?
6      **A   Yes.**
7      Q   For how long did that occur?
8      **A   One or two days.**
9      Q   All right.  And was the only reason that
10 they were removed because you received a cease and
11 desist letter?
12     **A   And -- yes.  That was part of it.**
13     Q   Had you not received the cease and
14 desist letter, would Next Gen/LOCK'D IN have
15 continued to advertise the products -- the NXTLVL
16 products on the LOCK'D IN website?
17     **A   Knowing that the money would go into**
18 **Takeover to fund its needs, yes, it would have**
19 **continued.**
20     Q   And we looked at the exhibit earlier.
21 We can pull it out.  They were being advertised at
22 50 percent off retail price; correct?
23     **A   It showed that right over where it said**
24 **Takeover Industries.  Yes.**
25 Q Okay.  Has Next Gen ever solicited any

24

1  investments from Mr. Deppoleto?
2      **A   I have not personally.**
3      Q   To your knowledge, has anyone from Next
4  Gen?
5      **A   I don't think so.  It's possible.  Him**
6  **and Luis have a very good friendship.  It's**
7  **possible he said, you know, if you want to come in,**
8  **you're welcome to after he received his payment**
9  **from the private placement he did.**
10     Q   And does Luis have a formal role of any
11 sort with Next Gen?
12     **A   He's a director of Labor Smart.**
13     Q   But with Next Gen, not -- no parent
14 company?
15     **A   Correct.  No.**
16     Q   So to the -- if I'm understanding you,
17 to the extent that Luis solicited money for Next
18 Gen from Mr. Deppoleto, he was doing it in his
19 capacity as an affiliate of Labor Smart; is that --
20     **A   No.  I think -- I think it would be a**
21 **stretch to even think that Luis would have asked**
22 **Mr. Deppoleto for an investment.  I don't believe**
23 **he did.  You asked is it possible.  The only way it**
24 **was possible is perhaps they did, but I have no**
25 **knowledge of that.**

25

1    Q   And I thought I -- what I'd actually
2  asked you before -- I'll try it again.  To your
3  knowledge, has anyone with a direct affiliation
4  with Next Gen -- have they ever solicited any
5  investments from Mr. Deppoleto?
6    A   No.  The answer is no.
7    Q   Has Mr. Deppoleto provided any funds to
8  Next Gen Beverages?
9    A   No.
10   Q   As of the date -- and I know you're a
11 little fuzzy on it -- Next Gen's formation -- as of
12 the date that it was formed, May-June 2023,
13 somewhere in that time frame.  Does that sound
14 about right?
15   A   Yeah.
16   Q   Okay.  Just to -- I'm not holding you to
17 it, but let's just say it was June 1, 2023.
18   A   Okay.
19   Q   As of June 1, 2023, who were the
20 members, managers, or board of directors of Next
21 Gen Beverages?
22   A   Mike and I, members-managers.  No board.
23   Q   Okay.  And at that time, were you
24 receiving any compensation of any sort from
25 Takeover?

26

1    A   No.
2    Q   Was Mr. Holley at that time receiving
3  any compensation of any sort from Takeover?
4    A   No, not to my knowledge.
5    Q   Were you receiving any compensation of
6  any kind from Next Gen at that time?
7    A   No.
8    Q   Was Mr. Holley receiving -- well, I keep
9  saying compensation, but I mean shares or anything.
10   A   Nothing at that time.  I mean, no.  We
11 were just all scrambling.
12   Q   Okay.  Was Mr. Holley receiving
13 compensation of any kind?
14   A   Not to my knowledge.
15   Q   And I think you answered this before.  I
16 just want to make sure.  Has -- have -- you and
17 Mr. Holley have been the only members and managers
18 of Next Gen since its formation; is that correct?
19   A   Correct.
20   Q   No one else has ever been a member or a
21 manager of Next Gen?
22   A   On a corporate official status, yes.
23 Mike Araghi is now the president.  Yeah.
24   Q   Okay.  And you said both you and
25 Mr. Holley are still directors of Takeover;

27

1  correct?
2    A   Yes.
3    Q   So you two have been serving both
4  companies concurrently; correct?
5    A   Correct.
6    Q   Does Mr. McBride have anything to do
7  with Next Gen?
8    A   No.
9    Q   And you said Mr. Pavlik works on behalf
10 of Next Gen but may not have an official role with
11 Next Gen; is that right?
12   A   I would say he works with us unpaid.
13   Q   And when did he start doing that?
14   A   Since the formation.
15   Q   And you say unpaid.  Did he receive any
16 shares?
17   A   Not specifically, no, not for his work.
18   Q   Why do you say not specifically?
19   A   Because I think he received some shares
20 for his formulations early on but not for his
21 weekly contributions to the company's benefit.
22   Q   What does -- I get putting together the
23 original formulation.  Once the formulation is set,
24 it's set; correct?
25 A   Mm-hmm.  Mm-hmm.  Yeah.

