# EXHIBIT 24

# Takeover Industries Inc.
# Balance Sheet
### As of December 31, 2022

|  | Total |
|---|---:|
| **ASSETS** | |
|   **Current Assets** | |
|     **Bank Accounts** | |
|       Cash on hand | 0.00 |
|       LTNC Shopify Payouts (8537) | 16,718.31 |
|       Paypal Account | 497.78 |
|       Savings | 100.00 |
|     **Total Bank Accounts** | $ 17,316.09 |
|     **Accounts Receivable** | |
|       Accounts Receivable (A/R) | 0.00 |
|       Other Receivable | 0.00 |
|     **Total Accounts Receivable** | $ 0.00 |
|     **Other Current Assets** | |
|       Advances to Officers | 126.27 |
|       Advances to Supplier | 21,556.32 |
|       Deposits | 0.00 |
|       Due from CFP | 0.00 |
|       Due from Labor Smart | 0.00 |
|       Due from Michael Costello | 0.00 |
|       Due from Toby McBride | 0.00 |
|       Due from Trevor Nixon | 0.00 |
|       Inventory Asset | 267,638.80 |
|       Prepaid Expenses | 15,134.99 |
|       Undeposited Funds | -607.22 |
|     **Total Other Current Assets** | $ 303,849.16 |
|   **Total Current Assets** | $ 321,165.25 |
|   **Fixed Assets** | |
|     Accumulated Depreciation | -1,790.60 |
|     Computers | 10,105.99 |
|   **Total Fixed Assets** | $ 8,315.39 |
| **TOTAL ASSETS** | **$ 329,480.64** |
| **LIABILITIES AND EQUITY** | |
|   **Liabilities** | |
|     **Current Liabilities** | |
|       **Accounts Payable** | |
|         Accounts Payable (A/P) | 804,988.73 |
|       **Total Accounts Payable** | $ 804,988.73 |
|       **Credit Cards** | |
|         Main CC 0248 | 94,064.12 |
|         Main CC 4234 | 48,183.60 |
|       **Total Credit Cards** | $ 142,247.72 |



EXHIBIT 11
Planet Depos, LLC

| | | |
|---|---:|---:|
| **Other Current Liabilities** | | |
|   Accrued Expense | | 764,000.05 |
|   Comptroller of Maryland Payable | | 178.02 |
|   Direct Deposit Payable | | 0.00 |
|   Due to CFP | | 0.00 |
|   Due to Labor Smart | | 0.00 |
|   Due to Michael Holley | | 0.00 |
|   Due to Officers | | 1,529.43 |
|   Florida Department of Revenue Payable | | 506.02 |
|   Georgia Department of Revenue Payable | | 250.13 |
|   Interest Payable | | 60,569.59 |
|   Liability for Refunded Stock Subscription | | 0.00 |
|   **Loans Payable** | | |
|     Alpha Capital Group | | 0.00 |
|     James Deppoleto | | 2,016,697.00 |
|   **Total Loans Payable** | $ | 2,016,697.00 |
|   LTNC Shopify GiftCard | | 527.85 |
|   **Payroll Liabilities** | | 0.00 |
|     AZ Income Tax | | 109.04 |
|     CA PIT / SDI | | 0.00 |
|     CA SUI / ETT | | 702.02 |
|     Federal Taxes (941/944) | | 0.00 |
|     Federal Unemployment (940) | | 168.00 |
|     IL Income Tax | | 0.00 |
|     NV Unemployment Tax | | 109.60 |
|   **Total Payroll Liabilities** | $ | 1,088.66 |
|   **Shopify Sales Tax Payable** | | |
|     Amazon Sales Tax Payable | | 52.53 |
|     Arizona Department of Revenue Payable | | 1,633.27 |
|     Nevada Department of Taxation Payable | | 9,400.70 |
|     Out Of Scope Agency Payable | | 3,082.10 |
|     Sales Tax Payable | | -11,171.93 |
|   **Total Shopify Sales Tax Payable** | $ | 2,996.67 |
| **Total Other Current Liabilities** | $ | 2,848,343.42 |
| **Total Current Liabilities** | $ | 3,795,579.87 |
| **Long-Term Liabilities** | | |
|   Convertible Note Payable | | 127,913.04 |
| **Total Long-Term Liabilities** | $ | 127,913.04 |
| **Total Liabilities** | $ | 3,923,492.91 |
| **Equity** | | |
|   Additional Paid-In Capital | | 2,055,754.20 |
|   Common Stock | | 1,525,391.80 |
|   Common Stock - Liability | | 0.00 |
|   Labor Smart | | 0.00 |
|   Opening Balance Equity | | 0.00 |
|   Owner's Investment | | 0.00 |
|   Preferred stock | | 1,608.25 |

|   |   |   |
|---|---:|---:|
| **Restricted Stock-1 Year** |  | 0.00 |
| **Retained Earnings** |  | -2,802,018.45 |
| **Net Income** |  | -4,374,748.07 |
| **Total Equity** | -$ | 3,594,012.27 |
| **TOTAL LIABILITIES AND EQUITY** | $ | 329,480.64 |

Monday, Feb 19, 2024 07:12:25 AM GMT-8 - Accrual Basis