# EXHIBIT 25

Page 1 of 3

**Great Northern Corporation**    REVISED   PROFORMA INVOICE

Send Remittance To:
1800 South Street
Racine, WI 53404
racinear@greatnortherncorp.com
*If interested in making an ACH or Credit Card payment, please contact above email.

| CUSTOMER PO NUMBER: | TERMS: | PROFORMA NUMBER: | PROFORMA DATE: |
|---|---|---|---|
| 08/19/22 | PAY IN ADVANCE OF SHIP | PI-1156 | 08-22-2022 |

SOLD TO:
Takeover Industries
401 Ryland Street STE# 200A
Reno, NV 89502

SHIPPED TO:
Boost Transport
2110 Chicopee Mill Rd Suite A
Gainesville, GA 30504

| ORDER NUMBER | DESCRIPTION | QUANTITY INVOICED | PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|
| 140873A | TOWER LITHO PREP - Litho Prep | 1 | 188.00 | EACH | 188.00 |
| 140874A | SHELF | 40,000 | 0.56 | EACH | 22,400.00 |
| 140874A | SHELF C/D - Cutting Die | 1 | 1,139.00 | EACH | 1,139.00 |
| 140874A | SHELF LITHO PREP - Litho Prep | 1 | 188.00 | EACH | 188.00 |
| 140872A | BASE | 10,000 | 1.94 | EACH | 19,400.00 |
| 140872A | BASE C/D - Cutting Die | 1 | 1,225.00 | EACH | 1,225.00 |
| 140872A | BASE LITHO PREP - Litho Prep | 1 | 188.00 | EACH | 188.00 |
| 140873A | TOWER | 10,000 | 2.26 | EACH | 22,600.00 |

Continued on Next Page

**Final sales tax amount will be calculated upon final shipment:**
Please note that the estimated sales tax may change upon shipment. Due to the recent changes in sales tax laws based on the Wayfair vs. South Dakota ruling we are monitoring our economic nexus status in each state. Once the product is shipped we will use our current tax status to calculate the required taxes due based on shipment terms and final destination. If there is a difference from the initial calculation on the pro-forma, the difference will be required to be paid within established terms. If there is an overpayment, a refund will promptly be issued.

Accounts not paid within stated terms on this invoice are subject to a 1.5% monthly finance charge or 18% per annum.
Note that sales taxes may not be included on this invoice. The omission of sales tax does not preclude buyer's responsibility for self-reporting of sales taxes.
SELLER REPRESENTS THAT WITH RESPECT TO THE PRODUCTION OF THE ARTICLES AND/OR PERFORMANCE OF THE SERVICES COVERED BY THIS INVOICE, IT HAS FULLY COMPLIED WITH SECTION 12 (A) OF THE FAIR LABOR STANDARDS ACT of 1938

SEND CORRESPONDENCE TO:
Great Northern Corporation - Racine
1800 South Street
Racine, WI 53404
Phone: 262-639-4700   800-558-4711
racine-invoicing@greatnortherncorp.com



DEF01375

Page 2 of 3

**Great Northern Corporation**  **REVISED**   **PROFORMA INVOICE**

Send Remittance To:
1800 South Street
Racine, WI 53404
racinear@greatnortherncorp.com
*If interested in making an ACH or Credit Card payment, please contact above email.*

| CUSTOMER PO NUMBER: | TERMS: | PROFORMA NUMBER: | PROFORMA DATE: |
|---|---|---|---|
| 08/19/22 | PAY IN ADVANCE OF SHIP | PI-1156 | 08-22-2022 |

SOLD TO:
Takeover Industries
401 Ryland Street STE# 200A
Reno, NV 89502

SHIPPED TO:
Boost Transport
2110 Chicopee Mill Rd Suite A
Gainesville, GA 30504

| ORDER NUMBER | DESCRIPTION | QUANTITY INVOICED | PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|
| 140873A | TOWER C/D - Cutting Die | 1 | 2,025.00 | EACH | 2,025.00 |
| 140875A | HEADER | 10,000 | 0.69 | EACH | 6,900.00 |
| 140875A | HEADER C/D - Cutting Die | 1 | 849.00 | EACH | 849.00 |
| 140875A | HEADER LITHO PREP - Litho Prep | 1 | 188.00 | EACH | 188.00 |
| 140876A | PRODUCT FILLER | 40,000 | 0.17 | EACH | 6,800.00 |
| 140876A | PRODUCT FILLER C/D - Cutting Die | 1 | 873.00 | EACH | 873.00 |
| 140877A | Shipper Filler A | 20,000 | 0.86 | EACH | 17,200.00 |
| 140878A | Shipper Filler B | 10,000 | 0.91 | EACH | 9,100.00 |

