S. Don Bennion, Esq.
Nevada Bar No. 4530
Law Office of S. Don Bennion
6980 O'Bannon Drive #400
Las Vegas, Nevada 89117
Tel: (702) 333-0777  Fax: (702) 333-0577
email: don@bennionlaw.com

Jeffrey J. Whitehead, Esq.
Nevada Bar No. 3183
Whitehead & Burnett
6980 O'Bannon Drive
Las Vegas, Nevada 89117
Tel: (702)267-6500 Fax: (702)267-6262
Email: jeff@whiteheadburnett.com
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| JAMES V. DEPPOLETO JR., <br><br> Plaintiff, <br><br> v. <br><br> TAKEOVER INDUSTRIES, INCORPORATED, *et al.* <br> Defendant. | Case NO. 2:22-cv-02013-GMN-BNW <br><br> **DEFENDANTS' REPLY TO PLAINTIFF'S OPPOSITION TO MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL or, ALTERNATIVELY FOR IN CAMERA INSPECTION** |

COME NOW Defendants by and through counsel S. Don Bennion of the Law Office of S. Don Bennion, and Jeffrey Whitehead Esq., of Whitehead & Burnett, and pursuant to LR IA 10-5, hereby submit the following Reply to Plaintiff's Opposition to Motion for Leave to File Documents Under Seal or Alternatively for In Camera Submission under LR IA 10-4 ("Reply"). The subject documents were previously produced to Plaintiff as DEF01113 to

DEF01135, and identified as Exhibit H, 0074 to 0097 in support of Defendants' Opposition Response to Motion for Partial Summary Judgment.

## MEMORANDUM OF POINTS AND AUTHORITIES

The documents submitted by Defendants under seal identified as Exhibit H, 0074 to 0097, contain the following statement at the bottom of pages 0076 to 0096: "Confidential - Takeover Industries, Inc. – All Rights Reserved." The first and last pages of Exhibit H do not contain the aforesaid statement. See Exhibit H.

Accordingly, there are "compelling reasons" to submit these documents under seal to the Court. *Center for Auto Safety v. Chrysler Grp. LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016). By definition, the documents set for in Exhibit H are designated "confidential" and subject protection by the Court.

Exhibit B to Defendants instant Motion for Leave to File Documents Under Seal or, Alternatively for In Camera Inspection contains the Declaration of Michael Holley submitted in support of Defendants' Opposition Response to Plaintiff's Motion for Partial Summary Judgment which demonstrates that proposed Exhibit H contains "true and correct copies of documents contained in the Takeover computer files I reviewed after the Board of Directors as reconstituted November 7, 2022, gained access to these Company records including email(s) correspondence, presentation plans, marketing plans and other documents unknown to me prior to December 2022." See Declaration of Michael Holley, p. 3, para. 8, to Defendants' Opposition Response to Motion for Partial Summary Judgment.

## CONCLUSION

In summary, this Court should approve of Defendants' Motion For Leave To File Documents Under Seal, or, Alternatively For In Camera Inspection filed in concert with and in

///

///

///

support of Defendants' Opposition Response To Motion For Summary Judgment.

DATED this 21st day of February 2025.

        Law Office of S. Don Bennion

        S. Don Bennion, Esq.
        Nevada Bar No. 4530
        6980 O'Bannon Drive #400
        Las Vegas, Nevada 89117
        Tel: (702) 333-0777  Fax: (702) 333-0577
        email: don@bennionlaw.com

        Whitehead & Burnett

        Jeffrey J. Whitehead, Esq.
        Nevada Bar No. 3183
        6980 O'Bannon Drive
        Las Vegas, Nevada 89117
        Tel: (702)267-6500 Fax: (702)267-6262
        Email: jeff@whiteheadburnett.com
        *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

On February 21st, 2025 I served the following document(s):

1. The document(s) were served in accordance with LR IC 4-1(c) by the following means to the person(s) as listed below:

**REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR LEAVE TO FILE DOCUMENTS UNDER SEAL or IN THE ALTERNATIVE FOR IN CAMERA INSPECTION**

X    a. ECF System

And all other parties requesting notice.

  b. US mail, postage prepaid

  c. Personal Service:

  d. By direct email (as opposed to the ECF system): Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the person(s) at the email addresses listed below. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

**James Patrick Shea, Esq.**
Nevada Bar No. 405
**Bart K. Larsen, Esq.**
Nevada Bar NO. 8538
**Kyle M. Wyant, Esq.**
Nevada Bar No. 14652
SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
T: 702-471-7432 F: 702-926-9683
blarsen@shea.law
kwyant@shea.law
*Attorneys for Plaintiff*

| | |
|---|---|
| **Jennifer Hoekel, Esq.** | **Patrick M. Harvey, Esq.** |
| Nevada Bar No. 12775 | Admitted Pro-Hac Vice |
| Husch Blackwell LLP | Husch Blackwell LLP |
| 8001 Forsyth Boulevard Suite 1500 | 511 North Broadway, Suite 1100 |
| St. Louis, Missouri 63105 | Milwaukee, WI 53202 |
| T: 314-480-1500 | T: 414-273-2100 |
| Jennifer.hoekel@huschblackwell.com | Patrick.Harvey@huschblackwell.com |
| *Attorney for Plaintiff* | *Attorney for Plaintiff* |

☐   e.  By fax transmission

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the person(s) at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐   f.  By messenger

I served the document(s) by placing them in an envelope or package addressed to the person(s) at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ *S. Don Bennion, Esq*_____
Law Office of S. Don Bennion