S. Don Bennion, Esq.
Nevada Bar No. 4530
Law Office of S. Don Bennion
6980 O'Bannon Drive #400
Las Vegas, Nevada 89117
Tel: (702) 333-0777 Fax: (702) 333-0577
email: don@bennionlaw.com

Jeffrey J. Whitehead, Esq.
Nevada Bar No. 3183
Whitehead & Burnett
6980 O'Bannon Drive
Las Vegas, Nevada 89117
Tel: (702)267-6500 Fax: (702)267-6262
Email: jeff@whiteheadburnett.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES V. DEPPOLETO JR., Plaintiff,<br><br>v.<br><br>TAKEOVER INDUSTRIES, INCORPORATED, *et al.* Defendant. | Case NO. 2:22-cv-02013-GMN-BNW |

**TAKEOVER INDUSTRIES INCORPORATED'S AMENDED RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

TO: JAMES V. DEPPOLETO, JR.,

TO: SHEA LARSEN; and HUSCH BLACKWELL LLP, as his attorneys of record.

TAKEOVER INDUSTRIES INCORPORATED ("Takeover") by and through its attorneys of record hereby submit Takeover's Amended Responses to Plaintiff's First Request for Production of Documents numbers 2, 3, 9, 10, 11, 12, 18, 19, and 21, pursuant to the Federal Rules of Civil Procedure 34. Takeover's Amended Responses to Plaintiff's First Request for Production of Document are highlighted in **black** as follows:

**<u>REQUEST NO. 2</u>:**

Any and all documents containing account statements for all bank and financial accounts in the name of Takeover from May 1, 2022, through to the present.

**<u>AMENDED RESPONSE TO REQUEST NO. 2:</u>**

See DEF00012-DEF00335. **See also DEF01416-DEF01457.** Discovery is ongoing and Responding Party reserves the right to supplement this Response when and if additional information becomes available.

**<u>REQUEST NO. 3</u>:**

Any and all documents containing financial statements of Takeover for the year-ended 2021 and 2022, as well as monthly financial statements (including balance sheets, profits and loss statements, statements of cash flows and any other financial statement forms maintained by Takeover) for each month of 2022 and 2023.

**<u>AMENDED RESPONSE TO REQUEST NO. 3:</u>**

See DEF00336-DEF00419. **See also, DEF01269; See also, DEF01416-DEF01457.** Discovery is ongoing and Responding Party reserves the right to supplement this Response when and if additional information becomes available.

**REQUEST NO. 9:**

Any and all communications between Mr. Deppoleto and Takeover and/or any of Takeover's owners/directors/employees/agents related to Mr. Deppoleto lending Takeover $386,773.86 in or about October 2022.

**AMENDED RESPONSE TO REQUEST NO. 9:**

Responding Party is not aware of any responsive documents at this time. **See DEF01375-DEF01384.**

Discovery is ongoing and Responding Party reserves the right to supplement these responses when and if more information becomes available.

**REQUEST NO. 10:**

Any and all communications between Mr. Deppoleto and Takeover and/or any of Takeover's owners, directors, officers, employees, contractors and/or agents related to Mr. Deppoleto funding Takeover $128,924.62 in or about October 2022.

**AMENDED RESPONSE TO REQUEST NO. 10:**

Responding Party is not aware of any responsive documents at this time. **See DEF01375-DEF01384.**

Discovery is ongoing and Responding Party reserves the right to supplement these responses when and if more information becomes available.

**REQUEST NO. 11:**

Any and all documents related to Takeover's Board of Directors meeting in December 2021, including, but not limited to, any and all communications relating to the same, as well as proposed or passed resolutions, meeting minutes and meeting summaries.

**AMENDED RESPONSE TO REQUEST NO. 11:**

Responding Party is not aware of any responsive documents at this time. **See DEF00001-DEF00011.**

Discovery is ongoing and Responding Party reserves the right to supplement these responses when and if more information becomes available.

**REQUEST NO. 12:**

Any and all documents related to Takeover's Board of Directors meeting in November 2022, including but not limited to, any and all communications relating to the same, as well as proposed or passed resolutions, meeting minutes and meeting summaries.

