S. Don Bennion, Esq.
Nevada Bar No. 4530
Law Office of S. Don Bennion
6980 O'Bannon Drive #400
Las Vegas, Nevada 89117
Tel: (702) 333-0777 Fax: (702) 333-0577
email: don@bennionlaw.com

Jeffrey J. Whitehead, Esq.
Nevada Bar No. 3183
Whitehead & Burnett
6980 O'Bannon Drive
Las Vegas, Nevada 89117
Tel: (702)267-6500 Fax: (702)267-6262
Email: jeff@whiteheadburnett.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES V. DEPPOLETO JR.,<br>Plaintiff,<br><br>v.<br><br>TAKEOVER INDUSTRIES, INCORPORATED, *et al.*<br>Defendant. | Case NO. 2:22-cv-02013-GMN-BNW |

**TOM ZARRO'S AMENDED RESPONSES TO SUBPOENA DUCES TECUM and AMENDED RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

TO: JAMES V. DEPPOLETO, JR.,

TO: SHEA LARSEN; and HUSCH BLACKWELL LLP, as his attorneys of record.

TOM ZARRO'S ("Zarro"), by and through counsel of record, hereby submits his Amended Responses to Subpoena Duces Tecum numbers 8 and 14; Amended Responses to Plaintiff's First Request For Production of Documents, numbers 1, 2,3 and 4 pursuant to the Federal Rules of Civil Procedure 34. Zarro's Amended Responses to Subpoena Duces Tecum and Plaintiff's First Request for Production of Document are highlighted in **black** as follows:

**Subpoena Duces Tecum Request No. 8:**

And and all communications between you and any individual that reference any withdrawal or transfer of funds from Takeover.

**Amended Response to Subpoena Duces Tecum Request No. 8:**

Responding Party is unaware of any documents responsive to this Request. Discovery is ongoing and Responding Party reserves the right to supplement this Response when and if additional information becomes available. **See DEF001463 to DEF01503; see also, DEF01372 to DEF01374; see also DEF01271 to DEF01280.**

**Subpoena Duces Tecum Request No. 14:**

Any and all communications between You and any individual that mention any investments that You made in NextGen Beverages LLC.

**Amended Response Subpoena Duces Tecum Request No. 14:**

Responding Party has performed a diligent review of his records and is unaware of any documents responsive to this Request. Discovery is ongoing and Responding Party reserves the right to supplement these responses when and if more information becomes available. **See DEF01538 to 01545; see also, DEF01560 to 01764.**

**Request For Production No. 1:**

Any and all communications and documents reflecting shares that you hold in Labor Smart, Inc.

**Amended Response to Request No. 1:**

Defendant objects to this request on the grounds that it is vague and ambiguous as to the word "reflecting" calls for legal conclusion, and is overly broad. Notwithstanding these objections, see DEF00285 to DEF00868. Discovery is continuing and this response will be supplemented as warranted. **See also, DEF01560 to DEF01764.**

**Request For Production No. 2:**

Any and all communications and documents reflecting the purchase, sale, or transfer of shares that you once held or continue to hold in Labor Smart, Inc.

**Amended Response to Request No. 2:**

Defendant objects to this request on the grounds that it is vague and ambiguous as to the word "reflecting," calls for legal conclusion, and is overly broad. Notwithstanding these objections, see DEF00285 to DEF00868. Discovery is continuing and this response will be supplemented as warranted. **See also, DEF01560 to DEF01764.**

**Request For Production No. 3:**

Any and all communications between you and any Defendant in this lawsuit (Takeover, Holley, McBride, Pavlik, Zarro, NextGen Beverages) since January 1, 2022, that references Mr. Deppoleto or his investment in Takeover.

**Amended Response to Request No. 3:**

Defendant objects to this request on the grounds that it is vague and ambiguous as to the term "investment", may call for speculation, lacks foundation, calls for legal conclusion, and is overly broad, duplicative and unduly burdensome. Notwithstanding these objections, see

**DEF00534 to 00550; see also, DEF01107 to 01112.** Discovery is continuing and this response will be supplemented as warranted.

**<u>Request For Production No. 4:</u>**

Any and all communications between you and any Defendants in this lawsuit (Takeover, Holley, McBride, Pavlik, Zarro, NextGen Beverages) since January 1, 2022, that reference the creation of NextGen Beverages.

**<u>Amended Response to Request No. 4:</u>**

See response to request No. 3. **See DEF001372 to 01374; see also,DEF01385 to DEF01406.**

DATED this 18th day of February 2025.

Law Office of S. Don Bennion

*<u>S. Don Bennion, Esq.</u>*
S. Don Bennion, Esq.
Nevada Bar No. 4530
Law Office of S. Don Bennion
6980 O'Bannon Drive #400
Las Vegas, Nevada 89117
Tel: (702) 333-0777 Fax: (702) 333-0577
email: don@bennionlaw.com

Whitehead & Burnett

*<u>Jeffrey J. Whitehead, Esq.</u>*
Jeffrey J. Whitehead, Esq.
Nevada Bar No. 3183
6980 O'Bannon Drive
Las Vegas, Nevada 89117
Tel: (702)267-6500 Fax: (702)267-6262
Email: jeff@whiteheadburnett.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

On February 18th , 2025 I served the following document(s):

1. The document(s) were served by the following means to the person(s) as listed below:

**TOM ZARRO'S AMENDED RESPONSES TO SUBPOENA DUCES TECUM and AMENDED RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

☐ a. ECF System

And all other parties requesting notice.

☐ b. US mail, postage prepaid

c. Personal Service:

☑ d. By direct email (as opposed to the ECF system): Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the person(s) at the email addresses listed below. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

**James Patrick Shea, Esq.**
Nevada Bar No. 405
**Bart K. Larsen, Esq.**
Nevada Bar NO. 8538
**Kyle M. Wyant, Esq.**
Nevada Bar No. 14652
SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
T: 702-471-7432 F: 702-926-9683
blarsen@shea.law
kwyant@shea.law
*Attorneys for Plaintiff*

**Jennifer Hoekel, Esq.**
Nevada Bar No. 12775
Husch Blackwell LLP
8001 Forsyth Boulevard Suite 1500
St. Louis, Missouri 63105
T: 314-480-1500
Jennifer.hoekel@huschblackwell.com
*Attorney for Plaintiff*

**Patrick M. Harvey, Esq.**
Admitted Pro-Hac Vice
Husch Blackwell LLP
511 North Broadway, Suite 1100
Milwaukee, WI 53202
T: 414-273-2100
Patrick.Harvey@huschblackwell.com
*Attorney for Plaintiff*

☐ e. By fax transmission

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the person(s) at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. By messenger

I served the document(s) by placing them in an envelope or package addressed to the person(s) at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ *S. Don Bennion, Esq*________
Law Office of S. Don Bennion