S. Don Bennion, Esq.
Nevada Bar No. 4530
Law Office of S. Don Bennion
6980 O'Bannon Drive #400
Las Vegas, Nevada 89117
Tel: (702) 333-0777 Fax: (702) 333-0577
email: don@bennionlaw.com

Jeffrey J. Whitehead, Esq.
Nevada Bar No. 3183
Whitehead & Burnett
6980 O'Bannon Drive
Las Vegas, Nevada 89117
Tel: (702)267-6500 Fax: (702)267-6262
Email: jeff@whiteheadburnett.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES V. DEPPOLETO JR.,<br><br>Plaintiff,<br><br>v.<br><br>TAKEOVER INDUSTRIES, INCORPORATED, *et al.*<br>Defendant. | Case NO. 2:22-cv-02013-GMN-BNW |

**JOE PAVLIK'S AMENDED RESPONSES TO**

**PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

TO: JAMES V. DEPPOLETO, JR.,

TO: SHEA LARSEN; and HUSCH BLACKWELL LLP, as his attorneys of record.

JOE PAVLIK'S ("Pavlik"), by and through counsel of record, hereby submits his Amended Responses to Plaintiff's First Request for Production of Documents numbers 1,2,3,4,5 and 6 pursuant to the Federal Rules of Civil Procedure 34. Pavlik's Amended Responses to Plaintiff's First Request for Production of Document are highlighted in **black** as follows:

**Request For Production No. 1:**

And and all documents that contain the product formulations for products that were sold by Takeover, including but not limited to, Hydrogen Water and Gamer shots.

**Amended Response to Request No. 1:**

Defendant objects to this request on the grounds that it calls for proprietary documentation, possibly including trade secret information/documentation, legal conclusions, is vague and ambiguous, overly broad, calls for speculation, and lacks foundation. Discovery is continuing and this response will be supplemented as warranted. **See DEF001088 to DEF01106; see also DEF01113 to DEF01135.**

**Request For Production No. 2:**

And and all documents that contain the product formulations for products that have ever been sold by NextGen, including but not limited to, Hydrogen-enriched waters, Nootropic performance beverages, and Artesian Water.

**Amended Response to Request No. 2:**

Defendant objects to this request on the grounds that it calls for proprietary documentation, possibly including trade secret information/documentation, legal conclusions, is vague and ambiguous, overly broad, calls for speculation, and lacks foundation. Discovery is

continuing and this response will be supplemented as warranted. **Notwithstanding these objections, see DEF01291 to 01293; see also, DEF01534 to 01537.**

**<u>Request For Production No. 3:</u>**

Any and all communications and documents reflecting shares that you hold in Labor Smart, Inc.

**<u>Amended Response to Request No. 3:</u>**

Defendant objects to this request on the grounds that it is vague and ambiguous as to the phrases "reflecting" calls for legal conclusion, and is overly broad. Discovery is continuing and this response will be supplemented as warranted. **See DEF01530-01531.**

**<u>Request For Production No. 4:</u>**

Any and all communications and documents reflecting the purchase, sale, or transfer of shares that you once held or continue to hold in Labor Smart, Inc.

**<u>Amended Response to Request No. 4:</u>**

Defendant objects to this request on the grounds that it is vague and ambiguous as to the word "reflecting," calls for legal conclusion, and is overly broad. Discovery is continuing and this response will be supplemented as warranted. **See DEF01530-01531.**

**<u>Request For Production No. 5:</u>**

Any and all communications between you and any Defendant in this lawsuit (Takeover, Holley, McBride, Pavlik, Zarro, NextGen Beverages) since January 1, 2022, that references Mr. Deppoleto or his investment in Takeover.

**<u>Amended Response to Request No. 5:</u>**

Defendant objects to this request on the grounds that it is vague and ambiguous as to the phrases "any and all communications," is duplicative, maycall for speculation, violation of the attorney-client, work product privilege, and legal conclusions regarding the word "investment," and is overly broad. **Notwithstanding these objections, see DEF00589-00590; see also, DEF01458.** Discovery is continuing and this response will be supplemented as warranted.

**Request For Production No. 6:**

Any and all communications between you and any Defendants in this lawsuit (Takeover, Holley, McBride, Pavlik, Zarro, NextGen Beverages) since January 1, 2022, that reference the creation of NextGen Beverages.

**Amended Response to Request No. 6:**

See response to request No. 5. **See also, DEF01530 to 01531.**

DATED this 18th day of February 2025.

Law Office of S. Don Bennion

*S. Don Bennion, Esq.*
S. Don Bennion, Esq.
Nevada Bar No. 4530
Law Office of S. Don Bennion
6980 O'Bannon Drive #400
Las Vegas, Nevada 89117
Tel: (702) 333-0777 Fax: (702) 333-0577
email: don@bennionlaw.com

Whitehead & Burnett

*Jeffrey J. Whitehead, Esq.*
Jeffrey J. Whitehead, Esq.
Nevada Bar No. 3183
6980 O'Bannon Drive
Las Vegas, Nevada 89117
Tel: (702)267-6500 Fax: (702)267-6262
Email: jeff@whiteheadburnett.com
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

On February 18, 2025 I served the following document(s):

1. The document(s) were served by the following means to the person(s) as listed below:

**JOE PAVLIK'S AMENDED RESPONSES TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS**

☐ a. ECF System

And all other parties requesting notice.

☐ b. US mail, postage prepaid

c. Personal Service:

☑ d. By direct email (as opposed to the ECF system): Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the person(s) at the email addresses listed below. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

**James Patrick Shea, Esq.**
Nevada Bar No. 405
**Bart K. Larsen, Esq.**
Nevada Bar NO. 8538
**Kyle M. Wyant, Esq.**
Nevada Bar No. 14652
SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
T: 702-471-7432 F: 702-926-9683
blarsen@shea.law
kwyant@shea.law
*Attorneys for Plaintiff*

**Jennifer Hoekel, Esq.**
Nevada Bar No. 12775
Husch Blackwell LLP
8001 Forsyth Boulevard Suite 1500

**Patrick M. Harvey, Esq.**
Admitted Pro-Hac Vice
Husch Blackwell LLP
511 North Broadway, Suite 1100

St. Louis, Missouri 63105
T: 314-480-1500
Jennifer.hoekel@huschblackwell.com
*Attorney for Plaintiff*

Milwaukee, WI 53202
T: 414-273-2100
Patrick.Harvey@huschblackwell.com
*Attorney for Plaintiff*

☐ e. By fax transmission

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the person(s) at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. By messenger

I served the document(s) by placing them in an envelope or package addressed to the person(s) at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ *S. Don Bennion, Esq*________
Law Office of S. Don Bennion