# EXHIBIT 14

HUSCH BLACKWELL

Patrick M. Harvey
Partner

511 North Broadway, Suite 1100
Milwaukee, WI 53202
Direct: 414.978.5321
Fax: 414.223.5000
Patrick.Harvey@huschblackwell.com

November 20, 2024

**VIA EMAIL**

Kurt R. Bonds, Esq.
David M. Sexton, Esq.
1160 North Town Center Drive, Suite 330
Las Vegas, NV 89144
E-Mail: bondsk@hallevans.com
sextond@hallevans.com

S. Don Bennion, Esq.
Law Office of S. Don Bennion
6980 O'Bannon Drive #400
Las Vegas, NV
E-Mail: don@bennionlaw.com

Jeffrey J. Whitehead, Esq.
Whitehead & Burnett
6980 O'Bannon Drive
Las Vegas, NV 89117
E-Mail: jeff@whiteheadburnett.com

**Re:** ***James Deppoleto, Jr., v. Takeover Industries Incorporated, et al.***
**District of Nevada Case No. 2:22-cv-2013**

Dear Attorneys Bonds, Sexton, Bennion, and Whitehead:

We are writing with regard to the deficiency letter that we sent on November 6, 2024, which outlined the numerous deficiencies in the discovery responses from NextGen Beverages, Takeover Industries, and Tom Zarro.

We received an acknowledgment of receipt of our letter from Attorney Sexton. However, despite our request that you cure those deficiencies by November 8, 2024, you still have not supplemented even a single discovery response.

Accordingly, if you do not supplement your responses by close of business on November 22, 2024, we will be forced to file a motion to compel to obtain the outstanding discovery.

HUSCH BLACKWELL



If you choose not to supplemental your responses, please provide times that you are available for a meet-and-confer on November 25, 2024.

Sincerely,

*s/ Patrick M. Harvey*

Patrick M. Harvey

Cc: James Patrick Shea, Esq. (via email)
Bart K. Larson, Esq. (via email)
Jennifer E. Hoekel, Esq. (via email)