# EXHIBIT 15

HUSCH BLACKWELL

Patrick M. Harvey
Partner

511 North Broadway, Suite 1100
Milwaukee, WI 53202
Direct: 414.978.5321
Fax: 414.223.5000
Patrick.Harvey@huschblackwell.com

November 25, 2024

**VIA EMAIL**

Kurt R. Bonds, Esq.
David M. Sexton, Esq.
1160 North Town Center Drive, Suite 330
Las Vegas, NV 89144
E-Mail: bondsk@hallevans.com

S. Don Bennion, Esq.
Law Office of S. Don Bennion
6980 O'Bannon Drive #400
Las Vegas, NV
E-Mail: don@bennionlaw.com

Jeffrey J. Whitehead, Esq.
Whitehead & Burnett
6980 O'Bannon Drive
Las Vegas, NV 89117
E-Mail: jeff@whiteheadburnett.com

**Re:** ***James Deppoleto, Jr., v. Takeover Industries Incorporated, et al.***
**U.S. District Court of Nevada Case No. 2:22-cv-2013**

Dear Attorneys Bonds, Sexton, Bennion, and Whitehead:

We are writing to follow up on the additional documents that were identified during the November 21, 2024 depositions. Specifically, we are requesting that the Defendants produce the following items:

- Directors and Officers insurance policies held by Takeover Industries Incorporated and/or NextGen Beverages, LLC.
- Documents referencing investments made by Tom Zarro in Labor Smart Inc.
- Documents detailing the pricing paid by Takeover Industries Incorporated and NextGen Beverages, LLC for energy shots.
- Communications with Mr. Tucker.
- Amounts paid by Takeover Industries Incorporated to NextGen Beverages, LLC.

HUSCH BLACKWELL



- Documents detailing Mr. Deppoleto's relationship with the Board of Directors.
- Wells Fargo Bank Statements.

With discovery closing in the very near future, we would ask that you please produce these documents by no later than the end of this week.

Sincerely,

*s/ Patrick M. Harvey*

Patrick M. Harvey

cc: Jennifer E. Hoekel, Esq. (Jennifer.Hoekel@huschblackwell.com)