S. Don Bennion, Esq.
Nevada Bar No. 4530
Law Office of S. Don Bennion
6980 O'Bannon Drive #400
Las Vegas, Nevada 89117
Tel: (702) 333-0777 Fax: (702) 333-0577
email: don@bennionlaw.com

Jeffrey J. Whitehead, Esq.
Nevada Bar No. 3183
Whitehead & Burnett
6980 O'Bannon Drive
Las Vegas, Nevada 89117
Tel: (702)267-6500 Fax: (702)267-6262
Email: jeff@whiteheadburnett.com
*Attorneys for Defendants*

FILED ENTERED RECEIVED SERVED ON
COUNSEL/PARTIES OF RECORD
MAR 27 2025
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: RVR DEPUTY

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

JAMES V. DEPPOLETO JR.,

Plaintiff,

v.

TAKEOVER INDUSTRIES, INCORPORATED, *et al.*

Defendant.

Case NO. 2:22-cv-02013-GMN-BNW

**DECLARATION OF S. DON BENNION IN SUPPORT OF OPPOSITION TO PLAINTIFF'S RENEWED MOTION TO COMPEL DISCOVERY FROM TAKEOVER INDUSTRIES INCORPORATED, MICHAEL HOLLY, TOBY MCBRIDE, JOSEPH PAVLIK, TOM ZARRO AND NEXTGEN BEVERAGE, LLC**

**<u>DECLARATION OF S. DON BENNION</u>**

I, S. Don Bennion, declare and state the following under the penalty of perjury:

I am counsel for Defendants in the above-entitled matter.

Attached hereto as Exhibit A is a copy of Defendants' Fourteenth Supplement to Documents Disclosures dated February 20, 2025.

Attached hereto as Exhibit B is a true and complete copy of the Takeover Industries' Amended Responses to Plaintiff's Requests for Production of Documents dated February 18, 2025.

Attached hereto as Exhibit C is a true and complete copy of Michael Holley's Amended Responses to Plaintiff's Requests for Production of Documents dated February 18, 2025.

Attached hereto as Exhibit D is a true and complete copy of Toby McBride's Amended Responses to Plaintiff's Requests for Production of Documents dated February 18, 2025.

Attached hereto as Exhibit E is a true and complete copy of Joseph Pavlik's Amended Responses to Plaintiff's Requests for Production of Documents dated February 18, 2025.

Attached hereto as Exhibit F is a true and correct copy of Tom Zarro's Amended Responses to Subpoena Duces Tecum and Amended Responses to Plaintiff's Requests for Production of Documents.

Attached hereto as Exhibit G is a true and correct copy of NextGen Beverages, LLC's Amended Responses to Plaintiff's Requests for Production of Documents.

Attached hereto as Exhibit H is a true and correct copy of Plaintiff's Responses to Takeover Industries' First Set of Requests for Production of Documents and Plaintiff's Responses to Takeover Industries' Interrogatories.

Attached hereto as Exhibit I is a true and correct copy of correspondence between counsel for Plaintiff and Defendants.

Attached hereto as Exhibit J is a true and correct copy of the Declaration of Tom Zarro.

Attached hereto as Exhibit K is a true and correct copy of the Declaration of Michael Holley.

In December 2024, January 2025, and February 2025, Plaintiff's counsel and I discussed and corresponded many times regarding proposed editions of a stipulation for a protective order to be filed in this case.

On February 11, 2025, Plaintiff's counsel and I consulted for nearly two hours in accordance with the Court's January 31, 2025 Order denying Motion to Compel Without Prejudice. I agreed to produce any additional responsive documents received from Defendants not subject to privilege and/or a proposed stipulated protective order being negotiated by the parties.

On February 18 and February 20, 2025, Defendants produced additional responsive documents to Plaintiffs. See Exhibit A.

I declare under penalty of perjury that the foregoing is true and correct and if called upon as a witness I could and would competently testify thereto.

Dated this 26th day of March 2025.

*/s/ S. Don Bennion*
S. Don Bennion

**CERTIFICATE OF SERVICE**

On March 27th , 2025 I served the following document(s): **DECLARATION OF S. DON BENNION IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFF'S RENEWED MOTION TO COMPEL DISCOVERY FROM TAKEOVER INDUSTRIES INCORPORATED, MICHAEL HOLLEY, TOBY MCBRIDE, JOSEPH PAVLIK, TOM ZARRO AND NEXTGEN BEVERAGE LLC**

2. The document(s) were served by the following means to the person(s) as listed below:

X☐ a. ECF System

☐ c. Personal Service:

I personally delivered the documents(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was mad by handling the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge, by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

d. By direct email (as opposed to the ECF system): Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the person(s) at the email addresses listed below. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

**James Patrick Shea, Esq.**
Nevada Bar No. 405
**Bart K. Larsen, Esq.**
Nevada Bar NO. 8538
**Kyle M. Wyant, Esq.**
Nevada Bar No. 14652

**Kurt R. Bonds, Esq.**
Nevada Bar No. 6228
**David M. Sexton, Esq.**
Nevada Bar No. 14951
HALL & EVANS, LLC
1160 North Town Center Drive

SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
T: 702-471-7432 F: 702-926-9683
blarsen@shea.law
kwyant@shea.law
*Attorneys for Plaintiff*

Suite 330
Las Vegas, Nevada 89144
T: 702-998-1022
nvefile@hallevans.com
bondsk@hallevans.com
sextond@hallevans.com
*Attorneys for Defendants*

**Jennifer Hoekel, Esq.**
Nevada Bar No. 12775
Husch Blackwell LLP
8001 Forsyth Boulevard Suite 1500
St. Louis, Missouri 63105
T: 314-480-1500
Jennifer.hoekel@huschblackwell.com
*Attorney for Plaintiff*

**Patrick M. Harvey, Esq.**
Admitted Pro-Hac Vice
Husch Blackwell LLP
511 North Broadway, Suite 1100
Milwaukee, WI 53202
T: 414-273-2100
Patrick.Harvey@huschblackwell.com
*Attorney for Plaintiff*

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ S. Don Bennion,Esq*________
Law Office of S. Don Bennion