JAMES PATRICK SHEA
Nevada Bar No. 405
BART K. LARSEN
Nevada Bar No. 8538
KYLE M. WYANT
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email: jshea@shea.law
blarsen@shea.law
kwyant@shea.law

JENNIFER E. HOEKEL
Nevada Bar No. 12775
jennifer.hoekel@huschblackwell.com
**HUSCH BLACKWELL LLP**
8001 Forsyth Boulevard Suite 1500
St. Louis, Missouri 63105
Telephone: 314.480.1500
Facsimile: 314.480.1505

-and-

PATRICK M. HARVEY
Admitted *Pro Hac Vice*
patrick.harvey@huschblackwell.com
**HUSCH BLACKWELL LLP**
511 North Broadway Suite 1100
Milwaukee, Wisconsin 53202
Telephone: 414.273.2100
Facsimile: 414.223.5000
*Attorney for Plaintiff*
*James V. Deppoleto Jr.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES V. DEPPOLETO JR., Individually and Derivatively on Behalf of Nominal Defendant Takeover Industries Incorporated<br><br>Plaintiff,<br><br>v.<br><br>TAKEOVER INDUSTRIES INCORPORATED, Defendant and Nominal Defendant<br><br>MICHAEL HOLLEY,<br><br>TOBY MCBRIDE,<br><br>JOSEPH PAVLIK,<br><br>TOM ZARRO,<br><br>and<br><br>NEXTGEN BEVERAGES, LLC<br><br>Defendants. | CASE NO. 2:22-cv-2013<br><br>**PATRICK M. HARVEY DECLARATION IN SUPPORT OF PLAINTIFF'S SUPPLEMENT IN SUPPORT OF HIS REQUEST FOR ATTORNEYS' FEES RELATED TO PLAINTIFF'S RENEWED MOTION TO COMPEL** |

Under penalty of perjury and pursuant to 28 U.S.C. § 1746, I, Patrick M. Harvey, declare as follows:

1. I am one of the attorneys for Plaintiff, James V. Deppoleto Jr. ("Plaintiff" or "Deppoleto"), in the above captioned matter, and I am admitted to practice *pro hac vice* before this Court.

2. I submit this Declaration in support of Plaintiff's supplement in support of his request for attorneys' fees that he incurred in obtaining an order compelling Takeover Industries Incorporated ("Takeover"), Michael Holley ("Holley"), Toby McBride ("McBride"), Joseph Pavlik ("Pavlik"), Tom Zarro ("Zarro"), and NextGen Beverages, LLC's ("NextGen") (collectively, the "Takeover Defendants") to: (1) provide complete responses to Deppoleto's First,

Second, and Third Set of Requests for Production; and (2) for Zarro to complete his deposition, providing full and complete answers to the questions. (See Dkt. No. 118, 129.)

3. A true and correct copy of DEF01753-01758, produced by the Takeover Defendants, is attached as **Exhibit A**.

4. A true and correct copy of DEF02138-02139, produced by the Takeover Defendants, is attached as **Exhibit B**.

5. A true and correct copy of DEF02145, DEF02189, and DEF02215, produced by the Takeover Defendants, is attached as **Exhibit C**.

Executed on this 15th day of July, 2025.

*/s/ Patrick M. Harvey*
Patrick M. Harvey

## CERTIFICATE OF SERVICE

1. On July 15, 2025, I served the following document(s): **PATRICK M. HARVEY DECLARATION IN SUPPORT OF PLAINTIFF'S SUPPLEMENT IN SUPPORT OF HIS REQUEST FOR ATTORNEYS' FEES RELATED TO PLAINTIFF'S RENEWED MOTION TO COMPEL.**

2. I served the above document(s) by the following means to the persons as listed below:

☒ a. ECF System:

☐ b. United States mail, postage fully prepaid:

☐ c. Personal Service:

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. By direct email (as opposed to through the ECF System): Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 15, 2025.

By: /s/ *Patrick M. Harvey*