# EXHIBIT A

9:33 16m 41

Toby

Oct 1, 2023 at 9:29 AM

Hey bro u and Luis better keep my fukn name out of your mouth !!! Say I'm incompetent again bro! Say it again. U and Luis hit big balls call me in the phone. I hear u to fuks say 1 more thing abt me I swear you will face me !!! Trust me All you do is listen to this fuk Luis. FYI I'm not signing shit!!!! Understand

Never said u were incompetent. That's a lie.

Show me

I told shar in group chat that we r a team. Not a one man show because she was making it out like we live and die by one person

Subject

iMessage

9:33 16m 41

Toby

Never said u were incompetent. That's a lie

Show me

I told shar in group chat that we r a team. Not a one man show because she was making it out like we live and die by one person

[redacted]

I hvnt seen a fukn settlement!!! Unbelievable

Maybe I should see it u think??!!

U r being sued personally.

R u not aware?

Subject

Message

9:33 16m 41

Toby

I hvnt seen a fukn settlement!!! Unbelievable

Maybe I should see it u think??!!

U r being sued personally.

R u not aware?

I'm not the guy u want to threaten bro!! Believe me

And now the guy trying to make it go away u decide to believe some bullshit and attack.

U threatened me.

Go look at your text

I trusted u and all u do is now down to Luis

Subject

iMessage

9:33 16m 41

Toby

I trusted u and all u do is now down to Luis

And we spend 500 k trying to save the company u guys destroyed. Now we are all being sued.

Keep it up!! Be careful

This is ur mess.

I'm trying to clean it up

**Who told u this?**
Hey bro u and Luis better keep my fukn name out of your mouth !!! Say I'm incompetent again bro! Say it again. U and Luis hit big balls call me in the phone. I hear u to fuks say 1 more thing abt me I swear you will face me !!! Trust me All you do is listen to this fuk

Subject

iMessage

9:33 16m 41

Toby

I'm not defending anything.
Read my contract !!!

I'm done

Tell deppoletto

It's between u and him

U r going off the rails at a time when it could be catastrophic to u and the company.

Answer my question.

Who did u believe over ne?

Me?

The case against u is very serious. For all of us. I wasn't here. U and joe were. U signed everything Jason put in front of u. That's the issue. Settling is the best

Subject

iMessage

9:34 16m 41

Toby

The case against u is very serious. For all of us. I wasn't here. U and joe were. U signed everything Jason put in front of u. That's the issue. Settling is the best option. But u must know better.

Ur our building a new brand and we have 50,000 shareholders asking questions and many creditors.

The only thing I should hear from u is thank you. Lmk when u can answer my questions.

Who told u

U don't have a contract.

Subject

iMessage