# EXHIBIT B

3:00

10 JT

Jason

Yes but not helping. I'm upset to but would like to stay alive. She's trying to further the division which don't help settlement. We need to split the baby and move on.

I hear you. I have no control over what Shar does or may have already done. I do not think everyone has a full picture of how many wealthy people got burned by the "board" move these guys made. They should have agreed to a receiver. I'll see if I can temper it down.

According to what I saw in discord, a train left the station.

There are heavy hitters in

Subject

iMessage

3:00 13

10

JT

Jason

According to what I saw in discord, a train left the station.

There are heavy hitters in play.

I haven't been on discord. I'll check now

Nov 26, 2022 at 9:22 AM

Gm.

Please call. I have a list

Jason@battleshipstance.-com

I tried calling twice and went to voicemail

One minuets

Nov 26, 2022 at 5:04 PM

Subject

iMessage