# EXHIBIT C

2:58 13

10

JT

Jason

No

They want to move on.

Ryan giving them a lifeline and they want it I believe.

Who is KineBuds. There's a person in discord that somehow knows too much

No clue

Ryan Toby joe mike in my conversations. Nobody else.

Didn't see him on discord

Update: An intermediary was able to broker basic terms for possible resolution. All parties politely request that negative banter cease as we work through this.

Subject

iMessage


3:07
2:53
12
11
JT
Jason
I'm reading your discord messages as they were sent to me.
When you help get rid of the workers who work, support those who defame me, and let the thieves run a show, all to get a note paid, this is what you get. Good luck. The Four lawsuits and two investigations will make you a busy witness.
Jason. None of which is my issue. I got rid of nobody. I'm looking for settling.
Wasn't that our goal ?
NO ONE has sent me a settlement document.
I've seen a term sheet.
Subject
iMessage

3:10 6:01 11

11

JT

Jason

know if someone doesn't tell me.

James did not have to immediately file a lawsuit in nv. He could have done what I did and just engage to settle. The big items were done minus the manny payout.

I'm trying to present the facts as I see them on discord and keep SH informed so there are no more lawsuits.

I want to settle and move on.

No hidden agenda. No axe to grind. I have been told Veronica was informed of the term sheet that was circulated.

Subject

iMessage