Bank of America Online Banking

**Takeover Industries: Account Activity Transaction Details**

| | |
|---|---|
| **Post date:** | 05/25/2022 |
| **Amount:** | 500,000.00 |
| **Type:** | Credit |
| **Description:** | WIRE TYPE:WIRE IN DATE: 220525 [redacted] |
| **Merchant name:** | QUINTEC INTEGRATION INC |
| **Merchant information:** | |
| **Transaction category:** | Income: Deposits |

Bank of America Online Banking

**Takeover Industries: Account Activity Transaction Details**

| | |
|---|---|
| **Post date:** | 07/07/2022 |
| **Amount:** | 500,000.00 |
| **Type:** | Credit |
| **Description:** | WIRE TYPE:WIRE IN DATE: 220707 [redacted] |
| **Merchant name:** | QUINTEC INTEGRATION INC |
| **Merchant information:** | |
| **Transaction category:** | Income: Deposits |



DEF02010

Bank of America Online Banking

Takeover Industries: Account Activity Transaction Details

| | |
|---|---|
| **Post date:** | 08/19/2022 |
| **Amount:** | 500,000.00 |
| **Type:** | Credit |
| **Description:** | WIRE TYPE:WIRE IN DATE: 220819 [redacted] |
| **Merchant name:** | QUINTEC INTEGRATION INC |
| **Merchant information:** | |
| **Transaction category:** | Income: Deposits |