3:21 2:42 7

12

JT

Jason

Jason

But no tactic. Just happenstance

saw a wrapped lockd in van on Sahara and Rainbow yesterday.

U like it? Lmk if u want to meet. I'm in town

Looked good.

Ty. We are really doing our best to make this happen.

May 22, 2024 at 10:23 PM

Your offer was once again no offer and a threat. Looking forward to a trial schedule and now, additional damages.

Subject

iMessage

3:23 4:36 7

12

JT

Jason

What am I risking?

Everything you are currently claiming and think is properly vested.

According to Paul that's shares, according to Patrick it's nothing. So which is it? What am I risking?

And if you force the evidence and the platforms to show it it will most likely make any walk away impossible. You are already in jeopardy in my opinion.

What evidence are you referring to?

I asked you that like 20 minutes ago

Subject

Message

3:22 3:00 7

12

JT

Jason

Jason. What I was referring to as changing was that we are pink and trading.

That's everything in the world where we are joined.

I think u know takeover is insolvent.

Not sure what you are looking for. I'm always open to any conversation that leads to productive solutions

A walk away is a two sided action Jason. We both just move on.

Any chance I can meet with you while you are here in Vegas ?

Subject

iMessage

3:22 3:21 7

12 JT

Jason

Yeah. I don't have the energy to fight. I am simply confused.

This past week Paul sent a letter to Veronica that communicated that if I settle the lawsuit in your proposed walk away, the company will agree to allow removing a restriction on the shares issued to battleship and oak creek.

Then, Friday, Patrick sent a letter that says that neither me, nor battleship or oak creek is or was entitled to shares and the restrictions should not be removed.

So if I agree to a walk away, does battleship and oak creek get the restriction

Subject

iMessage