JAMES PATRICK SHEA
Nevada Bar No. 405
BART K. LARSEN
Nevada Bar No. 8538
KYLE M. WYANT
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email: jshea@shea.law
blarsen@shea.law
kwyant@shea.law

JENNIFER E. HOEKEL
Nevada Bar No. 12775
jennifer.hoekel@huschblackwell.com
**HUSCH BLACKWELL LLP**
8001 Forsyth Boulevard, Suite 1500
St. Louis, Missouri 63105
Telephone: 314.480.1500
Facsimile: 314.480.1505

-and-

PATRICK M. HARVEY
*Admitted Pro Hac Vice*
Patrick.Harvey@huschblackwell.com
**HUSCH BLACKWELL LLP**
511 North Broadway, Suite 1100
Milwaukee, WI 53202
Telephone: 414.273.2100
Facsimile: 414.223.5000
*Attorney for Plaintiff*
*James V. Deppoleto Jr.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

HB: 4902-7792-7272.1

| | |
|---|---|
| JAMES V. DEPPOLETO JR.,<br><br>        Plaintiff,<br><br>v.<br><br>TAKEOVER INDUSTRIES<br>INCORPORATED, *et al.*<br><br>        Defendant. | CASE NO. 2:22-cv-02013-GMN-DJA<br><br>**STIPULATION FOR EXTENSION OF TIME TO FILE JOINTLY PROPOSED PRETRIAL ORDER** |

Plaintiff, James V. Deppoleto Jr. ("Mr. Deppoleto" or "Plaintiff"), by and through his undersigned counsel, and Defendants, Takeover Industries Incorporated ("Takeover"), Tom Zarro ("Zarro"), Michael Holley ("Holley"), Toby McBride ("McBride"), Joseph Pavlik ("Pavlik") and NextGen Beverages, LLC ("NextGen") (collectively, the "Takeover Defendants"),[1] by and through their undersigned counsel, hereby submit the following Stipulation for Extension of Time to file their jointly proposed pretrial order for the Court's review:

WHEREAS, on August 15, 2025, the Court entered an Order (ECF No. 152) setting September 15, 2025, as the deadline by which the parties were to file their jointly proposed pretrial order pursuant to LR 16-3(b) (Dkt. No. 152); and

WHEREAS, on September 10, 2025, Takeover Industries Incorporated filed for Chapter 7 Bankruptcy, and on the same date, filed a Notice of Bankruptcy in this Court (Dkt. No. 155), counsel for the parties have conferred and, having done that, agree that there is good cause for a short extension on the parties' deadline to file the jointly proposed pretrial report, because Takeover Industries Incorporated's recent Bankruptcy filing could affect scheduling for this matter, and the parties and their counsel need to think through and discuss how Takeover Industries Incorporated's Bankruptcy should factor into future scheduling in this matter.

---

[1] Plaintiff and the Takeover Defendants may be referred to as the "Parties."

2

HB: 4902-7792-7272.1

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, and subject to the Court's approval, that the parties' deadline to file the jointly proposed pretrial order should be extended two weeks, until September 29, 2025.

HB: 4902-7792-7272.1

**IT IS SO ORDERED** that the parties' stipulation for extension of time to file jointly proposed pretrial order (ECF No. 156) is GRANTED.

_____
UNITED STATES MAGISTRATE JUDGE

DATED: 9/18/2025

| | |
|---|---|
| DATED this 12th day of September, 2025. | DATED this 12th day of September, 2025. |
| **HUSCH BLACKWELL LLP** | **LAW OFFICE OF S. DON BENNION** |
| /s/ *Patrick M. Harvey* | /s/ *S. Don Bennion* |
| JAMES PATRICK SHEA | S. DON BENNION, ESQ. |
| Nevada Bar No. 405 | Nevada Bar No. 4530 |
| BART K. LARSEN | 6980 O'Bannon Drive, Suite 400 |
| Nevada Bar No. 8538 | Las Vegas, NV 89117 |
| KYLE M. WYANT | Telephone: (702) 333-0777 |
| Nevada Bar No. 14652 | Fax: (702) 333-0577 |
| SHEA LARSEN | Email: Don@bennionlaw.com |
| 1731 Village Center Circle, Suite 150 | |
| Las Vegas, Nevada 89134 | **WHITEHEAD & BURNETT** |
| Telephone: (702) 471-7432 | |
| Fax: (702) 926-9683 | JEFFREY J. WHITEHEAD, ESQ. |
| Email: jshea@shea.law | Nevada Bar No. 3183 |
| blarsen@shea.law | 6980 O'Bannon Drive |
| kwyant@shea.law | Las Vegas, NV 89117 |
| | Telephone: (702) 267-6500 |
| JENNIFER E. HOEKEL | Fax: (702) 267-6262 |
| Nevada Bar No. 12775 | Email: Jeff@whiteheadburnett.com |
| jennifer.hoekel@huschblackwell.com | *Attorneys for Defendants Takeover Industries Incorporated, Tom Zarro, Michael Holley, Toby McBride, Joseph Pavlik and NextGen Beverages, LLC* |
| HUSCH BLACKWELL LLP | |
| 8001 Forsyth Boulevard, Suite 1500 | |
| St. Louis, Missouri 63105 | |
| Telephone: 314.480.1500 | |
| Facsimile: 314.480.1505 | |
| | |
| And | |

4

HB: 4902-7792-7272.1

| | |
|---|---|
| 1 | PATRICK M. HARVEY |
|  | *Admitted Pro Hac Vice* |
| 2 | Patrick.Harvey@huschblackwell.com |
|  | **HUSCH BLACKWELL LLP** |
| 3 | 511 North Broadway, Suite 1100 |
|  | Milwaukee, WI 53202 |
| 4 | Telephone: 414.273.2100 |
|  | Facsimile: 414.223.5000 |
| 5 | *Attorney for Plaintiff* |
| 6 | *James V. Deppoleto Jr.* |

5

# CERTIFICATE OF SERVICE

1. On September 12, 2025, I served the following document(s): **STIPULATION FOR EXTENSION OF TIME TO FILE JOINTLY PROPOSED PRETRIAL ORDER**

2. I served the above document(s) by the following means to the persons as listed below:

   ☒ a. ECF System:

   On all parties appearing, receiving, and requesting notice.

   ☐ b. United States mail, postage fully prepaid:

   ☐ c. Personal Service:

   I personally delivered the document(s) to the persons at these addresses:

   ☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

   ☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

   ☐ d. By direct email (as opposed to through the ECF System):
   Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

   ☐ e. By fax transmission:

   Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

   ☐ f. By messenger:

   I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

   I declare under penalty of perjury that the foregoing is true and correct.

   Dated: September 12, 2025.

   By: /s/ *Patrick M. Harvey*

HB: 4902-7792-7272.1