S. Don Bennion, Esq.
Nevada Bar No. 4530
Law Office of S. Don Bennion
6980 O'Bannon Drive #400
Las Vegas, Nevada 89117
Tel: (702) 333-0777  Fax: (702) 333-0577
email: don@bennionlaw.com

Jeffrey J. Whitehead, Esq.
Nevada Bar No. 3183
Whitehead & Burnett
6980 O'Bannon Drive
Las Vegas, Nevada 89117
Tel: (702)267-6500 Fax: (702)267-6262
Email: jeff@whiteheadburnett.com
*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES V. DEPPOLETO JR., <br><br> Plaintiff, <br><br> v. <br><br> TAKEOVER INDUSTRIES, INCORPORATED, Defendant and Nominal Defendant <br><br> MICHAEL HOLLEY, TOBY MCBRIDE, JOSEPH PAVLIK, TOM ZARRO, And NEXTGEN BEVERAGE, LLC <br><br> Defendants. | Case NO. 2:22-cv-02013-GMN-DJA <br><br><br> **STIPULATION FOR EXTENSION OF TIME TO FILE JOINTLY PROPOSED PRE-TRIAL ORDER** <br><br> **Second Request** |

Defendants Michael Holley, Tom Zarro, Joseph Pavlik, Toby McBride, Takeover Industries, Incorporated, and NextGen Beverages, LLC, ("Defendants") by and through their undersigned counsel, and Plaintiff James V. Deppoleto Jr. ("Plaintiff") by and through his undersigned counsel, Plaintiff and Defendants collectively referred to as the "Parties," hereby submit the following Stipulation for Extension of Time to file their jointly proposed pre-trial order for the Court's review:

WHEREAS, on August 15, 2025, the Court entered an Order (ECF No. 152) setting September 15, 2025, as the deadline by which the parties were to file their jointly proposed pre-trial order pursuant to LR 16-3(b) (ECF No. 152); and

WHEREAS, on September 10, 2025, Defendant Takeover Industries Incorporated filed for Chapter 7 Bankruptcy and filed a Notice of Bankruptcy in this Court (ECF No. 155). Counsel for the Parties conferred and agreed there was good cause for a short extension of time to file the Joint Pre-Trial Report;

WHEREAS, this is the Parties' second request for an extension of time under LR IA 6-1. On September 12, 2025, the Parties requested the first request for an extension of time to file the joint pre-trial order until September 29, 2025. The Court granted that first requested extension (ECF No. 157), setting the requested deadline of September 29, 2025, for filing the Joint Pre-Trial Report.

WHEREAS, counsel for the Parties previously scheduled the meet and confer conference as required under the Local Rules for filing the proposed Joint Pre-Trial Report for September 29, 2025, at 2pm, and undersigned counsel for Defendants will not be able to participate in said conference because of exigent health circumstances related to the recent birth of undersigned counsel S. Don Bennion's granddaughter in Sacramento, California.

THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between the Parties, through their undersigned counsel, that good cause exists, and subject to the Court's approval, that the Parties' deadline to file the jointly proposed pre-trial order should be extended two weeks until October 13, 2025.

**IT IS SO ORDERED** that the Parties' stipulation for extension of time to file the jointly proposed pre-trial order is GRANTED.

_____
UNITED STATES MAGISRATE JUDGE

DATED: 10/1/2025

Dated this 28th day of September, 2025.

Law Office of S. Don Bennion

By: /s/ *S. Don Bennion, Esq.*
S. Don Bennion, Esq.
Nevada Bar No. 4530
Law Office of S. Don Bennion
6980 O'Bannon Drive #400
Las Vegas, Nevada 89117
Tel: (702) 333-0777  Fax: (702) 333-0577
email: don@bennionlaw.com

Whitehead & Burnett

By: /s/ *Jeffrey J. Whitehead, Esq.*
Jeffrey J. Whitehead, Esq.
Nevada Bar No. 3183
Whitehead & Burnett
6980 O'Bannon Drive
Las Vegas, Nevada 89117
Tel: (702)267-6500 Fax: (702)267-6262
Email: jeff@whiteheadburnett.com
*Attorneys for Defendants*

Dated this 29TH day of September 2025

By:*/s/ Jennifer Hoekel Esq.*
Jennifer Hoekel, Esq.
Nevada Bar No. 12775
Husch Blackwell LLP
8001 Forsyth Boulevard Suite 1500
St. Louis, Missouri 63105
T: 314-480-1500
Jennifer.hoekel@huschblackwell.com
*Attorney for Plaintiff*

By:*/s/ Patrick M. Harvey, Esq.*
Patrick M. Harvey, Esq.
Admitted Pro-Hac Vice
Husch Blackwell LLP
511 North Broadway, Suite 1100
Milwaukee, WI 53202
T: 414-273-2100
Patrick.Harvey@huschblackwell.com
*Attorney for Plaintiff*