JAMES PATRICK SHEA
Nevada Bar No. 405
BART K. LARSEN
Nevada Bar No. 8538
KYLE M. WYANT
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email: jshea@shea.law
blarsen@shea.law
kwyant@shea.law

JENNIFER E. HOEKEL
Nevada Bar No. 12775
jennifer.hoekel@huschblackwell.com
**HUSCH BLACKWELL LLP**
8001 Forsyth Boulevard, Suite 1500
St. Louis, Missouri 63105
Telephone: 314.480.1500
Facsimile: 314.480.1505

-and-

PATRICK M. HARVEY
*Admitted Pro Hac Vice*
Patrick.Harvey@huschblackwell.com
**HUSCH BLACKWELL LLP**
511 North Broadway, Suite 1100
Milwaukee, WI 53202
Telephone: 414.273.2100
Facsimile: 414.223.5000
*Attorney for Plaintiff*
*James V. Deppoleto Jr.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES V. DEPPOLETO JR., <br><br> Plaintiff, <br><br> v. <br><br> TAKEOVER INDUSTRIES INCORPORATED, *et al.* <br><br> Defendants. | CASE NO. 2:22-cv-02013-GMN-DJA <br><br> **JOINT STATUS REPORT RE: TAKEOVER INDUSTRIES, INCORPORATED'S BANKRUPTCY CASE** |

Pursuant to the Court's Minute Order on October 24, 2025 (ECF No. 164), Plaintiff, James V. Deppoleto Jr. ("Deppoleto" or "Plaintiff"), by and through his undersigned counsel, and Defendants, Takeover Industries Incorporated ("Takeover"), Tom Zarro ("Zarro"), Michael Holley ("Holley"), Toby McBride ("McBride"), Joseph Pavlik ("Pavlik") and NextGen Beverages, LLC ("NextGen") (collectively, the "Takeover Defendants"),[1] by and through their undersigned counsel, hereby submit this Joint Status Report regarding the status of Takeover's bankruptcy, as follows:

Takeover filed a chapter 7 bankruptcy petition on September 10, 2025 styled as *In re Takeover Industries Inc.*, 3:25-BK-50831 (Bankr. D. Nev.) (hereinafter, the "Bankruptcy Case," and the United States Bankruptcy Court for the District of Nevada the "Bankruptcy Court"). Bradley G. Sims was appointed as the Chapter 7 trustee (the "Trustee"). 341(a)(1) meetings of creditors were held on October 9, October 27, and November 20, 2025 where the Trustee and creditors were permitted to question Takeover. At this time, the 341(a) creditors meeting has been further adjourned to December, 15, 2025 solely for Takeover to provide a copy of its 2023 taxes to the Trustee.

As of September 30, 2025, the Trustee indicated that there were assets in the estate and that

---

[1] Plaintiff and the Takeover Defendants may be referred to as the "Parties."

1  a dividend to unsecured creditors was possible. The Trustee set December 31, 2025, as the last
2  date to file proofs of claim in the Bankruptcy Case.
3  [*Signatures on Next Page.*]

DATED this 24th day of November, 2025.

**HUSCH BLACKWELL LLP**

*/s/ Patrick M. Harvey*
JAMES PATRICK SHEA
Nevada Bar No. 405
BART K. LARSEN
Nevada Bar No. 8538
KYLE M. WYANT
Nevada Bar No. 14652
SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email: jshea@shea.law
blarsen@shea.law
kwyant@shea.law

JENNIFER E. HOEKEL
Nevada Bar No. 12775
jennifer.hoekel@huschblackwell.com
HUSCH BLACKWELL LLP
8001 Forsyth Boulevard, Suite 1500
St. Louis, Missouri 63105
Telephone: 314.480.1500
Facsimile: 314.480.1505

And

PATRICK M. HARVEY
*Admitted Pro Hac Vice*
Patrick.Harvey@huschblackwell.com
**HUSCH BLACKWELL LLP**
511 North Broadway, Suite 1100
Milwaukee, WI 53202
Telephone: 414.273.2100
Facsimile: 414.223.5000

*Attorneys for Plaintiff*
*James V. Deppoleto Jr*

DATED this 24th day of November, 2025.

**LAW OFFICE OF S. DON BENNION**

*/s/ S. Don Bennion*
S. DON BENNION, ESQ.
Nevada Bar No. 4530
6980 O'Bannon Drive, Suite 400
Las Vegas, NV 89117
Telephone: (702) 333-0777
Fax: (702) 333-0577
Email: Don@bennionlaw.com

**WHITEHEAD & BURNETT**

JEFFREY J. WHITEHEAD, ESQ.
Nevada Bar No. 3183
6980 O'Bannon Drive
Las Vegas, NV 89117
Telephone: (702) 267-6500
Fax: (702) 267-6262
Email: Jeff@whiteheadburnett.com

*Attorneys for Defendants Takeover Industries Incorporated, Tom Zarro, Michael Holley, Toby McBride, Joseph Pavlik and NextGen Beverages, LLC*

# CERTIFICATE OF SERVICE

1. On November 24, 2025, I served the following document(s): **JOINT STATUS REPORT RE: TAKEOVER INDUSTRIES, INCORPORATED'S BANKRUPTCY CASE**

2. I served the above document(s) by the following means to the persons as listed below:

    ☒  a.  ECF System:

    On all parties appearing, receiving, and requesting notice.

    ☐  b.  United States mail, postage fully prepaid:

    ☐  c.  Personal Service:

    I personally delivered the document(s) to the persons at these addresses:

    ☐  For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

    ☐  For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

    ☐  d.  By direct email (as opposed to through the ECF System):
    Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

    ☐  e.  By fax transmission:

    Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

    ☐  f.  By messenger:

    I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

    I declare under penalty of perjury that the foregoing is true and correct.

    Dated: November 24, 2025.
    
    By: /s/ *Patrick M. Harvey*