JAMES PATRICK SHEA
Nevada Bar No. 405
BART K. LARSEN
Nevada Bar No. 8538
KYLE M. WYANT
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
Email: jshea@shea.law
blarsen@shea.law
kwyant@shea.law

JENNIFER E. HOEKEL
Nevada Bar No. 12775
jennifer.hoekel@huschblackwell.com
**HUSCH BLACKWELL LLP**
8001 Forsyth Boulevard, Suite 1500
St. Louis, Missouri 63105
Telephone: 314.480.1500
Facsimile: 314.480.1505

-and-

PATRICK M. HARVEY
*Admitted Pro Hac Vice*
Patrick.Harvey@huschblackwell.com
**HUSCH BLACKWELL LLP**
511 North Broadway, Suite 1100
Milwaukee, WI 53202
Telephone: 414.273.2100
Facsimile: 414.223.5000
*Attorney for Plaintiff*
*James V. Deppoleto Jr.*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

|     |     |     |
| --- | --- | --- |
| 1   | JAMES V. DEPPOLETO JR., | CASE NO. 2:22-cv-02013-GMN-DJA |
| 2   | Plaintiff, | |
| 3   | v.  | **JOINT STATUS REPORT RE: TAKEOVER INDUSTRIES, INCORPORATED'S BANKRUPTCY CASE (FEBRUARY 2026 UPDATE)** |
| 4   | TAKEOVER INDUSTRIES INCORPORATED, *et al.* | |
| 5   | | |
| 6   | Defendants. | |

Pursuant to the Court's Minute Order on October 24, 2025 (ECF No. 164), Plaintiff, James V. Deppoleto Jr. ("Deppoleto" or "Plaintiff"), by and through his undersigned counsel, and Defendants, Takeover Industries Incorporated ("Takeover"), Tom Zarro ("Zarro"), Michael Holley ("Holley"), Toby McBride ("McBride"), Joseph Pavlik ("Pavlik") and NextGen Beverages, LLC ("NextGen") (collectively, the "Takeover Defendants"), by and through their undersigned counsel, hereby submit this Joint Status Report for February 2026 regarding the status of Takeover's bankruptcy.

Takeover filed a chapter 7 bankruptcy petition on September 10, 2025 styled as *In re Takeover Industries Inc.*, 3:25-BK-50831 (Bankr. D. Nev.) (hereinafter, the "Bankruptcy Case," and the United States Bankruptcy Court for the District of Nevada the "Bankruptcy Court"). Bradley G. Sims was appointed as the Chapter 7 trustee (the "Trustee").

Since the filing of the January 2026 status report, there have been no material developments in the Bankruptcy Case.

[*Signatures on Next Page.*]

2

| | |
|---|---|
| DATED this 23rd day of February, 2026.<br><br>**HUSCH BLACKWELL LLP**<br><br>*/s/ Patrick M. Harvey*<br>JAMES PATRICK SHEA<br>Nevada Bar No. 405<br>BART K. LARSEN<br>Nevada Bar No. 8538<br>KYLE M. WYANT<br>Nevada Bar No. 14652<br>SHEA LARSEN<br>1731 Village Center Circle, Suite 150<br>Las Vegas, Nevada 89134<br>Telephone: (702) 471-7432<br>Fax: (702) 926-9683<br>Email: jshea@shea.law<br>blarsen@shea.law<br>kwyant@shea.law<br><br>JENNIFER E. HOEKEL<br>Nevada Bar No. 12775<br>jennifer.hoekel@huschblackwell.com<br>HUSCH BLACKWELL LLP<br>8001 Forsyth Boulevard, Suite 1500<br>St. Louis, Missouri 63105<br>Telephone: 314.480.1500<br>Facsimile: 314.480.1505<br><br>And<br><br>PATRICK M. HARVEY<br>*Admitted Pro Hac Vice*<br>Patrick.Harvey@huschblackwell.com<br>**HUSCH BLACKWELL LLP**<br>511 North Broadway, Suite 1100<br>Milwaukee, WI 53202<br>Telephone: 414.273.2100<br>Facsimile: 414.223.5000<br><br>*Attorneys for Plaintiff*<br>*James V. Deppoleto Jr* | DATED this 23rd day of February, 2026.<br><br>**LAW OFFICE OF S. DON BENNION**<br><br>*/s/*<br>S. DON BENNION, ESQ.<br>Nevada Bar No. 4530<br>6980 O'Bannon Drive, Suite 400<br>Las Vegas, NV 89117<br>Telephone: (702) 333-0777<br>Fax: (702) 333-0577<br>Email: Don@bennionlaw.com<br><br>**WHITEHEAD & BURNETT**<br><br>JEFFREY J. WHITEHEAD, ESQ.<br>Nevada Bar No. 3183<br>6980 O'Bannon Drive<br>Las Vegas, NV 89117<br>Telephone: (702) 267-6500<br>Fax: (702) 267-6262<br>Email: Jeff@whiteheadburnett.com<br><br>*Attorneys for Defendants Takeover Industries Incorporated, Tom Zarro, Michael Holley, Toby McBride, Joseph Pavlik and NextGen Beverages, LLC* |

**CERTIFICATE OF SERVICE**

1. On February 23, 2026, I served the following document(s): **JOINT STATUS REPORT RE: TAKEOVER INDUSTRIES, INCORPORATED'S BANKRUPTCY CASE (FEBRUARY 2026 UPDATE)**

2. I served the above document(s) by the following means to the persons as listed below:

☒ a. ECF System:

On all parties appearing, receiving, and requesting notice.

☐ b. United States mail, postage fully prepaid:

☐ c. Personal Service:

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. By direct email (as opposed to through the ECF System):
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 23, 2026.

By: /s/ *Patrick M. Harvey*