S. Don Bennion, Esq.
Nevada Bar No. 4530
Law Office of S. Don Bennion
6980 O'Bannon Drive #400
Las Vegas, Nevada 89117
Tel: (702) 333-0777 Fax: (702) 333-0577
email: don@bennionlaw.com

Jeffrey J. Whitehead, Esq.
Nevada Bar No. 3183
Whitehead & Burnett
6980 O'Bannon Drive
Las Vegas, Nevada 89117
Tel: (702)267-6500 Fax: (702)267-6262
Email: jeff@whiteheadburnett.com

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES V. DEPPOLETO JR.,<br><br>Plaintiff,<br><br>v.<br><br>TAKEOVER INDUSTRIES, INCORPORATED, Defendant and Nominal Defendant<br><br>MICHAEL HOLLEY,<br>TOBY MCBRIDE,<br>JOSEPH PAVLIK,<br>TOM ZARRO,<br>And<br>NEXTGEN BEVERAGE, LLC<br><br>Defendants. | Case NO. 2:22-cv-02013-GMN-DJA<br><br>**DECLARATION OF JEFFREY J. WHITEHEAD, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS** |

**DECLARATION OF JEFFREY J. WHITEHEAD ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS**

I, Jeffrey J. Whitehead, Esq. hereby declare and state as follows:

1. I have personal knowledge as to the facts set forth below and am competent to testify as to the matters stated herein. I have personal knowledge of the facts set forth herein except as to those stated upon information and belief, which are based upon my knowledge and belief of their veracity.

2. I am over the age of 18, an attorney licensed to practice before all State and Federal courts in the State of Nevada, and I am an attorney at Whitehead & Burnett.

3. I represent Defendants Takeover Industries, Inc., Michael Holley, Toby McBride, Tom Zarro, Joseph Pavlik and NextGen Beverage, LLC, as co-counsel with the Law Office of S. Don Bennion in the matter James Deppolito Jr. v. Takeover Industries, Inc. et al. case no.: 2:22-cv-02013-GMN-DJA.

4. I submit this declaration in support of the instant motion to withdraw as counsel of record.

5. This declaration is being provided in accordance with Nevada Rule of Professional Conduct 1.16(b)(5) and Local Rule IA 11-6.

6. Rule 1.16(b)(5) of the Nevada Rules of Professional Conduct allows an attorney to withdraw from representing a client if "[t]he client fails substantially to fulfill an obligation to the lawyer regarding the lawyer's services and has been given reasonable warning that the lawyer will withdraw unless the obligation is fulfilled."

7. Additionally, Rule 1.16(b) of the Nevada Rules of Professional Conduct allows an attorney to withdraw from representing a client if [w]ithdrawal can be accomplished without material adverse effect on the interests of the client."

8. For reasons which must remain confidential, the Law Office of S. Don Bennion and Whitehead & Burnett are unable to continue to serve as counsel of record for the Defendant in this matter.

9. In this case, the Defendants are currently subject to the following deadlines:

a. Motions in Limine: May 16, 2026.

b. Calendar Call: June 9, 2026, 9a.m.

c. Trial by Jury: June 15, 2026 8:30a.m.

10. Fundamental differences have developed between clients and counsel herein and the best way to proceed, the Law Office of S. Don Bennion and Whitehead & Burnett believe, is they must step away and allow for adequate time to find other representation who share Defendants' belief on the best way to proceed. Defendants have failed to satisfy their obligations to the Law Office of S. Don Bennion and Whitehead & Burnett despite repeated reminders and opportunities to correct this defect.

11. Withdrawal at this time will not work any material adverse effect on the interests of Defendants because they have sufficient time to retain new counsel to protect and advance their interests.

12. Therefore, I believe I have complied with NRPC 1.16(b) and 1.16(b)(5) and Local Rule IA 11-6.

13. As set forth in the accompanying Declaration of S. Don Bennion, the Law Office of S. Don Bennion will mail a copy of this Motion to Withdraw to Defendants last known address via U.S. Certified Mail, postage prepaid, as well as emailing a copy of this Motion to Withdraw to Defendants at their last known email addresses concurrently with this Motion being submitted to the Court for filing.

