FILED RECEIVED
ENTERED SERVED ON
COUNSEL/PARTIES OF RECORD
APR 13 2026
CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY: PMM DEPUTY

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

James V. Deppoleto Jr., §

Plaintiff, § Case No. 2:22-cv-02013-GMN-DJA

v. §

Takeover Industries Incorporated, et al., §

Defendants. §

## INDIVIDUAL DEFENDANTS' REPLY TO PLAINTIFF'S RESPONSE TO MOTION TO WITHDRAW

### I. INTRODUCTION

Plaintiff's Response nominally states that he does not oppose withdrawal, yet proceeds to inject collateral allegations regarding discovery and sanctions that are unsupported, procedurally improper, and irrelevant to the narrow issue before the Court. Plaintiff's filing appears calculated to prejudice the Individual Defendants and their counsel in the eyes of the Court rather than address the merits of the Motion to Withdraw. The Court should disregard these improper assertions.

### II. DISCOVERY COMPLIANCE

The Individual Defendants have fully complied with all discovery obligations to the extent of documents within their possession, custody, or control and have cooperated in good faith with counsel. Plaintiff's assertions are generalized, unsupported, and lack specificity.

### III. SANCTIONS ARGUMENT IS IMPROPER

Plaintiff's request regarding sanctions is premature and unsupported. Sanctions require due process, including notice and opportunity to be heard. No such motion or finding exists.

### IV. NO DELAY CAUSES PREJUDICE

Withdrawal of counsel will not substantially delay proceedings. In addition, Defendants are working with Plaintiff and his counsel to resolve this matter, and all defendants have signed a binding term sheet drafted by Plaintiff's counsel. Plaintiff has not signed but we are in active negotiations. Also, Defendants' attorneys are paid in full. The only remaining monies that are due is the $50,000 trial retainer. If settlement does not occur, this amount will be paid.

**V. IMPROPER ATTEMPT TO PREJUDICE**

Plaintiff's filing improperly attempts to introduce irrelevant and prejudicial material. The Court should limit consideration to the issue of withdrawal.

**VI. CONCLUSION**

The Individual Defendants respectfully request that the Court grant the Motion to Withdraw and disregard Plaintiff's unsupported assertions.

DATED this ___ day of April, 2026.

Respectfully submitted,

/s/ Tom Zarro

Tom Zarro

/s/ Michael Holley

Michael Holley

/s/ Joseph Pavlik

Joseph Pavlik

/s/ Toby McBride

Toby McBride

Defendants, Pro Se