# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

James V. Deppoleto Jr.,

    Plaintiff,

  v.

Takeover Industries Incorporated, et al.,

    Defendants.

Case No. 2:22-cv-02013-GMN-DJA

**Order**

Steven Don Bennion, Jr., Esq. of The Law Office of S. Don. Bennion and Jeffrey J. Whitehead, Esq. of the law office of Whitehead and Burnett move to withdraw as counsel for Defendants Takeover Industries, Inc.; Tom Zarro; Michael Holley; Toby McBride; Joseph Pavlik; and NextGen Beverage, LLC. (ECF No. 172). Bennion and Whitehead explain that Defendants have not met their financial obligations and that fundamental differences have developed between them and Defendants. Defendants Zarro, Holley, McBride, and Pavlik (the "Individual Defendants") do not oppose the motion, but ask that the Court defer ruling on it so that they might have time to resolve the fee issue with Bennion and Whitehead or find new representation. (ECF Nos. 176, 177). Plaintiff also does not oppose the motion, but asserts that his non-opposition is premised on keeping the jury trial date of June 15, 2026, and on Bennion and Whitehead remaining accountable for any outstanding discovery. (ECF No. 175). The Individual Defendants assert in response to Plaintiff's non-opposition that they have fully complied with their discovery obligations. (ECF No. 178, 179). Bennion and Whitehead assert in reply that Plaintiff's claim that Defendants have not complied with their discovery obligations is an abrupt change in position. (ECF No. 180). Bennion and Whitehead add that, regardless of any fee dispute, they still have a fundamental disagreement with Defendants and, therefore, withdrawal is appropriate.

Under Local Rule IA 11-6(e), "[e]xcept for good cause shown, no withdrawal or substitution will be approved if it would result in delay of discovery, the trial, or any hearing in the case." Additionally, commercial entities must be represented by counsel. *See Reading Intern., Inc. v. Malulani Group, Ltd.*, 814 F.3d 1046, 1053 (9th Cir. 2016). Here, given the fact that trial is about two months away, the Court does not find that Bennion and Whitehead's withdrawal will necessarily result in delay of trial. And, to the extent that the parties believe it might, they may still move for the appropriate relief. The Court therefore grants the motion to withdraw and will set a deadline for the entity defendants Takeover and NextGen to retain counsel. Additionally, the Court declines to condition the withdrawal on keeping the trial date and on Bennion and Whitehead remaining accountable for outstanding discovery as Plaintiff requests. Any decisions regarding the trial date will be determined by the assigned district judge, not the undersigned magistrate judge. Additionally, the Court declines to rule on Plaintiff's discovery dispute in the context of a motion to withdraw.

**IT IS THEREFORE ORDERED** that Bennion and Whitehead's motion to withdraw (ECF No. 172) is **granted.** The Clerk of Court is kindly directed to remove Steven Don Bennion, Jr., Esq. and Jeffrey J. Whitehead, Esq. as counsel of record and from the electronic service list for this case.

**IT IS FURTHER ORDERED** that Takeover and NextGen[1] must appear through counsel in this action on or before **May 4, 2026.**

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to place Defendants' last known addresses on the docket:

Tom Zarro
1100 Boletus Dr.
Henderson, NV 89011

---

[1] The case is currently stayed as to Takeover given its bankruptcy. (ECF No. 164). However, Takeover is also under an obligation to file joint status report every thirty days and, because it is a commercial entity, must do so through counsel.

Michael Holley
5137 E. Armour St.
Cave Creek, Arizona 85331

Toby McBride
2948 Monticello Drive
Stockton, CA 95209

Joseph Pavlik
17047 Racoon Trail
Strongsville, Ohio 44136

Takeover Industries, Inc
401 Ryland St Ste 200-A
Reno, NV 89052

NextGen Beverage, LLC
3741 El Sereno Ave.
Altadena, CA 91001

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to **send** a copy of this order to each Defendant at the addresses above.

DATED: April 20, 2026,

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE