Lars K. Evensen
Nevada Bar No. 8061
Jenapher L. Miller
Nevada Bar No. 14233
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
lkevensen@hollandhart.com
jlmiller@hollandhart.com

*Attorneys for Nextgen Beverage, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES V. DEPPOLETO JR,<br><br>Plaintiff,<br><br>v.<br><br>TAKEOVER INDUSTRIES,<br>INCORPORATED,<br><br>Defendant and<br>Nominal Defendant<br><br>MICHAEL HOLLEY, TOBY MCBRIDE,<br>JOSEPH PAVLIK, TOM ZARRO,<br>NEXTGEN BEVERAGE, LLC,<br><br>Defendants. | Case No.: 2:22-cv-02013-GMN-DJA<br><br>**ORDER GRANTING STIPULATION<br>TO EXTEND BRIEFING SCHEDULE<br>ON [190] MOTION TO ENFORCE<br>BINDING TERM SHEET** |

Defendant NEXTGEN BEVERAGE, LLC ("NextGen"), Plaintiff JAMES V. DEPPOLETO JR ("Plaintiff"), and Defendants MICHAEL HOLLEY and TOM ZARRO ("Individual Defendants"; collectively, with NextGen and Plaintiff, as the "Parties" and each a "Party"), by and through their respective undersigned counsel of record, hereby respectfully submit this *Stipulation and Order to Extend Briefing Scheduling on [190] Motion to Enforce Binding Term Sheet (First Request)* (the "Stipulation") by fourteen (14) days—**from July 9, 2026 to July 23, 2026**—which is the first requested extension thereto, as follows:

1.     On June 25, 2026, Plaintiff filed his *Motion to Enforce Binding Term Sheet* (the "Motion"; ECF No. 190).

2.     Responses to the Motion are currently due July 9, 2026.

1

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

3.   On June 29, 2026, a Notice of Appearance of Counsel was filed on behalf of NextGen.  (ECF No. 195).

4.   On July 1, 2026, a Notice of Appearance of Counsel was filed on behalf of Individual Defendants.  (ECF No. 196).

5.   As counsel for NextGen and counsel for Individual Defendants were just recently retained, the Parties agree and stipulate that good cause exists for extending the briefing schedule for the Motion by fourteen (14) days—from **July 9, 2026 to July 23, 2026**—so as to allow counsel to get up to speed on this matter.

6.   Accordingly, the Parties respectfully request that the Court enter an order granting this Stipulation and extending the deadline to respond to the Motion by fourteen (14) days—from **July 9, 2026 to July 23, 2026**.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

7.    This Stipulation is made in good faith and not for improper purposes or to cause undue delay.

STIPULATED & DATED this 6th day of July 2026.

**HOLLAND & HART LLP**

/s/ Lars K. Evensen
Lars K. Evensen
Jenapher L. Miller
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134

*Attorneys for Nextgen Beverage, LLC*

**McDONALD CARANO LLP**

/s/ Ryan J. Works
Ryan J. Works (NBN 9224)
Jimmy F. Dahu (NBN 17061)
Jonah Gavish (NBN 17197)
McDONALD CARANO LLP
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
jdahu@mcdonaldcarano.com
jgavish@mcdonaldcarano.com

*Attorneys for Michael Holley & Tom Zarro*

**SHEA LARSEN**

/s/ Kyle M. Wyant
JAMES PATRICK SHEA (NBN 405)
BART K. LARSEN (NBN 8538)
KYLE M. WYANT (NBN 14652)
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
jshea@shea.law
blarsen@shea.law
kwyant@shea.law

JENNIFER E. HOEKEL (NBN 12775)
**HUSCH BLACKWELL LLP**
8001 Forsyth Boulevard Suite 1500 St.
Louis, Missouri 63105
jennifer.hoekel@huschblackwell.com

PATRICK M. HARVEY (*Pro Hac Vice*)
**HUSCH BLACKWELL LLP**
511 North Broadway, Suite 1100
Milwaukee, WI 53202
Patrick.Harvey@huschblackwell.com

*Attorneys for James V. Deppoleto Jr.*

**IT IS SO ORDERED:**

**DATED** this __8__ day of July, 2026.

_____
Gloria M. Navarro, District Judge
United States District Court

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134