# EXHIBIT 2

2026-03-05 Email string re Re: For your consideration

EXHIBIT 2

**From:** James Deppoleto Jr. <jdeppoleto@quintecconveyor.com>
**Sent:** Thursday, March 5, 2026 1:47 PM
**To:** Brad Wyatt
**Cc:** Luis Sequeira (ext) [Board Member] [mc]
**Subject:** Re: For your consideration

I won't go past that number of $1.5M, so do what you can with that. No more changes after this.

James DEPPOLETO JR.
President
jDEPPOLETO@QUINTECCONVEYOR.COM
1600 PARAMOUNT DR.
WAUKESHA, WI 53186
262-200-1675
QUINTECCONVEYOR.COM

SIMPLE MATERIAL HANDLING SOLUTIONS
FOR COMPLEX PROBLEMS

**From:** Brad Wyatt <brad.w@kulturabrands.com>
**Sent:** Thursday, March 5, 2026 3:35 PM
**To:** James Deppoleto Jr. <jdeppoleto@quintecconveyor.com>
**Cc:** Luis Sequeira (ext) [Board Member] [mc] <lsequeira@pacquiaofoundation.org>
**Subject:** RE: For your consideration

I'm confused. I could have sworn that you told Scott and I that you have a $5M LOC that is earmarked for this project if we can come to settlement, correct? Now I agree, you need to be comfortable with the team and the project, so growing into a higher amount may take some time, but has something changed since that conversation?

Araghi has offered an additional $500K on top of the $670K he's already put in (recent money), this all for the pref A's. Can we increase your contribution to $1.5M to make a clear statement that your offer is better?

**Deppoleto settles and funds:**
Deppoleto gets $2.5M note and $2.5M in royalties

- 10 days to conduct due diligence

- 34 pref A shares stay in escrow during the 10 days.
- When funding happens $1.5M , 34 pref A shares released to Deppoleto. (I'm not saying I most likely wont fund more but $1M is the number for the preferreds. That number gives me a look at how things flow before I am committed to more.

**Deppoleto settles but does not fund:**

Deppoleto gets $2.5M note and $2.0M in royalties

- 10 days to conduct due diligence (assume he passes on the funding after 10 days)
- 34 pref A shares stay in escrow until a funding source is identified.

**Brad Wyatt**
**Chief Executive Officer**
**Kultura Brands Inc.**
**O: 720-407-6338**
**C: 303-725-8825**
E: brad.w@kulturabrands.com
OTCID: LTNC

KULTURA BRANDS

www.kulturabrands.com

The information transmitted by this email is intended only for the person or entity it addresses. This email may contain proprietary, business-confidential, and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction, or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

---

**From:** James Deppoleto Jr. <jdeppoleto@quintecconveyor.com>
**Sent:** Thursday, March 5, 2026 1:48 PM
**To:** Brad Wyatt <brad.w@kulturabrands.com>
**Cc:** Luis Sequeira (ext) [Board Member] [mc] <lsequeira@pacquiaofoundation.org>
**Subject:** Re: For your consideration

**Deppoleto settles and funds:**

- Deppoleto gets $2.5M note and $2.5M in royalties
- 10 days to conduct due diligence
- 34 pref A shares stay in escrow during the 10 days.
- When funding happens $1.5M , 34 pref A shares released to Deppoleto. (I'm not saying I most likely wont fund more but $1M is the number for the preferreds. That number gives me a look at how things flow before I am committed to more.

**Deppoleto settles but does not fund:**

- Deppoleto gets $2.5M note and $2.0M in royalties
- 10 days to conduct due diligence (assume he passes on the funding after 10 days)
- 34 pref A shares stay in escrow until a funding source is identified.

Fingers crossed you are good with this.

**Brad Wyatt**
**Chief Executive Officer**
**Kultura Brands Inc.**
**O: 720-407-6338**
**C: 303-725-8825**
E: brad.w@kulturabrands.com
OTCID: LTNC
KULTURA BRANDS
www.kulturabrands.com

The information transmitted by this email is intended only for the person or entity it addresses. This email may contain proprietary, business-confidential, and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction, or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

---

**From:** James Deppoleto Jr. <jdeppoleto@quintecconveyor.com>
**Sent:** Thursday, March 5, 2026 1:11 PM
**To:** Brad Wyatt <brad.w@kulturabrands.com>
**Cc:** Luis Sequeira (ext) [Board Member] [mc] <lsequeira@pacquiaofoundation.org>
**Subject:** Re: For your consideration

Brad,

I have a $2.5M note that has been accruing interest at 18% for 3 years. Throw me a bone.

James DEPPOLETO JR.
President
jDEPPOLETO@QUINTECCONVEYOR.COM
1600 PARAMOUNT DR.
WAUKESHA, WI 53186
262-200-1675
QUINTECCONVEYOR.COM
QUINTEC
SIMPLE MATERIAL HANDLING SOLUTIONS FOR COMPLEX PROBLEMS

**From:** Brad Wyatt <brad.w@kulturabrands.com>
**Sent:** Thursday, March 5, 2026 2:07 PM
**To:** James Deppoleto Jr. <jdeppoleto@quintecconveyor.com>
**Cc:** Luis Sequeira (ext) [Board Member] [mc] <lsequeira@pacquiaofoundation.org>
**Subject:** RE: For your consideration

Throw me a bone, please. 😊 $1.5 is a $1M discount and covers your note + interest and exceeds it by $100K. I can argue with Tom that it is a solid offer that pays you investment ($2.5M), + interest ($900K @ 8.0%) + PITA Fee ($100K).

**Brad Wyatt**
**Chief Executive Officer**
**Kultura Brands Inc.**
**O: 720-407-6338**
**C: 303-725-8825**
E: brad.w@kulturabrands.com
OTCID: LTNC
KULTURA BRANDS
www.kulturabrands.com

The information transmitted by this email is intended only for the person or entity it addresses. This email may contain proprietary, business-confidential, and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction, or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

---

**From:** James Deppoleto Jr. <jdeppoleto@quintecconveyor.com>
**Sent:** Thursday, March 5, 2026 12:56 PM
**To:** Brad Wyatt <brad.w@kulturabrands.com>
**Cc:** Luis Sequeira (ext) [Board Member] [mc] <lsequeira@pacquiaofoundation.org>
**Subject:** Re: For your consideration

**Deppoleto settles and funds:**

- Deppoleto gets $2.5M note and $2.5M in royalties
- 10 days to conduct due diligence
- 34 pref A shares stay in escrow during the 10 days.
- When funding happens $1M, 34 pref A shares released to Deppoleto.

**Deppoleto settles but does not fund:**

- Deppoleto gets $2.5M note and $1.5M in royalties
- 10 days to conduct due diligence (assume he passes on the funding after 10 days)
- 34 pref A shares stay in escrow until a funding source is identified.

**Brad Wyatt**

**Chief Executive Officer**

**Kultura Brands Inc.**

**O: 720-407-6338**

**C: 303-725-8825**

E: brad.w@kulturabrands.com
OTCID: LTNC

KULTURA BRANDS
www.kulturabrands.com

The information transmitted by this email is intended only for the person or entity it addresses. This email may contain proprietary, business-confidential, and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction, or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

**SECURITY NOTE** -External Email. Please do not reply, open attachments or click on links from unknown sources.
**SECURITY NOTE** -External Email. Please do not reply, open attachments or click on links from unknown sources.
**SECURITY NOTE** -External Email. Please do not reply, open attachments or click on links from unknown sources.
**SECURITY NOTE** -External Email. Please do not reply, open attachments or click on links from unknown sources.