# EXHIBIT 3

Declaration of Luis Sequeira

EXHIBIT 3

Lars K. Evensen
Nevada Bar No. 8061
Jenapher L. Miller
Nevada Bar No. 14233
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
lkevensen@hollandhart.com
jlmiller@hollandhart.com

*Attorneys for Nextgen Beverage, LLC*

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES V. DEPPOLETO JR,<br><br>Plaintiff,<br><br>v.<br><br>TAKEOVER INDUSTRIES, INCORPORATED,<br><br>Defendant and Nominal Defendant<br><br>MICHAEL HOLLEY, TOBY MCBRIDE, JOSEPH PAVLIK, TOM ZARRO, NEXTGEN BEVERAGE, LLC,<br><br>Defendants. | Case No.: 2:22-cv-02013-GMN-DJA<br><br>**DECLARATION OF LUIS SEQUEIRA IN SUPPORT OF RESPONSE TO [190] MOTION TO ENFORCE BINDING TERM SHEET** |

I, Luis Sequeira, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, hereby declare and state as follows:

1. I am over 18 years of age and am competent to testify as to the matters set forth in this Declaration based upon my own personal knowledge and/or belief.

2. I am a director at Kultura Brands Inc.

3. I make this Declaration in support of NEXTGEN BEVERAGE, LLC's ("NextGen") *Response* (the "Response") to Plaintiff JAMES V. DEPPOLETO JR.'s ("Plaintiff" or "Deppoleto") *Motion to Enforce Binding Term Sheet* (the "Motion"; ECF No. 190).

4. A true and correct copy of pages from WhatsApp of Luis Sequeira (*highlights added*) is attached to the Response as **Exhibit 4**.

5. A true and correct copy of excerpts from WhatsApp of Luis Sequeira, dated May 21, 2026, is attached to the Response as **Exhibit 11**.

6. A true and correct copy of excerpts from WhatsApp of Luis Sequeira, dated May 26, 2026, is attached to the Response as **Exhibit 12**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and/or belief.

DATED/EXECUTED this 23rd th day of July 2026.

Assinado por:

Luis Sequeira

A12E01D77553 4E6...

**LUIS SEQUEIRA**

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134