# EXHIBIT 4

Pages from WhatsApp of Luis Sequeira ("Luis WhatsApp") (highlights added)

EXHIBIT 4

[4/8/26, 11:07:02 AM] Luis: Gm Scott
[4/8/26, 11:08:46 AM] Scott: Gm
[4/8/26, 11:13:31 AM] Luis: I think I can do 2.5
[4/8/26, 11:13:52 AM] Scott: It would greatly appreciated 🙏
[4/8/26, 12:35:14 PM] Luis: Group call, 2 invited
[4/8/26, 2:18:39 PM] Scott: Voice call, 5 min
[4/8/26, 6:27:42 PM] Scott: Group call, 2 invited
[4/8/26, 7:20:26 PM] Scott: Group call, 2 invited
[4/8/26, 7:49:28 PM] Luis: Listen I don't pretend to know the ins and outs, but I point out things that bother me as a shareholder that gives 365 for this company for zippo, "made w agave" is NOT what we reportedly had and looking it up it points the same BS other tequila seltzers make. Oh and somebody should look at Thirst Responder original flavor, it's horrible, the other flavors are great. I don't follow the hype crowd, I just want the best for this company!
You ask me to take it down, I will.
12:41 AM
[4/8/26, 7:56:02 PM] Luis: I Will address your concerns
Thank You so much
12:48 AM
[4/8/26, 8:03:12 PM] Scott: image omitted
[4/8/26, 8:03:27 PM] Luis: 🤣
[4/8/26, 8:03:38 PM] Scott: OFF WITH HIS HEAD!
[4/8/26, 8:04:22 PM] Luis: Send him the fat lady, your stinky friend
[4/8/26, 8:04:33 PM] Scott: 😂😂😂
[4/8/26, 10:20:49 PM] Scott: Group call, 2 invited
[4/9/26, 9:50:23 AM] Scott: Luis,
When you and James called me, the understanding was that once Tom signed, there would be capital available immediately while we worked toward the definitive settlement document. I moved forward with full confidence that we would get this across the line, and based on that, I've had the pedal down building the business.
Launching one brand is hard. Launching two at the same time is a different level entirely. We are scaling fast, with tens of thousands of doors in play and moving toward thousands of active doors in short order. The demand is real and it's here now.
I'm at a critical point. We have five states opening over the next two and a half weeks and I need to place a can order immediately to support that rollout. If I miss this window, we're forced into digitally printed cans at nearly three times the cost, which is not sustainable. More importantly, we risk going out of stock right as we're gaining traction, and that is not something we can afford.
My phone is constantly ringing with things that need to be addressed financially to keep this moving. When we initially discussed this, the number mentioned was 500 in connection with the Scofflaw acquisition. Based on where we are now, we need to be at 1 million to execute properly and avoid disruption. If the path is offering James the 22 Preferred A's for that amount, I'm open to structuring it that way, but the priority is getting immediate capital in place.
These delays are creating real pressure on operations at the worst possible time. I need your help getting this done now so we can keep momentum and not lose ground.
[4/9/26, 9:50:36 AM] Scott: Voice call, 3 min
[4/9/26, 9:58:28 AM] Scott: Luis,
When you and James called me, the understanding was that once Tom signed, there

