# EXHIBIT 5

2026-04-24 Email re Use of proceed email, with attachment: Final Production Capital Plan (PPI redacted)

EXHIBIT 5

| | |
|---|---|
| **From:** | Brad Wyatt |
| **To:** | James Deppoleto Jr. |
| **Cc:** | Scott Darnell; "Luis Sequeira (ext) [Board Member] [mc]" |
| **Subject:** | Use of Proceeds |
| **Date:** | Friday, April 24, 2026 9:47:00 AM |
| **Attachments:** | Final Production Capital Plan (002) (002) (002).docx |

James,

Per your request, I've attached our current assessment of financial requirements, both immediate and projected over the next 6–8 months. These figures reflect our best visibility as of today. The only variable within the "Full Spend" category is ScoffLaw. We have implemented several operational and management changes and believe that, with increased volume and existing staffing levels, the facility should generate sufficient revenue to support the subsequent quarterly payments of $250K.

The initial $250K investment in ScoffLaw is critical. The company has already transitioned production to that facility and is benefiting from the improved margin structure. If ScoffLaw were to be acquired by another party, we would likely see our cost of goods sold increase from approximately $10.35 to $17.50, which would significantly impact our competitiveness.

Please feel free to reach out if you have any questions or would like to discuss further.

**Brad Wyatt**
**Chief Executive Officer**
**Kultura Brands Inc.**
**O: 720-407-6338**
**C: 303-725-8825**
E: brad.w@kulturabrands.com
OTCID: LTNC
www.kulturabrands.com

The information transmitted by this email is intended only for the person or entity it addresses. This email may contain proprietary, business-confidential, and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction, or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

# Production and Capital Deployment Plan

## Program Summary

Total Program Scope (All Runs)
- Adios: ~2,000,000+ cans (~83,000+ cases)
- Thirst Responder: 72,000 cans (~3,000 cases)
- Khalifa Kush: 80,000 cans (~3,333 cases)

| | |
|---|---|
| Total Estimated Full Program Spend: | $1,883,611.00 |
| Initial Capital Required to Activate Program: | $ 853,827.00 |

## Vendor Immediate Needs

| | | |
|---|---|---|
| Berlin (All cans across all brands): | $160,000 | |
| Scofflaw (All production / tolling): | $250,000 | |
| Packaging (Pratt + GPI): | $89,125 | |
| Graphics: | $9,000 | (Final – No Ongoing Balance) |
| Great Southern: | $78,402 | (Final – No Ongoing Balance) |
| Max Pack: | $26,000 | |
| Inxpress: | $5,300 | |
| Field Sampling & Demo | $25,000 | |
| Boring Company: Geo Fencing | $6,000 | |
| Field Materials, Point of Sale Merch. | $40,000 | |
| Launch Team Travel and Support | $20,000 | |
| Network Rollout & Promotion | $130,000 | |
| Overhead and Operation | $15,000 | |
| TOTAL | **$853,827** | |

## Vendor Total Need (Full Program)

| | | |
|---|---|---|
| Berlin (All cans across all brands): | $350,984 | |
| Scofflaw (All production / tolling): | $1,088,800 | Expected to be self-sufficent after initial $250K |
| Packaging (Pratt + GPI): | $89,125 | |
| Graphics: | $9,000 | (Final – No Ongoing Balance) |
| Great Southern: | $78,402 | (Final – No Ongoing Balance) |
| Max Pack: | $26,000 | |
| Inxpress: | $5,300 | |
| Field Sampling & Demo | $25,000 | |
| Boring Company: Geo Fencing | $6,000 | |
| Field Materials, Point of Sale Merch. | $40,000 | |
| Launch Team Travel and Support | $20,000 | |
| Network Rollout & Promotion | $130,000 | |
| Overhead and Operation | $15,000 | |
| TOTAL | **$1,883,611** | |

## LIST OF BANKING INFORMATION FOR PAYMENT:

### Berlin – Printed Cans

Immediate Payable: $160,000

#### Vendor Information

Company Name: Berlin Packaging, LLC
Address: 222 W Merchandise Mart Plaza, Suite 440, Chicago, IL 60654
Primary Contact: Brittany Falkenhan (Senior Credit Analyst)
[redacted]

#### Banking Information (Wire / ACH)

Bank Name: Bank of America
[redacted]

#### Notes

Securing Information tied to production runs.

