# EXHIBIT 7

2026-05-18 Email re Wire Information and Invoice, without attachments (PPI redacted)

EXHIBIT 7

**From:** Brad Wyatt
**To:** James Deppoleto Jr.; Scott Darnell; "Luis Sequeira (ext) [Board Member] [mc]"
**Subject:** Wire Information and Invoices
**Date:** Monday, May 18, 2026 7:49:00 AM
**Attachments:** image009.png
image010.png
image011.png
OMS1000_77614330.PDF
ADIOS 10051 5.6.26.xlsx
proforma Scofflaw 5.07.26-ADIOS.pdf
Adios estimate Rev3 5.13.2026.pdf
image003.png

---

James,

Dropped two payments, new total is $513,784.13.

- Berlin for $160K
- Scofflaw $250K
- Pratt Target Containers $17.5K
- Graphics Packaging International  $86.2K
- Kultura Brands $38.5K

Vendor Information
Company Name: Berlin Packaging, LLC
Address: 222 W Merchandise Mart Plaza, Suite 440, Chicago, IL 60654
Primary Contact: Brittany Falkenhan (Senior Credit Analyst)
[redacted]

Vendor Information
Company Name: Scofflaw Beverage
Address: 1738 MacArthur Blvd NW, Atlanta, GA 30318
Primary Contact: JP Watts
[redacted]
**Amount Due: $250,000.00**

Vendor Information
Company Name: Pratt (Target Container) Inc.
Address: 3000 Dr. Luke Glenn Garrett Jr Memorial Hwy, Suite 100, Austell, GA 30106
Primary Contact: William Bottcher
[redacted]
**Amount Due: $17,560.18**

Vendor Information
Company Name: Graphic Packaging International
Address:
Primary Contact: Dean Guite
[redacted]
**Amount Due: $86,223.95**

Wire Instructions for Kultura Brands INC. :
Company Name: Kultura Brands Inc.
Address: 225 Union Blvd. STE 350 Lakewood Colorado 80228
Primary Contact: Brad Wyatt
[redacted]
**AMOUNT DUE: $38,850.00**

**Brad Wyatt**
**Chief Executive Officer**
**Kultura Brands Inc.**
**O: 720-407-6338**
**C: 303-725-8825**
E: brad.w@kulturabrands.com
OTCID: LTNC
www.kulturabrands.com

The information transmitted by this email is intended only for the person or entity it addresses. This email may contain proprietary, business-confidential, and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction, or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

---

**From:** Brad Wyatt
**Sent:** Tuesday, May 5, 2026 5:34 PM
**To:** James Deppoleto Jr. <jdeppoleto@quintecconveyor.com>
**Cc:** Scott Darnell <scott.d@kulturabrands.com>; 'Luis Sequeira (ext) [Board Member] [mc]'

<lsequeira@pacquiaofoundation.org>
**Subject:** FW: From our Conversation today.

Revised… Great Southern is just $35K, not $350K.  Sorry about that.

**Brad Wyatt**
**Chief Executive Officer**
**Kultura Brands Inc.**
**O: 720-407-6338**
**C: 303-725-8825**
E:  brad.w@kulturabrands.com
OTCID: LTNC

www.kulturabrands.com

The information transmitted by this email is intended only for the person or entity it addresses. This email may contain proprietary, business-confidential, and/or privileged material. If you are not the intended recipient of this message, be aware that any use, review, retransmission, distribution, reproduction, or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.

---

**From:** Brad Wyatt
**Sent:** Tuesday, May 5, 2026 5:10 PM
**To:** 'James Deppoleto Jr.' <jdeppoleto@quintecconveyor.com>
**Cc:** 'Luis Sequeira (ext) [Board Member] [mc]' <lsequeira@pacquiaofoundation.org>; Scott Darnell <scott.d@kulturabrands.com>
**Subject:** From our Conversation today.

James,

Thank you for your call today.  I appreciate your time and look forward to getting this all going.

Here is what we spoke about:

I will be getting wire instruction and invoices for each vendor.  Despite the fact that you are firm on payment only for production, I would be remise if as the CEO I didn't ask you for a little leeway with $38k of the proceeds.  The ironic piece between you and Araghi, both of you state that you will only pay for production.  Until Luis and I are able to get commitment for additional capital from outside entities, we have hardworking a dedicated people that have gone without pay.  I will list out my wish list (separate of production) so that you can see who we have, what they do and highlight the amount that is due to them.  In a perfect world, I would balance between production and payroll, but we are in a tight spot with the potential of losing good people due to lack of pay.  The people in

yellow need the pay in priority format. Notice that some have already been paid **and that I have not been paid and am not asking to be paid with your money**. The only people getting paid are the highlighted names. Many of them live paycheck to paycheck and don't have the ability to get paid later.

If you are up to it, I'd like to see if we could adjust the plan and pay the following:

**Brad Wyatt**
**Chief Executive Officer**
**Kultura Brands Inc.**
**O: 720-407-6338**
**C: 303-725-8825**
E: brad.w@kulturabrands.com
OTCID: LTNC
www.kulturabrands.com

The information transmitted by this email is intended only for the person or entity it addresses. This email may contain proprietary, business-confidential, and/or privileged material. If you are not the intended recipient of this message, be aware that any use,

review, retransmission, distribution, reproduction, or any action taken in reliance upon this message is strictly prohibited. If you received this in error, please contact the sender and delete the material from all computers.