# EXHIBIT 8

Declaration of Scott Darnell

EXHIBIT 8

Lars K. Evensen
Nevada Bar No. 8061
Jenapher L. Miller
Nevada Bar No. 14233
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
lkevensen@hollandhart.com
jlmiller@hollandhart.com

*Attorneys for Nextgen Beverage, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

JAMES V. DEPPOLETO JR,

Plaintiff,

v.

TAKEOVER INDUSTRIES, INCORPORATED,

Defendant and Nominal Defendant

MICHAEL HOLLEY, TOBY MCBRIDE, JOSEPH PAVLIK, TOM ZARRO, NEXTGEN BEVERAGE, LLC,

Defendants.

Case No.: 2:22-cv-02013-GMN-DJA

**DECLARATION OF SCOTT DARNELL IN SUPPORT OF RESPONSE TO [190] MOTION TO ENFORCE BINDING TERM SHEET**

I, Scott Darnell, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, hereby declare and state as follows:

1. I am over 18 years of age and am competent to testify as to the matters set forth in this Declaration based upon my own personal knowledge and/or belief.

2. I am Chairman of the Board of Kultura Brands Inc. and an authorized representative of NEXTGEN BEVERAGE, LLC ("NextGen"), Defendant in the above captioned matter.

3. I make this Declaration in support of NextGen's *Response* (the "Response") to Plaintiff JAMES V. DEPPOLETO JR.'s ("Plaintiff" or "Deppoleto") *Motion to Enforce Binding Term Sheet* (the "Motion"; ECF No. 190).





HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134

4. A true and correct copy of pages from WhatsApp of Scott Darnell (*highlights added*) is attached to the Response as **Exhibit 9**.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and/or belief.

DATED/EXECUTED this 23rd th day of July 2026.

Signed by:

Scott Darnell

29445CCE8EF3406...

**SCOTT DARNELL**

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134