# EXHIBIT 9

WhatsApp of Scott Darnell ("Scott WhatsApp") (highlights added)

EXHIBIT 9

investment purposes.
[5/13/26, 10:51:10 AM] Scott: Yes, you will have it today.
[5/13/26, 10:51:20 AM] James D: Thank you sir
[5/13/26, 10:51:26 AM] Scott: 🙏
[5/14/26, 6:04:41 PM] Scott: Good afternoon! I know it last minute but if you and anyone you may have in mind are invited to New Mexico tomorrow and Saturday for the big Adios kickoff down here! We have vip tickets waiting for you!Hope you are doing well!
[5/14/26, 7:02:30 PM] James D: Thanks
[5/15/26, 11:21:43 AM] Scott: https://youtu.be/ss1eQRROw4o?si=6sHvVRyNtm2STOyw
[5/15/26, 11:22:00 AM] Scott: Please watch!
[5/15/26, 11:27:56 AM] James D: Is there any harm to my accounting individual reaching out to each entity and paying direct on Monday?
[5/15/26, 11:28:59 AM] Scott: Not at all… any chance of just scofflaw or Berlin going today? If not I'm happy to communicate Monday.
[5/15/26, 11:29:25 AM] Scott: https://youtu.be/IhOkOBDQcyI?si=XQQNUwjHZUJqiL6O
[5/15/26, 11:29:32 AM] Scott: Part 2
[5/15/26, 11:30:15 AM] James D: Monday please.  She is out of office today and I would like her to do the leg work and paperwork needed.
[5/15/26, 11:30:23 AM] Scott: Understood
[5/15/26, 4:36:11 PM] Scott: When you get a chance please respond to Brad with the information he requested to get the A's over to you today/Monday latest. Hope you have a great weekend!
[5/18/26, 6:07:09 AM] Scott: Good morning,
My apologies for the early message. Please hold off on paying Maxpack and GSB for now. Thank you!
[5/18/26, 3:35:14 PM] Scott: Good afternoon,
The paperwork is being worked and should be wrapped up today possibly tomorrow for the perfection agreement. The A's at some point later today or worst case tomorrow morning. My apologies for the delay. I humbly am requesting that Berlin and Scofflaw be squared away today if at all possible. Please let me know your thoughts? Thank you in advance for your consideration.

Best,
Scott
[5/18/26, 3:38:37 PM] James D: Unfortunately cannot happen without this paperwork being done.  Just so you are aware, technically none of this is done and final.  It's what makes this paperwork so crucial.  It's a timing thing.  If I make payments before this is in, then it puts me in a precarious spot.  I just went through a 3 year legal battle.  I'm not doing it again
[5/18/26, 3:38:59 PM] Scott: Understood
[5/18/26, 3:39:54 PM] James D: Also, my accounting department was put on standby this morning to make payments as soon as I gave them the word.  I just can't do some things right now without my attorneys approval.
[5/18/26, 3:40:28 PM] Scott: Totally understandable my friend….
[5/19/26, 3:34:11 PM] Scott: James, you now have the perfection document and everything has been submitted to Empire, the transfer agent, for issuance of the Preferred A shares.
As discussed, the vendor list has been provided. If at all possible, paying Scofflaw today would help us tremendously as we desperately need to secure the raw

materials. After that, Berlin and then the box and packaging companies would be the next priorities.
If anything needs to be revised, clarified, or reviewed within the documentation, we will handle it immediately on our end.
Really appreciate the help and coordination on this.
[5/19/26, 3:38:53 PM] James D: Waiting on attorneys review and approval. My accountant has been waiting to make her calls/setup payment since yesterday. Will put her on it once I get clearance.
[5/19/26, 3:39:35 PM] Scott: Do you expect clearance today?
[5/19/26, 3:42:17 PM] James D: I have messages in to them. This goes through the attorneys collectively
[5/19/26, 3:44:50 PM] Scott: My apologies in asking….
Would you be open to paying just one of the vendors until you get the sign off? We will get this all completed for you.
[5/19/26, 3:46:11 PM] James D: No sir
[5/19/26, 3:52:31 PM] Scott: The 11 A's will be in your inbox shortly. Once you receive the shares are you open to starting the process to address the vendors? I know your team needs to review the perfection document but it's 146 pages and may take them a few days…
[5/19/26, 4:12:18 PM] James D: They are looking for specific items. They will respond today. I am looking no later than the morning to get things rolling on my side.
[5/19/26, 4:13:49 PM] Scott: Appreciate you!
[5/19/26, 4:54:58 PM] James D: Same
[5/20/26, 4:37:43 PM] Scott: Labor Smart - Deppoleto Holdings 5.20.26.pdf • 1 page document omitted
[5/20/26, 4:39:49 PM] Scott: Good afternoon! We should be all set regarding docs. Looking to connect around a funding update? Hope you are doing well!
[5/20/26, 4:54:31 PM] Scott: Also want to discuss releasing some news regarding the settlement agreement.
[5/21/26, 10:57:22 AM] Scott: Good morning,
Just checking in to see if we are all set to begin processing the vendor payments. With South Carolina opening tomorrow, I just wanted to make sure there is nothing else needed from our side.
Thank you.
[5/21/26, 11:43:02 AM] Scott: I'm not trying to pressure you. I just need to know where things stand either way so I can plan accordingly on my end. I've made commitments tied to this and if things have changed, no hard feelings at all, I just need to know so I can adjust things quickly. Please let me know when you can.
[5/21/26, 12:49:02 PM] James D: All funding hinges on the settlement documents being approved and ready to be finalized. As it stands, funding now leaves me in a bad position. Once these documents are approved and back to my attorneys is when they will give me their blessing to proceed.
[5/21/26, 12:49:59 PM] James D: They have to know that any debt created rides the same boat as my settlement. It's a pain but has to be done for financial safety.
[5/21/26, 1:35:10 PM] Scott: Understood thank you.
[5/23/26, 2:02:23 AM] Scott:
https://drive.google.com/file/d/1i346fi-JQ4VBW41KZfrnB3_ZSrhpwoXo/view?usp=drivesdk
[5/26/26, 8:57:53 AM] Scott: Hope you had a great Memorial Day weekend. I completely understand the need to get the documents finalized correctly and I