# EXHIBIT 11

Excerpts from Luis Sequeira WhatsApp

EXHIBIT 11

**From:** Luis Sequeira
**To:** Brad Wyatt (ext)
**Subject:** funding once the documents are correct
**Date:** Sunday, July 5, 2026 1:34:16 PM

[15:38, 21/05/2026] James Deppoleto1 Deppoleto: Attorney docs start going out tomorrow to finalize the settlement. I cannot fund until this is approved and no more paperwork is needed. Not trying to be difficult but I am still only an investor and if I was asked to invest these are all the things I would need to feel comfortable. My attorneys will not let me put another dollar in until they feel we are safe and these agreements are iron clad.

[15:40, 21/05/2026] James Deppoleto1 Deppoleto: That will have to be good enough for now. This first investment paperwork is the most important as it set the tone for all future investments. I cannot circumvent my attorneys to accomplish this.

[17:32, 21/05/2026] LAS: Ok, James, thank you.
I will ask Scott, to see if the commimtments you made can be pushed a couple days, I will alert the team that documents are coming tomorrow, and please, James, remember the way you get paid back, and we all win with your help to fund as well.
Are you ready to fund when the documents come back?
Please lets finish this tomorrow.
[17:34, 21/05/2026] LAS: The vendors are freaking out

[17:46, 21/05/2026] James Deppoleto1 Deppoleto: I am ready to fund when my attorneys tell me I'm safe to do so. The documents tomorrow are all settlement documents. If they can be approved quickly then we are that much closer.

[17:51, 21/05/2026] LAS: I'm confused. You already committed to funding, I just want to be clear that you're only waiting for the documents to be signed correct?
Because we know your attorneys will always be negative.

[17:52, 21/05/2026] James Deppoleto1 Deppoleto: Yes, I will fund once these documents are correct
[17:52, 21/05/2026] James Deppoleto1 Deppoleto: There is no confusion