# EXHIBIT 12

Excerpts from Luis Sequeira WhatsApp

EXHIBIT 12

**From:** Luis Sequeira <lsequeira@pacquiaofoundation.org>
**Sent:** Sunday, July 5, 2026 1:20 PM
**To:** Brad Wyatt (ext)
**Subject:** Scott sent a long message that James has forwarded.

Scott sent a long message that James has forwarded.

[14:05, 26/05/2026] James Deppoleto1 Deppoleto: Hope you had a great Memorial Day weekend. I completely understand the need to get the documents finalized correctly and I respect that process. At the same time, I need to be candid that the continued delays are starting to create serious operational pressure on my end.
Based on our discussions over the last several weeks, I made commitments to vendors, partners, and internal teams with the understanding that funding support was moving forward while final documents were being completed. Right now, I'm in a position where those commitments are becoming difficult to maintain, and it's starting to impact relationships and credibility that are very important to me and the business.
I also think we need to have a bigger discussion around the overall funding strategy. This cannot simply be about funding production runs. Production without marketing support does not work, and marketing without the operational infrastructure and people behind it does not work either. We have a real opportunity here, but it requires us to support the business properly across operations, marketing, inventory, and execution.
We are now in four states with five and six right around the corner. I also have a meeting today with Hensley regarding Arizona, and California and Texas are both actively in the works. Realistically, I believe we could be in 8 to 12 states by the end of June if we move correctly and support the momentum that's already building.
I am not concerned about servicing obligations or getting the final agreements across the finish line. I just need the ability to properly run the company and maintain momentum while legal finalizes the remaining items. If there is another interim document, bridge agreement, or structure needed in order to move funding while the final paperwork is completed, then let's get it done and keep things moving forward.
I appreciate you, and I'm trying to handle this professionally and respectfully, but I also need timely support so we can execute at the level this opportunity deserves.

[14:09, 26/05/2026] James Deppoleto1 Deppoleto: This is Scott's message to me and while I appreciate the update. I think we have gotten off on the wrong foot for expectations. Every message to date has had an urgency as if I have stepped into Tom's shoes. I have made it abundantly clear that I am still just an investor and am not interested in taking this company over. I have given plenty of money already and wasted a ton of money on lawyers. I am not to be looked at as the next piggy bank to be abused or even talked to how it's been. We still do not have a finalized agreement and yet that is no big deal to any of you because your neck is not on the line and you have noth
[14:10, 26/05/2026] James Deppoleto1 Deppoleto: nothing to do with my losses or gains. Having said that I am here in a help capacity only. I am not here to jump in to any day to day or dictate to anyone how their job should be done.

[14:12, 26/05/2026] James Deppoleto1 Deppoleto: I don't feel that is appreciated and feel something less than appreciation for any money I would think about giving at any point. I think the need is so great that any amount of money is never going to be good enough.

[14:13, 26/05/2026] LAS: Gm James
[14:13, 26/05/2026] James Deppoleto1 Deppoleto: Gm

[14:19, 26/05/2026] LAS: I understand your messages, but for this to work, everyone is doing what they can. You are not obliged to do anything you don't want, but you have to understand that we are trying to save this and make it profitable so that everyone can get their money back. You did not create this problem, nor did we, but we are willing to work hard to fix it.
[14:20, 26/05/2026] LAS: including resolving your situation that was created by others

[14:22, 26/05/2026] James Deppoleto1 Deppoleto: I just want to pull back and help as a potential investor right now. I don't want to be put in the same pressure seat for another company. I have enough to manage with 34 of my own employees to worry about. This is more of my time than i care to commit