# EXHIBIT 13

Declaration of Michael Araghi

EXHIBIT 13

Lars K. Evensen
Nevada Bar No. 8061
Jenapher L. Miller
Nevada Bar No. 14233
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, NV 89134
Phone: 702.669.4600
Fax: 702.669.4650
lkevensen@hollandhart.com
jlmiller@hollandhart.com

*Attorneys for Nextgen Beverage, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES V. DEPPOLETO JR,<br><br>Plaintiff,<br><br>v.<br><br>TAKEOVER INDUSTRIES, INCORPORATED,<br><br>Defendant and Nominal Defendant<br><br>MICHAEL HOLLEY, TOBY MCBRIDE, JOSEPH PAVLIK, TOM ZARRO, NEXTGEN BEVERAGE, LLC,<br><br>Defendants. | Case No.: 2:22-cv-02013-GMN-DJA<br><br>**DECLARATION OF MICHAEL ARAGHI IN SUPPORT OF RESPONSE TO [190] MOTION TO ENFORCE BINDING TERM SHEET** |

I, Michael Araghi, pursuant to 28 U.S.C. § 1746 and under penalty of perjury, hereby declare and state as follows:

1. I am over 18 years of age and am competent to testify as to the matters set forth in this Declaration based upon my own personal knowledge and/or belief.

2. I am a Director of Kultura Brands, Inc.

3. I make this Declaration in support of NEXTGEN BEVERAGE, LLC's ("NextGen") *Response* (the "Response") to Plaintiff JAMES V. DEPPOLETO JR.'s ("Plaintiff" or "Deppoleto") *Motion to Enforce Binding Term Sheet* (the "Motion"; ECF No. 190).

4. On Monday May 11, 2026, I had a telephone conversation with Plaintiff James Deppoleto.

5. In that May 11, 2026, telephone conversation James Deppoleto represented to me he would provide funding on Friday May 15, 2026.

6. Nextgen Beverage, LLC is wholly owned by Kultura Brands, Inc.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and/or belief.

DATED/EXECUTED this 23rd day of July 2026.

Signed by:
Michael Araghi
918A47147E5A4B5...

**Michael Araghi**

HOLLAND & HART LLP
9555 HILLWOOD DRIVE, 2ND FLOOR
LAS VEGAS, NV 89134