JAMES PATRICK SHEA
Nevada Bar No. 405
BART K. LARSEN
Nevada Bar No. 8538
KYLE M. WYANT
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
jshea@shea.law
blarsen@shea.law
kwyant@shea.law

JENNIFER E. HOEKEL
Nevada Bar No. 12775
jennifer.hoekel@huschblackwell.com
**HUSCH BLACKWELL LLP**
8001 Forsyth Boulevard, Suite 1500
St. Louis, Missouri 63105
Telephone: 314.480.1500
Facsimile: 314.480.1505

-and-

PATRICK M. HARVEY
Admitted Pro Hac Vice
patrick.harvey@huschblackwell.com
**HUSCH BLACKWELL LLP**
511 North Broadway, Suite 1100
Milwaukee, WI 53202
Telephone: 414.273.2100
Facsimile: 414.223.5000
Attorney for Plaintiff
James V. Deppoleto Jr

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| JAMES V. DEPPOLETO JR.,<br><br>Plaintiff,<br><br>v.<br><br>TAKEOVER INDUSTRIES, INCORPORATED, *et al.*,<br><br>Defendant. | CASE NO. 2:22-cv-02013-GMN-DJA<br><br>**ORDER GRANTING STIPULATION TO EXTEND PLAINTIFF'S DEADLINE TO FILE A REPLY BRIEF WITH RESPECT TO ITS MOTION TO ENFORCE BINDING TERM SHEET (ECF NO. 190)**<br><br>**(FIRST REQUEST)** |

Plaintiff, James V. Deppoleto Jr. ("Plaintiff"), by and through his undersigned counsel of record, Defendants, Michael Holley and Tom Zarro ("Individual Defendants"), by and through their undersigned counsel of record, and Defendant, NextGen Beverage, LLC ("NextGen"), by and through its undersigned counsel of record (collectively, Plaintiff, with the Individual Defendants and NextGen, are referred to as the "Parties," and each a "Party"), hereby respectfully submit this Stipulation and Order to Extend Plaintiff's Deadline to File a Reply Brief With Respect to its Motion to Enforce Binding Term Sheet (ECF No. 190) (the "Stipulation") by two judicial days – from Thursday, July 30, 2026, to Monday, August 3, 2026, and in further support, agree as follows:

1. On June 25, 2026, Plaintiff filed his Motion to Enforce Binding Term Sheet (the "Motion") (ECF No. 190).

2. On July 6, 2026, a Stipulation and Order to Extending Briefing Schedule on the Motion (First Request) (ECF No. 197) was filed to allow counsel to get up to speed on this matter.

3. On July 23, 2026, NextGen filed its Response to the Motion (ECF No. 200), making Plaintiff's Reply to that Response due on July 30, 2026.

4. On July 27, 2026, the Individual Defendants filed their Response to the Motion (ECF No. 202), making Plaintiff's Reply to that Response due on August 3, 2026.

5. Due to certain similarities in the arguments raised in NextGen's Response (ECF No. 200) and in the Individual Defendants' Response (ECF No. 202), and for the Court's and the Parties' efficiency, Plaintiff would like to file one omnibus Reply to both Responses, and respectfully requests an extension of two judicial days to file that single Reply in support of his Motion.

6. Accordingly, the Parties respectfully request that the Court enter an Order granting this Stipulation, and extending the deadline for Plaintiff to file his Reply Brief in support of the Motion to Enforce Binding Term Sheet by two judicial days – from July 30, 2026, to August 3, 2026.

7. This Stipulation is made in good faith and not for improper purposes or to cause undue delay.

STIPULATED AND DATED this 30th day of July, 2026.

**HOLLAND & HART LLP**

/s/ Lars K. Evensen
Lars K. Evensen (NSBN 8061)
Jenapher L. Miller (NSBN 14233)
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Nextgen Beverage*

**HUSCH BLACKWELL LLP**

/s/ Patrick M. Harvey
Patrick M. Harvey (Pro Hac Vice)
511 North Broadway, Suite 1100
Milwaukee, WI 53202
Patrick.Harvey@huschblackwell.com

*Attorneys for James V. Deppoleto Jr.*

**McDONALD CARANO LLP**

/s/ Ryan J. Works
Ryan J. Works (NSBN 9224)
Jonah Gavish (NSBN 17197)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
jgavish@mcdonaldcarano.com

*Attorneys for Michael Holley & Tom Zarro*

**IT IS SO ORDERED.**

**DATED** this 31 day of July, 2026.

Gloria M. Navarro, District Judge
United States District Court

# CERTIFICATE OF SERVICE

1. On July 30, 2026, I served the following document: **STIPULATION AND ORDER TO EXTEND PLAINTIFF'S DEADLINE TO FILE A REPLY BRIEF ON ITS MOTION TO ENFORCE BINDING TERM SHEET**.

2. I served the above document(s) by the following means to the persons as listed below:

☒ a. ECF System:

On all parties appearing, receiving, and requesting notice.

☒ b. United States mail, postage fully prepaid:

Toby McBride
2948 Monticello Drive
Stockton, CA 95209

Joseph Pavlik
17047 Racoon Trail
Strongsville, Ohio 44136

Takeover Industries, Inc
401 Ryland St Ste 200-A
Reno, NV 89052

☐ c. Personal Service:

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. By direct email (as opposed to through the ECF System):
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 30, 2026.

By: /s/ *Patrick M. Harvey*