JAMES PATRICK SHEA
Nevada Bar No. 405
BART K. LARSEN
Nevada Bar No. 8538
KYLE M. WYANT
Nevada Bar No. 14652
**SHEA LARSEN**
1731 Village Center Circle, Suite 150
Las Vegas, Nevada 89134
Telephone: (702) 471-7432
Fax: (702) 926-9683
jshea@shea.law
blarsen@shea.law
kwyant@shea.law

JENNIFER E. HOEKEL
Nevada Bar No. 12775
jennifer.hoekel@huschblackwell.com
**HUSCH BLACKWELL LLP**
8001 Forsyth Boulevard, Suite 1500
St. Louis, Missouri 63105
Telephone: 314.480.1500
Facsimile: 314.480.1505

-and-

PATRICK M. HARVEY
Admitted Pro Hac Vice
patrick.harvey@huschblackwell.com
**HUSCH BLACKWELL LLP**
511 North Broadway, Suite 1100
Milwaukee, WI 53202
Telephone: 414.273.2100
Facsimile: 414.223.5000
Attorney for Plaintiff
James V. Deppoleto Jr

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF NEVADA**

JAMES V. DEPPOLETO JR.,

Plaintiff,

v.

TAKEOVER INDUSTRIES, INCORPORATED, *et al.*,

Defendant.

CASE NO. 2:22-cv-02013-GMN-DJA

**STIPULATION AND ORDER TO HOLD IN ABEYANCE THE DEADLINE TO FILE MOTIONS IN LIMINE**

Plaintiff, James V. Deppoleto Jr. ("Plaintiff"), by and through his undersigned counsel of record, Defendants, Michael Holley("Holley") and Tom Zarro ("Zarro"), by and through their undersigned counsel of record, Defendant, NextGen Beverage, LLC ("NextGen"), by and through its undersigned counsel of record, and Defendant, Toby McBride ("McBride"), appearing *pro se* (collectively, Plaintiff, Holley, Zarro, McBride, and NextGen, are referred to as the "Parties," and each a "Party"), hereby respectfully submit this Stipulation and Order to Hold in Abeyance the Deadline to File Motions *In Limine* (the "Stipulation"),[1] and in support, agree as follows:

1. On May 6, 2026, the Court entered an Order resetting the jury trial in this matter to November 2, 2026, at 8:30 a.m., and resetting Calendar Call to October 27, 2026, at 9:00 a.m. (ECF No. 185).

2. Under Local Rule 16-3(a), "[u]nless the court orders otherwise, motions *in limine* must be filed 30 days before trial." Calculated from the current November 2, 2026, trial date, the Parties' deadline to file motions *in limine* is October 2, 2026.

3. A status conference is set before the Court on October 6, 2026. At that conference, the Parties intend to jointly request that the Court continue the current trial date and related pretrial deadlines by approximately 60 to 90 days, because a ruling on Plaintiff's pending Motion to Enforce Binding Term Sheet (ECF No. 190) is likely to narrow the issues for moving forward, and for trial. In the interest of preserving the Parties' and the Court's resources, the Parties believe it would be most efficient for the Court to rule on the Motion to Enforce Binding Term Sheet before the Parties incur the substantial costs associated with preparing for trial, including drafting motions *in limine*.

4. Accordingly, the Parties respectfully request that the Court enter an Order holding the current October 2, 2026, deadline to file motions *in limine* in abeyance, pending the Court's ruling on the Parties' anticipated request – which the Parties intend to make at the October 6, 2026, status conference – to continue the trial date and related pretrial deadlines.

[1] The Parties circulated a draft of this Stipulation via email to Defendant, Joseph Pavlik ("Pavlik"). As of the time that this Stipulation is being filed, Mr. Pavlik has not responded to indicate whether he agrees or disagrees with the Stipulation.

5. This Stipulation is made in good faith and not for improper purposes or to cause undue delay.

STIPULATED AND DATED this 1st day of October, 2026.

**HOLLAND & HART LLP**

*/s/ Lars K. Evensen*
Lars K. Evensen (NSBN 8061)
Jenapher L. Miller (NSBN 14233)
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134

*Attorneys for Nextgen Beverage*

**HUSCH BLACKWELL LLP**

*/s/ Patrick M. Harvey*
Patrick M. Harvey (Pro Hac Vice)
511 North Broadway, Suite 1100
Milwaukee, WI 53202
patrick.harvey@huschblackwell.com

*Attorneys for James V. Deppoleto Jr.*

**McDONALD CARANO LLP**

*/s/ Ryan K. Works*
Ryan J. Works (NSBN 9224)
Jonah Gavish (NSBN 17197)
2300 West Sahara Avenue, Suite 1200
Las Vegas, Nevada 89102
rworks@mcdonaldcarano.com
jgavish@mcdonaldcarano.com

*Attorneys for Michael Holley & Tom Zarro*

/s/ Toby McBride
Toby McBride
2948 Monticello Drive
Stockton, CA 95209

Defendant, Pro Se

IT IS SO ORDERD: the deadline to file motions in limine is stayed and will be rescheduled, if necessary, at the October 6, 2026 hearing.

IT IS SO ORDERED:

**DATED** this 2 day of October, 2026.

Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

# CERTIFICATE OF SERVICE

1. On October 1, 2026, I served the following document: **STIPULATION AND ORDER TO HOLD IN ABEYANCE THE DEADLINE TO FILE MOTIONS IN LIMINE**.

2. I served the above document(s) by the following means to the persons as listed below:

☒ a. ECF System:

On all parties appearing, receiving, and requesting notice.

☒ b. United States mail, postage fully prepaid:

Toby McBride
2948 Monticello Drive
Stockton, CA 95209

Joseph Pavlik
17047 Racoon Trail
Strongsville, Ohio 44136

Takeover Industries, Inc
401 Ryland St Ste 200-A
Reno, NV 89052

☐ c. Personal Service:

I personally delivered the document(s) to the persons at these addresses:

☐ For a party represented by an attorney, delivery was made by handing the document(s) at the attorney's office with a clerk or other person in charge, or if no one is in charge by leaving the document(s) in a conspicuous place in the office.

☐ For a party, delivery was made by handling the document(s) to the party or by leaving the document(s) at the person's dwelling house or usual place of abode with someone of suitable age and discretion residing there.

☐ d. By direct email (as opposed to through the ECF System):
Based upon the written agreement of the parties to accept service by email or a court order, I caused the document(s) to be sent to the persons at the email addresses listed below. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful.

☐ e. By fax transmission:

Based upon the written agreement of the parties to accept service by fax transmission or a court order, I faxed the document(s) to the persons at the fax numbers listed below. No error was reported by the fax machine that I used. A copy of the record of the fax transmission is attached.

☐ f. By messenger:

I served the document(s) by placing them in an envelope or package addressed to the persons at the addresses listed below and providing them to a messenger for service.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 1, 2026.

By: /s/ *Patrick M. Harvey*