28

1    Q   So what does he do on a day-to-day basis
2  still?
3    A   Well, we're going to be forming a new
4  company, and he'll be doing formulations for that.
5  And then he'll also be doing media to promote those
6  products and help sell them through direct to
7  consumer.
8    Q   Okay.  Other than the transfers from
9  Next Gen to Takeover that we went over in Exhibit A
10 --
11   A   Yes.
12   Q   -- are you aware of any other instances
13 of Next Gen transferring funds or anything else of
14 value to Takeover?
15   A   I am not.
16   Q   Did you review any documents to prepare
17 for today to answer that question?
18   A   I don't believe any documents exist; so
19 I wouldn't know where to look.
20   Q   For example, the Next Gen Wells Fargo
21 bank account statements.  Did you review those?
22   A   I did not.
23   Q   When did Next Gen Beverages begin
24 earning revenue?
25 A   I would say third quarter '23.

29

1    Q    Approximately how much did it earn in
2  Q3?
3    **A    It was doing $10,000 a month in gross**
4  **revenue -- losing money, net revenue.**
5    Q    How about Q4 2023?
6    **A    Same.**
7    Q    How about Q1 2024?
8    **A    Same.**
9    Q    Q2 2024?
10   **A    Sales increased with us becoming pink**
11 **current for the public company.  So people got**
12 **excited and started looking at us as a viable**
13 **company as opposed to a -- the reputation was so**
14 **tarnished from Takeover and Jason and that whole**
15 **scene that nobody was even believing that we were a**
16 **real company trying to restore the public company.**
17 **So once that happened in April of 2024, sales**
18 **picked up substantially.**
19   Q    How much?
20   **A    I think we did 80 or 90 in April and 60**
21 **in May and probably 50 in June.  And then now sales**
22 **are probably 40ish, average, a thousand a month.**
23   Q    Has Next Gen Beverages transferred any
24 of that revenue to any other entity?
25 A The only thing I can think of is if it

30

1  gave Takeover money for something it needed, but I
2  do not know that to be a fact.
3    Q    You don't remember a specific instance
4  of that happening?
5    **A    No, I do not.**
6    Q    Did Next Gen transfer any of that
7  revenue to Next Gen Holdings?
8    **A    No.**
9    Q    Did it transfer any of that revenue to
10 Labor Smart?
11   **A    No.**
12   Q    Did it transfer any of that revenue to
13 Illumination Holdings?
14   **A    No.**
15      MR. HARVEY:  All right.  Unless your
16 counsel has questions for you, I don't believe I
17 have any others.
18      MR. BENNION:  No questions.
19      THE VIDEOGRAPHER:  Before we go off the
20 record, Mr. Bennion, would you like a copy of the
21 video from today's deposition?
22      MR. BENNION:  No.  Thank you.  Just a
23 copy of the deposition transcript.
24      THE VIDEOGRAPHER:  Okay.  This marks the
25 end of Tom Zarro's portion of the Next Gen

31

1  Beverages corporate representative deposition.
2  We're going off the record at 3:43 p.m.
3      (Off the record at 3:43 p.m.)
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

32

1      CERTIFICATE OF COURT REPORTER - NOTARY PUBLIC
2         I, Mylene Santiano, the officer before
3  whom the foregoing proceedings were taken, do
4  hereby certify that any witness(es) in the
5  foregoing proceedings were fully sworn; that the
6  proceedings were recorded by me and thereafter
7  reduced to typewriting by a qualified
8  transcriptionist; that said digital audio recording
9  of said proceedings are a true and accurate record
10 to the best of my knowledge, skills, and ability;
11 and that I am neither counsel for, related to, nor
12 employed by any of the parties to this case and
13 have no interest, financial or otherwise, in its
14 outcome.
15
16
17
18
19  _____
20 MYLENE SANTIANO,
21 NOTARY PUBLIC FOR THE STATE OF NEVADA
22
23
24
25

33

1          CERTIFICATE OF TRANSCRIBER
2          I, Jennifer Candela-Alvarez, do
3    hereby certify that this transcript was prepared
4    from the digital audio recording of the foregoing
5    proceeding; that said transcript is a true and
6    accurate record of the proceedings to the best of
7    my knowledge, skills, and ability; and that I am
8    neither counsel for, related to, nor employed by
9    any of the parties to the case and have no
10   interest, financial or otherwise, in its outcome.
11
12   _Jenif Cv/_
13   _____
14   JENNIFER CANDELA-ALVAREZ
15   DECEMBER 9, 2024
16
17
18
19
20
21
22
23
24
25

## A

**ability**
20:8, 32:10,
33:7
**about**
7:8, 7:22, 9:3,
9:14, 9:24,
10:21, 19:3,
20:5, 25:14,
29:5, 29:7
**accept**
16:24
**acceptance**
16:15
**account**
16:2, 16:3,
21:24, 28:21
**accounts**
11:7
**accurate**
32:9, 33:6
**action**
1:7
**actually**
22:9, 25:1
**adding**
20:13
**advertise**
23:1, 23:4,
23:15
**advertised**
23:21
**affiliate**
24:19
**affiliated**
7:19
**affiliation**
25:3
**after**
24:8
**again**
6:3, 7:5, 8:6,
9:17, 9:21,
12:22, 14:16,
20:19, 21:15,
22:3, 22:21,
23:2, 25:2