Continued on Next Page

Final sales tax amount will be calculated upon final shipment.
Please note that the estimated sales tax may change upon shipment. Due to the recent changes in sales tax laws based on the Wayfair vs. South Dakota ruling we are monitoring our economic nexus status in each state. Once the product is shipped we will use our current tax status to calculate the required taxes due based on shipment terms and final destination. If there is a difference from the initial calculation on the pro-forma, the difference will be required to be paid within established terms. If there is an overpayment, a refund will promptly be issued.

Accounts not paid within stated terms on this invoice are subject to a 1.5% monthly finance charge or 18% per annum.
Note that sales taxes may not be included on this invoice. The omission of sales tax does not preclude buyer's responsibility for self-reporting of sales taxes.

SELLER REPRESENTS THAT WITH RESPECT TO THE PRODUCTION OF THE ARTICLES AND/OR PERFORMANCE OF THE SERVICES COVERED BY THIS INVOICE, IT HAS FULLY COMPLIED WITH SECTION 12 (A) OF THE FAIR LABOR STANDARDS ACT of 1938

SEND CORRESPONDENCE TO:
Great Northern Corporation - Racine
1800 South Street
Racine, WI 53404
Phone: 262-639-4700   800-558-4711
racine-invoicing@greatnortherncorp.com



DEF01376

Page 3 of 3

**Great Northern Corporation**    REVISED   PROFORMA INVOICE

Send Remittance To:
1800 South Street
Racine, WI 53404
racinear@greatnortherncorp.com
*If interested in making an ACH or Credit Card payment, please contact above email.

| CUSTOMER PO NUMBER: | TERMS: | PROFORMA NUMBER: | PROFORMA DATE: |
|---|---|---|---|
| 08/19/22 | PAY IN ADVANCE OF SHIP | PI-1156 | 08-22-2022 |

SOLD TO:
Takeover Industries
401 Ryland Street STE# 200A
Reno, NV 89502

SHIPPED TO:
Boost Transport
2110 Chicopee Mill Rd Suite A
Gainesville, GA 30504

| ORDER NUMBER | DESCRIPTION | QUANTITY INVOICED | PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|
| 140879A | Setup Instructions | 10,000 | 0.40 | EACH | 4,000.00 |
| 140880A | Fulfillment | 5,499 | 21.24 | EACH | 116,798.76 |
| 140871A | SHIPPER | 10,000 | 2.79 | EACH | 27,900.00 |
| 140871A | AMEX PROCESSING FEE | 1 | 16,360.14 | EACH | 16,360.14 |
| 140871A | SHIPPER C/D - Cutting Die | 1 | 874.00 | EACH | 874.00 |
| 140871A | SHIPPER PRINT PLATE - Printing Plate | 1 | 750.00 | EACH | 750.00 |
| 140880A | HANDLING CHARGES | 1 | 8,523.00 | EACH | 8,523.00 |
| 140880A | WAREHOUSING - Warehousing | 1 | 10,107.00 | EACH | 10,107.00 |

Rcv'd prepayment in the amount of $341,414.73 reflects the balance for this program.

|  |  |
|---|---|
| Subtotal | 296,575.90 |
| Sales Tax | 15,289.00 |
| Freight | 0.00 |
| Total | 311,864.90 |
| Credit Balance | 29,549.83 |

**Final sales tax amount will be calculated upon final shipment:**
Please note that the estimated sales tax may change upon shipment. Due to the recent changes in sales tax laws based on the Wayfair vs. South Dakota ruling we are monitoring our economic nexus status in each state. Once the product is shipped we will use our current tax status to calculate the required taxes due based on shipment terms and final destination. If there is a difference from the initial calculation on the pro-forma, the difference will be required to be paid within established terms. If there is an overpayment, a refund will promptly be issued.

Accounts not paid within stated terms on this invoice are subject to a 1.5% monthly finance charge or 18% per annum.
Note that sales taxes may not be included on this invoice. The omission of sales tax does not preclude buyer's responsibility for self-reporting of sales taxes.