**AMENDED RESPONSE TO REQUEST NO. 12:**

See DEF00001-DEF00011. **See also, Declaration of Joseph Pavlik January 31, 2025, 0025-0030, Exhibit D to Defendants' Opposition to Motion for Partial Summary Judgment; See also, Declaration of Toby McBride January 31, 2025, 0013-0017, Exhibit B to Defendants' Opposition to Motion for Partial Summary Judgment; See also, Declaration of Michael Holley January 31, 2025, 0018 – 0023, Exhibit C to Defendants' Opposition to Motion for Partial Summary Judgment.**

Discovery is ongoing and Responding Party reserves the right to supplement these responses when and if more information becomes available.

**REQUEST NO. 18:**

All Records or Communications that any of NextGen's owners/directors/employees/agents created while working for Takeover that in any way arise out of relate to Takeover's business.

**AMENDED RESPONSE TO REQUEST NO. 18:**

Responding Party does not have any documents responsive to this Request. **See DEF01271-DEF01280; see also, DEF01372-01374.**

Discovery is ongoing and Responding Party reserves the right to supplement these responses when and if more information becomes available.

**REQUEST NO. 19:**

All Records or Communications of any Takeover Records or Communication that Takeover's owners/directors/employees/agents shared with NextGen's owners/directors/employees/agents.

**AMENDED RESPONSE TO REQUEST NO. 19:**

Responding Party is not aware of any documents responsive to this Request.

Discovery is ongoing and Responding Party reserves the right to supplement these responses when and if more information becomes available.

**REQUEST NO. 21:**

All Records or Communications that Takeover's owners/directors/employees/agents sent to NextGen at any point between January 1, 2021 and the present.

**RESPONSE TO REQUEST NO. 21:**

Responding Party is unaware of any documents responsive to this Request. While some of Responding Party's board/officers may have held positions at both Takeover and NextGen during the same timeframe, and they may therefore have some knowledge of each company, as stated above, Responding Party is unaware of any documents that would be responsive to this Request.

Discovery is ongoing and Responding Party reserves the right to supplement these responses when and if more information becomes available.

DATED this 11th day of February 2025.

Law Office of S. Don Bennion

*S. Don Bennion, Esq.*
S. Don Bennion, Esq.
Nevada Bar No. 4530
Law Office of S. Don Bennion
6980 O'Bannon Drive #400
Las Vegas, Nevada 89117
Tel: (702) 333-0777 Fax: (702) 333-0577
email: don@bennionlaw.com

Whitehead & Burnett

*Jeffrey J. Whitehead, Esq.*
Jeffrey J. Whitehead, Esq.
Nevada Bar No. 3183
6980 O'Bannon Drive
Las Vegas, Nevada 89117
Tel: (702)267-6500 Fax: (702)267-6262
Email: jeff@whiteheadburnett.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

On February 11, 2025 I served the following document(s):

1. The document(s) were served by the following means to the person(s) as listed below:

**TAKEOVER INDUSTRIES INCORPORATED'S AMENDED RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

☐ a. ECF System

And all other parties requesting notice.

☐ b. US mail, postage prepaid

c. Personal Service:

☑ d. By direct email (as opposed to the ECF system): Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the person(s) at the email addresses listed below. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

**James Patrick Shea, Esq.**
Nevada Bar No. 405
**Bart K. Larsen, Esq.**
Nevada Bar NO. 8538
**Kyle M. Wyant, Esq.**
Nevada Bar No. 14652
SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
T: 702-471-7432 F: 702-926-9683
blarsen@shea.law
kwyant@shea.law
*Attorneys for Plaintiff*

**Jennifer Hoekel, Esq.**
Nevada Bar No. 12775
Husch Blackwell LLP
8001 Forsyth Boulevard Suite 1500

**Patrick M. Harvey, Esq.**
Admitted Pro-Hac Vice
Husch Blackwell LLP
511 North Broadway, Suite 1100

St. Louis, Missouri 63105
T: 314-480-1500
Jennifer.hoekel@huschblackwell.com
*Attorney for Plaintiff*

Milwaukee, WI 53202
T: 414-273-2100
Patrick.Harvey@huschblackwell.com
*Attorney for Plaintiff*

☐ e. By fax transmission

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the person(s) at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. By messenger

I served the document(s) by placing them in an envelope or package addressed to the person(s) at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ *S. Don Bennion, Esq*________
Law Office of S. Don Bennion