14. As set forth in the accompanying Declaration of S. Don Bennion, the Law Office of S. Don Bennion will also mail a file-stamped copy of any Notice of Hearing, with the hearing date, if/once issued by the Court to Defendants last known mailing addresses and email addresses.

15. Defendant Takeover Industries, Inc. last known mailing address is: 401 Ryland St. Ste 200-A Reno, Nevada 89502.

16. Defendant NextGen Beverage LLC's last known mailing address is: 3741 El Sereno Ave. Altadena, CA 91001.

17. Defendant Thomas Zarro's last known address is: 1100 Boletus Drive Henderson, Nevada 89011; his last known email address is: tomzarro@gmail.com; his last known telephone number is (702)287-9715.

18. Defendant Michael Holley's last known address is: 5137 East Armour St. Cave Creek, Arizona 85331; his last known email address is: mike@lockdin.com; his last known telephone number is (602)326-8290.

19. Defendant Toby McBride's last known address is: 2948 Monticello Drive Stockton, CA 95209; his last known email address is: 1elitebev@gmail.com; his last known telephone number is: (209)933-1751.

20. Defendant Joseph Pavlik's last known address is: 17047 Racoon Trail Strongsville, Ohio; his last known email address is: joe@lockdin.com; his last known telephone number is: unknown.

21. The motion is not filed to harass or unnecessarily delay this matter and does not pose an undue burden on opposing counsel or parties.

22. This request is made in good faith, in the interests of justice, and will not cause prejudice to any party in the case.

I declare under penalties of perjury under the law of the State of Nevada that the foregoing is true and correct.

/*s/ Jeffrey J. Whitehead*_________
Jeffrey J. Whitehead Esq.

# CERTIFICATE OF SERVICE

On March 24, 2026 I served the following document(s):

1. The document(s) were served by the following means to the person(s) as listed below:

**DECLARATION OF JEFFREY J. WHITEHEAD, ESQ. IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANTS**

X a. ECF System

And all other parties requesting notice.

☑ b. US mail, postage prepaid

| | | |
|---|---|---|
| Tom Zarro<br>1100 Boletus Dr.<br>Henderson, NV<br>89011 | Mike Holley<br>5137 E. Armour St.<br>Cave Creek, Arizona<br>85331 | Toby McBride<br>2948 Monticello Drive<br>Stockton, CA<br>95209 |
| Joseph Pavlik<br>17047 Racoon Trail<br>Strongsville, Ohio<br>44136 | Takeover Industries, Inc<br>401 Ryland St Ste 200-A<br>Reno, NV 89052 | NextGen Beverage , LLC<br>3741 El Sereno Ave.<br>Altadena, CA 91001 |

d. By direct email (as opposed to the ECF system): Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the person(s) at the email addresses listed below. I did not receive, within a reasonable time after transmission, any electronic message or other indication that the transmission was unsuccessful.

**James Patrick Shea, Esq.**
Nevada Bar No. 405
**Bart K. Larsen, Esq.**
Nevada Bar NO. 8538
**Kyle M. Wyant, Esq.**
Nevada Bar No. 14652
SHEA LARSEN
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
T: 702-471-7432 F: 702-926-9683
blarsen@shea.law
kwyant@shea.law
*Attorneys for Plaintiff*

**Jennifer Hoekel, Esq.**
Nevada Bar No. 12775
Husch Blackwell LLP
8001 Forsyth Boulevard Suite 1500
St. Louis, Missouri 63105
T: 314-480-1500
Jennifer.hoekel@huschblackwell.com
*Attorney for Plaintiff*

**Patrick M. Harvey, Esq.**
Admitted Pro-Hac Vice
Husch Blackwell LLP
511 North Broadway, Suite 1100
Milwaukee, WI 53202
T: 414-273-2100
Patrick.Harvey@huschblackwell.com
*Attorney for Plaintiff*

☐ e. By fax transmission

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the person(s) at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. By messenger

I served the document(s) by placing them in an envelope or package addressed to the person(s) at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

*/s/ S. Don Bennion, Esq*________
Law Office of S. Don Bennion