would be capital available immediately while we worked toward the definitive settlement document. Based on those conversations, I moved forward with full conviction and have had the pedal down building the business.
Launching one brand is hard. Launching two at the same time is extremely demanding, and we are scaling quickly. We already have hundreds of doors and are moving toward thousands in short order. The demand is here and it is immediate.
I am at a critical point operationally. We have five states opening over the next two and a half weeks and I need to place a can order now. I am preparing to order 80,000 cases to support this growth. If I miss this window, we are forced into digitally printed cans at nearly three times the cost, and more importantly, we risk going out of stock right as we are gaining traction. That is a scenario we cannot afford.
We also have escrow coming up next week for the Scofflaw acquisition, which adds urgency on top of everything else.
When we originally discussed this, the number was 500K, and at that time it made sense. Given where we are today and what is required across production, inventory, and escrow, 1 million is the number that allows us to execute properly and keep everything on track.
My phone is constantly ringing with financial obligations that need to be handled to keep this moving. These delays are starting to create real operational pressure at a time when we should be accelerating.
If this cannot be completed immediately, I need clarity on Plan B so I can make decisions quickly. That would likely mean securing alternative capital, adjusting production strategy, and potentially reallocating resources in a way that impacts timing and overall execution. None of those are ideal given where we are right now, but I need to be prepared to act.
I need your help getting this done now so we can stay on track and capitalize on what is in front of us.
[4/9/26, 9:59:48 AM] Scott: Group call, 2 invited
[4/9/26, 10:59:52 AM] Luis: Missed voice call, Tap to call back
[4/9/26, 11:09:55 AM] Scott: Group call, 2 invited
[4/9/26, 11:17:32 AM] Luis: audio omitted
[4/9/26, 12:22:33 PM] Luis: Brad is on it
[4/9/26, 12:33:47 PM] Scott: Voice call, 2 min
[4/9/26, 4:07:52 PM] Luis: Group call, 3 invited
[4/10/26, 9:07:12 AM] Scott: Group call, 3 invited
[4/10/26, 9:38:25 AM] Scott: Group call, 3 invited
[4/10/26, 10:20:16 AM] Scott: Please don’t forget about me today, my friend, thank you!
[4/10/26, 11:40:31 AM] Luis: Hi Scott
[4/10/26, 11:40:35 AM] Luis: Voice call, 4 min
[4/10/26, 12:14:25 PM] Scott: Voice call, No answer
[4/10/26, 12:15:36 PM] Luis: Group call, 2 invited
[4/10/26, 12:24:12 PM] Luis: image omitted
[4/10/26, 12:59:09 PM] Scott: Group call, 3 invited
[4/10/26, 1:11:38 PM] Scott: Group call, 5 invited
[4/10/26, 1:55:04 PM] Luis: Scott, are we still releasing news?
[4/10/26, 2:03:16 PM] Luis: Voice call, 19 min
[4/10/26, 2:16:27 PM] Scott: KULTURA BRANDS
Agreement executed Monday.

[4/16/26, 11:11:57 PM] Luis: 😲
[4/16/26, 11:12:02 PM] Scott: Yes
[4/16/26, 11:12:21 PM] Luis: So the changes stay for tomorrow
[4/16/26, 11:12:43 PM] Luis: You forgot to tell me
[4/16/26, 11:13:13 PM] Luis: I was waiting for you.
[4/16/26, 11:13:19 PM] Luis: Ok good night
[4/16/26, 11:13:22 PM] Scott: I'll get it to you in the morning
[4/16/26, 11:13:30 PM] Luis: Ok no stress
[4/16/26, 11:13:36 PM] Luis: G night
[4/17/26, 9:07:31 AM] Luis: Gm Chief
[4/17/26, 9:09:23 AM] Luis: For your friend
[4/17/26, 9:09:34 AM] Luis:
https://x.com/SaiKate108/status/2045091387121815762?s=20
[4/17/26, 9:55:46 AM] Scott: Voice call, 4 min
[4/17/26, 9:57:55 AM] Luis: Grupo Caliente QA 4.11.26.pdf • 8 pages document omitted
[4/17/26, 11:52:30 AM] Luis: Missed voice call, Tap to call back
[4/17/26, 11:53:13 AM] Luis: Scott
[4/17/26, 12:02:14 PM] Scott: Group call, 5 invited
[4/17/26, 12:05:20 PM] Scott: Adios_Complete_Investor_Memo_v2.docx • 1 page document omitted
[4/17/26, 2:28:12 PM] Scott: Group call, 2 invited
[4/17/26, 2:29:45 PM] Luis: Voice call, 46 sec
[4/17/26, 6:37:47 PM] Luis: Group call, 2 invited
[4/17/26, 7:04:28 PM] Scott: Group call, 5 invited
[4/18/26, 10:05:04 AM] Luis: Gm Scott
[4/18/26, 10:05:09 AM] Luis: for your friend
[4/18/26, 10:05:17 AM] Luis:
https://x.com/JoeTippen/status/2045456896858222593?s=20
[4/19/26, 12:51:52 PM] Luis: to your friend
[4/19/26, 12:52:01 PM] Luis:
https://x.com/NicHulscher/status/2045870658656043056?s=20
[4/19/26, 1:16:46 PM] Luis: +
[4/19/26, 1:16:55 PM] Luis:
https://x.com/John_F_kJr/status/2045882044241101218?s=20
[4/19/26, 5:23:03 PM] Luis: +
[4/19/26, 5:23:09 PM] Luis:
https://x.com/thehealthb0t/status/2045929454208491985?s=20
[4/19/26, 5:58:39 PM] Luis: +
[4/19/26, 5:58:45 PM] Luis: Hi James,

I hope you're doing well.  I wanted to share a quick update as things have been moving quickly on our end. Tom has now signed the settlement term sheet, joint consent, and affidavit, and everything has been submitted to your legal team.