## Scofflaw – Production / Tolling

Immediate Payable: $250,000.00

### Vendor Information

Company Name: Scofflaw Beverage
Address: 1738 MacArthur Blvd NW, Atlanta, GA 30318
Primary Contact: JP Watts
[redacted]

### Banking Information (Wire / ACH)

Bank Name: Securing Information
Routing Number:
Account Number:
SWIFT (if applicable):
Beneficiary Name:
Beneficiary Address:

### Notes

Primary production partner. Initial payment secures capacity across all brands. Remaining payments tied to production completion; we believe it will be close to self-sustaining once we load the lines with our production.

## Pratt Industries – Trays

Total Program Payable: $45,600

### Vendor Information

Company Name: Pratt (Target Container) Inc.
Address: 3000 Dr. Luke Glenn Garrett Jr Memorial Hwy, Suite 100, Austell, GA 30106
Primary Contact: William Bottcher
[redacted]

### Banking Information (Wire / ACH)

Bank Name: Securing Information
Routing Number:
Account Number:
SWIFT (if applicable):
Beneficiary Name:
Beneficiary Address:

### Notes
Adios trays. Payments staged based on production schedule.

## Graphic Packaging International – Packaging
Total Program Payable: $75,333.24

### Vendor Information
Company Name: Securing Information
Address:
Primary Contact:
Email:
Phone:

### Banking Information (Wire / ACH)
Bank Name: Securing Information
Routing Number:
Account Number:
SWIFT (if applicable):
Beneficiary Name:
Beneficiary Address:

### Notes
4-pack and variety packaging. Payments structured in stages aligned with production output.

## Graphics – Mark Jacobs
Total Program Payable: $9,000

### Vendor Information
Company Name: Mark Jacobs Design
Address: 1137 6th Street, #203, Santa Monica, CA 90403
Primary Contact: Mark Jacobs
[redacted]

### Banking Information (Wire / ACH)
Bank Name: Securing Information
Routing Number:
Account Number:
SWIFT (if applicable):

Beneficiary Name:
Beneficiary Address:

### Notes
All brand graphics. Paid upfront to support production timelines.

## Great Southern Brewing – Logistics
Total Program Payable: $78,402.71

### Vendor Information
Company Name: Great Southern Copackers, LLC
Address: 400 Pittman Street, Suite 101, Orlando, FL 32801
Primary Contact: Sandy Jones (Controller)
[redacted]

### Banking Information (Wire / ACH)
Bank Name: Regions Bank
[redacted]

### Notes
Final payment, release of final production of Adios. No ongoing balance.

## Max Pack
Total Program Payable: $26,000

### Vendor Information
Company Name: MaxPak (A TRG Company)
Address: PO Box 198287, Atlanta, GA 30384
Primary Contact: Kelli Connolly
[redacted]

Phone: 609.922.8194
Securing Information

**Banking Information (Wire / ACH)**

Bank Name: Bank of America
[redacted]

**Notes**

Final payment. No ongoing balance.

## Inxpress

Total Program Payable: $5,300

**Vendor Information**

Company Name: InXpress #147
Address: PO Box 709030, Sandy, UT 84070
Primary Contact: Jenna Sidebottom
[redacted]

**Banking Information (Wire / ACH)**

Bank Name: Wells Fargo Bank
[redacted]

**Notes**

Shipping and logistics.

## The Boring Company

Total Program Payable:

### Vendor Information

Company Name: Securing Information
Address:
Primary Contact Email:
Phone:

### Banking Information (Wire / ACH)

Bank Name:
Routing Number:
Account Number:
SWIFT (if applicable):
Beneficiary Name:
Beneficiary Address:

### Notes

Describe.

## Field Materials

Total Program Payable:

### Vendor Information

Company Name: Securing Information
Address:
Primary Contact Email:
Phone:

### Banking Information (Wire / ACH)

Bank Name:
Routing Number:
Account Number:
SWIFT (if applicable):
Beneficiary Name:
Beneficiary Address:

### Notes

Describe.

## Network Rollout & Promotion

Total Program Payable:

### Vendor Information

Company Name: Securing Information
Address:
Primary Contact Email:
Phone:

### Banking Information (Wire / ACH)

Bank Name:
Routing Number:
Account Number:
SWIFT (if applicable):
Beneficiary Name:
Beneficiary Address:

### Notes

As needed