**agent**
10:25
**ago**
13:1, 15:3
**agreement**
2:11, 12:8,
12:21
**ahead**
17:16, 20:2
**al**
1:9, 3:10, 5:7
**all**
8:24, 15:13,
23:9, 26:11,
30:15
**already**
6:5, 9:15,
19:25
**also**
3:18, 28:5
**amount**
21:2
**amounts**
9:11
**another**
18:3, 20:13,
20:25, 22:10
**answer**
12:18, 22:18,
25:6, 28:17
**answered**
9:15, 9:18,
20:1, 22:16,
26:15
**answers**
9:18
**any**
7:15, 8:22,
9:3, 9:6, 9:11,
10:6, 10:13,
10:17, 11:16,
11:19, 11:21,
11:23, 12:3,
13:11, 13:14,
13:17, 14:4,
22:24, 23:25,
24:10, 25:4,
25:7, 25:24,

26:3, 26:5,
26:6, 26:13,
27:15, 28:12,
28:16, 28:18,
29:23, 29:24,
30:6, 30:9,
30:12, 30:17,
32:4, 32:12,
33:9
**anyone**
7:19, 8:16,
24:3, 25:3
**anything**
6:23, 7:7, 9:1,
10:10, 14:9,
26:9, 27:6,
28:13
**appears**
17:23
**approximately**
29:1
**april**
29:17, 29:20
**araghi**
26:23
**argued**
17:12
**asked**
9:23, 10:4,
10:21, 19:25,
22:15, 22:19,
24:21, 24:23,
25:2
**assets**
11:16
**assignments**
11:24
**assist**
9:7
**assume**
22:7
**assuming**
11:11
**attached**
4:5
**attorney**
7:3, 7:11
**audio**
32:8, 33:4

**authority**
16:21, 16:23
**authorized**
16:14, 16:15,
16:19
**available**
16:2
**average**
29:22
**aware**
12:7, 28:12

## B

**back**
17:10, 17:23,
18:11, 18:20,
19:4, 19:6,
20:3, 20:7,
21:13, 21:20
**bank**
11:6, 14:20,
15:12, 15:13,
21:24, 22:1,
28:21
**based**
21:25
**basis**
28:1
**because**
20:5, 21:23,
23:10, 27:19
**becoming**
29:10
**been**
19:25, 26:17,
26:20, 27:3
**before**
2:11, 6:10,
10:4, 14:1,
15:2, 15:5,
25:2, 26:15,
30:19, 32:2
**begin**
28:23
**begins**
5:2
**behalf**
3:2, 3:9, 6:15,

6:25, 7:9, 9:8,
16:15, 27:9
**being**
17:12, 23:21
**believe**
18:11, 18:13,
18:19, 18:22,
18:24, 19:4,
19:11, 21:13,
21:25, 22:24,
24:22, 28:18,
30:16
**believing**
19:19, 20:14,
29:15
**benefit**
27:21
**bennion**
3:11, 3:12,
5:20, 19:24,
20:22, 22:15,
30:18, 30:20,
30:22
**best**
32:10, 33:6
**between**
18:24, 19:19
**beverage**
13:6
**beverage's**
9:10
**beverages**
1:13, 5:4,
6:15, 6:25,
7:20, 8:2, 9:25,
10:7, 11:15,
13:11, 13:14,
13:17, 15:2,
20:21, 21:1,
22:14, 25:8,
25:21, 28:23,
29:23, 31:1
**bigger**
15:12
**board**
25:20, 25:22
**both**
17:1, 26:24,

27:3
**break**
19:8
**breaks**
11:2
**broadway**
3:4

### C

**call**
8:5, 8:7, 8:8,
8:11
**came**
19:4
**can't**
8:25, 10:23,
22:10
**candela-alvarez**
1:25, 33:2,
33:14
**capacity**
9:19, 11:14,
15:2, 24:19
**capital**
10:22
**car**
19:11, 19:13
**care**
19:6
**case**
5:9, 7:2, 7:10,
32:12, 33:9
**cease**
23:10, 23:13
**center**
2:4, 5:14
**ceo**
16:8
**certainty**
19:5
**certificate**
32:1, 33:1
**certify**
32:4, 33:3
**circle**
2:4, 5:14
**civil**
1:7

**clear**
10:24, 10:25,
20:6
**come**
24:7
**companies**
27:4
**company**
10:24, 12:9,
13:6, 16:4,
16:5, 24:14,
28:4, 29:11,
29:13, 29:16
**company's**
27:21
**compensation**
10:7, 10:17,
25:24, 26:3,
26:5, 26:9,
26:13
**compliance**
11:7
**concurrently**
27:4
**consumer**
28:7
**continue**
14:13
**continued**
23:15, 23:19
**contract**
12:5, 12:7,
12:14, 12:17,
12:25, 13:9
**contracts**
12:3
**contributions**
27:21
**controls**
21:24
**conversation**
7:13, 20:9
**conversations**
20:11
**copy**
30:20, 30:23
**corporate**
1:12, 5:4, 6:6,

6:14, 6:24,
10:1, 11:7,
11:15, 14:19,
15:1, 15:19,
17:4, 17:20,
21:4, 22:21,
26:22, 31:1
**correct**
6:16, 6:17,
6:21, 6:22,
8:20, 12:6,
12:11, 12:25,
13:4, 13:9,
13:10, 16:9,
16:12, 16:16,
17:2, 17:6,
17:9, 17:18,
17:19, 18:4,
18:14, 19:16,
19:17, 19:23,
20:16, 21:2,
21:3, 21:6,
21:18, 22:9,
22:10, 22:14,
22:18, 23:22,
24:15, 26:18,
26:19, 27:1,
27:4, 27:5,
27:24
**could**
13:5
**counsel**
5:16, 6:1, 8:1,
9:3, 30:16,
32:11, 33:8
**couple**
15:3
**court**
1:1, 5:8, 5:22,
17:13, 32:1
**creditors**
16:7
**current**
9:24, 29:11