SELLER REPRESENTS THAT WITH RESPECT TO THE PRODUCTION OF THE ARTICLES AND/OR PERFORMANCE OF THE SERVICES COVERED BY THIS INVOICE, IT HAS FULLY COMPLIED WITH SECTION 12 (A) OF THE FAIR LABOR STANDARDS ACT of 1938

SEND CORRESPONDENCE TO:
Great Northern Corporation - Racine
1800 South Street
Racine, WI 53404
Phone: 262-639-4700   800-558-4711
racine-invoicing@greatnortherncorp.com



DEF01377

Page 1 of 2

**Great Northern Corporation**      REVISED     PROFORMA INVOICE
Send Remittance To:
1800 South Street
Racine, WI 53404
racinear@greatnortherncorp.com
*If interested in making an ACH or Credit Card payment, please contact above email.

| CUSTOMER PO NUMBER: | TERMS: | PROFORMA NUMBER: | PROFORMA DATE: |
|---|---|---|---|
| 08/19/22 | PAY IN ADVANCE OF SHIP | PI-1157 | 08-22-2022 |

SOLD TO:
Takeover Industries
401 Ryland Street STE# 200A
Reno, NV 89502

SHIPPED TO:
Boost Transport
2110 Chicopee Mill Rd Suite A
Gainesville, GA 30504

| ORDER NUMBER | DESCRIPTION | QUANTITY INVOICED | PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|
| 140862A | BASE | 5,000 | 2.33 | EACH | 11,650.00 |
| 140862A | LITHO PREP - Litho Prep | 1 | 188.00 | EACH | 188.00 |
| 140863A | TOWER | 5,000 | 2.63 | EACH | 13,150.00 |
| 140863A | LITHO PREP - Litho Prep | 1 | 188.00 | EACH | 188.00 |
| 140864A | SHELF | 20,000 | 0.65 | EACH | 13,000.00 |
| 140864A | LITHO PREP - Litho Prep | 1 | 188.00 | EACH | 188.00 |
| 140865A | HEADER | 5,000 | 1.05 | EACH | 5,250.00 |
| 140865A | LITHO PREP - Litho Prep | 1 | 188.00 | EACH | 188.00 |

Continued on Next Page

Final sales tax amount will be calculated upon final shipment.
Please note that the estimated sales tax may change upon shipment. Due to the recent changes in sales tax laws based on the Wayfair vs. South Dakota ruling we are monitoring our economic nexus status in each state. Once the product is shipped we will use our current tax status to calculate the required taxes due based on shipment terms and final destination. If there is a difference from the initial calculation on the pro-forma, the difference will be required to be paid within established terms. If there is an overpayment, a refund will promptly be issued.

Accounts not paid within stated terms on this invoice are subject to a 1.5% monthly finance charge or 18% per annum.
Note that sales taxes may not be included on this invoice. The omission of sales tax does not preclude buyer's responsibility for self-reporting of sales taxes.

SELLER REPRESENTS THAT WITH RESPECT TO THE PRODUCTION OF THE ARTICLES AND/OR PERFORMANCE OF THE SERVICES COVERED BY THIS INVOICE, IT HAS FULLY COMPLIED WITH SECTION 12 (A) OF THE FAIR LABOR STANDARDS ACT of 1938

SEND CORRESPONDENCE TO:
Great Northern Corporation – Racine
1800 South Street
Racine, WI 53404
Phone: 262-639-4700    800-558-4711
racine-invoicing@greatnortherncorp.com



DEF01378

Page 2 of 2

Great Northern Corporation  REVISED   PROFORMA INVOICE
Send Remittance To:
1800 South Street
Racine, WI 53404
racinear@greatnortherncorp.com
*If interested in making an ACH or Credit Card payment, please contact above email.

| CUSTOMER PO NUMBER: | TERMS: | PROFORMA NUMBER: | PROFORMA DATE: |
|---|---|---|---|
| 08/19/22 | PAY IN ADVANCE OF SHIP | PI-1157 | 08-22-2022 |

SOLD TO:
Takeover Industries
401 Ryland Street STE# 200A
Reno, NV 89502

SHIPPED TO:
Boost Transport
2110 Chicopee Mill Rd Suite A
Gainesville, GA 30504

| ORDER NUMBER | DESCRIPTION | QUANTITY INVOICED | PRICE | U/M | AMOUNT |
|---|---|---|---|---|---|
| 140866A | PRODUCT FILLER | 20,000 | 0.17 | EACH | 3,400.00 |
| 140869A | Setup Instructions | 5,000 | 0.42 | EACH | 2,100.00 |
| 140870A | Fulfillment | 3,005 | 21.20 | EACH | 63,706.00 |
| 140868A | AMEX PROCESSING FEE | 1 | 8,351.45 | EACH | 8,351.45 |
| 140861A | SHIPPER | 5,000 | 2.84 | EACH | 14,200.00 |
| 140861A | PRINT PLATES - Printing Plate | 1 | 750.00 | EACH | 750.00 |
| 140867A | Shipper Filler A | 10,000 | 0.86 | EACH | 8,600.00 |
| 140868A | Shipper Filler B | 5,000 | 0.91 | EACH | 4,550.00 |