On the business side, we're seeing strong momentum. We expect to receive a purchase order from CKS on Monday in the range of $6M–$8M, which I will forward as soon as it comes in. In parallel, we're moving toward acquiring a new manufacturing partner that will significantly reduce production costs, improve margins, and open the door to additional third-party production opportunities. This is a meaningful step

toward scaling both revenue and profitability. We've worked hard to build this foundation, and we're at a point where the right capital support allows us to accelerate what's already in motion rather than miss timing on key opportunities.
[4/19/26, 5:59:01 PM] Luis: When we last spoke, the understanding was that once Tom signed the term sheet and the 11 Preferred A shares were in place, we would move forward with the initial $500K funding. With those items now completed, we wanted to reconnect on timing and alignment. Looking ahead, if able, we prefer to increase your initial investment to $1M for 22 Preferred A shares, which would allow us to fully capitalize on the current pipeline and manufacturing transition.

We value your partnership and wanted to keep you closely aligned as these developments unfold. Please let us know your thoughts on timing and how you'd like to proceed.

Appreciate your support and look forward to connecting.
[4/20/26, 11:23:52 AM] Scott: Voice call, 15 min
[4/20/26, 11:28:23 AM] Scott: image omitted
[4/20/26, 11:28:35 AM] Scott: image omitted
[4/20/26, 12:36:39 PM] Luis: Scott
[4/20/26, 12:36:45 PM] Luis: from James
[4/20/26, 12:36:51 PM] Luis: Ryan responded. We are proposing a slight language change in the affidavits to address this araghi pledge issue. Working on it now
[4/20/26, 12:46:54 PM] Luis: Voice call, 2 min
[4/20/26, 4:02:07 PM] Scott: Group call, 3 invited
[4/20/26, 4:05:27 PM] Luis: Missed voice call, Tap to call back
[4/20/26, 4:07:35 PM] Scott: Group call, 5 invited
[4/20/26, 4:33:04 PM] Scott: Voice call, No answer
[4/20/26, 4:43:15 PM] Luis: Group call, 2 invited
[4/20/26, 6:30:09 PM] Scott: Voice call, 22 sec
[4/20/26, 7:27:52 PM] Scott: Voice call, 12 min
[4/20/26, 8:35:09 PM] Scott: Group call, 2 invited
[4/20/26, 9:21:31 PM] Luis: Missed voice call, Tap to call back
[4/20/26, 9:22:19 PM] Scott: Voice call, 3 min
[4/21/26, 10:41:03 AM] Scott: Group call, 3 invited
[4/21/26, 10:45:39 AM] Scott: Group call, 4 invited
[4/21/26, 11:06:04 AM] Scott: Group call, 2 invited
[4/21/26, 11:47:33 AM] Scott: Group call, 2 invited
[4/21/26, 6:49:51 PM] Scott: image omitted
[4/21/26, 6:51:13 PM] Luis: image omitted
[4/21/26, 6:55:10 PM] Scott: Group call, 2 invited
[4/21/26, 7:35:39 PM] Scott:
https://beernet.com/cbd/cbd-article/willies-remedy-the-no-1-thc-beverage-brand-online-on-a-run-rate-to-do-60-million/
[4/21/26, 7:35:54 PM] Scott:
https://www.prnewswire.com/news-releases/willie-nelsons-willies-remedy-raises-15-million-to-bring-its-thc-drinks-nationwide-302680174.html
[4/21/26, 7:36:40 PM] Scott:
https://www.prnewswire.com/news-releases/willie-nelsons-willies-remedy-raises-15-million-to-bring-its-thc-drinks-nationwide-302680174.html
[4/21/26, 7:36:52 PM] Luis: +