### D

**date**
5:10, 25:10,

25:12
**day-to-day**
16:17, 28:1
**days**
23:8
**debits**
21:12
**debt**
17:12
**december**
33:15
**decisions**
16:22
**def**
15:18, 17:14,
20:24
**defendant**
1:10, 3:9
**defendants**
5:7, 5:21
**depos**
5:13, 5:24
**deposit**
21:14, 21:20
**deposition**
1:12, 2:1, 4:6,
5:3, 5:5, 5:13,
6:7, 7:4, 7:17,
9:4, 9:16,
10:15, 10:18,
14:19, 15:4,
15:9, 22:20,
30:21, 30:23,
31:1
**deppoleto**
1:5, 3:2, 5:6,
9:11, 9:12,
17:9, 17:11,
24:1, 24:18,
24:22, 25:5,
25:7
**described**
10:14, 10:18,
14:6
**desire**
14:12
**desist**
23:11, 23:14

**different**
14:25, 21:15
**differentiate**
18:24
**digital**
32:8, 33:4
**direct**
25:3, 28:6
**director**
24:12
**directors**
25:20, 26:25
**discontinued**
13:21, 14:1,
14:15
**discussion**
22:5
**discussions**
9:3
**distinction**
19:18
**district**
1:1, 1:3, 5:8
**document**
10:23, 11:2,
11:4, 11:5,
11:9, 15:4,
15:10
**documents**
7:16, 8:22,
8:24, 28:16,
28:18
**doing**
24:18, 27:13,
28:4, 28:5, 29:3
**don**
3:11, 3:12,
5:20
**down**
11:2, 19:8
**drawing**
19:19
**drive**
3:13, 19:9

**E**

**earlier**
10:21, 23:20

**early**
27:20
**earn**
29:1
**earning**
28:24
**educate**
7:21
**else**
8:16, 26:20,
28:13
**employed**
32:12, 33:8
**end**
30:25
**energy**
14:14
**entity**
29:24
**entry**
15:15
**esquire**
3:3, 3:11
**esteban**
3:19, 5:12
**et**
1:9, 3:10, 5:7
**even**
20:13, 24:21,
29:15
**ever**
23:25, 25:4,
26:20
**examination**
4:2, 6:1
**example**
28:20
**excited**
29:12
**exclusive**
13:3
**execute**
21:24
**exhibit**
4:6, 4:7, 6:6,
6:9, 14:18,
14:21, 23:20,
28:9

**exist**
28:18
**explanation**
22:11
**extent**
19:25, 24:17

**F**

**fact**
11:9, 22:1,
30:2
**fargo**
28:20
**feel**
7:25
**files**
7:2, 7:10
**financial**
32:13, 33:10
**first**
9:9, 9:16,
15:15
**five**
6:20
**flipping**
17:14
**focus**
7:5
**focused**
14:14
**followed**
20:14, 22:8
**foregoing**
32:3, 32:5,
33:4
**formal**
24:10
**formation**
25:11, 26:18,
27:14
**formed**
25:12
**forming**
28:3
**formulas**
13:15
**formulation**
27:23

**formulations**
27:20, 28:4
**forward**
17:17
**four**
7:8
**frame**
25:13
**friendship**
24:6
**fully**
32:5
**fund**
23:18
**funds**
9:11, 11:19,
16:1, 25:7,
28:13
**fuzzy**
25:11

### G

**gave**
15:2, 17:24,
18:12, 18:20,
30:1
**gen**
1:13, 4:7, 5:4,
6:6, 6:15, 6:25,
7:6, 7:9, 7:12,
7:15, 7:20, 8:2,
8:6, 8:23, 9:8,
9:10, 9:12,
9:14, 9:25,
10:7, 10:21,
11:3, 11:14,
11:15, 11:23,
11:25, 12:2,
12:15, 13:9,
13:11, 13:14,
13:17, 13:21,
13:24, 15:1,
15:19, 15:20,
15:22, 16:1,
16:12, 16:15,
16:20, 17:5,
17:18, 17:21,
17:22, 17:24,

18:9, 18:12,
18:18, 18:20,
19:23, 20:20,
21:1, 21:5,
21:6, 21:17,
22:13, 22:22,
22:25, 23:4,
23:14, 23:25,
24:4, 24:11,
24:13, 24:18,
25:4, 25:8,
25:21, 26:6,
26:18, 26:21,
27:7, 27:10,
27:11, 28:9,
28:13, 28:20,
28:23, 29:23,
30:6, 30:7,
30:25
**gen's**
25:11
**general**
7:13, 7:14,
18:6, 20:11
**getting**
19:14
**give**
9:17
**giving**
22:17
**go**
9:21, 17:17,
20:2, 20:24,
23:17, 30:19
**going**
6:19, 7:22,
9:17, 14:17,
15:16, 15:22,
28:3, 31:2
**good**
24:6
**gross**
29:3