Rcv'd prepayment in the amount of $174,283.75 reflects the balance for this program.

|  |  |
|---|---|
| Subtotal | 149,459.45 |
| Sales Tax | 8,137.66 |
| Freight | 0.00 |
| Total | 157,597.11 |
| Credit Balance | -16,686.64 |

Final sales tax amount will be calculated upon final shipment.
Please note that the estimated sales tax may change upon shipment. Due to the recent changes in sales tax laws based on the Wayfair vs. South Dakota ruling we are monitoring our economic nexus status in each state. Once the product is shipped we will use our current tax status to calculate the required taxes due based on shipment terms and final destination. If there is a difference from the initial calculation on the pro-forma, the difference will be required to be paid within established terms. If there is an overpayment, a refund will promptly be issued.

Accounts not paid within stated terms on this invoice are subject to a 1.5% monthly finance charge or 18% per annum.
Note that sales taxes may not be included on this invoice. The omission of sales tax does not preclude buyer's responsibility for self-reporting of sales taxes.

SELLER REPRESENTS THAT WITH RESPECT TO THE PRODUCTION OF THE ARTICLES AND/OR PERFORMANCE OF THE SERVICES COVERED BY THIS INVOICE, IT HAS FULLY COMPLIED WITH SECTION 12 (A) OF THE FAIR LABOR STANDARDS ACT of 1938

SEND CORRESPONDENCE TO:
Great Northern Corporation - Racine
1800 South Street
Racine, WI 53404
Phone: 262-639-4700   800-558-4711
racine-invoicing@greatnortherncorp.com



DEF01379

| | |
|---|---|
| **Subject:** | RE: NXT LVL Gamer Shot Skinny Tower Display - Final Amount Due |
| **Date:** | Tuesday, January 3, 2023 at 2:06:14 PM Pacific Standard Time |
| **From:** | Graf, Pat |
| **To:** | Toby McBride, Stanley, Stacey, Takeover Ind. Inc., Mike Holley, Jennifer Reiter, Joe Pavlik |
| **CC:** | Bobyk, Warren, Masker, Bryan |
| **Attachments:** | image001.png, image002.png, image003.png, Proforma_PI-1157.pdf.pdf, Proforma_PI-1156.pdf.pdf |

Toby,
The revised invoices are attached and there is a combined credit of $46,236.47, Stacey will work with your team to set up the distribution of these funds.

The reason for the adjustment is the number of packed displays is less than the qty ordered so we needed to adjust the fulfillment cost for both displays.
10,000 Displays Ordered – 5,499 Displays Packed / 4501 Displays Flat Materials
5,000 Displays Ordered – 3,005 Displays Packed / 1,995 Displays Flat Materials

The additional warehousing and handling charges are included as line items on the invoice totaling $18,630.

Total # of pallets
Packed displays 947 Pallets
Flat materials    176 Pallets
Total              1,123 Pallets
Everything can be double-stacked in the trailers
Please work with Bryan Masker to arrange for the pick-up of materials.

If there is anything else you need, please advise.
Thanks, Pat

Patrick Graf | Vice President, Sales Development
| M: 312-961-4576

---

**From:** Graf, Pat
**Sent:** Tuesday, January 3, 2023 1:43 PM
**To:** Toby McBride <toby@takeoverind.com>; Stanley, Stacey <sstanley@greatnortherncorp.com>; Takeover Ind. Inc. <operations@takeoverind.com>; Mike Holley <mike@takeoverind.com>; Jennifer Reiter <jenreiter@reiterlawaz.com>; Joe Pavlik <joe@takeoverind.com>
**Cc:** Bobyk, Warren <wbobyk@greatnortherncorp.com>; Masker, Bryan <bmasker@greatnortherncorp.com>
**Subject:** RE: NXT LVL Gamer Shot Skinny Tower Display - Final Amount Due

Toby,

I reviewed the invoices provided and the assembly and fulfillment for the displays that did not get assembled and fulfilled were still included on the invoice. That needs to be adjusted and the invoices will be resent. Based on this change the payment to Great Northern from Takeover should be complete. I will confirm if there is a credit due from GNC once I have the details completed. Sorry for the confusion, I will provide a summary of what is packed vs. flat materials in the email when I send the revised invoice.