### H

**hand**
14:17
**handed**
6:5, 15:5

**handles**
11:6
**handwritten**
9:6
**happened**
22:2, 29:17
**happening**
30:4
**harvey**
3:3, 4:3, 5:18,
6:2, 6:4, 14:17,
16:18, 21:19,
23:3, 30:15
**hat**
14:25
**he'll**
28:4, 28:5
**held**
2:1
**help**
7:21, 28:6
**here**
5:2, 14:25,
15:16, 17:25,
19:9, 19:15,
19:22, 22:4
**hereby**
32:4, 33:3
**holding**
25:16
**holdings**
30:7, 30:13
**holley**
10:6, 11:6,
11:8, 12:19,
16:21, 16:25,
17:1, 20:14,
21:23, 22:8,
26:2, 26:8,
26:12, 26:17,
26:25
**hope**
19:13
**horta**
3:19, 5:12
**hour**
8:5, 8:9, 8:12
**hours**
8:11

**however**
18:25
**hydrogen**
13:20, 13:24

### I

**identification**
6:9
**identified**
14:22
**identify**
5:16
**illumination**
30:13
**in's**
22:23, 23:1,
23:5
**including**
9:11
**incorporated**
1:8, 3:10, 5:7,
11:17
**increased**
29:10
**individual**
9:18, 10:2,
10:15, 10:18,
22:20
**industries**
1:8, 3:9, 5:6,
11:16, 23:24
**information**
7:20
**inhibit**
16:5
**instance**
20:25, 30:3
**instances**
28:12
**instructed**
21:23
**interest**
32:13, 33:10
**internal**
7:3
**invested**
11:2
**investment**
24:22

**investments**
24:1, 25:5
**involved**
8:16
**ish**
29:22
**issuance**
10:12
**issues**
10:2, 11:7

**J**

**james**
1:5, 3:2, 5:6
**jason**
29:14
**jennifer**
1:25, 33:2,
33:14
**job**
1:23
**jr**
3:11
**july**
17:17, 18:4,
18:18, 18:23,
19:23, 20:21,
22:7
**june**
17:8, 25:17,
25:19, 29:21

**K**

**keep**
18:21, 26:8
**kind**
26:6, 26:13
**know**
10:12, 11:8,
12:12, 12:16,
12:18, 14:24,
15:11, 15:16,
17:4, 17:8,
17:10, 18:22,
18:25, 19:15,
19:21, 20:3,
20:4, 20:15,
20:19, 21:5,

21:16, 21:20,
21:21, 21:22,
22:6, 22:9,
22:12, 22:18,
22:19, 24:7,
25:10, 28:19,
30:2
**knowing**
19:19, 23:17
**knowledge**
10:20, 10:22,
24:3, 24:25,
25:3, 26:4,
26:14, 32:10,
33:7

**L**

**labor**
12:9, 12:23,
12:24, 24:12,
24:19, 30:10
**larsen**
2:3
**las**
1:14, 2:6,
3:15, 5:15
**laser**
7:5, 14:13
**last**
8:14, 8:15,
9:13, 20:11
**law**
3:12
**lawyer**
18:25
**least**
6:16
**let's**
25:17
**letter**
23:11, 23:14
**likely**
15:25
**list**
6:8, 6:20, 7:22
**little**
25:11
**llc**
6:15

**loan**
17:24, 18:11,
20:6
**lock'd**
22:22, 22:23,
22:25, 23:1,
23:4, 23:5,
23:14, 23:16
**long**
8:4, 8:8, 13:1,
23:7
**look**
28:19
**looked**
14:24, 23:20
**looking**
29:12
**losing**
29:4
**luis**
24:6, 24:10,
24:17, 24:21

**M**

**made**
20:6, 22:24
**make**
9:6, 15:20,
16:22, 20:7,
22:22, 26:16
**manage**
16:17
**manager**
16:11, 26:21
**managers**
9:24, 25:20,
26:17
**manny**
12:5, 12:14
**manufacturer**
14:2
**marked**
6:5, 6:9,
14:18, 14:21
**marks**
30:24
**matter**
5:5

**may-june**
25:12
**mcbride**
27:6
**mean**
13:23, 19:2,
20:23, 26:9,
26:10
**meaning**
13:5
**media**
5:2, 28:5
**meet**
8:1, 20:18
**meeting**
8:17, 8:22,
9:2, 16:6
**member**
16:11, 26:20
**members**
7:4, 9:24,
25:20, 26:17
**members-managers**
25:22
**mentioned**
7:4
**met**
16:4
**mike**
10:12, 11:6,
11:8, 12:19,
16:21, 16:25,
19:3, 20:5,
25:22, 26:23
**milwaukee**
3:6
**minutes**
8:10, 8:12,
15:3
**mm-hmm**
18:7, 27:25
**moment**
19:15
**monetary**
11:19
**money**
17:6, 17:9,
17:11, 17:22,

18:9, 18:16,
18:20, 19:2,
19:3, 19:4,
19:5, 19:6,
19:7, 19:23,
20:3, 20:6,
20:20, 21:1,
21:6, 22:13,
23:17, 24:17,
29:4, 30:1
**monitor**
5:11
**month**
29:3, 29:22
**most**
15:25
**much**
15:12, 29:1,
29:19
**multiple**
8:5, 8:14
**mylene**
2:12, 5:23,
32:2, 32:20

**N**

**name**
10:23
**narrow**
22:17
**nature**
9:10, 9:15,
11:9
**necessary**
7:25
**need**
9:21
**needed**
16:1, 18:15,
30:1
**needs**
23:18
**neither**
32:11, 33:8
**net**
29:4
**nevada**
1:3, 1:14,