Thanks, Pat

Patrick Graf | Vice President, Sales Development
| M: 312-961-4576

---

**From:** Toby McBride <toby@takeoverind.com>
**Sent:** Tuesday, January 3, 2023 1:16 PM
**To:** Stanley, Stacey <sstanley@greatnortherncorp.com>; Takeover Ind. Inc. <operations@takeoverind.com>; Mike Holley <mike@takeoverind.com>; Jennifer Reiter <jenreiter@reiterlawaz.com>; Joe Pavlik <joe@takeoverind.com>
**Cc:** Bobyk, Warren <wbobyk@greatnortherncorp.com>; Graf, Pat <pgraf@greatnortherncorp.com>; Masker, Bryan <bmasker@greatnortherncorp.com>
**Subject:** Re: NXT LVL Gamer Shot Skinny Tower Display - Final Amount Due

Stacey, thank you for the call   I am Toby McBride CEO of Takeover Industries. Mike Holley was on the call he is a Director of the company and David Anderson is our Controller. On this email also is Jennifer Reiter Takeover Counsel.

Toby Mc Bride
Founder- CEO  Takeover Industries
209.933.1751
Www.takeoverind.com
Www.nxtlvlusa.com

---

**From:** Stanley, Stacey <sstanley@greatnortherncorp.com>
**Sent:** Tuesday, January 3, 2023 10:50:11 AM
**To:** Takeover Ind. Inc. <operations@takeoverind.com>; Mike Holley <mike@takeoverind.com>; Toby McBride <toby@takeoverind.com>; James Deppoleto Jr. <jdeppoleto@quintecconveyor.com>; Amy Allen <aallen@quintecconveyor.com>
**Cc:** Bobyk, Warren <wbobyk@greatnortherncorp.com>; Graf, Pat <pgraf@greatnortherncorp.com>; Masker, Bryan <bmasker@greatnortherncorp.com>
**Subject:** NXT LVL Gamer Shot Skinny Tower Display - Final Amount Due

Good afternoon,

Attached are the final invoices for the NXT LVL Gamer Shot program. Before the product can be released a payment of $99,243.01 must be received.

Please let me know how you would like to proceed.

Thank you,
Stacey

Stacey Stanley, CPA
Controller | Great Northern Packaging
(262) 681-5259 office | (800) 558-4711 x5259 Toll Free

# Takeover Industries Inc.

## Account QuickReport

All Dates

| DATE | TRANSACTION TYPE | NUM | NAME | MEMO/DESCRIPTION | ACCOUNT | CLR | AMOUNT | BALANCE |
|---|---|---|---|---|---|---|---|---|
| **Loans Payable** | | | | | | | | |
| *James Deppoleto* | | | | | | | | |
| 05/25/2022 | Deposit | | James V. Deppoleto Jr. | WIRE TYPE:WIRE IN DATE: 220525 TIME:1206 ET TRN: SEQ: / ORIG:QUINTEC INTEGRATION INC ID: SND BK:WATERSTONE BANK ID: | Loans Payable:James Deppoleto | | 500,000.00 | 500,000.00 |
| 07/07/2022 | Deposit | | James V. Deppoleto Jr. | WIRE TYPE:WIRE IN DATE: 220707 TIME:1442 ET TRN: SEQ: / 1 ORIG:QUINTEC INTEGRATION INC ID: SND BK:WATERSTONE BANK ID: | Loans Payable:James Deppoleto | | 500,000.00 | 1,000,000.00 |
| 08/19/2022 | Deposit | | James V. Deppoleto Jr. | WIRE TYPE:WIRE IN DATE: 220819 TIME:1312 ET TR SEQ: / ORIG:QUINTEC INTEGRATION INC ID: SND BK:WATERSTONE BANK ID: | Loans Payable:James Deppoleto | | 500,000.00 | 1,500,000.00 |
| 12/31/2022 | Journal Entry | AE-2064 | | | Loans Payable:James Deppoleto | | 516,697.00 | 2,016,697.00 |
| **Total for James Deppoleto** | | | | | | | **$2,016,697.00** | |
| **Total for Loans Payable** | | | | | | | **$2,016,697.00** | |
| **TOTAL** | | | | | | | **$2,016,697.00** | |

DEF01383