2:13, 3:15, 5:8,
5:15, 32:21
**never**
12:20, 13:8,
14:15
**new**
28:3
**next**
1:13, 4:7, 5:4,
6:6, 6:15, 6:25,
7:6, 7:9, 7:12,
7:15, 7:19, 8:2,
8:6, 8:23, 9:8,
9:10, 9:12,
9:14, 9:25,
10:7, 10:21,
11:3, 11:14,
11:15, 11:23,
11:25, 12:2,
12:15, 13:8,
13:11, 13:14,
13:17, 13:21,
13:24, 15:1,
15:19, 15:20,
15:22, 16:1,
16:12, 16:15,
16:19, 17:5,
17:14, 17:18,
17:21, 17:22,
17:24, 18:6,
18:9, 18:12,
18:18, 18:20,
19:23, 20:20,
20:25, 21:1,
21:4, 21:6,
21:17, 22:13,
22:21, 22:22,
22:25, 23:4,
23:14, 23:25,
24:3, 24:11,
24:13, 24:17,
25:4, 25:8,
25:11, 25:20,
26:6, 26:18,
26:21, 27:7,
27:10, 27:11,
28:9, 28:13,
28:20, 28:23,

29:23, 30:6,
30:7, 30:25
**night**
8:15
**nobody**
29:15
**non-exclusive**
12:22
**none**
16:2
**north**
3:4
**notary**
2:12, 32:1,
32:21
**notes**
9:7
**nothing**
7:12, 26:10
**november**
1:15, 5:10
**nv**
2:6
**nxtlvl**
22:23, 23:1,
23:5, 23:15

**O**

**o'bannon**
3:13
**objection**
19:24, 20:22,
22:15
**obligation**
16:4, 19:6
**obligations**
16:6
**obtained**
10:21
**occur**
23:7
**offer**
6:14, 6:24
**offering**
6:19
**office**
3:12
**officer**
32:2

**officers**
9:24
**offices**
2:1
**official**
26:22, 27:10
**oh**
8:9, 21:10,
21:13
**okay**
6:12, 6:23,
7:15, 9:23,
14:23, 15:15,
15:25, 18:3,
19:21, 20:17,
20:24, 21:10,
22:12, 22:19,
23:2, 23:25,
25:16, 25:18,
25:23, 26:12,
26:24, 28:8,
30:24
**once**
19:6, 27:23,
29:17
**one**
6:19, 9:13,
11:1, 11:12,
23:8, 26:20
**only**
11:1, 23:9,
24:23, 26:17,
29:25
**operating**
16:3
**operations**
16:18
**opposed**
29:13
**order**
22:8
**orders**
20:15
**original**
12:21, 27:23
**other**
9:2, 9:3,
10:17, 14:6,

15:3, 21:11,
28:8, 28:12,
29:24
**others**
14:4, 30:17
**otherwise**
32:13, 33:10
**out**
22:3, 23:21
**outcome**
32:14, 33:10
**over**
9:21, 20:11,
23:23, 28:9
**owed**
17:9
**owners**
16:6

**P**

**pacquiao**
12:5, 12:14,
12:24, 13:8
**page**
4:2, 4:6,
15:18, 17:14,
17:15, 20:25
**pages**
1:24
**parent**
12:9, 16:3,
16:5, 24:13
**parked**
19:12
**part**
23:12
**participating**
8:21
**parties**
32:12, 33:9
**path**
22:17
**patrick**
3:3, 5:18
**pavlik**
27:9
**pay**
17:23, 18:11,

18:20, 20:3,
21:13, 21:20
**paying**
17:18, 18:18
**payment**
15:19, 15:21,
22:7, 24:8
**payments**
10:9
**people**
29:11
**percent**
23:22
**perhaps**
24:24
**personally**
24:2
**phone**
8:5, 8:19
**picked**
29:18
**pink**
29:10
**place**
5:14
**placement**
24:9
**plaintiff**
1:6, 3:2, 5:6,
5:19, 6:1
**planet**
5:13, 5:23
**please**
5:16, 5:24
**portion**
5:4, 8:16,
30:25
**possible**
22:4, 24:5,
24:7, 24:23,
24:24
**preparation**
15:8
**prepare**
6:24, 7:6, 7:7,
7:16, 8:1, 28:16
**prepared**
6:13, 33:3

**present**
3:18
**president**
26:23
**previous**
7:4
**previously**
14:21
**price**
23:22
**private**
24:9
**probably**
15:15, 29:21,
29:22
**proceeding**
33:5
**proceedings**
32:3, 32:5,
32:6, 32:9, 33:6
**product**
13:14, 13:25,
14:2, 14:13,
14:15
**products**
9:14, 11:21,
12:11, 12:13,
22:23, 23:1,
23:5, 23:15,
23:16, 28:6
**promote**
12:10, 13:5,
28:5
**promoting**
12:12
**protect**
14:9
**provide**
7:20
**provided**
25:7
**public**
2:12, 29:11,
29:16, 32:1,
32:21
**pull**
23:21
**pursuant**
2:11

**put**
17:11
**putting**
27:22

**Q**

**q1**
29:7
**q2**
29:9
**q3**
29:2
**q4**
29:5
**qualified**
32:7
**qualifying**
18:21
**quarter**
8:7, 8:8, 28:25
**question**
9:23, 19:21,
21:16, 23:2,
28:17
**questions**
9:13, 9:17,
22:20, 30:16,
30:18
**quickly**
22:4

**R**

**read**
7:10, 15:24
**real**
29:16
**reason**
17:21, 18:1,
18:8, 18:14,
18:15, 18:17,
18:19, 18:23,
23:9
**recall**
7:18, 8:25,
11:18, 12:1,
15:7
**receive**
10:6, 11:16,

11:23, 11:25,
12:2, 27:15
**received**
9:12, 13:11,
23:10, 23:13,
24:8, 27:19
**receiving**
25:24, 26:2,
26:5, 26:8,
26:12
**recipe**
13:19, 13:25,
14:3, 14:8
**recipes**
13:17
**record**
30:20, 31:2,
31:3, 32:9, 33:6
**recorded**
32:6
**recording**
32:8, 33:4
**reduced**
32:7
**referring**
20:10, 21:7
**related**
8:6, 32:11,
33:8
**relationship**
9:10
**relative**
19:5
**remember**
10:23, 17:20,
18:1, 18:8,
18:13, 30:3
**removed**
23:10
**reporter**
5:22, 5:24,
32:1
**represent**
5:17
**representative**
1:12, 5:5, 6:7,
6:15, 6:25,
10:1, 11:15,

**14:19, 15:1,**
15:20, 17:5,
17:21, 21:4,
22:21, 31:1
**representing**
5:13, 5:23,
16:3
**reputation**
29:13
**respect**
7:1
**restore**
29:16
**retail**
23:22
**revenue**
28:24, 29:4,
29:24, 30:7,
30:9, 30:12
**review**
7:15, 8:22,
15:8, 15:13,
28:16, 28:21
**reviewed**
7:2
**right**
23:9, 23:23,
25:14, 27:11,
30:15
**rival**
13:5
**role**
24:10, 27:10

**S**

**said**
14:15, 16:11,
23:23, 24:7,
26:24, 27:9,
32:8, 32:9, 33:5
**sale**
23:5
**sales**
22:24, 29:10,
29:17, 29:21
**same**
9:18, 9:23,
10:1, 20:22,

22:4, 29:6, 29:8
**santiano**
2:12, 5:23,
32:2, 32:20
**say**
8:12, 13:19,
25:17, 27:12,
27:15, 27:18,
28:25
**saying**
18:21, 18:22,
26:9
**scene**
29:15
**scrambling**
26:11
**second**
17:15
**secrets**
13:12
**see**
22:10
**seen**
6:10, 12:20,
12:21, 12:24,
13:8, 15:4
**sell**
9:14, 14:13,
14:16, 22:23,
28:6
**sells**
13:22, 13:25
**sending**
19:23
**sent**
18:23
**september**
21:17, 22:14
**series**
9:13
**serving**
27:3
**set**
27:23, 27:24
**several**
8:11
**share**
10:11

**shared**
14:3
**shares**
10:9, 10:12,
10:14, 10:18,
13:25, 26:9,
27:16, 27:19
**shea**
2:3
**shortened**
15:11
**shots**
14:14
**showed**
23:23
**sides**
17:1
**signature-kcnbo**
32:18
**signature-llc0g**
33:12
**similarities**
13:20
**since**
26:18, 27:14
**sir**
9:22
**sister**
15:25
**sit**
17:25, 19:15,
19:22
**sitting**
14:25
**skills**
32:10, 33:7
**slightly**
21:15
**smart**
12:9, 12:23,
12:25, 24:12,
24:19, 30:10
**solicited**
23:25, 24:17,
25:4
**some**
6:16, 8:24,
27:19

**something**
8:25, 30:1
**somewhere**
25:13
**sort**
24:11, 25:24,
26:3
**sound**
25:13
**specific**
7:12, 7:16,
8:22, 9:1,
12:17, 15:10,
17:21, 18:1,
18:8, 18:14,
18:15, 18:17,
18:19, 18:22,
30:3
**specifically**
7:7, 7:18, 8:6,
10:5, 17:5,
17:7, 17:25,
19:22, 20:19,
21:16, 22:12,
27:17, 27:18
**spoken**
7:2, 7:3, 7:11,
19:3, 20:5
**st**
5:10
**start**
27:13
**started**
29:12
**startup**
10:22
**state**
2:13, 5:17,
19:24, 32:21
**statement**
14:20
**statements**
15:12, 15:13,
22:1, 28:21
**states**
1:1, 5:8
**status**
26:22

**still**
17:12, 19:11,
26:25, 28:2
**stretch**
24:21
**subpoena**
4:7, 6:7, 7:8
**subsidiary**
16:1
**substantially**
29:18
**sued**
14:2
**suite**
2:5, 3:5, 3:14,
5:15
**sure**
8:24, 20:7,
22:22, 23:4,
26:16
**swear**
5:24
**sworn**
32:5

---
**T**
---

**take**
17:10, 19:5
**taken**
32:3
**takeover**
1:8, 3:9, 5:6,
11:16, 11:23,
12:2, 12:6,
12:8, 12:10,
12:12, 13:12,
13:15, 13:18,
13:20, 14:1,
14:8, 14:12,
14:19, 15:23,
16:2, 16:16,
16:24, 17:9,
17:11, 17:18,
17:22, 17:24,
18:6, 18:9,
18:15, 18:17,
18:23, 19:7,
19:22, 20:7,

20:20, 20:25,
21:5, 21:16,
22:13, 23:18,
23:24, 25:25,
26:3, 26:25,
28:9, 28:14,
29:14, 30:1
**takeover's**
16:8
**taking**
5:14
**talk**
7:8
**tarnish**
16:5
**tarnished**
29:14
**team**
7:3
**testify**
7:22
**testifying**
9:7
**testimony**
6:14, 6:19,
6:24, 9:25,
10:2, 13:2
**thank**
6:4, 30:22
**themselves**
5:17
**thereafter**
32:6
**thing**
29:25
**things**
9:15
**think**
10:4, 10:5,
12:8, 14:12,
24:5, 24:20,
24:21, 26:15,
27:19, 29:20,
29:25
**third**
28:25
**thomas**
1:12, 2:1, 4:2

**thought**
25:1
**thousand**
29:22
**three**
6:20
**through**
20:14, 28:6
**thursday**
1:15, 5:10
**time**
5:11, 13:1,
17:8, 25:13,
25:23, 26:2,
26:6, 26:10
**timeframe**
16:12
**times**
8:14
**today**
5:12, 5:23,
6:10, 6:14, 7:7,
8:2, 9:8, 9:16,
15:5, 19:9,
19:22, 28:17
**today's**
5:10, 7:16,
15:9, 30:21
**together**
27:22
**tom**
5:3, 30:25
**topic**
6:8, 6:20,
7:21, 9:9
**topics**
6:16, 6:19,
7:1, 7:8, 7:21
**touched**
10:5
**trade**
13:12
**transaction**
16:14, 17:2,
21:8
**transactions**
21:24
**transcribedby**
1:25

transcriber
33:1
transcript
4:5, 30:23,
33:3, 33:5
transcriptionist
32:8
transfer
10:25, 12:3,
18:4, 30:6,
30:9, 30:12
transferred
17:22, 21:17,
22:13, 29:23
transferring
18:9, 20:20,
21:1, 21:5,
28:13
transfers
28:8
tripping
21:19
true
20:21, 20:23,
32:9, 33:5
trust
10:25
try
19:8, 25:2
trying
7:5, 22:3,
29:16
two
6:20, 23:8,
27:3
typewriting
32:7
typewritten
9:7

**U**

under
21:11
understand
6:13, 19:18
understanding
6:18, 24:16
united
1:1, 5:7

unless
30:15
unpaid
27:12, 27:15
using
14:8

**V**

validity
17:12
value
28:14
vegas
1:14, 2:6,
3:15, 5:15
version
15:12
via
8:19
viable
29:12
video
5:11, 5:13,
30:21
videographer
3:19, 5:2,
5:12, 5:22,
30:19, 30:24
videotaped
5:3
village
2:4, 5:14
voice
5:16

**W**

want
22:22, 24:7,
26:16
water
13:20, 13:24
way
19:8, 21:25,
24:23
we're
28:3, 31:2
wearing
14:25

website
22:23, 23:1,
23:5, 23:16
weekly
27:21
welcome
6:3, 24:8
wells
28:20
went
8:11, 19:4,
28:9
whether
11:8
whole
29:14
wi
3:6
wife's
19:13
withdrawal
17:17
withdrawals
21:11
witness
5:25, 7:6, 8:2,
14:23
witness(es
32:4
work
27:17
works
27:9, 27:12
wouldn't
11:4, 28:19

**Y**

yeah
7:14, 8:7,
11:13, 13:1,
19:20, 25:15,
26:23, 27:25
year
20:12
yesterday
8:14, 9:2

**Z**

zarro
1:12, 2:1, 4:2,

4:6, 6:3
zarro's
5:3, 30:25

**$**

$10,000
17:18, 21:2,
21:17, 21:20,
29:3
$15,000
15:19
$5,000
18:3, 18:23

**0**

02013
1:8, 5:9
0777
3:16

**1**

1100
3:5
14
1:16, 5:11,
18:4, 18:10,
18:18, 18:23,
19:23
15
8:10
150
2:5, 5:15
1731
2:4, 5:14
18
21:8, 21:14

**2**

2023
17:8, 17:17,
18:18, 18:23,
20:21, 21:2,
21:18, 22:14,
25:12, 25:17,
25:19, 29:5
2024
1:15, 5:11,
29:7, 29:9,

```
29:17, 33:15
21
1:15, 5:10,
21:2, 21:9,
21:17
2100
3:7
22
1:8, 5:9
23
15:18, 16:8,
18:10, 21:8,
21:9, 28:25
269
15:18
273
3:7
278
17:14
29
15:18, 16:8
2:cv
1:8, 5:9
```

---
**3**
---

```
3
1:16, 5:11,
31:2, 31:3
300
20:24
33
1:24
333
3:16
```

---
**4**
---

```
40
29:22
400
3:14
414
3:7
43
31:2, 31:3
45
8:12
471
2:7
```

---
**5**
---

```
50
23:22, 29:21
511
3:4
53202
3:6
561644
1:23
```

---
**6**
---

```
60
29:20
6980
3:13
```

---
**7**
---

```
702
2:7, 3:16
7432
2:7
```

---
**8**
---

```
80
29:20
89117
3:15
89134
2:6, 5:15
```

---
**9**
---

```
90
29:20
```